# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 27, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1282,          American Federation of Teachers v. Scott Bessent
                        8:25-cv-00430-DLB

TO:   All Appellees

RESPONSE DUE: 03/28/2025

Response is required to the "Time-Sensitive Motion for Stay Pending Appeal and an Immediate Administrative Stay" on or before 5:00 pm on Friday, 03/28/2025.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

Rachel Phillips, Deputy Clerk
804-916-2702