No. 25-1282

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

───────────────

AMERICAN FEDERATION OF TEACHERS, *et al.*,

*Plaintiffs-Appellees,*

vs.

SCOTT BESSENT, *et al.*,

*Defendants-Appellants.*

───────────────

On Appeal from the United States District Court for the District of
Maryland, Case No. 8:25-cv-00430-DLB
The Hon. Deborah L. Boardman

───────────────

**PLAINTIFFS-APPELLEES' OPPOSITION TO MOTION FOR STAY PENDING APPEAL
AND ADMINISTRATIVE STAY**

───────────────

Mark Hanna
David Rodwin
MURPHY ANDERSON PLLC
1401 K Street NW
Suite 300
Washington, D.C. 20005
Telephone: (202) 223-2620

Carson Scott
Roman Leal
MUNGER TOLLES, & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000

Xiaonan April Hu
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW,
Suite 500 E
Washington, D.C. 20001
Telephone: (202) 220-1100

John L. Schwab
Wendy Q. Xiao
Liam Gennari
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

# TABLE OF CONTENTS

**Page**

INTRODUCTION ................................................................1

BACKGROUND ................................................................2

ARGUMENT ....................................................................5

I.    Appellants have not shown that they will likely succeed on the merits.........6

    A.    The law is clear Appellees have standing. .............................6

    B.    Appellants' policy decisions to grant DOGE affiliates sweeping access to their systems of records were final agency actions. ............11

    C.    This Court has already recognized an APA cause of action for violations of the Privacy Act, which is reinforced by the Privacy Act's implementing guidelines. ...............................15

    D.    The administrative record makes plain that Appellants' access decisions violated the Privacy Act and were contrary to law. ............16

II.    Appellants have failed to show that they will suffer irreparable harm absent a stay. ...............................................................20

III.    The balance of the equities and public interest disfavor a stay. ....................21

CONCLUSION ..................................................................22

CERTIFICATE OF COMPLIANCE ........................................................24

# TABLE OF AUTHORITIES

**Page(s)**

**FEDERAL CASES**

*Act. Vill. of Bald Head Island v. U.S. Army Corps of Eng'rs*,
714 F.3d 186 (4th Cir. 2013) ................................................................13

*All. for Retired Am. v. Bessent*,
25-cv-0313, 2025 WL 740401 (D.D.C. Mar. 7, 2025)..............................3, 7, 17

*Am. Farm Bureau Fed'n v. EPA*,
836 F.3d 963 (8th Cir. 2016) ...............................................................14

*Bennett v. Spear*,
520 U.S. 154 (1997)............................................................................12

*Cal. Cmtys. Against Toxics v. EPA*,
934 F.3d 627 (D.C. Cir. 2019) ..............................................................14

*CASA, Inc. v. Trump*,
No. 25-1153, 2025 WL 654902 (4th Cir. Feb. 28, 2025)..............................6

*Chrysler Corp. v. Brown*,
441 U.S. 281 (1979)...........................................................................14

*Doe v. Chao*,
435 F.3d 492 (4th Cir. 2006) (Doe II) ..................................................15

*Doe v. Chao*,
540 U.S. 614 (2004) (Doe I) ..........................................................11, 16

*Elec. Priv. Info. Ctr. v. U.S. Office of Personnel Mgmt.*,
No. 25-cv-255, 2025 WL 580596 (E.D. Va. Feb. 21, 2025)............................22

*FTC v. Standard Oil Co.*,
449 U.S. 232 (1980)...........................................................................11

*Garey v. James S. Farrin, P.C.*,
35 F.4th 917 (4th Cir. 2022) ..........................................................7, 8

# TABLE OF AUTHORITIES
### (Continued)

**Page(s)**

*Gilliam v. Foster*,
   61 F.3d 1070 (4th Cir. 1995) ...............................................................20

*Legend Night Club v. Miller*,
   637 F.3d 291 (4th Cir. 2011) ...............................................................21

*Lord & Taylor, LLC v. White Flint, L.P.*,
   780 F.3d 211 (4th Cir. 2015) ...............................................................21

*Nken v. Holder*,
   556 U.S. 418 (2009)..............................................................6, 20, 21

*O'Leary v. TrustedID, Inc.*,
   60 F.4th 240 (4th Cir. 2023) ................................................................9

*Parks v. IRS*,
   618 F.2d 677 (10th Cir. 1980) .............................................................18

*Plyler v. Evatt*,
   846 F.2d 208 (4th Cir. 1988) ...............................................................21

*Roe v. Dep't of Def.*,
   947 F.3d 207 (4th Cir. 2020) ...............................................................12

*Shields v. Prof. Bureau of Collections of Md., Inc.*,
   55 F.4th 823 (10th Cir. 2022) ...............................................................7

*Skipper v. French*,
   130 F.3d 603 (4th Cir. 1997) ...............................................................19

*State v. Trump*,
   No. 25-cv-01144 (JAV), 2025 WL 573771 (S.D.N.Y. Feb. 21,
   2025) .................................................................................................11

*TransUnion LLC v. Ramirez*,
   594 U.S. 413 (2021)............................................................6, 7, 8, 9

**Page(s)**

*United States v. Windsor*,
570 U.S. 744 (2013)...........................................................2

*Venetian Casino Resort, LLC v. EEOC*,
530 F.3d 925 (D.C. Cir. 2008)..............................................14, 15

*Whitman v. Am. Trucking Ass'n*,
531 U.S. 457 (2001).........................................................11

*Williams v. Zbaraz*,
442 U.S. 1309 (1979) (Stevens, J., in chambers) ................................5

*Winter v. NRDC*,
555 U.S. 7 (2008)...........................................................20

**STATE CASES**

*Hearst Corp. v. State, Off. of State Comptroller*,
882 N.Y.S.2d 862 (2009)....................................................10

*Randolph v. ING Life Ins. & Annuity Co.*,
973 A.2d 702 (D.C. 2009) ..................................................10

**FEDERAL STATUTES**

5 U.S.C. § 552a ....................................................... 1, *passim*

**FEDERAL RULES**

Fed. R. App. P. 8 ............................................................2

**FEDERAL REGULATIONS**

40 Fed. Reg. 28948 (July 8, 1975)...........................................16

77 Fed. Reg. 73,694 (Dec. 11, 2012)........................................20

# TABLE OF AUTHORITIES
## (Continued)

**Page(s)**

TREATISES

Restatement (Second) of Torts, § 652B .................................................................10

OTHER AUTHORITIES

Executive Order 14,158 ...................................................................................17, 18

White House, *President Trump Holds a Press Conference with Prime Minister Shigeru Ishiba of Japan*, YouTube, at 15:42-16:31 (Feb. 7, 2025), https://www.youtube.com/watch?v=jMiAE9X-Wig ..........................21

**INTRODUCTION**

Enacted in 1974 as a response to Watergate and executive overreach, the Privacy Act protects the people's right to privacy in the personally identifiable information ("PII"), including Social Security numbers, financial information, and citizenship data, that they share with the government to access essential services. The Act strictly limits when and to whom government agencies may disclose that information, and it begins with the presumption that such information cannot be shared without first obtaining written consent from the individuals whose records are at issue.  5 U.S.C. § 552a(b).

Appellees are ordinary Americans, including teachers and veterans, whose PII is maintained in systems of records controlled by Appellants.  They filed suit and sought immediate injunctive relief when they learned that Appellants had granted some indeterminate number of Department of Government Efficiency ("DOGE") affiliates sweeping access to their PII without their consent and in apparent violation of the Privacy Act.  Following two lengthy hearings, extensive briefing, and exhaustive review of each Appellant's administrative record, the district court issued a thoroughly reasoned opinion concluding that Appellees were likely to prevail on the merits and would be irreparably harmed absent preliminary relief.  The district court's preliminary injunction is narrowly tailored: Appellants may not provide DOGE affiliates with access to *Appellees*' PII, and the order

exempts DOGE affiliates who the Court determined likely have a need for Appellees' PII.

Appellants' motion provides no basis for this Court to stay the district court's careful order. The order does not "micromanage" the Executive Branch or "usurp" Article II authority, Mot. at 2; it faithfully applies the law and holds Appellants to their statutory obligations, *see United States v. Windsor*, 570 U.S. 744, 762 (2013). The Court should reject Appellants' attempt to effectively overturn the district court's decision on an expedited basis.

## BACKGROUND

Appellants do not cite once to their own administrative records in their motion. Nor did they include the records with their motion, presumably on the theory that they are not "relevant." Fed. R. App. P. 8(a)(2)(B)(iii). Appellants wish to ignore their own records because those records undermine their arguments and their misleading description of the decision below. As the district court found after a painstaking review, the administrative "records do not explain why the DOGE affiliates at the Department of Education ("Education"), the U.S. Office of Personnel Management ("OPM"), and the Department of Treasury ("Treasury") need access to the plaintiffs' PII to do their jobs."[1] Mem. Op. 44.

---

[1] The administrative records are also internally inconsistent and filled with gaps, further suggesting that Appellants granted DOGE affiliates access to enormous

Because this APA appeal requires this Court to evaluate the administrative records, Appellees have included copies of them with this opposition and summarize the relevant portions as discussed by the district court.

**Education**.  "In a February 5, 2025 memorandum, Thomas Flagg, the Chief Information Officer ("CIO") at Education" purported to "'document[] the need to know and authorize[] USDS personnel onboarded to the Department of Education DOGE team full and prompt access to *all* unclassified IT systems and data."  Mem. Op. 5–6 (citing and analyzing ED-000025) (emphasis added).  Neither the memorandum itself "nor the DOGE Executive Order to which the memorandum refers explains why DOGE affiliates need to know the information in Education's records to perform their jobs."  *Id.* at 48.  Nor does the "Terms and Conditions For Reimbursable Work" document that Education created on February 12, 2025— after this lawsuit was filed.  *Id.* at 48–49 (analyzing each job description in the document and finding that none "explain why the person performing them has a need for records with PII contained within Education's systems").  "Nothing else in the administrative record [does] either."  *Id.* at 48.  In fact, "the record suggests that Education likely shared this protected information with DOGE affiliates who

swaths of PII for no defined reason at all.  *See, e.g.*, Mem. Op. at 5 n.2 (citing ED-000005–7, ED-000009, ED-000013–19, ED-000021).

3

had no need to know the vast amount of sensitive personal information to which they were granted access." *Id.* at 51.

**OPM**. OPM granted access to various DOGE affiliates based on emails from Acting Director Ezell. The first email, on January 20, requested that several "'[i]ndividuals from the [p]olitical [t]eam,' including OPM-3, OPM-5, and OPM-7, be added to OPM systems as 'admins.'" Mem. Op. at 8 (quoting OPM-000107). The second email, on January 27, ordered that OPM-2, OPM-3, OPM-4, OPM-5, and OPM-6 be given "'[c]ode read and write permissions'" for "each computer system." *Id.* (quoting OPM-000027–29). Mr. Ezell was informed that OPM had "already given several of the political devs/engineers comprehensive access to USAJOBs and USA Staffing." *Id.* (quoting OPM-000108–109). These emails are the *only* evidence in the OPM record that even arguably relate to any possible need to know. But they "do not explain *why* the DOGE affiliates at OPM must know the PII contained in OPM's systems to perform their job duties." *Id.* at 53. "Nothing else in the OPM administrative record answers the need-to-know question," because the record lacks "any substantive job descriptions, scope of work details, or other information about the DOGE affiliates' responsibilities at OPM." *Id.* at 54.

As with Education, the OPM record "all but confirm[s] that OPM disclosed records with the plaintiffs' PII to DOGE affiliates who did not have a need to know

the information." *Id.* at 53.  For example, Ezell's emails suggest that he granted

"sweeping access to OPM systems . . . even though '[they] [did not] have

immediate plans to change anything.'" *Id.* (quoting OPM-000028–29).  OPM's

CIO later acknowledged "that the DOGE affiliates who were granted access

pursuant to Ezell's January 27 email 'have never needed access to E[HR]I/eOPF.'"

*Id.* (quoting OPM-000026–29).

**Treasury**.  The Treasury administrative record likewise fails to "reveal . . .

why the DOGE affiliates need access to the PII within those payment systems to

modernize technology." *Id.* at 56.  The record describes the jobs of the two

individuals who were granted access, making clear that both were supposed to

focus on "technology modernization." *Id.* at 57–59.  But it contains "nothing . . .

to support the DOGE affiliate's need to know" and does not "explain why

implementing the DOGE Executive Order—which focuses on technology

modernization—requires access to PII within Treasury payment records," *id.* at 60,

or why Treasury did not consider redacting PII in those systems, which it can do,

*id.* at 57.

## ARGUMENT

Appellants' request for a stay pending appeal seeks an "extraordinary"

remedy on a compressed timeline.  *Williams v. Zbaraz*, 442 U.S. 1309, 1315–16

(1979) (Stevens, J., in chambers).  To obtain relief, Appellants must make a

"strong showing" that they are likely to succeed on the merits, that they will be irreparably injured absent a stay, that issuance of the stay will not "substantially injure" Appellees, and that a stay is in the "public interest." *Nken v. Holder*, 556 U.S. 418, 434 (2009).

Appellants have failed to make the requisite showing. The district court's well-reasoned decision thoroughly considered the law and the administrative records before it. Appellants' motion misreads the law and flatly ignores the administrative records that serve as the foundation for judicial review of agency actions under the Administrative Procedure Act ("APA"). The Court should deny Appellants' request for a stay.

## I.    Appellants have not shown that they will likely succeed on the merits.

At the outset, Appellants' request for a stay fails because they cannot show that they are "likely to prevail in [their] claim that the district court abused its discretion" in granting the preliminary injunction. *CASA, Inc. v. Trump*, No. 25-1153, 2025 WL 654902, at *1 (4th Cir. Feb. 28, 2025). Appellants advance the same four arguments that the district court rejected: (1) lack of standing; (2) no final agency action; (3) no cause of action under the APA; and (4) no violation of the Privacy Act. All are meritless.

### A.    The law is clear Appellees have standing.

Relying on the Supreme Court's decision in *TransUnion LLC v. Ramirez*,

594 U.S. 413 (2021), and this Court's subsequent decision in *Garey v. James S. Farrin, P.C.*, 35 F.4th 917 (4th Cir. 2022), the district court concluded that Appellees alleged a concrete injury sufficient for Article III standing based on Appellants' violations of their fundamental right to privacy. Mem. Op. at 16–26; *see also All. for Retired Ams. v. Bessent*, 25-cv-0313, 2025 WL 740401, at *13–18 (D.D.C. Mar. 7, 2025). Appellants' arguments to the contrary misread the case law.

As the district court recognized, any analysis of standing must begin with *TransUnion*, which established that intangible harms such as the "disclosure of private information" can be concrete when they have a "close relationship to a harm traditionally recognized as providing a basis for a lawsuit in American courts." Mem. Op. at 16 (quoting *TransUnion*, 594 U.S. at 424–25). *TransUnion* does not demand an "exact duplicate in American history and tradition," 594 U.S. at 424—only similarity "in kind," *Shields v. Prof. Bureau of Collections of Md., Inc.*, 55 F.4th 823, 828 (10th Cir. 2022) (citation omitted). The district court correctly concluded that the common-law analogue to Appellees' injury is the same one identified by this Court in *Garey*: invasion of privacy and, specifically, intrusion upon seclusion. Mem. Op. at 20–26.

*Garey* is dispositive. In that case, automobile drivers sued after personal injury lawyers obtained accident reports containing their names and addresses.

*Garey*, 35 F.4th at 920.  This Court held that the plaintiffs had standing because they had suffered an "invasion of privacy, which has long provided a basis for recovery at common law." *Id.* at 921 (quotation marks omitted).  So too, here. Appellees are injured by Appellants' decisions to grant DOGE affiliates unfettered access to Appellees' PII.[2]  In fact, the "privacy invasion here is far more severe than in *Garey*:  The information the personal injury lawyers obtained—the drivers' names and addresses—pales in comparison to the information the DOGE affiliates have obtained." Mem. Op. at 18–19.

Appellants badly misread *TransUnion* in arguing otherwise.  *See* Mot. at 9– 10.  First, the harm in *TransUnion* was the internal maintenance of inaccurate information about certain plaintiffs, for which the closest common-law analogue is defamation.  *TransUnion*, 594 U.S. at 434.  Because "[p]ublication is 'essential to liability' in a suit for defamation," the Supreme Court concluded that there was no historical or common-law analog upon which the plaintiffs could rely for standing. *Id.*  Here, by contrast, the "common law tort of intrusion upon seclusion does not require public disclosure of personal information." Mem. Op. at 22 n.13; *see also*

_____

[2] Appellants attempt to distinguish *Garey* because the defendants there "*used* the data they obtained to send unsolicited mail to plaintiffs' home." Mot. at 12.  But that fact played no part in *Garey*'s standing analysis, which focused solely on *access* to sensitive data.  *Garey* described the "cognizable privacy injury" as "having [the drivers'] privacy invaded by [the lawyers'] *knowingly obtaining* [their] name[s] and address[es] from . . . motor vehicle record[s] for an impermissible purpose in violation of law." 35 F.4th at 922 (emphasis added).

Restatement § 652B, cmt. a. Second, *TransUnion* expressly recognized that intangible injuries to personal privacy, such as "disclosure of private information" or "intrusion upon seclusion," were sufficient to confer standing and that Congress "may elevate" analogous harms "to the status of legally cognizable injuries." 594 U.S. at 425 (citation omitted). That is precisely what Congress did when enacting the Privacy Act: it took the real-world harms stemming from the unwanted disclosure of private data, which mirror privacy harms recognized at common law, and elevated them to the status of legally cognizable injuries. That is all *TransUnion* requires.

Appellants' other arguments fare no better. *O'Leary v. TrustedID, Inc.*, 60 F.4th 240 (4th Cir. 2023) is easily distinguished. In *O'Leary*, the plaintiff input six digits of his Social Security number into a website to determine whether his data had been compromised and then sued under a statute that barred websites from requiring such information. *Id.* at 241. This Court concluded that O'Leary had no privacy interest in his partial Social Security number that he handed over to the defendant in exchange for information. *Id.* at 246. "This case is not *O'Leary*," because, as the district court found, Appellants disclosed "troves of sensitive personal information" to DOGE affiliates without Appellees' consent. Mem. Op. at 26. There is no daylight between the harms Appellees incurred here and intrusion upon seclusion. *Id.* at 22–23.

Appellants are also mistaken that intrusion upon seclusion exists only for "physical intrusion" into the "home." Mot. at 11–12. Intrusion upon seclusion includes the "investigation or examination into [a person's] private concerns," such as "opening his private and personal mail" or "searching his safe or his wallet." Mem. Op. at 23 (quoting Restatement (Second) of Torts, § 652B, cmt. B). Appellees' injury matches this description to a tee: DOGE affiliates have been allowed to rummage through Appellees' "virtual filing cabinets with scores of information." Mem. Op. at 23.

And Appellants are plainly wrong that the unauthorized disclosure of Appellees' most sensitive data would not "be highly offensive to a reasonable person." Gov't Mot. at 12 (quoting Restatement § 652B). That argument is frivolous. The disclosure of sensitive personal information is "highly offensive." Mem. Op. at 22; *see also, e.g.*, *Randolph v. ING Life Ins. & Annuity Co.*, 973 A.2d 702, 710 (D.C. 2009); *Hearst Corp. v. State, Off. of State Comptroller*, 882 N.Y.S.2d 862, 875 (2009).

Finally, Appellants' argument that Appellees lack standing because their information "*can* lawfully be accessed," Mot. 12–14, makes no sense. Just because the information *can* lawfully be accessed in certain circumstances does not mean that Appellees lack standing to challenge *unlawful* disclosures of their data. Indeed, the Supreme Court already has found that individuals in Appellees' shoes

have standing to sue in federal court.  *See Doe v. Chao*, 540 U.S. 614, 624–25

(2004) (*Doe I*) (emotional anguish from unlawful disclosure of information under

the Privacy Act sufficient to confer standing).

For these reasons and others,[3] the district court correctly determined that

Appellees have standing to bring their claims.

### B.     Appellants' policy decisions to grant DOGE affiliates sweeping access to their systems of records were final agency actions.

The district court correctly held that each agency's adoption of a "policy of

granting DOGE affiliates access to agency records systems, which include the

plaintiffs' PII" constitutes a final agency action reviewable under the APA.  Mem.

Op. at 30.  "[A]gency action" includes "every form of agency power, proceeding,

action, or inaction."  *FTC v. Standard Oil Co.*, 449 U.S. 232, 238 n.7 (1980); *see*

*Whitman v. Am. Trucking Ass'n*, 531 U.S. 457, 478 (2001) ("The bite in the phrase

'final action' . . . is not in the word 'action,' which is meant to cover

comprehensively every manner in which an agency may exercise its power.").  An

agency action is "final" if it "mark[s] the consummation of the agency's

decisionmaking process" and is "one by which rights or obligations have been

---

[3] Appellees have an additional concrete injury based on the material increase in the risk of identity theft caused by the DOGE affiliates' access to and mishandling of Plaintiffs' PII.  *See State v. Trump*, No. 25-cv-01144 (JAV), 2025 WL 573771, at *12 (S.D.N.Y. Feb. 21, 2025) (finding standing on this basis).

determined, or from which legal consequences will flow." *Bennett v. Spear*, 520 U.S. 154, 177–78 (1997) (internal quotations omitted).

Appellants' decisions to grant DOGE affiliates sweeping access to Appellees' PII are "agency actions" that are "final." As the district court explained, the administrative record reflects that each Appellant adopted and implemented a *policy* of "grant[ing] DOGE affiliates access to agency record systems." Mem. Op. at 29. These policies were documented in "memoranda, declarations, and emails," *id.* (citing*, inter alia*, ED-000025; OPM-000028; TR-0057-59),[4] and undeniably reflect the exercise of agency power. That is quintessential agency action. *See, e.g.*, *Roe v. Dep't of Def.*, 947 F.3d 207, 219–20 (4th Cir. 2020) (deployment policies are reviewable agency actions).

Appellants' actions were also clearly final because they consummated the agencies' decisionmaking process and determined rights and obligations. As the district court explained, the Privacy Act generally forbids disclosure of PII "except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains." Mem. Op. at 33 (quoting 5 U.S.C. § 552a(b)). By purporting to invoke an exception to the Act's bar on disclosure, the agencies made a final determination that Appellees had no right to approve or deny disclosure of

---

[4] Appellants have conceded that the memorandums, work plans, engagement plans, and other materials in their administrative records "reflect each agency's decisionmaking as to systems access for DOGE affiliates." ECF No. 54 at 7.

their sensitive personal information to DOGE affiliates. *Id.* at 33–35. "There was nothing further for the agencies to do to formalize the decisions." *Id.* at 33.

Resisting both the facts and the law, Appellants argue that their decisions were neither "agency actions" nor "final." In particular, Appellants insist that their policy decisions are not agency actions but instead "day-to-day operational decisions . . . [that] do not fall within the APA's ambit," similar to "creating an email account for an employee." Mot. at 16.[5] Nonsense. The agencies' policies granting access to DOGE affiliates—decisions that must adhere to the Privacy Act's processes—are "hardly comparable" to the "strained" analogues proposed by the government. Mem. Op. at 32. Unlike creating an email account, an agency's decision to authorize disclosure of Appellees' PII without consent necessarily involves the "determination of rights and obligations" under the Privacy Act. *Vill. of Bald Head Island v. U.S. Army Corps of Eng'rs*, 714 F.3d 186, 193 (4th Cir. 2013) (emphasis omitted). Appellees' claims are not "broad programmatic attack[s]" that seek to generally "improve an agency's performance or operations," Mot. at 16, but instead targeted challenges to Appellants' final policy decisions that directly affect Appellees' rights—precisely the sort of claim reviewable under the APA.

---

[5] Appellants notably did not dispute that their decisions were agency actions when opposing Appellees' motion for temporary restraining order. *See* ECF No. 27 at 16–17.

Appellants' argument that their decisions were not final is also meritless. Appellees—and the district court—have repeatedly identified the "direct and appreciable legal consequences" Appellants claim are missing, Mot. at 18, which are that Appellants' decisions "determined the plaintiffs' rights and the agencies' obligations under the Privacy Act," Mem. Op. at 34. That is more than sufficient to satisfy the APA's finality requirements. Indeed, the D.C. Circuit has held that "[a]dopting a policy of permitting employees to disclose confidential information without notice is surely a 'consummation of the agency's decisionmaking process,' and 'one by which [the submitter's] rights [and the agency's] obligations have been determined.'" *Venetian Casino Resort, LLC v. EEOC*, 530 F.3d 925, 931 (D.C. Cir. 2008). And *Venetian* is in line with the many courts—including the Supreme Court—that have held that "reverse FOIA" decisions to disclose information are reviewable under the APA. *See, e.g.*, *Chrysler Corp. v. Brown*, 441 U.S. 281, 318 (1979); *Am. Farm Bureau Fed'n v. EPA*, 836 F.3d 963, 969 (8th Cir. 2016) (same).

In a misguided attempt to distinguish *Venetian*, Appellants argue there was final agency action in *Venetian* only because the disclosures were made to third parties. Mot at 18. That is a distinction without a difference. In identifying final agency action, "courts should take as their NorthStar the unique constellation of statutes and regulations that govern the action at issue." *Cal. Cmtys. Against*

*Toxics v. EPA*, 934 F.3d 627, 631 (D.C. Cir. 2019). The *Venetian* court dealt with third-party disclosure simply because that was the subject of the regulatory scheme at issue. *See* 530 F.3d at 927 (agency regulations required notification before disclosure "to a third party"). The Privacy Act focuses on intra-governmental disclosure. It is the agency's decision to disclose records pursuant to a statutory scheme that marks the final agency action—that decision does not become less final based on the identity of the person receiving the records.

### C. This Court has already recognized an APA cause of action for violations of the Privacy Act, which is reinforced by the Privacy Act's implementing guidelines.

Applying the Court's decision in *Doe v. Chao*, 435 F.3d 492 (4th Cir. 2006) (*Doe II*), the district court also correctly determined that the APA provides a cause of action for Appellees' claims for injunctive relief. *See* Mem. Op. at 40 n.17. In *Doe II*, this Court rejected the argument that "the Government may not be enjoined from violating the Privacy Act by disclosing personal records," because the Act itself does not expressly authorize injunctive relief, 434 F.3d at 504 n.17—the exact argument Appellants now advance in their motion, *see* Mot. at 19–20. As the Court recognized then, "[o]ften, . . . injunctive relief for a Government's violation of the [Privacy] Act will . . . be appropriate and authorized by the APA." *Doe II*, 435 F.3d at 504 n.17.

Decisions by the Supreme Court as well as the Privacy Act's own implementing guidelines underscore that Appellants' argument is meritless. In *Doe I*, the Supreme Court observed that "the Privacy Act says nothing about standards of proof governing equitable relief," but noted that this absence "may be . . . explained by the general provisions for equitable relief within the Administrative Procedure Act," which the plaintiffs had invoked. *Doe I*, 540 U.S. at 619 n.1. In other words, the Privacy Act likely did not specifically authorize injunctive relief because it would have been duplicative of the APA—not because Congress intended to preclude injunctive relief altogether, as Appellants urge.

The Privacy Act's implementing guidelines confirm that the Act was never intended to foreclose review under the APA. Indeed, the guidelines *specifically* recognize that a plaintiff can "seek judicial review under . . . the Administrative Procedure Act (APA)," for violations of the Privacy Act. *See* Privacy Act Implementation, Guidelines and Responsibilities, 40 Fed. Reg. 28948, 28968 (July 8, 1975). Appellants' contrary arguments are not supported by the law.

**D.      The administrative record makes plain that Appellants' access decisions violated the Privacy Act and were contrary to law.**

Following an exhaustive review of the administrative records, the district court also correctly determined that Appellants' access decisions likely violated the Privacy Act. Mem. Op. at 40–61. Because it is undisputed that Appellants did not obtain Appellees' consent to disclose their records to DOGE affiliates, *id.* at 41,

16

Appellants had to show that their disclosures fit into a statutory exemption. They failed to do so.

Appellants primarily relied on the "need-to-know" exception, which the Privacy Act reserves for disclosures within the agency that maintains the records to agency employees "who have a need for the record in the performance of their duties." *Id.* (quoting 5 U.S.C. § 552a(b)(1)). The district court correctly concluded that this exception does not apply because "the administrative records do not explain why the DOGE affiliates at Education, OPM, and Treasury need access to the plaintiffs' PII to do their jobs." *Id.* at 44. As discussed, *supra* pp. 2–5, the district court found that Appellants' records failed to explain why modernizing their data systems pursuant to Executive Order 14,158 requires DOGE affiliates to have access to "*all* of the records containing PII housed in those systems," when it is possible to provide access to these systems *after* masking PII. Mem. Op. at 47. Relying on scores of decisions interpreting and applying the need-to-know exception, the district court concluded that "[a]n agency may not grant extensive access to records with PII 'without any *showing* of why each employee needed to receive the information.'" *Id.* (quoting and citing cases).

Appellants' motion does not engage with the district court's discussion of the records or the myriad cases upon which it relied. Instead, it baldly asserts— without *any* citation to *any* evidence—that to modernize technology under the

Executive Order, "it necessarily follows that agency personnel . . . would need access." Mot. at 22. As the district court found, that assertion is belied by the administrative records themselves, which do not explain how access to Appellees' Social Security numbers could possibly be required to modernize data systems.[6] Mem. Op. at 47–48 (Education), 52–54 (OPM), 56–60 (Treasury).

In addition to being factually unsupported, Appellants' reliance on the Executive Order as a blanket grant of authorization is legally erroneous. Mot. at 23–24. An executive order "does not license [Appellants] to violate the Privacy Act." Mem. Op. at 44 (quoting *Parks v. IRS*, 618 F.2d 677, 681 (10th Cir. 1980)). In *Parks*, the Tenth Circuit rejected a similar argument that an Executive Order establishing a committee to promote savings bonds could justify the government's disclosure of sensitive personnel information. *Id*. Here, too, the general "mandates" of Executive Order 14,158—which does not mention PII or otherwise identify a "need" to know sensitive personal information—cannot establish a need to disclose sensitive records to DOGE affiliates in violation of the Privacy Act. Mem. Op. at 46.

---

[6] In fact, the administrative record for OPM confirms that at least some DOGE affiliates who received access did not have a need to know the PII contained in OPM's systems. *See* Mem. Op. at 53 (citing OPM-000026–29).

"Apparently aware that the administrative record does not answer the need-to-know question," Mem. Op. at 49, Appellants attempt yet again to "fill the gap," *id.*, with the same unsubstantiated assertions they offered to the district court. Appellants claim, without citation, that "[i]t is . . . plain that DOGE team members investigating whether the government has made improper expenditures require access to the records."[7] Mot. at 23. But after combing through the administrative records, the district court found that there was *zero* evidence DOGE affiliates had been granted access to audit payments for fraud, waste, or abuse. Mem. Op. at 49, 59. Rather, this "purpose" advanced by Appellants, "appears to be created out of whole cloth" and provides no basis for concluding that these DOGE affiliates "needed" to know Appellees' PII. *Id.* at 49.

Similarly, Appellants' attempts to rely on the routine use exception are nothing more than "an after-the-fact attempt to fit the disclosures into an exception." Mem. Op. at 60, n. 27. The Privacy Act requires all disclosures under the routine use exception to be contemporaneously documented. *See* 5 U.S.C. § 552a(c)(1). But, as the district court found, no such accounting exists in the

---

[7] Appellants did not make this argument for OPM below, *see* ECF No. 62 at 27, and so have forfeited it. *See Skipper v. French*, 130 F.3d 603, 610 (4th Cir. 1997). To the extent Appellants intended "improper expenditures" to refer to "workplace reform" in the OPM—a clear stretch—the district court found that "[n]othing in the record remotely suggests the DOGE affiliates gained access to OPM systems of record to implement the Workforce Executive Order." Mem. Op. at 55.

record.  *Id.*  Yet Appellants still insist that their decisions to disclose are covered

by various routine uses for investigating fraud.  Mot. at 24–25.  That argument is

baseless.  Not only is there no evidence that DOGE affiliates were granted access

to investigate fraud, *see supra* p. 19, Appellants ignore additional conditions that

attach to the routine uses they identify—such as the existence of computer-

matching agreements with other agencies—which they do not satisfy.  *See, e.g.*, 77

Fed. Reg. 73,694, 73,697 (Dec. 11, 2012) (limiting use to disclosures made

pursuant to a "computer matching" agreement).

 Appellants have not shown a "strong" likelihood that they will succeed on

the merits of their appeal.  *Nken*, 556 U.S. at 434.

## II. Appellants have failed to show that they will suffer irreparable harm absent a stay.

 Appellants have also failed to make a "clear showing" that they will be

irreparably harmed absent a stay.  *Winter v. NRDC*, 555 U.S. 7, 21–22 (2008).

 The district court correctly determined that the "preliminary injunction in

this case does not prevent the President from effectuating the administration's

policies."  Mem. Op. at 66.  That factual finding is reviewable only for clear error.

*See Gilliam v. Foster*, 61 F.3d 1070, 1078 n.5 (4th Cir. 1995).  There is no error

and Appellants do not even attempt to identify any.  Having failed to identify any

actual need for DOGE affiliates to access this information, *see supra* pp. 16–19,

Appellants cannot possibly be harmed by an order preventing that access.  Indeed,

Appellants have not been able to provide DOGE affiliates with access to their systems for *more than a month* pursuant to various judicial orders and cannot point to any harm—much less irreparable harm—that has befallen them in the interim.

Appellants' invocations of "constitutional harm" fail. The district court's order does not impede the President's "*lawful* direction of the Executive Branch," Mot. at 26 (emphasis added)—it prevents Appellants from acting *unlawfully*.[8] Appellants are "in no way harmed" by an injunction that prohibits them from violating the Privacy Act. *See Legend Night Club v. Miller*, 637 F.3d 291, 302–03 (4th Cir. 2011).

## III. The balance of the equities and public interest disfavor a stay.

Even if the injunction did cause Appellants some unspecified harm (it does not), a stay would still be inappropriate here. *Nken*, 556 U.S. at 427 ("A stay . . . is not a matter of right, even if irreparable injury might otherwise result."). The district court determined that the threatened harm to Appellees far outweighs any conceivable harm to Appellants. Mem. Op. at 61, 65–66. This Court's review of that equitable determination "is highly deferential." *Lord & Taylor, LLC v. White Flint, L.P.*, 780 F.3d 211, 217 (4th Cir. 2015) (collecting cases); *Plyler v. Evatt*,

---

[8] The President has said that DOGE engineers "doesn't [sic]" require access to "Americans' personal information like social security numbers, home addresses, bank accounts" to achieve his policy goals. *See* White House, *President Trump Holds a Press Conference with Prime Minister Shigeru Ishiba of Japan*, YouTube, at 15:42–16:31 (Feb. 7, 2025), https://www.youtube.com/watch?v=jMiAE9X-Wig.

846 F.2d 208, 212 (4th Cir. 1988) ("[T]he district court's balancing of the competing interests will not be set aside except for an abuse of discretion.").

As the district court correctly concluded, the preliminary injunction prevents the irreparable harm to Appellees of having their "sensitive personal information" unlawfully disclosed to DOGE affiliates. Mem. Op. at 66. Indeed, many courts across the country—including the Second, Fifth, and Ninth Circuits—have "found that ongoing unauthorized disclosure . . . of sensitive personal information" even to members of the government or Congress "is irreparable harm." *Id.* at 62–64 (discussing cases). Appellants do not acknowledge, much less distinguish, any of that case law in their motion.[9]

## CONCLUSION

The Court should deny Defendants' motion for stay pending appeal and administrative stay.

---

[9] Appellants instead rely on three district court decisions, Mot. at 26–27, which are easily distinguished. Two are from the U.S. District Court for the District of Columbia, which has split with other courts on whether non-public, unauthorized disclosure of information can be irreparable harm. *See* Mem. Op. at 64 n.30. The third does not address whether the violation of Appellees' fundamental privacy rights can be irreparable harm. *See Elec. Priv. Info. Ctr. v. U.S. Office of Personnel Mgmt.*, No. 25-cv-255, 2025 WL 580596, at *6–7 (E.D. Va. Feb. 21, 2025).

DATED:  March 28, 2025          MUNGER, TOLLES & OLSON LLP


By:  _____/s/Xiaonan April Hu_____
Xiaonan April Hu
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
Telephone:  (202) 220-1100

John L. Schwab
Wendy Q. Xiao
Liam Gennari
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100

Carson Scott
Roman Leal
MUNGER TOLLES, & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000

Mark Hanna
David Rodwin
MURPHY ANDERSON PLLC
1401 K Street NW
Suite 300
Washington, D.C. 20005
Telephone: (202) 223-2620

*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(a)(2)(B) and 32(a)(5), I certify that the

attached motion is proportionally spaced, has a typeface of 14 points and contains

5,198 words.

DATED:  March 28, 2025          MUNGER, TOLLES & OLSON LLP


By:      */s/Xiaonan April Hu*
          Xiaonan April Hu
          *Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which sent notification of such filing to all registered CM/ECF users.

DATED:  March 28, 2025          MUNGER, TOLLES & OLSON LLP


By:  ___*/s/Xiaonan April Hu*___
Xiaonan April Hu
*Counsel for Plaintiffs-Appellees*

# ADDENDUM

# TABLE OF CONTENTS

Corrected Administrative Record for the U.S. Department of Education (Mar. 10, 2025) (ECF No. 58-1) .............................................ADD001

Administrative Record for the U.S. Office of Personnel Management (Mar. 7, 2025) (ECF No. 51-1)..................................................ADD031

Supplemental Administrative Record for the U.S. Office of Personnel Management (Mar. 14, 2025) (ECF No. 64-1).......................................ADD109

Administrative Record for the U.S. Department of Treasury (Mar. 7, 2025) (ECF No. 51-2)...........................................................ADD153

# Exhibit 1



Executive Office of the President
U.S. DOGE Service



Terms and Conditions for Reimbursable Work

Department of Education (ED)

**PURPOSE**

This document establishes the Terms and Conditions for reimbursable work by the United States DOGE Service (USDS) for the Department of Education (ED). When referred to collectively, USDS and ED are referred to as the "parties." This agreement formalizes and supersedes the prior oral agreement, written interim assignment agreement, and supporting documentation between USDS and ED and governs relations between the two parties going forward.

**AUTHORITY**

The Economy Act, 31 U.S.C. § 1535, provides that an agency may place an order with a major organizational unit within the same agency or another agency for goods or services if: (A) amounts are available; (B) the ordering agency decides the order is in the best interest of the United States Government; (C) the agency to fill the order is able to provide or get by contract the ordered goods or services; and (D) the agency decides ordered goods or services cannot be provided by contract as conveniently or cheaply by a commercial enterprise (payments must be made on the basis of the actual cost of goods or services provided).

This agreement generally requires reimbursement as described below. The legal authority for any non-reimbursable details arises from decisions of the Comptroller General setting forth exceptions to the general rule that a non-reimbursable detail between Federal agencies constitutes a violation of the Purpose Statute (31 U.S.C. § 1301) by the loaning agency and an improper augmentation of appropriated funds by the gaining agency.  Specifically, the Comptroller General recognizes the following two exceptions allowing non-reimbursable details: (1) "where they involve a matter similar or related to matters ordinarily handled by the loaning agency and will aid the loaning agency in accomplishing a purpose for which its appropriations are provided," or (2) details that have a negligible impact on the loaning agency's appropriations.  See HHS Detail of Office of Community Services Employees, B-211373 (Mar. 20, 1985).

**PERIOD OF AGREEMENT**

The terms and conditions described are effective from **January 20, 2025, through July 4, 2026**, subject to the availability of appropriations. The parties may extend this agreement through a written, signed modification.

**SCOPE OF WORK**

During their assignment, USDS employees detailed to ED will support IT modernization at ED including:
- Providing software engineering, modern architecture and system design, project and team leadership, software delivery, security and site reliability engineering, data engineering, engineering management, and/or executive leadership expertise to champion and deliver modern technology.
- Performing a wide range of activities including debugging, software testing, and programming. USDS employees will quickly adapt and learn by problem-solving within legacy systems and organizational

ED-000001

constraints while working collaboratively for rapid prototyping. They will assess the state of current projects in agencies and plans and/or leads interventions where major corrections are required.

- Assisting on IT projects including infrastructure, implementing safeguards to prevent fraud, and ensuring the integrity and success of these efforts.
- Championing data strategies and building interoperability across other agencies as well as internal and external stakeholders.

USDS is seeking to detail up to 5 full-time equivalent positions (FTEs), acknowledging that USDS may choose to provide a number of FTEs less than 5 at any given time and/or partial FTEs. The parties can change who from USDS is detailed to ED under this agreement so long as the total number of detailees at any given time does not exceed 5. Should USDS require payment for reimbursables services, the parties agree to amend these terms and conditions to ensure proper reimbursement as required by applicable law.

**ADDITIONAL TERMS**

All parties acknowledge:

- The Supervisor for detailees will be the Secretary of the Department of Education, Chief of Staff of the Department of Education, or their designees.
- USDS full-time equivalent (FTE) employees will maintain coverage under Federal retirement, group health benefits, and life insurance during the assignment; employees' shares of costs for such coverage will continue to be withheld from salary.
- USDS FTE employees will continue to accrue annual and sick leave.
- Each USDS employee will have an email account and necessary devices provided by the Executive Office of the President (EOP).
- ED will provide USDS detailees with access to all ED systems on USDS employees' EOP devices to the maximum extent allowable by law; to the extent new e-mail accounts or new devices are required by law, ED will provide those accounts and devices.
- These terms and conditions are strictly for internal management purposes for each of the parties. These terms and conditions shall not be construed to provide a private right or cause of action for or by any person or entity.

USDS will:

- Maintain personnel records for the detailees, including official time and attendance and formal annual and mid-year performance evaluations as applicable, per USDS policy.
- Manage detailees' leave requests. Leave requests by the detailees will be made to USDS.
- Maintain the detailees' security clearance.
- For administrative purposes, continue to be the supervisor of record for the USDS detailees, to include maintaining their official time and attendance records.
- Promptly notify and coordinate with ED and ED's Office of the General Counsel if any work in this matter becomes the subject of a request for information (such as under the Freedom of Information Act or by the media) or any oversight inquiry from, for example, a Congressional committee, any federal Office of Inspector General, or the Government Accountability Office (GAO).

ED will:

- Provide all necessary identification to allow access and communications, to include badges, network access, and permissions for assignees to complete work for ED. This access includes enabling the detailees to access and store documents related to their work for ED on ED's network and/or hardware. ED will provide USDS detailees with this access on USDS detailees' EOP devices to the

ED-000002

maximum extent practical and allowable by law; to the extent new e-mail accounts or new devices are required by law, ED will provide those accounts and devices.
- Authorize access, to the extent consistent with law, to ED data systems to enable detailees to perform the work described above. When performing work for ED, detailees will be treated as employees of ED for purposes of data access.
- Ascertain and mitigate any conflicts of interest or confidentiality protocols during the assignment.
- Provide written input for the detailees' performance evaluations and other feedback, as applicable.
- Provide technical and operational support to the detailees for all ED activities related to this assignment.
- Cover any travel or training expenses required by ED to achieve the assignment objectives.
- Maintain records for detailees, including all project-related documents that must be maintained pursuant to the Federal Records Act and ED's policy.
- Create a process by which ED will: (1) review any final project-related documents created by the detailees that may contain legally protected information, and (2) inform the detailees of any information in those documents that ED considers legally protected.
- Promptly notify and coordinate with USDS if the detailees' work in this matter becomes the subject of a request for information (such as under the Freedom of Information Act or by the media) or any oversight inquiries from, for example, a Congressional committee, any federal Office of Inspector General, or the Government Accountability Office (GAO).

USDS detailees will:
- Complete work identified in the Scope of Work.
- Remain under the administrative control of the USDS supervisor for timesheet and other purposes, but report to the ED supervisor regarding substantive work performed for ED.
- Advise the USDS timekeeper of any leave taken during the assignment.
- Retain access to their USDS e-mail accounts during the assignment for purposes of receiving and responding to notifications from USDS.
- Complete EOP's mandatory records management training at https://eop.usalearning.net/, certify completion by e-mailing a copy of the certificate of completion to the USDS General Counsel and attend any mandatory records briefing assigned by the USDS General Counsel.
- In performing work for ED, follow all ED information security, records, and related requirements, such as any requirements specified in ED information security training and rules of behavior agreements, including:
  - Not knowingly take any actions that undermine ED's responsibilities under governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, the Privacy Act, and the Trade Secrets Act.
  - Not knowingly take any measures that create cybersecurity risks to ED's systems.
  - Not knowingly access ED systems in a manner that fails to comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies, including ED records management and information security requirements.
  - Access ED data, information, and systems for legitimate purposes, including but not limited to IT modernization, the facilitation of ED operations, and the improvement of government efficiency.
  - Comply with the requirements of the Privacy Act for information that ED collects on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.
  - To the greatest extent possible, use the program agency system documentation to understand how to use the data and information which is being accessed.

3

ADD004

ED-000003

- Appropriately mark as "PREDECISIONAL/DELIBERATIVE/PRIVILEGED" documents created by them under this agreement that contain opinions, analysis, or ideas exchanged as part of a process that might lead to a final policy or operational decision by ED.

**CONTACT INFORMATION**

| ED POC | | USDS POC | |
|---|---|---|---|
| NAME | Rachel Oglesby | NAME | Erica Evans |
| ADDRESS | **U.S. Department of Education**<br>Lyndon Baines Johnson Building<br>400 Maryland Avenue, SW<br>Washington, DC  20202 | ADDRESS | **U.S. DOGE Service, EOP**<br>Eisenhower Executive Office Building<br>Washington DC 20503 |
| EMAIL | rachel.oglesby@ed.gov | EMAIL | Erica.U.Evans@omb.eop.gov |
| PHONE | (202) 245-7956 | PHONE | (202) 881-6409 |

**SIGNATURES**
Authorization of the agreement:


James Bergeron
Acting Under Secretary
Department of Education

2/12/25
Date


/s/ Steven M. Davis

Steven M. Davis (USDS Approver)
Special Advisor
U.S. DOGE Service

February 12, 2025

Date

4

ED-000004

**MEMORANDUM OF UNDERSTANDING**
**OFFICE OF PERSONNEL MANAGEMENT**
**AND**
**THE DEPARTMENT OF EDUCATION**
Office of the Secretary

**I.     PURPOSE**

To request a detail for         ED-1         (the Detailee), from the Office of Personnel Management (OPM) to the Department of Education (ED), Office of the Secretary. This agreement formalizes the prior oral agreement and supporting documentation between OPM and ED and governs relations between the two agencies going forward.

**II.     DESCRIPTION OF SERVICES AND ACTIVITIES**

During this detail, the Detailee will work in the Office of the Secretary (OS). The Detailee will serve as Senior Advisor. Specific tasks will include: Conduct research to support EOP Department of Government Efficiency efforts.

**DUTIES:**

 The Detailee will conduct research to support EOP Department of Government Efficiency efforts.

**The Office of the Secretary will perform the following tasks:**

a) Provide office space and materials necessary for building access and communications, including badges, phones, and computers, as required to conduct ED work.
b) Cover expenses only for travel, training, or other costs specifically required and pre-approved for the Detailee to fulfill his/her detail assignment (unless otherwise agreed between the ED and OPM).
c) Determine the work schedule for the Detailee, subject to applicable federal regulations, and approve any requests for leave.              •
d) Advise the Detailee of any applicable ethics and confidentiality requirements that may apply in OS in addition to the Home Agency/Department's ethics and confidentiality requirements.
e) Ensure that the Detailee receives feedback on Detailee's activities during the course of the detail.
f) Provide feedback to ED supervisor to assist in the Detailee's performance review.
g) Ensure the necessary record(s) are collected to document work performed by the Detailee during the detail.
h) Notify OPM once the 130-day limit is met.

**III.     SUPERVISION**

During the detail, supervision of the Detailee will be provided by Rachel Oglesby.

**IV.     ETHICS RULES AND REGULATIONS**

a) The Detailee is subject to the Federal statutory and regulatory provisions that govern ethical and other standards of conduct, conflicts of interest, and limitations on political activity (18 U.S.C. §§ 203, 205, 207, and 208, 5 C.F.R. Parts 2635, and 5 U.S.C. §§ 7321 – 7326, 5 C.F.R. Part 733, and 5 C.F.R. Part 734).
b) Consistent with the implementing regulations of 5 C.F.R. part 2634, the Detailee should continue to file his/her required financial disclosure reports with OPM while on detail.

ADD006

c) OPM is responsible for ensuring that the Detailee receives required ethics training.
d) The Detailee will not knowingly take any actions that undermine ED's responsibilities under governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, the Privacy Act, and the Trade Secrets Act.
e) The Detailee will not knowingly take any measures that create cybersecurity risks to ED's systems.
f) The Detailee will not knowingly access ED's systems in a manner that fails to comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies, including ED records management and information security requirements.
g) The Detailee will access ED data, information, and systems for legitimate purposes, including but not limited to IT modernization, the facilitation of ED operations, and the improvement of government efficiency.
h) The Detailee will comply with the requirements of the Privacy Act for information that ED collects on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.
i) The Detailee will, to the greatest extent possible, use the program agency system documentation to understand how to use the data and information which is being accessed.
j) The Detailee will have access, to the extent consistent with law, to ED data systems to enable Detailee to perform the work described above. When performing work for ED, Detailee will be treated as an employee of ED for purposes of data access.

## V.    COSTS/TRANSFER OF FUNDS

The Detailee is working for OPM under a gratuitous services agreement. As a result, OPM is not incurring any costs and ED will not be required to provide any reimbursement.

## VI.    AUTHORITY

The Economy Act, 31 U.S.C. §§ 1535 - 1536

## VII.    PERIOD OF AGREEMENT AND CANCELLATION PROVISIONS

- The Detailee will be detailed to the Office of the Secretary for a period not to exceed 130 days.
- This agreement shall become effective when signed by both parties.
- The agreement may be terminated unilaterally by either party through written notice provided at least 14 calendar days prior.
- The agreement may be otherwise modified or extended at any time by mutual consent of the parties.
- The Detailee is appointed as a Special Government Employee (SGE) pursuant to 18 U.S.C. §202, and therefore may not serve in that capacity for more than 130 days in a 365-day period. Any day on which work if performed for the Government (compensated or not) should be counted as a day, regardless of the amount of time worked that day or the nature of the services. However, uncompensated activities limited to strictly administrative matters, uncompensated brief communications, and uncompensated brief periods of reading or other preparation performed at a setting away from a Government workplace, need not be counted.

## VIII.    PERFORMANCE RATING

The Detailee Employee Performance Management System evaluations for 2025 will be completed by ED with input from Rachel Oglesby, in the Office of the Secretary, who can be reached at rachel.oglesby@ed.gov.

## IX.    LEAVE

The Detailee does not accrue annual or sick leave.

X.    **CONTACTS**

Office of Personnel Management:          Department of Education:
Andrew Kloster                           Richard Smith
General Counsel                          Deputy Secretary (Delegated)

XI.    **AUTHORIZING SIGNATURES AND DATES**

The undersigned, on behalf of their respective offices, approve the terms of this agreement.

**APPROVED AND ACCEPTED**

_____  2/12/2025        _____  2/12/25
Carmen E. Garcia           Date             James P. Bergeron         Date
Chief Human Capital Officer                 Acting Under Secretary (Delegated)
Office of Personnel Management              U.S Department of Education
carmen.garcia@opm.gov                       james.bergeron@ed.gov

ED-000007

2/12/25

**MEMORANDUM OF UNDERSTANDING BETWEEN THE SOCIAL SECURITY ADMINISTRATION,
THE OFFICE OF PERSONNEL MANAGEMENT, THE DEPARTMENT OF EDUCATION,
AND APPOINTEE** ED-1

During Appointee's term of service at the Social Security Administration (SSA), Appointee may also serve as an unpaid Special Government Employee (SGE) for the Office of Personnel Management (OPM) and the Department of Education . The Appointees duties, qualifications, and salary are contained in the attached Expert or Consultant Appointment Request & Certification (Appointment Request and Certification). To ensure compliance with applicable law, the Appointee, OPM, the Department of Education (DoEd.), and SSA (the parties) enter into this Memorandum of Understanding (MOU) and agree as follows:

1. During Appointee's term of service to SSA, Appointee will receive payment, as described in the Appointment Request and Certification, from SSA.
2. Neither OPM nor DoEd. shall not pay Appointee during his SSA term of service.
3. While on duty time at SSA, Appointee shall only perform duties for SSA.
4. While on duty time at SSA, Appointee shall not perform any work for or on behalf of OPM or DoEd..
5. Appointee shall perform SSA work only at SSA Headquarters (HQ) in Woodlawn, Maryland.
6. Appointee shall not perform any work for OPM or DoEd.at SSA facilities, including but not limited to SSA HQ.
7. SSA, OPM and DoEd. shall provide any equipment or systems access to ensure access to their respective networks. Neither SSA, OPM nor DoEd. shall be responsible for providing access to the other agency's network or systems.
8. Appointee shall not perform work for either OPM or DoEd. using SSA equipment or resources.
9. Appointee shall not perform SSA work using either OPM or DoEd. equipment or resources.
10. Appointee shall not share any Personally Identifiable Information accessed or obtained through the use of SSA systems or work performed for SSA, with any external entity, organization, or agency federal or state, including OPM and DoEd.
11. Appointee shall not share or disclose SSA information that is non- PII, non-public information with any non-federal entity. Any disclosure of non- PII, non-public information to another federal entity, organization, or agency shall be made only with expressed permission of the Office of the Commissioner.
12. Appointee shall not share or disclose OPM or DoEd. information to SSA without appropriate permission from each agency's appropriate authorizing official.
13. Appointee shall abide by all SSA regulations and policies regarding access to and protection of any agency records, information, and work products.
14. Appointee shall abide all SSA regulations and policies regarding ethics and employee conduct.
15. In the event of any lapse in appropriations, the Appointee will follow the instructions issued by SSA related to his SSA service.

**AUTHORIZING SIGNATURES AND DATES**

The signatories below warrant and represent that they have the competent authority on behalf of their respective agencies to enter into the obligations set forth in this MOU. This agreement will become effective on the date it is signed by last party.

**Social Security Administration**

[NAME]
[TITLE]

Date: _____

**Office of Personnel Management**

*Brian Bjelde*

[NAME]  Brian Bjelde
[TITLE]  Senior Advisor to
Acting Director of OPM

Date:  2/12/2025

**Department of Education**

James P. Bergeron
Acting Under Secretary

Date: _____ 02/12/25 _____

**Appointee**
ED-1

Ā

Date: 02/12/2025

ED-000008

# Request for Schedule C Appointing Authority

| | | |
|---|---|---|
| **Agency Name:** DEPARTMENT OF EDUCATION | | **Print Date:** |
| **POC:** MARGARET FERRELL | **Phone:** (202) 453-6115 | **Fax:** |
| **Request No:** DB250077 | **Request Type:** APPOINTMENT | **Position:** REGULAR C |
| **Candidate:** ED-2 | **Grade/Step:** GS15/6 | **Salary:** $195,200 |
| **Position No:** DBGS61164 | **Title:** SENIOR ADVISOR | |
| **Series:** 00301 | **Desc:** MISCELLANEOUS ADMINISTRATION AND PROGRAM | |

**Date PD certified as Schedule C per 5 CFR 213.3301(a):** 01/31/2025

| | | |
|---|---|---|
| **Organization ID:** 10000 | **Org. Name:** OFFICE OF THE SECRETARY | |
| **Supervisor No:** | **Supv. Title:** | |
| **Supervisor Name:** | **Supv. Position Type:** | |
| **GEO Location:** WASHINGTON | | |

## Schedule C Certification Statement

Under 5 CFR 213.3301(a), the position listed above is excepted from the competitive service because of its confidential or policy-determining character. Per 5 CFR 213.3301(b), I certify that the Schedule C appointment for this position, was not created solely or primarily for the purpose of detailing the appointee to the White House.

Department / Agency Head or Designee: Denise L. Carter

Signature: _Denise L Carter_    Date Signed: 01/31//2025

## Agency White House Liaison

Name: Stephen A. Warzoha    Phone: 202-374-6144

Signature: _____    Date Signed: 01/31/2025

## OPM USE ONLY

☒ Approved    ☐ Disapproved    ☐ Return without Action

OPM Approving Official: _____    Date Signed: 1/31/2025

**Email to: Senior Executive Resource Services at SERS@OPM.GOV**

**Source: Office of Personnel Management**    **Report 1019, Version March 2018**



UNITED STATES DEPARTMENT OF EDUCATION

January 31, 2025

Dear ED-2 .

Your excepted service appointment as a Senior Advisor, GS-0301-15, Step 6, with a salary of $195,200 per annum in the Office of the Secretary, located in Washington, DC will be effective on January 31, 2025. Your first day on duty will be Friday, January 31, 2025.

This is an excepted service appointment, of a political, confidential or policy determining nature. As such, employment under this appointment is subject to change at the discretion of the Administration and may be terminated at any time.

### Background Investigation/Security Clearance

In accordance with Executive Order 10450 - "Security Requirements for Government Employment," Homeland Security Presidential Directive 12 (HSPD-12) - "Policy for a Common Identification Standard for Federal Employees and Contractors," 5 CFR 731 - Suitability, and Departmental policy, the U.S. Department of Education is required to ensure that individuals employed by the Department meet certain background investigation criteria commensurate with their position duties and system access requirements. The Department of Education follows guidelines established by the Office of Personnel Management to assess position risk or sensitivity levels, in order to determine appropriate background investigation requirements.

All Department of Education employees must undergo an initial background investigation, followed by a reinvestigation every five years. Successfully completing a full background investigation with favorable adjudication and maintaining the required suitability is a condition of Federal employment.

Our Personnel Security office has conducted a preliminary review of your background investigation package and determined you can be allowed to onboard pending completion and favorable adjudication of your background investigation.

### Federal Government Ethics

Based on your new appointment as a Senior Advisor, GS-0301-15, Step 6, in the Office of the Secretary, you are required to file a public financial disclosure report (OGE Form 278e) **no later than March 2, 2025**. The Ethics in Government Act (Act) requires individuals who are appointed to certain designated positions to file an OGE Form 278e within 30 days after appointment to that position. This email contains important information regarding reporting requirements and for creating your account.

If you are not expected to serve in this position for at least 60 days, you may not be required to file an OGE Form 278e. If you do not expect to serve in this position for at least 60 days in a calendar year, you should contact the Ethics Division in the Office of the General Counsel **immediately** to determine your filing status. You may request an initial 45-day extension from the Ethics Division to file and complete the OGE Form 278e; however, you must submit your extension request **before** the due date. Below is some additional information about public financial disclosure reporting.

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

- On April 4, 2012 the Stop Trading on Congressional Knowledge Act (STOCK Act) was signed into law. The STOCK Act added requirements to the Public Financial Disclosure System mandated by the Act. Specifically, Section 6 of the STOCK Act requires that employees who are required to complete an OGE Form 278e must also report transactions involving securities on an ongoing basis. Pursuant to this new provision, filers must report transactions the earlier of 30 days after receiving notice of the transaction, or 45 days after the transaction has actually occurred. In addition, filers must also report the transactions of a spouse and/or dependent child. These transactions are to be reported on the OGE Form 278-T.
- ED is currently using an e-filing system, called INTEGRITY.gov, which is hosted in a secure Government cloud, works with modern Internet browsers, and operates on the OMB Max.gov platform. For more information about OMB Max.gov, please visit: https://max.omb.gov/maxportal/home.action/.
- All ED employees who are required to file an OGE Form 278e and/or an OGE Form 278-T must use INTEGRITY.gov to file these reports. To create an account, go to https://Integrity.gov. To log in, type your "user-name", which is your ED "ed.gov" email address and click the link that says "Forgot, set, or change your password". You will be redirected to set up your OMB Max.gov password. After completing this process, you may get started on filing your report(s).

**If you submit your report (either the OGE Form 278e or the OGE Form 278-T) more than 30 days past the stated above due date or extension date, a $200 late filing fee will become due at the time of filing**, pursuant to section 104(d) of the Act. In addition, ED is required to refer to the Attorney General the name of any individual when there is reasonable cause to believe that such individual has willfully failed to file an OGE Form 278e. The Act also states that any individual who knowingly or willfully falsifies or fails to report the required information may be assessed a civil penalty.

## Your First Day / Where to Report for Orientation

Please report to 400 Maryland Ave, SW, Washington, DC, at 9:00am and contact Camille Simonds at 202-453-5738. As a reminder, prior to conducting business on behalf of the Department, our division must be in receipt of your sworn affidavit statement (SF-61) and have verified your identity.

In addition, Camille Simonds, at Camille.Simonds@ed.gov, will contact you through email with an invitation to new employee orientation. As part of this orientation, you will be administered the oath of office and receive a series of briefings designed to ensure a successful transition to the Department.

## In Case of Inclement Weather

In the event that the D.C. metropolitan area experiences inclement weather conditions or another event that may close or delay opening of the Federal government, new employees scheduled for orientation should check the operating status on www.opm.gov and follow any instructions on reporting to work for Federal workers and Government office delays and closures.

## Required Identification Documents

You must provide scanned copies of the following items for your I-9 identification.

Acceptable identification documents include:

- U.S. Passport

Or two of the following:

- State-issued photo driver's license or photo ID card
- Original or certified copy of birth certificate
- Social Security Card

Failure to provide any of these required items or forms to orientation/your first day may delay the processing of your appointment, benefits, and first paycheck.

### Completing and Submitting Employment Forms

The attached "List of Employment Forms" identifies the employment forms you should complete before or on your first day and when they are due. You will need to submit all forms to Camille Simonds via email at Camille.Simonds@ed.gov. If you encounter any difficulties in opening or completing the forms, please contact me as soon as possible.

**Failure to submit any of the required employment forms in by the specified due dates may delay the processing of your appointment, benefits, and first paycheck.**

If you have questions prior to your first day, please do not hesitate to contact me at Ann.Ferrell@ed.gov.

Sincerely,

*Ann Ferrell*
Human Resources Specialist
U.S. Department of Education

Attachments: List of Employment Forms

CC: Steve Warzoha
    Taronda Wallace
    Latonya Davis
    Holly Williams
    Cherese Beckwith
    Reona Shannon

Docusign Envelope ID: 182F9833-4FAF-41F0-A03C-89435F252493

### Memorandum of Understanding for Detail between
### GSA and US Department of Education

### Non-Reimbursable Detail
### Base Agreement

The General Services Administration hereby enters into an agreement for the temporary detail of        ED-3        from the Office of the Administrator at the General Services Administration (GSA) to the Office of the Secretary (OS), U.S. Department of Education (ED). This agreement formalizes the prior oral agreement and supporting documentation between GSA and ED and governs relations on this detail going forward.

1. PURPOSE

This Memorandum of Understanding (MOU) outlines the agreement for        ED-3        :o participate in a detail to ED for the purpose of supporting the OS leadership with the assessment and enhancement of internal processes and operational procedures, specifically, focusing on identifying inefficiencies and areas for improvement and ensuring that the ED's administrative and programmatic functions align with the best practices for effectiveness and accountability.

2. SCOPE OF WORK/ASSIGNMENT

     ED-3        is a Special Government Employee.        ED-3        will be detailed from his present position as a Software Engineer (Consultant) with the Office of the Administrator at the General Services Administration to a set of duties with ED.

   A.  Duties and Responsibilities of the Detailee

       The Detailee's duties and responsibilities at ED will include conducting research and analysis to identify inefficiencies and areas for improvement in ED's administrative and programmatic functions and reviewing internal processes and operational procedures to identify areas for improvement.

   B.  Goals of the Detail Assignment:

       The goals of the assignment are to improve the efficiency and effectiveness of the ED consistent with the similar ongoing efforts of other executive branch agencies.

   C.  Controls over Work

       The Detailee will report to OS leadership for the duration of this assignment.

       The Supervisor of        ED-3        will be the Rachel Oglesby, Office of the Secretary.

3. DURATION, EXTENSION, AND TERMINATION OF ASSIGNMENT

   A.  This assignment is for work not to exceed 130 days in a 365 day period (excluding federal holidays) from the Detailee's start date with GSA.

**ADD014**

Docusign Envelope ID: 182F9833-4FAF-41F0-A03C-89435F252493

B. This agreement may be amended, extended, or terminated by mutual written and signed consent of both parties, with reasonable notice to the Detailee. The desire for such activity by either GSA or OS shall be declared in writing at least one month (30 calendar days) in advance of the effective date for such action, unless good cause exists for immediate termination.

C. An extension must be documented as a written and signed amendment to this agreement and personnel action, as appropriate.

D. At the conclusion of the detail, the Detailee will return to the position of record with GSA.

E. The work week and hours of duty will be determined by OS, subject to applicable Federal regulations.

5. LEGAL AUTHORITY

The Economy Act, 31 U.S.C. §§ 1535 - 1536.

6. REIMBURSEMENT PROVISIONS:

The Detailee is working for GSA under a gratuitous services agreement. As a result, GSA is not incurring any costs and ED will not be required to provide any reimbursement.

7. RULES, REGULATIONS, AND POLICIES:

A. The Detailee is subject to the Federal statutory and regulatory provisions that govern ethical and other standards of conduct, conflicts of interest, and limitations on political activity (18 U.S.C. §§ 203, 205, 207, and 208, 5 C.F.R. Parts 2635, and 5 U.S.C. §§ 7321 – 7326, 5 C.F.R. Part 733, and 5 C.F.R. Part 734). For details in excess of 30 calendar days, Detailee will be subject to any supplemental agency regulations.

B. Consistent with the implementing regulations of 5 C.F.R. part 2634, the Detailee should continue to file his/her required financial disclosure reports with GSA while on a detail.

C. GSA is responsible for ensuring that the Detailee receives required ethics training.

D. The Federal Tort Claims Act and any other Federal tort liability statutes shall apply to the Detailee.

E. The rules and policies that govern the internal operation and management of ED are applicable to the Detailee.

F. Records Schedule. The Detailee agrees to preserve information worked on for the ED in accordance with the Federal Records Act, ED's Records Schedule.

G. Unauthorized disclosure of information. The Detailee will not disclose nonpublic information to outside parties without prior approval from ED. If the Detailee improperly discloses non-public information, the GSA agrees to pursue appropriate steps. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule or regulation, or mismanagement, a

Docusign Envelope ID: 182F9833-4FAF-41F0-A03C-89435F252493

gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. These definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

H. Should travel be required in the performance of official duties during the detail, the Detailee will be reimbursed in accordance with the Federal Travel Regulations. Any costs associated with travel directed by ED shall be paid by ED.

I. The Detailee will not knowingly take and actions that undermine ED's responsibilities under governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, the Privacy Act and the Trade Secrets Act.

J. The Detailee will not knowingly take any measures that create cybersecurity risks to ED's systems.

K. The Detailee will not knowingly access ED's systems in a manner that fails to comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies including ED records management and information security requirements.

L. The Detailee will access ED data, information, and systems for legitimate purposes, including but not limited to IT modernization, the facilitation of ED operations, and the improvement of government efficiency.

M. The Detailee will comply with the requirements of the Privacy Act for information that ED collects on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.

N. The Detailee will, to the greatest extent possible, use the program agency system documentation to understand how to use the data and information which is being accessed.

O. The Detailee will have access, to the extent consistent with law, to ED data systems to enable Detailee to perform the work described above. When performing work for ED, the Detailee will be treated as an employee of ED for the purposes of data access.

## 8. SECURITY CLEARANCE:

The commencement of the detail is contingent upon the Detailee's successful adjudication and receipt of any necessary security clearances and other pre-employment screening required by ED. If the Detailee is unable to obtain the required level of access prior to the detail or her access is suspended or revoked for any reason during the detail, OS retains the right to immediately terminate the detail. GSA is not obligated to provide a replacement.

## 9. CONTACTS:

Gaining Supervisor: Richard Smith, Deputy Secretary, U.S. Department of Education

Home Agency Supervisor: Stephen Ehikian, Acting Administrator, GSA

Docusign Envelope ID: 182F9833-4FAF-41F0-A03C-89435F252493

10. SIGNATURES:


_Stephen Ehikian_                          2/12/2025
_____         _____
Stephen Ehikian                            Date
Deputy Administrator
U.S. General Services Administration


_James Bergeron_                           2/12/25
_____         _____
James Bergeron                             Date
Acting Under Secretary
U.S. Department of Education

ADD017

ED-000016

**U.S. DEPARTMENT OF EDUCATION**
**EXPERT OR CONSULTANT APPOINTMENT REQUEST**
Reference: 5 CFR 304 and 5 U.S.C. 3109

| 1. NAME OF PERSON (Last, First, MI): | 2. TOTAL PERIOD FOR WHICH APPOINTMENT IS REQUESTED: |
|---|---|
| ED-4 | FROM: 2/4/25 TO: 8/4/25    May not exceed one year |

| 3. MAILING ADDRESS AND EMAIL ADDRESS: | 4. APPROXIMATE NUMBER OF DAYS PERSON IS EXPECTED TO PERFORM SERVICES DURING THIS APPOINTMENT: |
|---|---|
| ▓▓▓▓▓▓▓▓▓ | 180   (May not exceed one year) |

| 5. PRINCIPAL OFFICE: | 6. SUPERVISOR NAME AND TITLE: |
|---|---|
| OFFICE OF THE SECRETARY | |

**7. TYPE OF POSITION:**

[ ] Expert - This position requires the services of a specialist with skills superior to those of others in the same profession, occupation, or activity to perform work on a temporary and/or intermittent basis assigned by a Federal official.

[X] Consultant - This position requires providing advice, views, opinions, alternatives, or recommendations on a temporary and/or intermittent basis on issues, problems, or questions presented by a Federal official.

**8. TYPE OF APPOINTMENT:**

[X] New Appointment    [ ] Reappointment

**9. PRIOR EXPERT OR CONSULTANT APPOINTMENTS**

A. [X] No Prior Appointment    [ ] Prior Appointment - Same Services    [ ] Prior Appointment - Substantially Different Services

B. Dates of Prior Service:   - 

C. Number of Hours or Days Paid (Annual Basis Calculation): \_\_\_\_\_ Hours   (may not exceed 130 days or 1040 hours)

OR Amount of Cumulative Earnings on Expert or Consultant Appointments: \_\_\_\_\_ *

*(Cumulative earnings for all appointments, including this request may not exceed twice the rate of the GS 15/10)\**

| 10. WORK SCHEDULE: | 11. BASIS FOR CALCULATION FOR SERVICE LIMITS: |
|---|---|
| [ ] Full Time (80 Hours per pay period)   [X] Part Time<br>[ ] Intermittent<br>(up to 80 Hours per pay period with no regularly scheduled tour of duty) | [X] Annual    [ ] Cumulative Earnings |

**12. RATE OF PAY:**

[ ] per hour    [ ] per day    [ ] per annum    [X] unpaid

**13. BACKGROUND INVESTIGATION AND PRE-EMPLOYMENT REQUIREMENTS** *(to be completed by Personnel Security)*

| Sensitivity Level | Background Investigation Type | Drug Testing Requirement |
|---|---|---|
| Non-Sensitive/Public Trust | T4 | [ ] Yes    [X] No |

| Signature: LISA SENECAL | Digitally signed by LISA SENECAL Date: 2025.02.04 12:08:54 -05'00' | Date: 02/04/25 |
|---|---|---|

ED-EMHC-020.01 12/17        Page 1 of 4

ED-000017

**EXPERT OR CONSULTANT Appointment Request**
*Reference: 5 CFR 304 and 5 U.S.C. 3109*

**14. SERVICES TO BE PERFORMED**

**A. Explain in full the services to be performed.**

ADVISING THE DEPARTMENT ON CHANGE MANAGEMENT.
PERFORMING COST REDUCTIONS.

NO ONE ELSE AT THE AGENCY IS PERFORMING THESE FUNCTIONS.

**B. Specify what duties will be assigned that will involve the person in the transaction of business on behalf of the government with any profit or non-profit organization.**

NONE

**C. Specify what duties will be assigned that will involve the person in the rendering of advice to the government which will have direct and predictable effect on the interests of any profit or non-profit organization.**

LESS DOLLARS WILL FLOW FROM DEPARTMENT OF ED
to MANY NON-PROFIT AND FOR PROFIT INSTITUTIONS
AND COMPANIES.

**D. Special qualifications of the person recommended for appointment which relate specifically to the services to be performed.**

VERY SIGNIFICANT EXPERIENCE IN EDUCATION & TECHNOLOGY.

Page 2 of 4

ED-000018

ADD019

**EXPERT OR CONSULTANT Appointment Request**
*Reference: 5 CFR 304 and 5 U.S.C. 3109*

## 15. CERTIFICATION AND APPROVAL

I certify that:

- this position meets the requirements for use of an Expert or Consultant appointment authority;

- the individual being appointed possess the requisite qualifications as follows:

  Expert - The appointee is specifically qualified by education and experience to perform difficult and challenging tasks in a particular field beyond the usual range of achievement of competent persons in that field. The appointee is regarded by others in the field as an authority or practictioner of unusual competence and skill in a professional, scientific, technical or other activity.

  Consultant - The appointee can provide valuable and pertinent advice generally drawn from a high degree of broad administrative, professional or technical knowledge or experience. Appointees to advisory boards/commissions are affected by a particular program and can provide useful views from personal experience.

- this position will not be used to perform SES, managerial or supervisory work; make final decisions on substantive policies

- this appointment is in compliance with law, relevant decisions of the Comptroller General, and Office of Personnel Management and Department policies and instructions;

- the services of the individual are essential for effective program management;

- the pay level is appropriate for the duties to be performed and the qualifications of the appointee;

- the record of appointment has been clearly documented to show the services to be performed and the special qualifications of the appointee which relate specifically to those services;

- a statement of employment and financial interests has been obtained and it has been determined that no conflict of interest exists;

- All responsible clearing offices have reviewed and consulted on the expert or consultant appointment;

- Office of the Executive Secretariat has coordinated review of this appointment and the Secretary has authorized submission for final approval;

- I am authorized to make hiring decisions.

| Principal Office Head Approval | Appointing Official *(Chief Human Capital Officer or Designee)* |
|---|---|
| Name: Rachel Oglesby | Name: Jacqueline Clay |
| Title: Chief of Staff | Title: Director, Chief Human Capital Officer *(or Designee)* |
| Signature: *Rachel Oglesby* | Signature: *[signature]* |
| Date: 02/04/2025 | Date: 2-4-25 |

## 16. REQUEST TO AMEND WORK SCHEDULE WITH NO OTHER CHANGES TO ITEMS 7-15

| Full Time (80 hours per pay period)    Part time    Intermittent | |
|---|---|
| **Principal Office Head Approval** | **Appointing Official** *(Chief Human Capital Officer or Designee)* |
| Name: | Name: |
| Title: | Title: *CHCO/DAS for Human Resources* |
| Signature: | Signature: |
| Date: | Date: |

ED-000019

ADD020

ED-000020

ADD021

# APPOINTMENT AFFIDAVITS

Consultant
*(Position to which Appointed)*

02/04/2025
*(Date Appointed)*

Department of Education
*(Department or Agency)*

OS
*(Bureau or Division)*

Washington, DC
*(Place of Employment)*

ED-4

I, _____ , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

ED-4

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 4  day  of  February _____ ,  2025

at  Washington _____
*(City)*

DC _____
*(State)*

(SEAL)

_____
*(Signature of Officer)*

Director, Executive Resources
*(Title)*

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

ED-000021



UNITED STATES DEPARTMENT OF EDUCATION

February 4, 2025

MEMORANDUM

TO:        Richard Lucas
           Acting Assistant Secretary
           Office of Finance and Operations

FROM:      Denise Carter
           Acting Secretary
           Office of the Deputy Secretary

SUBJECT:   Waiver of the Pre-Appointment Background Investigation Requirement
           for Appointment to a High Risk/Public Trust Position for      ED-4

This is a request for a waiver of the pre-appointment background investigation requirement for
appointment to a High Risk/Public Trust position for      ED-4      This individual has been selected
for the position of Consultant, OS.

Due to the presidential transition, we are requesting a temporary waiver to the personnel security vetting
requirements in order to expedite the onboarding of      ED-4      All required documentation will be
provided for the appropriate background investigation no later than February 7, 2025. It is in the
Department's best interest to fill this appointment as soon as possible.

**ACTING ASSISTANT SECRETARY FOR THE OFFICE OF FINANCE & OPERATIONS**

Approve _____   Disapprove _____   Date _____

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global
competitiveness by fostering educational excellence and ensuring equal access.*

ED-000022

ADD023

**Federal Register** / Vol. 90, No. 18 / Wednesday, January 29, 2025 / Presidential Documents     **8441**

## Presidential Documents

Executive Order 14158 of January 20, 2025

### Establishing and Implementing the President's "Department of Government Efficiency"

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Purpose.* This Executive Order establishes the Department of Government Efficiency to implement the President's DOGE Agenda, by modernizing Federal technology and software to maximize governmental efficiency and productivity.

**Sec. 2**. *Definitions.* As used in this order:

(a) "Agency" has the meaning given to it in section 551 of title 5, United States Code, except that such term does not include the Executive Office of the President or any components thereof.

(b) "Agency Head" means the highest-ranking official of an agency, such as the Secretary, Administrator, Chairman, or Director, unless otherwise specified in this order.

**Sec. 3**. *DOGE Structure.* (a) *Reorganization and Renaming of the United States Digital Service.* The United States Digital Service is hereby publicly renamed as the United States DOGE Service (USDS) and shall be established in the Executive Office of the President.

(b) *Establishment of a Temporary Organization.* There shall be a USDS Administrator established in the Executive Office of the President who shall report to the White House Chief of Staff. There is further established within USDS, in accordance with section 3161 of title 5, United States Code, a temporary organization known as "the U.S. DOGE Service Temporary Organization". The U.S. DOGE Service Temporary Organization shall be headed by the USDS Administrator and shall be dedicated to advancing the President's 18-month DOGE agenda. The U.S. DOGE Service Temporary Organization shall terminate on July 4, 2026. The termination of the U.S. DOGE Service Temporary Organization shall not be interpreted to imply the termination, attenuation, or amendment of any other authority or provision of this order.

(c) *DOGE Teams.* In consultation with USDS, each Agency Head shall establish within their respective Agencies a DOGE Team of at least four employees, which may include Special Government Employees, hired or assigned within thirty days of the date of this Order. Agency Heads shall select the DOGE Team members in consultation with the USDS Administrator. Each DOGE Team will typically include one DOGE Team Lead, one engineer, one human resources specialist, and one attorney. Agency Heads shall ensure that DOGE Team Leads coordinate their work with USDS and advise their respective Agency Heads on implementing the President's DOGE Agenda.

**Sec. 4**. *Modernizing Federal Technology and Software to Maximize Efficiency and Productivity.* (a) The USDS Administrator shall commence a Software Modernization Initiative to improve the quality and efficiency of government-wide software, network infrastructure, and information technology (IT) systems. Among other things, the USDS Administrator shall work with Agency Heads to promote inter-operability between agency networks and systems, ensure data integrity, and facilitate responsible data collection and synchronization.

**8442**    **Federal Register** / Vol. 90, No. 18 / Wednesday, January 29, 2025 / Presidential Documents

(b) Agency Heads shall take all necessary steps, in coordination with the USDS Administrator and to the maximum extent consistent with law, to ensure USDS has full and prompt access to all unclassified agency records, software systems, and IT systems. USDS shall adhere to rigorous data protection standards.

(c) This Executive Order displaces all prior executive orders and regulations, insofar as they are subject to direct presidential amendment, that might serve as a barrier to providing USDS access to agency records and systems as described above.

**Sec. 5**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–02005
Filed 1–28–25; 11:15 am]
Billing code 3395–F4–P

ED-000024

ADD025

**U.S. Department of Education**
Office of the Chief Information Officer
Information Assurance Services

DATE:        February 5, 2025

TO:          All Department of Education IT Systems including associated: Assistant Secretaries, Authorizing
             Officials (AOs), Information System Owners (ISOs), Information System Security Officers (ISSOs), IT
             POCs, Contracting Officer Representatives (CORs), Contracting Officers (COs), Employees with
             Significant Security Responsibilities, Chief of Staffs and Executive Officers.

FROM:        Thomas Flagg
             Department of Education Authorizing Official/Chief Information Officer

THROUGH:     Peter Hoang, Acting Chief Information Security Officer (CISO)
             Director, Information Assurance Services, Office of the Chief Information Officer

             Frank Miller, Senior Agency Official for Privacy (SAOP)
             Acting Director, Student Privacy Policy Office

CC:          Department of Government Efficiency (DOGE) Team Members

SUBJECT:     Access to All ED IT Systems by the United States DOGE Service (USDS)

INTRODUCTION:

President Trump signed an Executive Order (EO) "Establishing and Implementing the President's "Department of
Government Efficiency"" to implement the President's DOGE Agenda by modernizing Federal technology and
software to maximize governmental efficiency and productivity. The EO also tasked Agencies to establish an
internal DOGE team and allow full access to the DOGE Administrator to all unclassified agency records, software
systems and IT systems.  This is to support the USDS Administrator Software Modernization Initiative to improve
the quality and efficiency of government-wide software, network infrastructure, and information technology (IT)
systems.  All ED Information System Owners (ISO) shall work with the USDS Administrator and internal DOGE Team
members to promote inter-operability between agency networks and systems, ensure data integrity, and facilitate
responsible data collection and synchronization.

This memorandum documents the need to know and authorizes USDS personnel onboarded to the Department of
Education DOGE team full and prompt access to all unclassified IT systems and data. These new requirements
support the implementation of the EO "Establishing and Implementing the President's "Department of
Government Efficiency".[1]

ACTIONS REQUIRED:

In coordination with the USDS Administrator and to the maximum extent consistent with cybersecurity and privacy
laws and requirements.  The USDS DOGE Team onboarded at the Department of Education shall adhere to rigorous
data protection standards and applicable ED data protection policies in accordance with the EO.

---

[1] ESTABLISHING AND IMPLEMENTING THE PRESIDENT'S
"DEPARTMENT OF GOVERNMENT EFFICIENCY"

# U.S. Department of Education
# Information Technology (IT) System Rules of Behavior

All Government and Contractor personnel of the Department of Education (ED) must follow the rules of behavior set forth in this document when accessing and using IT equipment, systems, and departmental data and information. The Department of Education computer network provides access to e-mail, the Internet, Intranet, and most other systems required for the execution of the Department's mission.  All personnel authorized access will be held accountable for their actions. Violations of the rules of behavior will be brought to the attention of Management for action, as situations warrant (e.g., personnel found in violation may face disciplinary action). According to the Department's Handbook for Information Assurance (IA) Security Policy, personnel who violate the rules may have their access to the ED computer network revoked. The rules described below are not to be used in place of existing policy, rather they are intended to enhance and define the specific rules each user must follow while accessing the Department of Education computer network.

This applies to all Government and Contractor personnel who have access to Department of Education computer network systems, data, records, and files.  Further, all Government and Contractor personnel must adhere to all Department of Education Policy, Guidance and Procedures which include, but are not limited to:

- You are prohibited from uploading offensive or objectionable material to, or downloading from, the Internet. Refer to "Personal Use of Government Equipment and Information Resources", dated April 16, 2006
- You must not knowingly, and with the intent to defraud the U.S. Government, access a protected computer without authorization, or beyond your authorization level
- You are prohibited from using the Department of Education computer network or computer equipment to engage in any activity that is illegal or otherwise expressly prohibited (e.g. political activity, lobbying activity prohibited by law or running a personal business). You are, however, permitted occasional personal use, provided that such use incurs only a negligible additional expense to the Department of Education; does not impede your ability to do your job, does not impede other employees' ability to do their jobs; occurs during off-duty hours, whenever possible; and, is not for the purpose of generating income for yourself or anyone else
- All computer resources (including personal computers, laptops, wireless devices, all parts of the Department of Education computer network, communication lines and computing facilities) are to be used in accordance with ED OCIO 1-104, "Personal Use of Government Equipment and Information Resources", policy
- Be aware that all Department of Education network and system resources used and accessed by Government and Contractor personnel are subject to periodic test, review, audit, and monitoring
- You must adhere to all Department of Education IT security policies, practices and procedures, as well as relevant Presidential Directives and Office of Management and Budget (OMB) memoranda
- You must adhere to the handling and disclosure of information as set forth in the Freedom of Information Act and the Privacy Act
- The confidentiality and integrity of information must be maintained. Therefore, information in any form shall be appropriately protected. You must not maliciously delete, modify, destroy or otherwise misuse any Department data or information
- You must complete the OCIO Annual Security Awareness Training, and, if you are identified as being key IA or IT personnel, you must complete the required annual specialized education and training requirements defined by the OCIO IAS organization

1

# U.S. Department of Education
# Information Technology (IT) System Rules of Behavior

**User IDs and Passwords**

All Government and Contractor personnel must adhere to the policy set forth in the Department of Education's IT Password Guidance, which includes, but is not limited to:

- You are prohibited from sharing your account information with anyone, and must take the appropriate action to ensure your account information is stored in a secure manner
- Your password must be a mix of at least 12 characters that contain upper and lower case letters, two numbers and at least one special character
- Passwords cannot resemble any part of your user-ID or name
- Passwords cannot not be reused for 24 iterations
- Passwords must be changed at least once every 90 days
- If your User-ID or password is compromised, you must report it immediately to your supervisor and ISSO/ISSM
- Personal Identification Numbers (PINs) will be constructed as required, by the token issuer of any system requiring a PIN for access

**Account Inactivity**

The Department will implement procedures and methodologies to ensure adequate management of information system accounts.

- After 30 days of inactivity, the account shall be put in suspension within 5 working days, and will be terminated after 90 days. If you will not access your account for 90 days, contact your ISSO in advance to avoid having your account terminated.
- Accounts with a cyclical business model (normally not accessed within 30 days) will not be suspended after 30 days of inactivity. These accounts will be suspended after 30 days of inactivity of their normal access period. Example: if an account with a cyclical business model is only accessed every 60 days, then it would be suspended after 90 days of inactivity. These accounts should be coordinated through ISSO channels.

**Access to Information Must be Controlled**

- All Government and Contractor personnel will be given access to information based on a need to know. Bypassing web filtering is a violation of Department policy that can expose the user and the Department to risks
- You must work within the confines of the access allowed, and you must not attempt to access information for which you do not have a need to know
- Do not leave computers logged on and unattended.  Log off at the end of each session, or use access control software (i.e., screen saver with password) or configure auto-lock for unattended use
- All wireless devices must be password protected
- Do not leave mobile, wireless devices or cell phones unattended. Handheld devices should be stored securely when left unattended. To prevent theft, make sure that add-on modules and accessories are adequately protected when not in use
- You are prohibited from sharing mobile or wireless devices, cell phones, or calling cards that have been assigned to you
- You are prohibited from using a dial-up modem to directly access the internal network or any internal network devices. Dial-up access to the networks must be through OCIO operated access servers, and will only be assigned to authorized personnel

2

# U.S. Department of Education
# Information Technology (IT) System Rules of Behavior

- Connection to the Internet shall be in accordance with the ED IA Security Policy
- Users shall not establish Internet or other external network connections (e.g., via modem access or unauthorized VPN) that could allow unauthorized non-Department of Education personnel to bypass security features, and gain access to Department systems and information
- Users shall not connect unauthorized devices to any Department networks, systems or devices
- Users shall not access or attempt to access network resources, systems or devices with unauthorized devices

### Proper Use of IT Resources

- You are only authorized to access and use Department of Education licensed/approved software. The use of unlicensed software is strictly prohibited
- All licensed/approved software and documentation must be used in accordance with the copyrighted license agreement
- You are only authorized to back-up your data to a network device or approved backup device.  You are prohibited from storing sensitive or mission-critical data on your systems' hard drive or handheld device
- All Department of Education system resources, including hardware, software programs, files, paper reports, and data are the sole property of the Department of Education, and there should be no expectation of privacy
- You are only authorized to use Department-approved USB drives
- Department-issued laptops should be physically secured with laptop locks in the workspace

### Service Provisions and Restoration

- The Department of Education Network will be available for use by authorized users, at a minimum, during core business hours
- The proper controls are in place to ensure the restoration of critical information systems in the event that the Department of Education Network becomes inoperable

### Warning Banners

All Government and Contractor personnel who request access to the Department of Education's computer network or systems must read, agree to, and adhere to the Department's Warning Banner before being granted access.

#### Standard Mandatory Warning Banner

- You are accessing a U.S. Government information system, which includes (1) this computer, (2) this computer network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network.  This information system is provided for U.S. Government-authorized use only
- Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties
- By using this information system, you understand and consent to the following:
- You have no reasonable expectation of privacy regarding any communications or data transiting or stored on this information system.  At any time, the government may monitor, intercept, search and seize any communication or data transmitting or stored on this information system
- Any communications or data transiting by or stored on this information system may be disclosed or used for any purpose.

3

ED-000028

ADD029

# U.S. Department of Education
# Information Technology (IT) System Rules of Behavior

**Remote Log on Mandatory Warning Banner/User Agreement**
- You are accessing a U.S. Government information system, which includes this computer session, this computer network, and all computers connected to this network session.
- This information system is provided for U.S. Government authorized use only.
- Unauthorized or improper use of this system may result in disciplinary action, as well as civil and criminal penalties.
- Personnel using remote access shall not download or store Government information on private equipment, optical or digital media.
- By using this information system, you understand and consent to the following:
  - You have no reasonable expectation of privacy regarding any communications of data transiting this information system. At any time, the Government may monitor, intercept, search, and seize any communications or data transiting this information system
  - Any communications or data transiting this information system may be disclosed or used for any purpose
- By logging on, I agree and consent to these terms and conditions.

**By signing below, I acknowledge and accept the rules of behavior outlined above.**

**Name:** _____
*(Printed Name)*

**Email Address:** _____
*(Please Print Legibly)*

**Signature:** _____

4

ED-000029

# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BESSENT, et al., <br><br> Defendants. | Case No. 8:25-cv-430-DLB |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Gregory J. Hogan, am currently employed as the Chief Information Officer for the Office of Personnel Management.  I am familiar with the claims asserted against OPM in the above-captioned action regarding the granting of access to data systems to employees implementing Executive Order 14,158.

I hereby certify, to the best of my knowledge, that the accompanying administrative record is complete and contains all non-deliberative documents and materials directly or indirectly considered regarding the OPM actions challenged in this case.[1]  Among these documents and materials, OPM has duly evaluated all predecisional documents before excluding them from the record.

---

[1] Notwithstanding the Court's order to file an administrative record in this case, Defendants maintain that the Amended Complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Gregory J Hogan_
Gregory J. Hogan

2

**Index to Administrative Record of the Office of Personnel Management**

| | Title of Document | Bates Range |
|---|---|---|
| 1 | Gregory Hogan SF-61 | OPM-000001 |
| 2 | Gregory Hogan SF-50 | OPM-000002 – OPM-000003 |
| 3 | Gregory Hogan SF-50 | OPM-000004 – OPM-000005 |
| 4 | OPM-2 Employee SF-61 | OPM-000006 |
| 5 | OPM-2 Employee Acceptance of Uncompensated Services | OPM-000007 |
| 6 | OPM-2 Employee SF-50 | OPM-000008 – OPM-000009 |
| 7 | OPM-3 Employee SF-61 | OPM-000010 |
| 8 | OPM-3 Employee SF-50 | OPM-000011 |
| 9 | OPM-3 Employee Acceptance of Uncompensated Services | OPM-000012 |
| 10 | OPM-3 Employee Memorandum of Understanding | OPM-000013 |
| 11 | OPM-4 Employee SF-61 | OPM-000014 |
| 12 | OPM-4 Employee Acceptance of Uncompensated Services | OPM-000015 |
| 13 | OPM-5 Employee SF-61 | OPM-000016 |
| 14 | OPM-5 Employee SF-50 | OPM-000017 – OPM-000018 |
| 15 | OPM-5 Employee SF-50 | OPM-000019 – OPM-000020 |
| 16 | OPM-6 Employee SF-61 | OPM-000021 |
| 17 | OPM-6 Employee SF-50 | OPM-000022 |
| 18 | Email chain, "Getting DoGE Engineers access" | OPM-000023 – OPM-000029 |
| 19 | Email chain, "Account Creation Audit" | OPM-000030 – OPM-0000052 |
| 20 | Attachment, "Internal User Access Audit" | OPM-000053 – OPM-000054 |
| 21 | Office of Personnel Management, Privacy Act of 1974; System of Records, 88 Fed. Reg. 56,058 (Aug. 17, 2023) | OPM-000055 – OPM-000056 |
| 22 | Office of Personnel Management, Privacy Act of 1974: Update Existing Systems of Records, 77 Fed. Reg. 73,694 (Dec. 11, 2012) | OPM-000057 – OPM-000062 |
| 23 | OPM/GOVT-2, Employee Performance File System Records | OPM-000063 – OPM-000067 |
| 24 | Office of Personnel Management, Privacy Act of 1974; System of Records, 86 Fed. Reg. 68,291 (Dec. 1, 2021) | OPM-000068 –OPM-000069 |
| 25 | Office of Personnel Management, Privacy Act of 1974: Update and Amend System of Records, 79 Fed. Reg. 16,834 (Mar. 26, 2014) | OPM-000070 – OPM-000074 |

# APPOINTMENT AFFIDAVITS

Senior Advisor to the Director                                    01/20/2025
(Position to which Appointed)                                     (Date Appointed)


Office of Personnel Management    Office of the Director    Washington, DC, United States
(Department or Agency)            (Bureau or Division)     (Place of Employment)


I,    GREGORY JOHN HOGAN                                    , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.


_____
(Signature of Appointee)


Subscribed and sworn (or affirmed) before me this 20 day of January , 2025

at Washington            DC
   (City)                (State)

                                                _____
                                                (Signature of Officer)

        (SEAL)

Commission expires_____          Acting Director
(If by a Notary Public, the date of his/her Commission should be shown)    (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.


U.S. Office of Personnel Management                                    Standard Form 61
The Guide to Processing Personnel Actions                              Revised August 2002
                                                                       Previous editions not usable
                    EOD:OM00  USA Staffing        NSN 7540-00-634-4015

OPM-000001

ADD035

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HOGAN, GREGORY JOHN | ▮▮▮▮ | ▮▮▮▮ | 01/20/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 146 | SES NONCAREER APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V4L | 5 U.S.C. 3394(A). | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| AWM | OPM MEMO DTD 01-20-2025 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SENIOR ADVISOR TO THE DIRECTOR FOR TECHNOLOGY AND DELIVERY |
| | PD: 6A38081 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ES | 0301 | 00 | 00 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $195,200.00 | $0 | $195,200.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OPM |
| | OFC OF THE DIRECTOR |
| | WASHINGTON DC |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other   2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | 0 - None   2 - Conditional   1 - Permanent   3 - Indefinite | TG | YES   X NO |
| 1 | 0 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  ▮▮▮▮ | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  ▮▮▮▮ | 01/20/2025 | F   FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General   2 - Excepted Service   4 - SES Career | E - Exempt   N - Nonexempt | 41AA0 | 8888 |
| 3 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA  DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025.

EMPLOYEE SUBJECT TO POST-EMPLOYMENT RESTRICTIONS UNDER 18 U.S.C. 207(C).

THE EMPLOYEE OCCUPIES A POSITION SUBJECT TO THE PAY FREEZE FOR CERTAIN SENIOR POLITICAL OFFICIALS. NOTWITHSTANDING OTHERWISE APPLICABLE PAY STATUTES AND REGULATIONS, PAY MAY BE SET AND ADJUSTED ONLY IN ACCORDANCE WITH APPLICABLE PROVISIONS OF THE PAY FREEZE STATUTE.

TENURE AS USED FOR 5 U.S.C. 3502 IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.

CREDITABLE MILITARY SERVICE:0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE, OR FERS-FRAE.

UPON APPOINTMENT TO THIS POSITION, APPOINTEE RECEIVED AND SIGNED THE ETHICS PLEDGE. MEMBER RECEIVED FINANCIAL DISCLOSURE MEMORANDUM AND SF-278 WHICH IS TO BE COMPLETED AND RETURN WITHIN 30 DAYS OF APPOINTMENT. THIS IS A TEMPORARY APPOINTMENT WITH A NOT TO EXCEED DATE OF 2-19-2025.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY: |
| | CARMEN GARCIA-WHITESIDE |
| 47. Agency Code   48. Personnel Office ID   49. Approval Date | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |
| OM00   1000   01/27/2025 | |

| 5-Part | 2 - OPF Copy - Long-Term Record -- DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93  NSN 7540-01-333-6236 |
|---|---|---|

OPM-000002

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

**The Action**

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.

- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
  Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.

- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
  Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (R/F). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**

- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

**Block 31 - Service computation Date (Leave)**

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

**Block 32 - Work Schedule**

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**

  Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**

  Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
  The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

**Block 35 - FLSA Category**

  Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**

  Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**

  Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

OPM-000003

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HOGAN, GREGORY JOHN | ▮▮▮▮▮ | ▮▮▮▮▮ | 02/11/2025 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 546 | CONV TO SES NONCAREER APPT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| V4L | 5 U.S.C. 3394(A). |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| AWM | OPM FORM 1652 DATED 02-11-2025 |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SENIOR ADVISOR TO THE DIRECTOR FOR TECHNOLOGY AND DELIVERY | CHIEF INFORMATION OFFICER |
| PD: 6A38081 | PD: 6A39586 |

| 8. Pay Plan | 9. Occ Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ES | 0301 | 00 | 00 | $195,200.00 | PA | ES | 0340 | 00 | 00 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $195,200.00 | $0 | $195,200.00 | $0 | $195,200.00 | $0 | $195,200.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OPM<br>OFC OF THE DIRECTOR<br><br><br><br>WASHINGTON DC | OPM<br>OFC OF THE DIRECTOR<br>OFC OF THE CHIEF INFORMATION OFFICER<br><br>WASHINGTON DC |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other<br>2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30%<br>**1** | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite<br>**0** | JS | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  ▮▮▮▮▮ | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  ▮▮▮▮▮ | 01/20/2025 | F   FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career<br>**3** | E - Exempt<br>N - Nonexempt<br>**E** | 51AA0 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA  DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10068 | 0000 | | 33.94 | SPECIAL-SENSITIVE (SS)/HIGH RI |

45. Remarks

APPROVED FOR CONVERSION TO PERMANENT INCUMBENCY ON 2-11-2025. OPM FORM 1652 DATED 02-11-2025.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY:<br>CARMEN GARCIA-WHITESIDE |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| OM00 | 1000 | 02/18/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5-Part

**2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

## The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

## Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes. Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

## Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

## Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

## Block 30 - Retirement Plan

- **FICA** - Social Security System
- **CS** - Civil Service Retirement System
- **CS-Spec** - Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** - Foreign Service Retirement and Disability System
- **FERS** - Federal Employees' Retirement System
- **FERS-Reserve Tech** - Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** - Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** - Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** - Foreign Service Pension System

## Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

## Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.

Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not. Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.

On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

## Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

## Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).

The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

## Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

## Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

## Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

OPM-000005

ADD039

Docusign Envelope ID: C7A1287B-E7E2-47B8-BD83-CA83DF85713E

# APPOINTMENT AFFIDAVITS

Senior Advisor

*(Position to which Appointed)*

01/20/2025

*(Date Appointed)*

Office of Personnel Management   Office of the Director

*(Department or Agency)*   *(Bureau or Division)*

Washington, D.C.

*(Place of Employment)*

I, **OPM-2** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**OPM-2**

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 20 day of January , 2 025

at washington    DC

*(City)*   *(State)*

_____
*(Signature of Officer)*

(SEAL)

Commission expires_____

*(If by a Notary Public, the date of his/her Commission should be shown)*

Acting Director

*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000006

Docusign Envelope ID: 73EB40E2-7EF1-4CD1-B9BB-609470B2ED71

**Acceptance of Uncompensated Services**

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109.  Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM.  Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

Signed: __ **OPM-2** _____

Printed Name of Appointee: _____ **OPM-2** _____
50AC0E749AA941C...

Date: _____ January 20, 2025 _____

OPM-000007

ADD041

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| OPM-2 | | | 01/20/2025 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE   07/18/2025 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| H2L | REG 304.103. |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
EXPERT
PD: 6A39741

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| ED | 0301 | 00 | 00 | $0 | WC |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $0 | $0 | $0 | $0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
OPM
OFC OF THE DIRECTOR

WASHINGTON DC

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|---|
| 1 None. 3 10-Point/Disability 5 10-Point/Other | 0 | D None 2 Conditional | TG | YES  X NO |
| 2 5-Point 4 10-Point/Compensable 6 10-Point/Compensable/30% | | 1 Permanent 3 Indefinite | | |
| 1 | | 0 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| A0 | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 4 | 01/20/2025 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 Competitive Service 3 SES General 2 Excepted Service 4 SES Career | E Exempt N Nonexempt | 41AA0 | 8888 |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City  County  State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | 0000 | 33.94 | | CRITICAL-SENSITIVE (CS)/HIGH R |

**45. Remarks**

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025

REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.

CREDITABLE MILITARY SERVICE: 0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| OPM | ELECTRONICALLY SIGNED BY: CARMEN GARCIA-WHITESIDE |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| OM00 | 1000 | 01/30/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

| 5-Part | 2 - OPF Copy - Long-Term Record -- DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93 NSN 7540-01-333-6236 |
|---|---|---|

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action.  Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

**The Action**

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment.  When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D).  The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive.  It does not include any locality-based pay.  This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
  Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
  Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B.  It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
  Block 20D is the total dollar amount of any Retention Allowances.
- Supervisory Differentials and Staffing Differentials that are listed in the remarks block.  These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF).  Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference to RIF**

- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

- FICA     - Social Security System
- CS     - Civil Service Retirement System
- CS-Spec     - Civil Service Retirement System for law enforcement and firefighter personnel
- FS     - Foreign Service Retirement and Disability System
- FERS     - Federal Employees' Retirement System
- FERS-Reserve Tech     - Federal Employees' Retirement System for National Guard Reserve Technicians
- FERS-ATC     - Federal Employees' Retirement System for Air Traffic Controllers
- FERS-Spec     - Federal Employees' Retirement System for law enforcement and firefighter personnel
- FSPS     - Foreign Service Pension System

**Block 31 - Service computation Date (Leave)**

- Shows when your Federal service began unless you have prior creditable service.  If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will show this information.

**Block 32 - Work Schedule**

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week.  A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week.  An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave, intermittent employees are not.
  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**

- Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**

- Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
  The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

**Block 35 - FLSA Category**

- Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**

- Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization.  Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**

- Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency.  If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

OPM-000009

# APPOINTMENT AFFIDAVITS

Expert                                                          01/20/2025
*(Position to which Appointed)*                    *(Date Appointed)*

Office of Personnel Managemer    Office of the Director        Washinton, D.C.
*(Department or Agency)*         *(Bureau or Division)*        *(Place of Employment)*

I, . **OPM-3** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

# OPM-3

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 20 day of  Jana ry _____, 2025

at Washington _____    D.C. _____
*(City)*                      *(State)*

(SEAL)                                            *(Signature of Officer)*

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*                      *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000010

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OPM 5 | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 01/20/2025 |
|---|---|---|---|

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code **171** | 5-B. Nature of Action **EXC APPT NTE   07/18/2025** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **H2L** | 5-D. Legal Authority **REG 304.103.** | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number **EXPERT** PD: 6A39740 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan **ED** | 17. Occ. Code **0301** | 18. Grade or Level **00** | 19. Step or Rate **00** | 20. Total Salary/Award **$0** | 21. Pay Basis **WC** |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay **$0** | 20B. Locality Adj. **$0** | 20C. Adj. Basic Pay **$0** | 20D. Other Pay **$0** |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization OPM OFC OF THE DIRECTOR WASHINGTON DC |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference 1 — 1 None  3 — 10-Point Disability  5 — 10-Point Other  2 — 5-Point  4 — 10-Point Compensable  6 — 10-Point Compensable/30% | 24. Tenure 0   0 — None  2 — Conditional  1 — Permanent  3 — Indefinite | 25. Agency Use **TG** | 26. Veterans Preference for RIF   YES  X  NO |
|---|---|---|---|
| 27. FEGLI **A0** | 28. Annuitant Indicator **9   NOT APPLICABLE** | | 29. Pay Rate Determinant **0** |
| 30. Retirement Plan **4** | 31. Service Comp. Date (Leave) **01/20/2025** | 32. Work Schedule **F   FULL TIME** | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied 2   1 — Competitive Service  3 — SES General  2 — Excepted Service  4 — SES Career Reserved | 35. FLSA Category **E** E — Exempt  N — Nonexempt | 36. Appropriation Code **41AA0** | 37. Bargaining Unit Status **8888** |
|---|---|---|---|
| 38. Duty Station Code **11-0010-001** | 39. Duty Station (City — County — State or Overseas Location) **WASHINGTON  DISTRICT OF COLUMBIA  DC** | | |

| 40. Agency Data **10001** | 41. | 42. **0000** | 43. **33.94** | 44. **CRITICAL-SENSITIVE (CS)/HIGH R** |
|---|---|---|---|---|

**45. Remarks**
APPOINTMENT AFFIDAVIT EXECUTED 01/20/2025
REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A
SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.
CREDITABLE MILITARY SERVICE: 0000
PREVIOUS RETIREMENT COVERAGE:  NEVER COVERED.

| 46. Employing Department or Agency **OPM** | 50. Signature/Authentication and Title of Approving Official **ELECTRONICALLY SIGNED BY:** |
|---|---|
| 47. Agency Code **OM00** | 48. Personnel Office ID **1000** | 49. Approval Date **01/30/2025** | **CARMEN GARCIA-WHITESIDE** **CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR** |

5-Part 50-316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

OPM-000011

**Acceptance of Uncompensated Services**

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109.  Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM.  Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

Signed: ____ **OPM-3** ____

Printed Name of Appointee:    **OPM-3**

Date: ____ January 28, 2025 ____

2/12/25

**MEMORANDUM OF UNDERSTANDING BETWEEN THE SOCIAL SECURITY ADMINISTRATION,
THE OFFICE OF PERSONNEL MANAGEMENT, THE DEPARTMENT OF EDUCATION,
AND APPOINTEE    OPM-3**

During Appointee's term of service at the Social Security Administration (SSA), Appointee may also serve as an unpaid Special Government Employee (SGE) for the Office of Personnel Management (OPM) and the Department of Education . The Appointees duties, qualifications, and salary are contained in the attached Expert or Consultant Appointment Request & Certification (Appointment Request and Certification). To ensure compliance with applicable law, the Appointee, OPM, the Department of Education (DoEd.), and SSA (the parties) enter into this Memorandum of Understanding (MOU) and agree as follows:

1. During Appointee's term of service to SSA, Appointee will receive payment, as described in the Appointment Request and Certification, from SSA.
2. Neither OPM nor DoEd. shall not pay Appointee during his SSA term of service.
3. While on duty time at SSA, Appointee shall only perform duties for SSA.
4. While on duty time at SSA, Appointee shall not perform any work for or on behalf of OPM or DoEd..
5. Appointee shall perform SSA work only at SSA Headquarters (HQ) in Woodlawn, Maryland.
6. Appointee shall not perform any work for OPM or DoEd.at SSA facilities, including but not limited to SSA HQ.
7. SSA, OPM and DoEd. shall provide any equipment or systems access to ensure access to their respective networks. Neither SSA, OPM nor DoEd. shall be responsible for providing access to the other agency's network or systems.
8. Appointee shall not perform work for either OPM or DoEd. using SSA equipment or resources.
9. Appointee shall not perform SSA work using either OPM or DoEd. equipment or resources.
10. Appointee shall not share any Personally Identifiable Information accessed or obtained through the use of SSA systems or work performed for SSA, with any external entity, organization, or agency federal or state, including OPM and DoEd.
11. Appointee shall not share or disclose SSA information that is non- PII, non-public information with any non-federal entity. Any disclosure of non- PII, non-public information to another federal entity, organization, or agency shall be made only with expressed permission of the Office of the Commissioner.
12. Appointee shall not share or disclose OPM or DoEd. information to SSA without appropriate permission from each agency's appropriate authorizing official.
13. Appointee shall abide by all SSA regulations and policies regarding access to and protection of any agency records, information, and work products.
14. Appointee shall abide all SSA regulations and policies regarding ethics and employee conduct.
15. In the event of any lapse in appropriations, the Appointee will follow the instructions issued by SSA related to his SSA service.

**AUTHORIZING SIGNATURES AND DATES**

The signatories below warrant and represent that they have the competent authority on behalf of their respective agencies to enter into the obligations set forth in this MOU. This agreement will become effective on the date it is signed by last party.

**Social Security Administration**        **Office of Personnel Management**        **Department of Education**

*Florence Felix-Lawson*        *Brian Bjelde*

[NAME] Florence Felix-Lawson        [NAME] Brian Bjelde        James P. Bergeron
[TITLE] Chief Human Capital Officer        [TITLE] Senior Advisor to        Acting Under Secretary
Social Security Administration        Acting Director of OPM
2/13/25        2/12/2025

Date: _____        Date: _____2/12/2025_____        Date: _____02/12/25_____

**Appointee**

**OPM-3**        Date: 02/12/2025

Akash Bobba

OPM-000013

ADD047

# APPOINTMENT AFFIDAVITS

Expert

(Position to which Appointed)

01/24/2025

(Date Appointed)

Office of Personnel Management    Office of the Director

(Department or Agency)    (Bureau or Division)

Washington, D.C.

(Place of Employment)

I, **OPM-4** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

# OPM-4

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 24 day of JANUARY , 2025

at WASHINGTON      D.C.

(City)      (State)

(Signature of Officer)

(SEAL)

Commission expires_____
(If by a Notary Public, the date of his/her Commission should be shown)

SUPERVISORY HR SPECIALIST
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000014

**Acceptance of Uncompensated Services**

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109.  Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM.  Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

# OPM-4

Signed: _____

Printed Name of Appointee: _____ **OPM-4** _____

Date: _____ January 24, 2025 _____

OPM-000015

ADD049

# APPOINTMENT AFFIDAVITS

Senior Advisor to the Director

(Position to which Appointed)

01/20/2025
(Date Appointed)

Office of Personnel Management

(Department or Agency)

Office of the Director

(Bureau or Division)

Washington, DC, United States

(Place of Employment)

I, **OPM-5**                                      , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration  for or in expectation or hope of receiving assistance in securing this appointment.

# OPM-5

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 20 day of  January                          , 2025

at   Washington,                        D C
         (City)                                    (State)

(SEAL)

(Signature of Officer)

Commission expires                                       Acting Director
(If by a Notary Public, the date of his/her Commission should be shown)             (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

EOD:OM00  USA Staffing

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000016

Standard Form 50
Rev. 7-91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OPM-5 | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 01/20/2025 |
|---|---|---|---|

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 190 | PROVISIONAL APPT NTE    05/20/2025 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Y9K | SCH C, 213.3302(A). |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| AWM | OPM FORM 1019 DATED 01-20-2025 |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number |
|---|

| 15. TO: Position Title and Number |
|---|
| SENIOR ADVISOR TO THE DIRECTOR FOR INFORMATION TECHNOLOGY |
| PD: 6A38025 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 15 | 10 | $195,200.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $162,672.00 | $32,528.00 | $195,200.00 | $0 |

| 14. Name and Location of Position's Organization |
|---|
| |

| 22. Name and Location of Position's Organization |
|---|
| OPM |
| OFC OF THE DIRECTOR |
| WASHINGTON DC |

## EMPLOYEE DATA

| 23. Veterans Preference | | | |
|---|---|---|---|
| 1 | 1 None    3 10 Point/Disability    5 10 Point/Other | | |
| | 2 5 Point    4 10 Point/Compensable    6 10 Point Compensable/30% | | |

| 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|
| 3 | 0 None   2 Conditional | MK | YES  X NO |
| | 1 Permanent 3 Indefinite | | |

| 27. FEGLI |
|---|
| C0 |

| 28. Annuitant Indicator |
|---|
| 9    NOT APPLICABLE |

| 29. Pay Rate Determinant |
|---|
| 7 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF | 01/20/2025 | F    FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1 Competitive Service  3 SES General | E  E Exempt | 41AA0 | 8888 |
| 2 Excepted Service  4 SES Career | N Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 10001 | 0000 | 33.94 | | CRITICAL-SENSITIVE (CS)/HIGH R |

45. Remarks

APPOINTMENT IS INDEFINITE.

APPOINTMENT IS ON A PROVISIONAL BASIS. YOU ARE ELIGIBLE FOR RETIREMENT COVERAGE AND FOR HEALTH BENEFITS AND LIFE INSURANCE. IF YOUR PERFORMANCE IS SATISFACTORY, AND YOU MEET ALL LEGAL QUALIFICATIONS, AND OTHER APPLICABLE REQUIREMENTS, YOU MAY BE CONVERTED TO A NONTEMPORARY APPOINTMENT BEFORE THIS APPOINTMENT EXPIRES.

APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025.

CREDITABLE MILITARY SERVICE: 0000

PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE, OR FERS-FRAE.

OPM FORM 1019 DATED 01-20-2025.

| 46. Employing Department or Agency OPM | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | CARMEN GARCIA-WHITESIDE |
|---|---|---|---|
| OM00 | 1000 | 01/27/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

| 5-Part | 2 - OPF Copy - Long-Term Record -- DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 8/30/93 NSN 7540-01-333-6236 |
|---|---|---|

OPM-000017

ADD051

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

## The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

## Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes. Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment. Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

## Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351 1; both should be available for review in your personnel office.

## Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

## Block 30 - Retirement Plan

- FICA - Social Security System
- CS - Civil Service Retirement System
- CS-Spec - Civil Service Retirement System for law enforcement and firefighter personnel
- FS - Foreign Service Retirement and Disability System
- FERS - Federal Employees' Retirement System
- FERS-Reserve Tech - Federal Employees' Retirement System for National Guard Reserve Technicians
- FERS-ATC - Federal Employees' Retirement System for Air Traffic Controllers
- FERS-Spec - Federal Employees' Retirement System for law enforcement and firefighter personnel
- FSPS - Foreign Service Pension System

## Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

## Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not. Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

## Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

## Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

## Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

## Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

## Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

# OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

OPM-000018

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OPM-5 | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 02/18/2025 |
|---|---|---|---|

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 570 | CONV TO EXC APPT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Y7M | SCH C, 213.3391. |

| 5-E. Code | 5-F. Legal Authority |
|---|---|

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|

| 6-C. Code | 6-D. Legal Authority |
|---|---|

| 6-E. Code | 6-F. Legal Authority |
|---|---|

**7. FROM: Position Title and Number**
SENIOR ADVISOR TO THE DIRECTOR FOR INFORMATION TECHNOLOGY
PD: 6A38025

**15. TO: Position Title and Number**
SENIOR ADVISOR TO THE DIRECTOR FOR INFORMATION TECHNOLOGY
PD: 6A38025

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 15 | 10 | $195,200.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $162,672.00 | $32,528.00 | $195,200.00 | $0 |

| 16. Pay Plan | 17. Occ Code | 18 Grade or Level | 19 Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 15 | 10 | $195,200.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $162,672.00 | $32,528.00 | $195,200.00 | $0 |

**14. Name and Location of Position's Organization**
OPM
OFC OF THE DIRECTOR

WASHINGTON DC

**22. Name and Location of Position's Organization**
OPM
OFC OF THE DIRECTOR

WASHINGTON DC

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 None  2 5 Point  3 10 Point Disability  4 10 Point Compensable  5 10 Point Other  6 10 Point Compensable/30% | 0 None  2 Conditional  1 Permanent  3 Indefinite | JS | YES   X NO |
| 1 | 3 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 | 9  NOT APPLICABLE | 7 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF | 01/20/2025 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 Competitive Service  2 Excepted Service  3 SES General  4 SES Career | E Exempt  N Nonexempt | 41AA0 | 8888 |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON DISTRICT OF COLUMBIA DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44 |
|---|---|---|---|---|
| 10001 | | 0000 | 33.94 | CRITICAL-SENSITIVE (CS)/HIGH R |

**45. Remarks**
POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.

OPM FORM 1019 DATED 02-18-2025.

| 46. Employing Department or Agency OPM | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| | ELECTRONICALLY SIGNED BY: CARMEN GARCIA-WHITESIDE |
| 47. Agency Code OM00  48. Personnel Office ID 1000  49. Approval Date 02/20/2025 | CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

| 5-Part | 2 - OPF Copy - Long-Term Record -- DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93 NSN 7540-01-333-6236 |
|---|---|---|

OPM-000019

ADD053

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

## The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

## Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.

  Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.

  Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.

  Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.

  Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

## Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

## Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

## Block 30 - Retirement Plan

| | |
|---|---|
| **FICA** | - Social Security System |
| **CS** | - Civil Service Retirement System |
| **CS-Spec** | - Civil Service Retirement System for law enforcement and firefighter personnel |
| **FS** | - Foreign Service Retirement and Disability System |
| **FERS** | - Federal Employees' Retirement System |
| **FERS-Reserve Tech** | - Federal Employees' Retirement System for National Guard Reserve Technicians |
| **FERS-ATC** | - Federal Employees' Retirement System for Air Traffic Controllers |
| **FERS-Spec** | - Federal Employees' Retirement System for law enforcement and firefighter personnel |
| **FSPS** | - Foreign Service Pension System |

## Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will

## Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.

  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not. Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.

  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

## Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

## Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).

The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

## Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

## Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

## Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

# OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

OPM-000020

ADD054

# APPOINTMENT AFFIDAVITS

Expert
*(Position to which Appointed)*

01/24/2025
*(Date Appointed)*

Office of Personnel Managemer
*(Department or Agency)*

Office of the Director
*(Bureau or Division)*

Washington, D.C.
*(Place of Employment)*

I, **OPM-6** _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

**OPM-6**
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 24 day of JANUARY , 2025

at WASHINGTON                    D C
        *(City)*                              *(State)*

_____
*(Signature of Officer)*

(SEAL)

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

SUPERVISORY HR SPECIALIST
                                    *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

OPM-000021

Standard Form 50
Rev. 7-91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OPM-6 | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 01/24/2025 |
|---|---|---|---|---|

## FIRST ACTION

| 5-A. Code 171 | 5-B. Nature of Action EXC APPT NTE   07/22/2025 |
|---|---|
| 5-C. Code H2L | 5-D. Legal Authority REG 304.103. |
| 5-E. Code | 5-F. Legal Authority |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | | | | |
|---|---|---|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|

| 15. TO: Position Title and Number EXPERT PD: 6A39738 | | | | | |
|---|---|---|---|---|---|

| 16. Pay Plan ED | 17. Occ. Code 0301 | 18. Grade or Level 00 | 19. Step or Rate 00 | 20. Total Salary/Award S0 | 21. Pay Basis WC |
|---|---|---|---|---|---|

| 20A. Basic Pay S0 | 20B. Locality Adj. S0 | 20C. Adj. Basic Pay S0 | 20D. Other Pay S0 |
|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization OPM OFC OF THE DIRECTOR  WASHINGTON DC |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference 1 | 1 None 2 5-Point | 3 10-Point Disability 4 10-Point Compensable | 5 10-Point/Other 6 10-Point Compensable/30+, | 24. Tenure 0 | 0 None 1 Permanent | 2 Conditional 3 Indefinite | 25. Agency Use TG | 26. Veterans Preference for RIF YES   X   NO |
|---|---|---|---|---|---|---|---|---|

| 27. FEGLI A0 | 28. Annuitant Indicator 9   NOT APPLICABLE | 29. Pay Rate Determinant 0 |
|---|---|---|

| 30. Retirement Plan 4 | 31. Service Comp. Date (Leave) 01/24/2025 | 32. Work Schedule F   FULL TIME | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied 2 | 1 Competitive Service 2 Excepted Service | 3 SES General 4 SES Career Reserved | 35. FLSA Category E | E - Exempt N - Nonexempt | 36. Appropriation Code 41AA0 | 37. Bargaining Unit Status 8888 |
|---|---|---|---|---|---|---|

| 38. Duty Station Code 11-0010-001 | 39. Duty Station (City - County - State or Overseas Location) WASHINGTON DISTRICT OF COLUMBIA DC |
|---|---|

| 40. Agency Data 10001 | 41. | 42. 0000 | 43. 33.94 | 44. CRITICAL-SENSITIVE (CS)/HIGH R |
|---|---|---|---|---|

### 45. Remarks
APPOINTMENT AFFIDAVIT EXECUTED 01-24-2025
REASON FOR TEMPORARY APPOINTMENT:    TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A
SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED

| 46. Employing Department or Agency OPM | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code OM00 | 48. Personnel Office ID 1000 | 49. Approval Date 01/30/2025 | CARMEN GARCIA-WHITESIDE CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5-Part 50-316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

OPM-000022

| **From:** | Hogan, Greg |
|---|---|
| **To:** | Foster, Ozie L.; Price, MC |
| **Cc:** | Ezell, Charles E. |
| **Subject:** | Re: Getting DoGE Engineers access |
| **Date:** | Sunday, February 16, 2025 6:52:09 PM |

Thank you, that was the info I was looking for.

Greg

---

**From:** Foster, Ozie L. <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 6:39 PM
**To:** Hogan, Greg <████████@opm.gov>; Price, MC <████████@opm.gov>
**Cc:** Ezell, Charles E. <████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

You're welcome, Greg. Your account was never created. If you do need an account we can get you setup Tuesday AM.

The only 3 accounts created were for **OPM-4**, **OPM-2**, and **OPM-6** for eOPF and EHRI.

Danielle's file below was updated with user names, system names and dates. You will see where their accounts were added and removed + many other updates associated with OPM Data systems.

▢ Account Creation Audit.xlsx

Thank you,

**Ozie Foster**
Supervisory IT Specialist
U.S. Office of Personnel Management
OCIO, Federal Information Technology Business Solutions
(478) 213-████
████████@opm.gov
OPM.gov

Follow us on LinkedIn | Twitter | YouTube

---

**From:** Hogan, Greg <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 5:43 PM
**To:** Foster, Ozie L. <████████@opm.gov>; Price, MC <████████@opm.gov>
**Cc:** Ezell, Charles E. <████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

OPM-000023

Thank you for the quick response!

Can you give me the list of people who did have access and we revoked their access?

Also, can you tell me if I have access?

Greg

---

**From:** Foster, Ozie L. <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 4:48 PM
**To:** Hogan, Greg <████████@opm.gov>; Price, MC <████████@opm.gov>
**Cc:** Ezell, Charles E. <████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Yes. All access is disabled/removed, verified users never logged in for EHRI and eOPF.

Thank you,


**Ozie Foster**
Supervisory IT Specialist
U.S. Office of Personnel Management
OCIO, Federal Information Technology Business Solutions
(478) 213-███
Ozie.Foster@opm.gov
OPM.gov

Follow us on LinkedIn | Twitter | YouTube

---

**From:** Hogan, Greg <████████@opm.gov>
**Sent:** Sunday, February 16, 2025 4:26:22 PM
**To:** Price, MC <████████@opm.gov>; Foster, Ozie L. <████████@opm.gov>
**Cc:** Ezell, Charles E. <████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Did we follow up on **OPM-5**, **OPM-3**, and **OPM-4**?  Sorry if I missed it.

Greg

---

**From:** Price, MC <████████@opm.gov>
**Sent:** Thursday, February 6, 2025 10:28 PM
**To:** Foster, Ozie L. <████████@opm.gov>

OPM-000024

**Cc:** Hogan, Greg <█████████@opm.gov>; Ezell, Charles E. <█████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Thx Ozie!!

> On Feb 6, 2025, at 10:04 PM, Foster, Ozie L. █████████@opm.gov> wrote:

Good evening, everyone

**OPM-6** and **OPM-2** accounts have been disabled for both EHRI DW [on prem] and eOPF [on prem Oracle & Azure SQL]. Also OPS verification that accounts were never used.

I will verify account status for **OPM-5**, **OPM-3**, and **OPM-4** in the AM but I'm sure it's the same of unused.

Thank you,

**Ozie Foster**
Supervisory IT Specialist
U.S. Office of Personnel Management
OCIO, Business Applications Services
(478)█████████
█████████@opm.gov
OPM.gov

<Image.png>

Follow us on LinkedIn | Twitter | YouTube

---

**From:** Price, MC█████████@opm.gov>
**Sent:** Thursday, February 6, 2025 7:44 PM
**To:** Hogan, Greg █████████@opm.gov>
**Cc:** Ezell, Charles E. <█████████@opm.gov>; Foster, Ozie L. █████████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

+Ozie

Greg,

**OPM-6** and **OPM-2** had access to eOPF/eHRI but never logged in. **OPM-4** never completed the process to get access.

Ozie will get them removed tomorrow morning.

Thx, MC

On Feb 6, 2025, at 6:10 PM, Hogan, Greg <██████@opm.gov> wrote:

MC:

I will get back to you tomorrow on your list below. In the mean time, we have never needed access to ERHI/eOPF so if any access was granted there it can be removed immediately, and your DBAs can have their access back immediately, too.

Greg

**From:** Price, MC <██████@opm.gov>
**Sent:** Thursday, February 6, 2025 5:33 PM
**To:** Hogan, Greg <██████@opm.gov>
**Cc:** Ezell, Charles E. ██████@opm.gov>
**Subject:** RE: Getting DoGE Engineers access

I will check, however, I believe the folks listed below have full Production access to OPM.gov, USAJOBS, USA Staffing and USA Performance, to our Azure landing zones, and to Akamai portal.

Do you want to remove them? And if so, do you want to return our OCIO folks to their original permissions?

MC

**From:** Hogan, Greg ██████@opm.gov>
**Sent:** Thursday, February 6, 2025 5:27 PM
**To:** Price, MC ██████@opm.gov>
**Cc:** Ezell, Charles E. <██████@opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Can someone share with me what access is still set up that was in response to the below email chain?

OPM-000026

ADD060

Based on the below email chain, it looks like this is the list of people that may have been granted access to certain systems:

**OPM-6**  @opm.gov
  **OPM-2**    @opm.gov
    **OPM-4**      @opm.gov
  **OPM-5**  @opm.gov
    **OPM-3**  @opm.gov

I want to start unwinding peoples access if it is currently unnecessary.

Greg

---

**From:** Ezell, Charles E. <████████ @opm.gov>
**Sent:** Monday, January 27, 2025 5:29 PM
**To:** ScalesOLD, Amanda <████████ @opm.gov>; Rajpal, Nikhil <Nikhil.Rajpal@opm.gov>; Hogan, Greg <████████ @opm.gov>; Bjelde, Brian <████████ @opm.gov>
**Subject:** Fw: Getting DoGE Engineers access

Apologies I should've copied you all on this when I sent it.

.ce

**Chuck Ezell**
Acting Director

U.S. Office of Personnel Management
o: (478)████████
c: (478)████████
████████ @OPM.gov
OPM.gov

---

**From:** Ezell, Charles E. <████████ @opm.gov>
**Sent:** Monday, January 27, 2025 5:03 PM
**To:** Price, MC <████████ @opm.gov>
**Subject:** Re: Getting DoGE Engineers access

Yep, I understand. They won't have a lot of time to go through a lot of presentations on what the systems are and what the program officers feel about the programs, etc. You understand…. Bu it there is an architecture level engineering perspective that could be shared that might be helpful if

it could be done at some point.

**OPM-6** @opm.gov
**OPM-2**   @opm.gov
**OPM-4**    @opm.gov

.ce

**Chuck Ezell**
Acting Director

U.S. Office of Personnel Management
o: (478) ▮▮▮
c: (478) ▮▮▮
▮▮▮ @OPM.gov
OPM.gov

---

**From:** Price, MC <▮▮▮@opm.gov>
**Sent:** Monday, January 27, 2025 4:32:04 PM
**To:** Ezell, Charles E. ▮▮▮ @opm.gov>
**Subject:** RE: Getting DoGE Engineers access

Sure, just send me a list of names and we'll give them access and hook them up with the folks that can give them the deep dive/documentation on the Apps.

I'm assuming these engineers have GFE/PIVs or will get them soon?

One note, some of the HI systems we simply host and do not have the dev access....those devs live in HI.

MC

---

**From:** Ezell, Charles E. <▮▮▮@opm.gov>
**Sent:** Monday, January 27, 2025 4:20 PM
**To:** Price, MC <▮▮▮@opm.gov>
**Subject:** Getting DoGE Engineers access

MC,

We are rapidly ramping up some engineers here. To accomplish this goal, these engineers need the following items urgently, starting with a short list of all the systems OPM operates and manages.

Right now we don't have immediate plans to change anything but if we need to we might need to move quickly.

For each computer system, (whewe need:

• Code read and write permissions
• Deploy ability Octopus deploy
• Monitoring dashboards (e.g. displaying success rates, volume of traffic)
• Documentation (e.g. test and deploy instructions, system diagrams)
• The on-call rotation for the system
• Names of all engineers deeply familiar with the system
• Names of all product/project managers deeply familiar with the system
• Ability to access the system as a regular user (e.g. hiring manager and onboarding user for USA Staffing)
• Ability to access the system as an admin user
Prioritize USA Staffing, USAJOBS, and EHRI.

Again we don't have any immediate plans for new engineers to make direct changes to any of these systems.

I'll get you the list of Engineers but I think **OPM-5** and **OPM-3** have already been setup with some access.

Thank you


.ce

**Chuck Ezell**
Acting Director

U.S. Office of Personnel Management
o: (478) ▮▮▮▮
c: (478) ▮▮▮▮
▮▮▮▮@OPM.gov
OPM.gov

OPM-000029

ADD063

## Account Creation Audit Between 1/20/25 - 2/12/2025

**Employee Name**                    **Account Username**



OPM-3
OPM-3
OPM-3

OPM-3
OPM-3
OPM-3

OPM-2

OPM-3
OPM-3



OPM-000031

ADD065





OPM-000033





OPM-000035



OPM-000036




OPM-000037

| System Name | Date Created |
|---|---|
| APP.mcn Domain | 1/20/20253:46:12 PM |
| Azure DevOps | 1/21/2025 |
| CLD.mcn Domain | 1/20/20253:38:26 PM |
| OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin) | 1/20/2025 |
| USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 |
| Web Admin | 1/20/2025 |



| System Name | Date Created |
|---|---|
| GitHub Enterprise | 1/28/2025 |
| GitHub Enterprise | 1/20/2025 |
| USA Performance - U.S. Office of Personnel Management | 1/20/2025 |

OPM-000038



OPM-000039

ADD073



USA Performance - U.S. Office of Personnel Management                          1/28/2025

CLD.mcn Domain                                              1/28/202511:39:49 AM

OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData
/ USADATA]                                                                     1/28/2025
OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin +
Az.cio.entraID.PowerBIAdmin)                                                   1/28/2025

OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD    1/28/2025

OPM-000040

OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD          1/28/2025
USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD          1/28/2025
Web Admin          1/28/2025



APP.mcn Domain          1/20/20253:44:47 PM
CLD.mcn Domain          1/20/20253:35:33 PM
OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA]          1/28/2025
OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin)          1/20/2025
USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD          1/20/2025
Web Admin          1/20/2025
APP.mcn Domain          1/20/20253:45:12 PM
Azure DevOps          1/27/2025

CLD.mcn Domain          1/20/20253:36:46 PM

ITSP Project Intake app          1/27/2025
ITSP Project Intake app          2/6/2025

OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA]                                                          1/28/2025
OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin)                                                1/20/2025
USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD                            1/20/2025
Web Admin                                                                         1/20/2025
GitHub Enterprise                                                                 1/20/2025
USA Performance - U.S. Office of Personnel Management                             1/20/2025



GitHub Enterprise                                                                 1/20/2025
USA Performance - U.S. Office of Personnel Management                             1/20/2025



Agency Talent Portal                                                             1/31/2025
CLD.mcn Domain                                             1/28/202511:39:00 AM



OD Reports : New Hire Daily Tracker Power BI - USADATA                           1/31/2025
OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA]                                                          1/28/2025
OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin)                                                1/28/2025

OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD       1/28/2025

OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD         1/28/2025
USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD                            1/28/2025
Web Admin                                                                         1/28/2025



Azure DevOps                                                                     1/29/2025



USA Performance - U.S. Office of Personnel Management                             1/28/2025



CLD.mcn Domain                                             1/28/202511:39:25 AM

OPM-000042

**OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA]**    1/28/2025

**OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin)**    1/28/2025



**OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD**    1/28/2025

**OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD**    1/28/2025

**USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD**    1/28/2025
Web Admin    1/28/2025
**USA Performance - U.S. Office of Personnel Management**    1/28/2025

OPM-000043



OPM-000044




OPM-000045

ADD079

**Date Removed**  **Admin Access**       **Login Yes/No**

OPM-000046

OPM-000047

ADD081

2/6/2025

OPM-000048

ADD082

2/6/2025

ADD083

2/6/2025

2/6/2025

OPM-000050

ADD084

2/6/2025

2/6/2025

ADD085

OPM-000052

ADD086

| | |
|---|---|
| **From:** | Pinto, Delon G. F. |
| **To:** | Rowell, Danielle R |
| **Cc:** | Hogan, Greg; Saunders, James L; Muetzel, James |
| **Subject:** | RE: Internal User Access Audit |
| **Date:** | Tuesday, February 18, 2025 4:00:37 PM |
| **Attachments:** | image002.png |
| | image003.png |

Good afternoon,

I'm confirming that FLTCIP and FSAFEDS do not have internal OPM user accounts. Let me know if you need anything else.

Best,
Delon

---

**From:** Rowell, Danielle R <████████ @opm.gov>
**Sent:** Tuesday, February 18, 2025 1:01 PM
**To:** CISO ████ @opm.gov>
**Cc:** Hogan, Greg <████████ @opm.gov>; Saunders, James L ████████ @opm.gov>; OCIO-Leadership ████████ @opm.gov>
**Subject:** RE: Internal User Access Audit

Good Afternoon,

Thank you for responding to the initial audit call.  In addition to the original ask, we're asking that you please provide the Cybersecurity Division with **evidence of the system account approvals** for all internal OPM user accounts created since 1/20/2025 until 2/12/25 (Please use list of already identified users).  As the System Owner responsible for approving OPM information system access, please provide the formal approval artifact for all internal OPM accounts created during this timeframe." **All responses are due by  2/20/2025.**

**Example Artifacts:**
1. Email request from user and approval.
2. Email request to helpdesk with approval from supervisor.
3. Azure access packages approvals.
4. Other.


☐ Account Creation Artifacts


Thanks!

**Danielle Rowell**
OPM.gov



OPM-000053

Follow us on [LinkedIn](#) | [Twitter](#) | [YouTube](#)

---

**From:** Rowell, Danielle R
**Sent:** Wednesday, February 12, 2025 4:27 PM
**To:** CISO ██████ [@opm.gov](#)>
**Cc:** Hogan, Greg <██████ [@opm.gov](#)>; Saunders, James L <██████ [@opm.gov](#)>; OCIO-Leadership ██████ [@opm.gov](#)>
**Subject:** Internal User Access Audit
**Importance:** High

Good Evening,

As requested by the OPM CIO, the Cybersecurity Division is conducting a review of **all internal OPM user accounts** created between 1/20/2025 and 2/12/25  As the System Owner responsible for approving access to an OPM information system, please provide the following information.  **All responses are due by 2/17/25**.

[Account Creation Audit](#)

- Employee Name
- Account Username
- System Name
- Date Created

Please provide questions to ███ [@opm.gov](#).

Thanks!

**Danielle Rowell**
Acting Chief Information Security Officer, Cybersecurity Division

U.S. Office of Personnel Management
Office of the Chief Information Officer
c: 202-███
o: 202-███
██████ [@opm.gov](#)
[OPM.gov](#)



Follow us on [LinkedIn](#) | [Twitter](#) | [YouTube](#)

**Isaiah 41:10**

OPM-000054

will occur with the receipt of both benefits.

**Analysis**

*Agency:* Office of Personnel Management, Retirement Services.
*Title:* We Need Important Information About Your Eligibility for Social Security Disability Benefits.
*OMB Number:* 3206–0216.
*Frequency:* On occasion.
*Affected Public:* Individuals or Households.
*Number of Respondents:* 4,300.
*Estimated Time per Respondent:* 5 minutes.
*Total Burden Hours:* 358.

Office of Personnel Management.

**Kayyonne Marston,**

*Federal Register Liaison.*

[FR Doc. 2023–17640 Filed 8–16–23; 8:45 am]

**BILLING CODE 6325–38–P**

---

**OFFICE OF PERSONNEL MANAGEMENT**

**[Docket ID: OPM–2023–0024]**

**Privacy Act of 1974; System of Records**

**AGENCY:** Office of Personnel Management.

**ACTION:** Notice of a modified system of records.

**SUMMARY:** In accordance with the Privacy Act of 1974, the Office of Personnel Management (OPM) proposes to modify an OPM system of records titled, "OPM/GOVT–1 General Personnel Records" System of Records. The records in this system of records are maintained by OPM and employing agencies in accordance with OPM regulations and instructions. OPM proposes to modify this system of records by revising Routine Uses "s" and "hh".

**DATES:** Submit comments on or before September 18, 2023. The modified routine uses will be effective on September 21, 2023.

**ADDRESSES:** You may submit written comments by one of the following methods:

• *Federal Rulemaking Portal: https://www.regulations.gov.*

All submissions received must include the agency name and docket number for this **Federal Register** document. The general policy for comments and other submissions from members of the public is to make these submissions available for public viewing on the internet at *https://www.regulations.gov* as they are received without change, including any

personal identifiers or contact information.

**FOR FURTHER INFORMATION CONTACT:** Marc Flaster, Senior Agency Official for Privacy (Acting), Office of Personnel Management at *privacy@opm.gov.*

**SUPPLEMENTARY INFORMATION:** In accordance with the Privacy Act of 1974, 5 U.S.C. 552a, the Office of Personnel Management ("OPM"), proposes to make certain modifications to the "OPM/GOVT–1 General Personnel Records" system of records pending a comprehensive review and update at a later date. Specifically, OPM proposes to revise Routine Use "s" to specify that OPM may disclose records from this system of records to other Federal entities for the purpose of conducting research and statistical analysis for government-wide evaluation and reporting about the Federal workforce. In its current form, Routine Use "s" only permits internal use of the records for such purposes.

Routine Use "s" currently reads as follows:

s. By the agency maintaining the records or by the OPM to locate individuals for personnel research or survey response, and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not contain individual identifiers, in some instances, the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

OPM proposes to revise Routine Use "s" to read as follows:

s. To disclose to another Federal agency, by the agency maintaining the records or by OPM, for research or analytical purposes, including to locate individuals for personnel research or survey response, to produce summary descriptive statistics, or to conduct analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies; provided that the disclosure is made pursuant to a written agreement that clearly outlines the relevant authorities, limits the disclosure only to those records that are necessary for a clearly documented purpose, and limits the use of the records for that purpose.

OPM also proposes to revise Routine Use "hh" to clarify that the records in this system of records may be disclosed in the context of an appropriate computer matching program. The

current language of this Routine Use does not track the definition of "matching program" in the Privacy Act and the revised language is intended to correct that and permit disclosure in the context of any approved matching program that meets the definition in the Act.

Routine Use "hh" currently reads as follows:

hh. To disclose relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in information matching. The matches will be performed to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially in violation of civil or criminal law or regulation; and to collect debts and overpayments owed to Federal, State, or local governments and their components. The information disclosed may include, but is not limited to, the name, social security number, date of birth, sex, annualized salary rate, service computation date of basic active service, veteran's preference, retirement status, occupational series, health plan code, position occupied, work schedule (full time, part time, or intermittent), agency identifier, geographic location (duty station location), standard metropolitan service area, special program identifier, and submitting office number of Federal employees.

OPM proposed to revise Routine Use "hh" to read as follows:

hh. To other Federal agencies, such as the Social Security Administration, the Department of Education, and the Department of Health and Human Services, and to non-Federal entities, relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in a computer matching program, as defined in 5 U.S.C. 552a(a)(8), to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially in violation of civil or criminal law or regulation; to collect debts and overpayments owed to Federal, State, or local governments and their components; and to identify individuals as Federal civilian employees when relevant to their receiving a benefit from the matching partner.

In addition to revising the above-referenced Routine Uses, OPM also proposes to make certain administrative adjustments to the SORN to update the System Manager to reflect organizational changes at OPM and to

OPM-000055

update the description of the System Location for accuracy.

OPM has provided a report of this modified system of records to the Committee on Oversight and Government Reform of the House of Representatives, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Office of Management and Budget (OMB), pursuant to 5 U.S.C. 552a(r) and OMB Circular A–108, "Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act," dated December 23, 2016. This modified system will be included in OPM's inventory of records systems.

Office of Personnel Management.

**Kayyonne Marston,**
*Federal Register Liaison.*

**SYSTEM NAME AND NUMBER:**

General Personnel Records, OPM/GOVT–1.

**SECURITY CLASSIFICATION:**

Unclassified.

**SYSTEM LOCATION:**

Records on current Federal employees are located within the employing agency. Records maintained in paper may also be located at OPM or with personnel officers, or at other designated offices of local installations of the department or agency that employs the individual. When agencies determine that duplicates of these records need to be located in a second office, *e.g.*, an administrative office closer to where the employee actually works, such copies are covered by this system of records. Some agencies have employed the electronic Official Personnel Folder (eOPF) information technology system to store their records electronically. Although stored in eOPF, agencies are still responsible for the maintenance of their records. In addition, certain data elements from the eOPF are collected and maintained in OPM's Enterprise Human Resource Integration (EHRI) system.

Former Federal employees' paper Official Personnel Folders (OPFs) are located at the National Personnel Records Center, National Archives and Records Administration, in Valmeyer, Illinois. Former Federal employees' electronic Official Personnel Folders (eOPF) are located in the eOPF system at OPM.

*Note 1*—The records in this system are records of the OPM and must be provided to those OPM employees who have an official need or use for those records. Therefore, if an employing agency is asked by an OPM employee to

access the records within this system, such a request must be honored.

**SYSTEM MANAGER(S):**

a. Executive Director, Human Capital Data Management and Modernization, U.S. Office of Personnel Management, 1900 E Street NW, Washington, DC 20415; Associate Director, Employee Services, U.S. Office of Personnel Management, 1900 E Street NW, Washington, DC 20415.

b. For current Federal employees, OPM has delegated to the employing agency the Privacy Act responsibilities concerning access, amendment, and disclosure of the records within this system notice.

\*    \*    \*    \*    \*

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND PURPOSES OF SUCH USES:**

\*    \*    \*    \*    \*

s. To disclose to another Federal agency, by the agency maintaining the records or by OPM, for research or analytical purposes, including to locate individuals for personnel research or survey response, to produce summary descriptive statistics, or to conduct analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies; provided that the disclosure is made pursuant to a written agreement that clearly outlines the relevant authorities, limits the disclosure only to those records that are necessary for a clearly documented purpose, and limits the use of the records for that purpose.

\*    \*    \*    \*    \*

hh. To other Federal agencies, such as the Social Security Administration, the Department of Education, and the Department of Health and Human Services, and to non-Federal entities, relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in a computer matching program, as defined in 5 U.S.C. 552a(a)(8), to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially in violation of civil or criminal law or regulation; to collect debts and overpayments owed to Federal, State, or local governments and their components; and to identify individuals as Federal civilian employees when relevant to their receiving a benefit from the matching partner.

\*    \*    \*    \*    \*

**HISTORY:**

OPM/GOVT–1, "General Personnel Records", 77 FR 73694 (December 11, 2012), 80 FR 74815 (November 30, 2015), 76 FR 32997 (June 7, 2011), 71 FR 35342 (June 19, 2006), 65 FR 24732 (April 27, 2000), and 61 FR 36919 (July 15, 1996).

[FR Doc. 2023–17651 Filed 8–16–23; 8:45 am]

**BILLING CODE 6325–67–P**

---

## POSTAL REGULATORY COMMISSION

**[Docket Nos. MC2023–220 and CP2023–224; MC2023–221 and CP2023–225; MC2023–223 and CP2023–226; MC2023–224 and CP2023–227]**

### New Postal Products

**AGENCY:** Postal Regulatory Commission.
**ACTION:** Notice.

**SUMMARY:** The Commission is noticing a recent Postal Service filing for the Commission's consideration concerning a negotiated service agreement. This notice informs the public of the filing, invites public comment, and takes other administrative steps.

**DATES:** *Comments are due:* August 21, 2023.

**ADDRESSES:** Submit comments electronically via the Commission's Filing Online system at *http://www.prc.gov*. Those who cannot submit comments electronically should contact the person identified in the **FOR FURTHER INFORMATION CONTACT** section by telephone for advice on filing alternatives.

**FOR FURTHER INFORMATION CONTACT:** David A. Trissell, General Counsel, at 202–789–6820.

**SUPPLEMENTARY INFORMATION:**

### Table of Contents

I. Introduction
II. Docketed Proceeding(s)

### I. Introduction

The Commission gives notice that the Postal Service filed request(s) for the Commission to consider matters related to negotiated service agreement(s). The request(s) may propose the addition or removal of a negotiated service agreement from the Market Dominant or the Competitive product list, or the modification of an existing product currently appearing on the Market Dominant or the Competitive product list.

Section II identifies the docket number(s) associated with each Postal Service request, the title of each Postal Service request, the request's acceptance date, and the authority cited by the

For the Nuclear Regulatory Commission.

**Michele G. Evans,**

*Director, Division of Operating Reactor Licensing, Office of Nuclear Reactor Regulation.*

[FR Doc. 2012–29612 Filed 12–10–12; 8:45 am]

**BILLING CODE 7590–01–P**

## NUCLEAR REGULATORY COMMISSION

## Sunshine Federal Register Notice

**AGENCY HOLDING THE MEETINGS:** Nuclear Regulatory Commission [NRC–2012–0002].

**DATES:** Weeks of December 10, 17, 24, 31, 2012, January 7, 14, 2013.

**PLACE:** Commissioners' Conference Room, 11555 Rockville Pike, Rockville, Maryland.

**STATUS:** Public and Closed.

**Week of December 10, 2012**

There are no meetings scheduled for the week of December 10, 2012.

**Week of December 17, 2012—Tentative**

There are no meetings scheduled for the week of December 17, 2012.

**Week of December 24, 2012—Tentative**

There are no meetings scheduled for the week of December 24, 2012.

**Week of December 31, 2012—Tentative**

There are no meetings scheduled for the week of December 31, 2012.

**Week of January 7, 2013—Tentative**

*Tuesday, January 8, 2013*

9:00 a.m.  Briefing on Fort Calhoun (Public Meeting). (Contact: Michael Hay, 817–200–1527).

This meeting will be webcast live at the Web address—*www.nrc.gov*.

**Week of January 14, 2013—Tentative**

There are no meetings scheduled for the week of January 14, 2013.

\*   \*   \*   \*   \*

\* The schedule for Commission meetings is subject to change on short notice. To verify the status of meetings, call (recording)—301–415–1292. Contact person for more information: Rochelle Bavol, 301–415–1651.

\*   \*   \*   \*   \*

The NRC Commission Meeting Schedule can be found on the Internet at: *http://www.nrc.gov/public-involve/public-meetings/schedule.html*.

\*   \*   \*   \*   \*

The NRC provides reasonable accommodation to individuals with disabilities where appropriate. If you need a reasonable accommodation to participate in these public meetings, or need this meeting notice or the transcript or other information from the public meetings in another format (e.g. braille, large print), please notify Bill Dosch, Chief, Work Life and Benefits Branch, at 301–415–6200, TDD: 301–415–2100, or by email at *william.dosch@nrc.gov*. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

\*   \*   \*   \*   \*

This notice is distributed electronically to subscribers. If you no longer wish to receive it, or would like to be added to the distribution, please contact the Office of the Secretary, Washington, DC 20555 (301–415–1969), or send an email to *darlene.wright@nrc.gov*.

Dated: December 6, 2012.

**Rochelle C. Bavol,**

*Policy Coordinator, Office of the Secretary.*

[FR Doc. 2012–29954 Filed 12–7–12; 4:15 pm]

**BILLING CODE 7590–01–P**

## OFFICE OF PERSONNEL MANAGEMENT

### Privacy Act of 1974: Update Existing System of Records

**AGENCY:** U.S. Office of Personnel Management.

**ACTION:** Update OPM/GOVT–1, General Personnel Records.

**SUMMARY:** The U.S. Office of Personnel Management (OPM) proposes to update OPM/GOVT–1, General Personnel Records, System of Records. This action is necessary to meet the requirements of the Privacy Act to publish in the **Federal Register** notice of the existence and character of records maintained by the agency (5 U.S.C. 552a(e)(4) and (11).

**DATES:** This action will be effective without further notice on January 10, 2013 unless comments are received that would result in a contrary determination.

**ADDRESSES:** Send written comments to the U.S. Office of Personnel Management, Manager, OCIO/RM, 1900 E Street NW., Washington, DC 20415.

**FOR FURTHER INFORMATION CONTACT:** U.S. Office of Personnel Management, Manager, OCIO/RM, 1900 E Street NW., Washington, DC 20415.

**SUPPLEMENTARY INFORMATION:** The OPM system of record notice subject to the Privacy Act of 1974 (5 U.S.C. 552a), as amended, has been published in the **Federal Register**. The proposed changes include the following: (1) Adding *a reference to* OPM's "Guide to Data Standards" to the "Categories of Records in the System," (2) adding Enterprise Human Resource Integration (EHRI) to Categories of Records in the System (g), (3) shortening existing Note "8," (4) adding routine use "qq" To disclose foreign language proficiencies to Federal agencies in support of the National Preparedness Goal and the Presidential Policy Directive 8 (PPD–8), and (5) adding routine use "rr" To disclose information to the Centers for Medicare and Medicaid (CMS) to assist in determining whether individuals are eligible for programs under the Patient Protection and Affordable Care Act (PPACA).

U.S. Office of Personnel Management.

**John Berry,**

*Director.*

**OPM/GOVT–1**

**SYSTEM NAME:**

General Personnel Records.

**SYSTEM LOCATION:**

Records on current Federal employees are located within the employing agency.

Records maintained in paper may also be located at OPM or with personnel officers, or at other designated offices of local installations of the department or agency that employs the individual. When agencies determine that duplicates of these records need to be located in a second office, e.g., an administrative office closer to where the employee actually works, such copies are covered by this system. Some agencies have employed the Enterprise Human Resource Integration (EHRI) data system to store their records electronically. Although stored in EHRI, agencies are still responsible for the maintenance of their records.

Former Federal employees' paper Official Personnel Folders (OPFs) are located at the National Personnel Records Center, National Archives and Records Administration (NARA), 111 Winnebago Street, St. Louis, Missouri 63118. Former Federal employees' electronic Official Personnel Folders (eOPF) are located in the EHRI data system that is administered by NARA.

**Note 1**—The records in this system are records of the OPM and must be provided to those OPM employees who have an official need or use for those records. Therefore, if an employing agency is asked by an OPM employee to access the records within this system, such a request must be honored.

OPM-000057

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Current and former Federal employees as defined in 5 U.S.C. 2105.

(Volunteers, grantees, and contract employees on whom the agency maintains records may also be covered by this system.)

**CATEGORIES OF RECORDS IN THE SYSTEM:**

All categories of records may include identifying information, such as name(s), date of birth, home address, mailing address, social security number, and home telephone. This system includes, but is not limited to, contents of the OPF as specified in OPM's Operating Manual, "The Guide to Personnel Recordkeeping" and OPM's "Guide to Data Standards." Records in this system include:

a. Records reflecting work experience, education level achieved, and specialized education or training obtained outside of Federal service.

b. Records reflecting Federal service and documenting work experience and specialized education received while employed. Such records contain information about past and present positions held; grades; salaries; duty station locations; and notices of all personnel actions, such as appointments, transfers, reassignments, details, promotions, demotions, reductions-in-force, resignations, separations, suspensions, OPM approval of disability retirement applications, retirement, and removals.

c. Records on participation in the Federal Employees' Group Life Insurance Program and Federal Employees Health Benefits Program.

d. Records relating to an Intergovernmental Personnel Act assignment or Federal-private sector exchange program.

**Note 2**—Some of these records may also become part of the OPM/ CENTRAL–5, Intergovernmental Personnel Act Assignment Record system.

e. Records relating to participation in an agency Federal Executive or Senior Executive Service (SES) Candidate Development Program.

**Note 3**—Some of these records may also become part of the OPM/Central-10 Federal Executive Institute Program Participant Records and OPM/ CENTRAL–13 Executive Personnel Records systems.

f. Records relating to Government-sponsored training or participation in an agency's Upward Mobility Program or other personnel program designed to broaden an employee's work experiences and for purposes of advancement (e.g., an administrative intern program).

g. Records contained in the Enterprise Human Resource Integration (EHRI) and Central Personnel Data File (CPDF) maintained by OPM and exact substantive representations in agency manual or automated personnel information systems. These data elements include many of the above records along with disability, race/ ethnicity, national origin, pay, and performance information from other OPM and agency systems of records. A definitive list of EHRI and CPDF data elements is contained in OPM's Operating Manuals, The Guide to Central Personnel Data File Reporting Requirements and The Guide to Personnel Data Standards.

h. Records on the SES maintained by agencies for use in making decisions affecting incumbents of these positions, e.g., relating to sabbatical leave programs, reassignments, and details, that are perhaps unique to the SES and that may be filed in the employee's OPF. These records may also serve as the basis for reports submitted to OPM for implementing OPM's oversight responsibilities concerning the SES.

i. Records on an employee's activities on behalf of the recognized labor organization representing agency employees, including accounting of official time spent and documentation in support of per diem and travel expenses.

**Note 4**—Alternatively, such records may be retained by an agency payroll office and thus be subject to the agency's internal Privacy Act system for payroll records. The OPM/GOVT–1 system does not cover general agency payroll records.

j. To the extent that the records listed here are also maintained in an agency electronic personnel or microform records system, those versions of these records are considered to be covered by this system notice. Any additional copies of these records (excluding performance ratings of record and conduct-related documents maintained by first line supervisors and managers covered by the OPM/GOVT–2 system) maintained by agencies at remote field/ administrative offices from where the original records exist are considered part of this system.

**Note 5**—It is not the intent of OPM to limit this system of records only to those records physically within the OPF. Records may be filed in other folders located in offices other than where the OPF is located. Further, as indicated in the records location section, some of these records may be duplicated for maintenance at a site closer to where the employee works (e.g., in an administrative office or supervisors work folder) and still be covered by this system. In addition, a working file that a supervisor or other agency official is using that is derived from OPM/GOVT–1 is covered by this system notice. This system also includes working files derived from this notice that management is using in its personnel management capacity.

k. Records relating to designations for lump sum death benefits.

l. Records relating to classified information nondisclosure agreements.

m. Records relating to the Thrift Savings Plan (TSP) concerning the starting, changing, or stopping of contributions to the TSP as well as how the individual wants the investments to be made in the various TSP Funds.

**Note 6**—CPDF and EHRI data system's Central Employee Record (CER) are part of OPM/GOVT–1 system of records. CPDF and CER are highly reliable sources of statistical data on the workforce of the Federal government. However, the accuracy and completeness of each data element within the individual records that comprise the aggregate files are not guaranteed, and should not be used as the sole tool or as a substitute for the OPF in making personnel determinations or decisions concerning individuals.

**Note 7**—The eOPF Application within EHRI may contain documents and information beyond the scope and requirements of the OPF as documented in OPM's Guide to Personnel Recordkeeping. Those documents and information in the eOPF Application that are beyond the scope of the documented requirements are not considered part of the OPF or OPM/ GOVT–1.

n. Records maintained in accordance with E.O. 13490, section 4(e), January 21, 2009. These records include the ethics pledges and all pledge waiver certifications with respect thereto.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM INCLUDES THE FOLLOWING WITH ANY REVISIONS OR AMENDMENTS:**

5 U.S.C. 1302, 2951, 3301, 3372, 4118, 8347, and Executive Orders 9397, as amended by 13478, 9830, and 12107.

Purposes:

The OPF, which may exist in various approved media, and other general personnel records files, is the official repository of the records, reports of personnel actions, and the documentation required in connection with these actions affected during an employee's Federal service. The personnel action reports and other

OPM-000058

documents, some of which are filed in the OPF, give legal force and effect to personnel transactions and establish employee rights and benefits under pertinent laws and regulations governing Federal employment.

These files and records are maintained by OPM and agencies in accordance with OPM regulations and instructions. They provide the basic source of factual data about a person's Federal employment while in the service and after his or her separation. Records in this system have various uses by agency personnel offices, including screening qualifications of employees; determining status, eligibility, and employee's rights and benefits under pertinent laws and regulations governing Federal employment; computing length of service; and other information needed to provide personnel services. These records may also be used to locate individuals for personnel research.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEMS, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

These records and information in these records may be used—

a. To disclose information to Government training facilities (Federal, State, and local) and to non-Government training facilities (private vendors of training courses or programs, private schools, etc.) for training purposes.

b. To disclose information to education institutions on appointment of a recent graduate to a position in the Federal service, and to provide college and university officials with information about their students working in the Student Career Experience Program, Volunteer Service, or other similar programs necessary to a student's obtaining credit for the experience gained.

c. To disclose information to officials of foreign governments for clearance before a Federal employee is assigned to that country.

d. To disclose information to the Department of Labor, Department of Veterans Affairs, Social Security Administration, Department of Defense, or any other Federal agencies that have special civilian employee retirement programs; or to a national, State, county, municipal, or other publicly recognized charitable or income security administration agency (e.g., State unemployment compensation agencies), when necessary to adjudicate a claim under the retirement, insurance, unemployment, or health benefits programs of the OPM or an agency cited above, or to an agency to conduct an

analytical study or audit of benefits being paid under such programs.

e. To disclose information necessary to the Office of Federal Employees Group Life Insurance to verify election, declination, waiver of regular and/or optional life insurance coverage, or eligibility for payment of a claim for life insurance, or to TSP to verify election change and designation of beneficiary.

f. To disclose, to health insurance carriers contracting with OPM to provide a health benefits plan under the Federal Employees Health Benefits Program, information necessary to identify enrollment in a plan, to verify eligibility for payment of a claim for health benefits, or to carry out the coordination or audit of benefit provisions of such contracts.

g. To disclose information to a Federal, State, or local agency for determination of an individual's entitlement to benefits in connection with Federal Housing Administration programs.

h. To consider and select employees for incentive awards and other honors and to publicize those granted. This may include disclosure to other public and private organizations, including news media, which grant or publicize employee recognition.

i. To consider employees for recognition through quality-step increases and to publicize those granted. This may include disclosure to other public and private organizations, including news media, which grant or publicize employee recognition.

j. To disclose information to officials of labor organizations recognized under 5 U.S.C. chapter 71 when relevant and necessary to their duties of exclusive representation concerning personnel policies, practices, and matters affecting working conditions.

**Note 8**—Home addresses will be released from this system only when there are no adequate, alternative sources available for this information.

k. To disclose pertinent information to the appropriate Federal, State, or local agency responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order, when the disclosing agency becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

l. To disclose information to any source from which additional information is requested (to the extent necessary to identify the individual, inform the source of the purpose(s) of the request, and to identify the type of information requested), when necessary to obtain relevant information to an agency decision to hire or retain an

employee, issue a security clearance, conduct a security or suitability investigation of an individual, classify jobs, let a contract, or issue a license, grant, or other benefits.

**Note 9**—When copies of records become part of an investigative process, those copies become subject to that systems' notice covering the investigative process i.e., if during an investigation, the OPM Federal Investigative Services Division makes copies of records contained in an Official Personnel Folder; those documents become part of OPM Central—9 Personnel Investigation Records system of records and are subject to that systems' routine uses.

m. To disclose to a Federal agency in the executive, legislative, or judicial branch of Government, in response to its request, or at the initiation of the agency maintaining the records, information in connection with the hiring of an employee, the issuance of a security clearance or determination concerning eligibility to hold a sensitive position, the conducting of an investigation for purposes of a credentialing, national security, fitness, or suitability adjudication concerning an individual, the classifying or designation of jobs, the letting of a contract, the issuance of a license, grant, or other benefit by the requesting agency, or the lawful statutory, administrative, or investigative purpose of the agency to the extent that the information is relevant and necessary to the requesting agency's decision.

n. To disclose information to the Office of Management and Budget at any stage in the legislative coordination and clearance process in connection with private relief legislation as set forth in OMB Circular No. A–19.

o. To provide information to a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of the individual.

p. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding.

q. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which the agency is authorized to appear, when:

1. The agency, or any component thereof; or

2. Any employee of the agency in his or her official capacity; or

OPM-000059

3. Any employee of the agency in his or her individual capacity where the Department of Justice or the agency has agreed to represent the employee; or

4. The United States, when the agency determines that litigation is likely to affect the agency or any of its components, is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or the agency is deemed by the agency to be relevant and necessary to the litigation provided, however, that in each case it has been determined that the disclosure is compatible with the purpose for which the records were collected.

r. By the National Archives and Records Administration in records management inspections and its role as Archivist.

s. By the agency maintaining the records or by the OPM to locate individuals for personnel research or survey response, and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not contain individual identifiers, in some instances, the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

t. To provide an official of another Federal agency information needed in the performance of official duties related to reconciling or reconstructing data files, in support of the functions for which the records were collected and maintained.

u. When an individual to whom a record pertains is mentally incompetent or under other legal disability, to provide information in the individual's record to any person who is responsible for the care of the individual, to the extent necessary to assure payment of benefits to which the individual is entitled.

v. To disclose to the agency-appointed representative of an employee all notices, determinations, decisions, or other written communications issued to the employee in connection with an examination ordered by the agency under fitness-for-duty examination procedures.

w. To disclose, in response to a request for discovery or for appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding.

x. To disclose to a requesting agency, organization, or individual the home address and other relevant information on those individuals who it reasonably believed might have contracted an illness or might have been exposed to or suffered from a health hazard while employed in the Federal workforce.

y. To disclose specific civil service employment information required under law by the Department of Defense on individuals identified as members of the Ready Reserve to assure continuous mobilization readiness of Ready Reserve units and members, and to identify demographic characteristics of civil service retirees for national emergency mobilization purposes.

z. To disclose information to the Department of Defense, National Oceanic and Atmospheric Administration, U.S. Public Health Service, Department of Veterans Affairs, and the U.S. Coast Guard needed to effect any adjustments in retired or retained pay required by the dual compensation provisions of section 5532 of title 5, United States Code.

aa. To disclose information to the Merit Systems Protection Board or the Office of the Special Counsel in connection with appeals, special studies of the civil service and other merit systems, review of OPM rules and regulations, investigation of alleged or possible prohibited personnel practices, and such other functions promulgated in 5 U.S.C. chapter 12, or as may be authorized by law.

bb. To disclose information to the Equal Employment Opportunity Commission when requested in connection with investigations of alleged or possible discrimination practices in the Federal sector, examination of Federal affirmative employment programs, compliance by Federal agencies with the Uniform Guidelines on Employee Selection Procedures, or other functions vested in the Commission.

cc. To disclose information to the Federal Labor Relations Authority (including its General Counsel) when requested in connection with investigation and resolution of allegations of unfair labor practices, in connection with the resolution of exceptions to arbitrator's awards when a question of material fact is raised, to investigate representation petitions and to conduct or supervise representation elections, and in connection with matters before the Federal Service Impasses Panel.

dd. To disclose to prospective non-Federal employers, the following information about a specifically identified current or former Federal employee:

(1) Tenure of employment;

(2) Civil service status;

(3) Length of service in the agency and the Government; and

(4) When separated, the date and nature of action as shown on the Notification of Personnel Action— Standard Form 50 (or authorized exception).

ee. To disclose information on employees of Federal health care facilities to private sector (i.e., other than Federal, State, or local government) agencies, boards, or commissions (e.g., the Joint Commission on Accreditation of Hospitals). Such disclosures will be made only when the disclosing agency determines that it is in the Government's best interest (e.g., to comply with law, rule, or regulation, to assist in the recruiting of staff in the community where the facility operates to obtain accreditation or other approval rating, or to avoid any adverse publicity that may result from public criticism of the facility's failure to obtain such approval). Disclosure is to be made only to the extent that the information disclosed is relevant and necessary for that purpose.

ff. To disclose information to any member of an agency's Performance Review Board, Executive Resources Board, or other panel when the member is not an official of the employing agency; information would then be used for approving or recommending selection of candidates for executive development or SES candidate programs, issuing a performance rating of record, issuing performance awards, nominating for meritorious or distinguished executive ranks, or removal, reduction-in-grade, or other personnel actions based on performance.

gg. To disclose, either to the Federal Acquisition Institute (FAI) or its agent, information about Federal employees in procurement occupations and other occupations whose incumbents spend the predominant amount of their work hours on procurement tasks; provided that the information shall be used only for such purposes and under such conditions as prescribed by the notice of the Federal Acquisition Personnel Information System as published in the **Federal Register** of February 7, 1980 (45 FR 8399).

hh. To disclose relevant information with personal identifiers of Federal civilian employees whose records are contained in the EHRI to authorized Federal agencies and non-Federal entities for use in computer matching. The matches will be performed to help eliminate waste, fraud, and abuse in Governmental programs; to help identify individuals who are potentially

OPM-000060

in violation of civil or criminal law or regulation; and to collect debts and overpayments owed to Federal, State, or local governments and their components. The information disclosed may include, but is not limited to, the name, social security number, date of birth, sex, annualized salary rate, service computation date of basic active service, veteran's preference, retirement status, occupational series, health plan code, position occupied, work schedule (full time, part time, or intermittent), agency identifier, geographic location (duty station location), standard metropolitan service area, special program identifier, and submitting office number of Federal employees.

ii. To disclose information to Federal, State, local, and professional licensing boards, Boards of Medical Examiners, or to the Federation of State Medical Boards or a similar non-government entity which maintains records concerning individuals' employment histories or concerning the issuance, retention or revocation of licenses, certifications or registration necessary to practice an occupation, profession or specialty, to obtain information relevant to an Agency decision concerning the hiring, retention, or termination of an employee or to inform a Federal agency or licensing boards or the appropriate non-government entities about the health care practices of a terminated, resigned or retired health care employee whose professional health care activity so significantly failed to conform to generally accepted standards of professional medical practice as to raise reasonable concern for the health and safety of patients in the private sector or from another Federal agency.

jj. To disclose information to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

kk. To disclose information to a Federal, State, or local governmental entity or agency (or its agent) when necessary to locate individuals who are owed money or property either by a Federal, State, or local agency, or by a financial or similar institution.

ll. To disclose to a spouse or dependent child (or court-appointed guardian thereof) of a Federal employee enrolled in the Federal Employees Health Benefits Program, upon request, whether the employee has changed from a self-and-family to a self-only health benefits enrollment.

mm. To disclose information to the Office of Child Support Enforcement, Administration for Children and Families, Department of Health and Human Services, Federal Parent Locator

System, or Federal Offset System for use in locating individuals, verifying social security numbers, or identifying their incomes sources to establish paternity, establish, or modify orders of support and for enforcement action.

nn. To disclose records on former Panama Canal Commission employees to the Republic of Panama for use in employment matters.

oo. To disclose to appropriate Federal officials pertinent workforce information for use in national or homeland security emergency/disaster response.

pp. To disclose on public and internally-accessible Federal Government Web sites, and to otherwise disclose to any person, including other departments and agencies, the signed ethics pledges and pledge waiver certifications issued under E.O. 13490 of January 21, 2009, Ethics Commitments by Executive Branch Personnel.

qq. To disclose foreign language proficiencies to Federal agencies in support of the National Preparedness Goal and the Presidential Policy Directive 8 (PPD–8).

rr. To disclose information to the Centers for Medicare and Medicaid (CMS) to assist in determining whether individuals are eligible for programs under the Patient Protection and Affordable Care Act (PPACA).

**POLICIES AND PRACTICES OF STORING, RETRIEVING, SAFEGUARDING, AND RETAINING AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**

These records are maintained in file folders, on lists and forms, microfilm or microfiche, and in computer processable storage media such as personnel system databases, PDF forms and data warehouse systems.

**RETRIEVABILITY:**

These records are retrieved by various combinations of name, agency, birth date, social security number, or identification number of the individual on whom they are maintained.

**SAFEGUARDS:**

Paper or microfiche/microfilmed records are located in locked metal file cabinets or in secured rooms with access limited to those personnel whose official duties require access. Access to computerized records is limited, through use of user logins and passwords, access codes, and entry logs, to those whose official duties require access. Computerized records systems are consistent with the requirements of the Federal Information Security Management Act (Pub. L. 107–296), and associated OMB policies, standards and

guidance from the National Institute of Standards and Technology.

**RETENTION AND DISPOSAL:**

The OPF is maintained for the period of the employee's service in the agency and is then, if in a paper format, transferred to the National Personnel Records Center for storage or, as appropriate, to the next employing Federal agency. If the OPF is maintained in an electronic format, the transfer and storage is in accordance with the OPM approved electronic system. Other records are either retained at the agency for various lengths of time in accordance with the National Archives and Records Administration records schedules or destroyed when they have served their purpose or when the employee leaves the agency. The transfer occurs within 90 days of the individuals' separation. In the case of administrative need, a retired employee, or an employee who dies in service, the OPF is sent within 120 days. Destruction of the OPF is in accordance with General Records Schedule-1 (GRS–1) or GRS 20.

Records contained within the CPDF and EHRI (and in agency's automated personnel records) may be retained indefinitely as a basis for longitudinal work history statistical studies. After the disposition date in GRS–1 or GRS 20, such records should not be used in making decisions concerning employees.

**SYSTEM MANAGER AND ADDRESS:**

a. Manager, OCIO/RM, U.S. Office of Personnel Management, 1900 E Street NW., Washington, DC 20415.

b. For current Federal employees, OPM has delegated to the employing agency the Privacy Act responsibilities concerning access, amendment, and disclosure of the records within this system notice.

**NOTIFICATION PROCEDURE:**

Individuals wishing to inquire whether this system of records contains information about them should contact the appropriate OPM or employing agency office, as follows:

a. Current Federal employees should contact the Personnel Officer or other responsible official (as designated by the employing agency), of the local agency installation at which employed regarding records in this system.

b. Former Federal employees who want access to their Official Personnel Folders (OPF) should contact the National Personnel Records Center (Civilian), 111 Winnebago Street, St. Louis, Missouri 63118, regarding the records in this system. For other records

OPM-000061

covered by the system notice, individuals should contact their former employing agency. Individuals must furnish the following information for their records to be located and identified:

a. Full name.
b. Date of birth.
c. Social security number.
d. Last employing agency (including duty station) and approximate date(s) of the employment (for former Federal employees).
e. Signature.

**RECORD ACCESS PROCEDURE:**

Individuals wishing to request access to their records should contact the appropriate OPM or agency office, as specified in the Notification Procedure section. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).
b. Date of birth.
c. Social security number.
d. Last employing agency (including duty station) and approximate date(s) of employment (for former Federal employees).
e. Signature.

Individuals requesting access must also comply with the Office's Privacy Act regulations on verification of identity and access to records (5 CFR part 297).

**CONTESTING RECORD PROCEDURE:**

Current employees wishing to request amendment of their records should contact their current agency. Former employees should contact the system manager. Individuals must furnish the following information for their records to be located and identified.

a. Full name(s).
b. Date of birth.
c. Social security number.
d. Last employing agency (including duty station) and approximate date(s) of employment (for former Federal employees).
e. Signature.

Individuals requesting amendment must also comply with the Office's Privacy Act regulations on verification of identity and amendment of records (5 CFR part 297).

**RECORD SOURCE CATEGORIES:**

Information in this system of records is provided by—

a. The individual on whom the record is maintained.
b. Educational institutions.
c. Agency officials and other individuals or entities.
d. Other sources of information maintained in an employee's OPF, in

accordance with Code of Federal Regulations Part 293, and OPM's Operating Manual, "The Guide to Personnel Recordkeeping."

[FR Doc. 2012–29777 Filed 12–10–12; 8:45 am]

**BILLING CODE 6325–45–P**

---

**POSTAL REGULATORY COMMISSION**

[Docket No. CP2013–24; Order No. 1566]

**International Mail Contract**

**AGENCY:** Postal Regulatory Commission.

**ACTION:** Notice.

**SUMMARY:** The Commission is noticing a recent Postal Service filing concerning an additional inbound competitive Multi-Service Agreements with Foreign Postal Operators 1 negotiated service agreement with Royal PostNL BV. This notice informs the public of the filing, invites public comment, and takes other administrative steps.

**DATES:** *Comments are due:* December 14, 2012.

**ADDRESSES:** Submit comments electronically via the Commission's Filing Online system at *http:// www.prc.gov*. Those who cannot submit comments electronically should contact the person identified in the **FOR FURTHER INFORMATION CONTACT** section by telephone for advice on filing alternatives.

**FOR FURTHER INFORMATION CONTACT:** Stephen L. Sharfman, General Counsel, at 202–789–6820.

**SUPPLEMENTARY INFORMATION:**

**Table of Contents**

I. Introduction
II. Contents of Filing
III. Commission Action
IV. Ordering Paragraphs

**I. Introduction**

On December 4, 2012, the Postal Service filed a notice, pursuant to 39 CFR 3015.5, stating that it has entered into an additional negotiated service agreement (Agreement) with the Netherlands' foreign postal operator Royal PostNL BV (PostNL).[1] The Postal Service seeks to make the inbound portion of the Agreement, which concerns delivery of inbound Air CP[2] and EMS in the United States, included within the Inbound Competitive Multi-Service Agreements with Foreign Postal

Operators 1 (MC2010–34) product on the competitive product list. Notice at 1.

**II. Contents of Filing**

The Postal Service's filing consists of the Notice, a public Excel file containing redacted financial workpapers, and four attachments. Attachment 1 is a redacted copy of the Agreement. *Id.* at 3. Attachment 2 is the certified statement required by 39 CFR 3015.5(c)(2). *Id.* Attachment 3 is a redacted copy of the Governors' Decision No. 10–3. *Id.* Attachment 4 is an application for non-public treatment of unredacted material. *Id.* The Agreement's intended effective date is January 1, 2013. *Id.* at 4.

The rates for inbound Air CP and EMS included in the Agreement are to remain in effect for 2 years after the Agreement's effective date, unless terminated sooner. *Id.* The Postal Service further notes that a TNT Agreement, in accordance with Article 22 of the TNT Agreement, automatically renewed on October 1, 2012, but pursuant to paragraph 3 of Article 22 of the PostNL Agreement, the TNT Agreement is to expire the day prior to the effective date of the PostNL Agreement, if an effective date for the PostNL agreement is established. *Id.* at 3 n.5.

The Postal Service reviews the regulatory history of the Inbound Competitive Multi-Service Agreements with Foreign Operators 1 product and identifies the TNT Agreement (approved in Docket No. CP2010–95) as the baseline agreement for purposes of determining the functional equivalence of the instant Agreement.[3] *Id.* at 2. It asserts that the instant Agreement fits within applicable Mail Classification Schedule language and addresses functional equivalency with the baseline agreement, including similarity of cost characteristics. *Id.* at 3–7. The Postal Service also identifies differences between the two contracts, such as the addition of several articles, revisions to existing articles, and new annexes, but asserts that these differences do not detract from a finding of functional equivalency. *Id.* at 5–7.

**III. Commission Action**

*Notice of establishment of docket.* The Commission establishes Docket No. CP2013–24 for consideration of matters

---

[1] Notice of United States Postal Service of Filing Functionally Equivalent Inbound Competitive Multi-Service Agreement with a Foreign Postal Operator, December 4, 2012 (Notice).

[2] "CP" is an abbreviation used to identify or reference international parcel post (from the French phrase *colis postaux,* "postal package").

---

[3] The Postal Service identifies Governors' Decision No. 10–3 as the enabling Governors' Decision. *Id.* at 5. The status of the TNT Agreement as the baseline agreement was confirmed in Docket No. CP2011–69, Order No. 840, Order Concerning an Additional Inbound Competitive Multi-Service Agreements with Foreign Postal Operators 1 Negotiated Service Agreement, September 7, 2011. *See id.* at 2.

OPM-000062

**OPM/GOVT–2**

**System Name:**

Employee Performance File System Records.

**System Location:**

Records maintained in this system may be located as follows:

a. In an Employee Performance File (EPF) maintained in the agency office responsible for maintenance of the employee's Official Personnel Folder (OPF) or other agency-designated office. This includes those instances where the agency uses an envelope within the OPF in lieu of a separate EPF folder.

b. In the EPF of Senior Executive Service (SES) appointees where the agency elects to have the file maintained by the Performance Review Boards required by 5 U.S.C. 4314(c)(1), or the administrative office supporting the Board.

c. In any supervisor/manager's work folder maintained in the office by the employee's immediate supervisor/manager or, where agencies have determined that records management is better served, in such folders maintained for supervisors/managers in a central administrative office.

d. In an agency's electronic personnel records system.

e. In an agency microformed EPF.

**Note 1:**

Originals or copies of records covered by this system may be located in more than one location, but if they become part of an agency internal system (e.g., administrative or negotiated grievance file), those copies then would be subject to the agency's internal Privacy Act implementation guidance regarding their use within the agency's system.

**Note 2:**

The records in this system are 'owned' by the Office of Personnel Management (OPM) and should be provided to those Office employees who have an official need or use for those records. Therefore, if an employing agency is asked by an OPM employee for access to the records within this system, such a request should be honored.

**Categories of Individuals Covered by the System:**

Current and former Federal employees (including SES appointees).

**Categories of Records in the System:**

Records in this system, wherever they are maintained, may include any or all of the following:

a. Annual summary performance ratings of record issued under employee appraisal systems and any document that indicates that the rating is being challenged under administrative procedures (e.g., when the employee files a grievance on the rating received).

b. A document (either the summary rating form itself or a form affixed to it) that identifies the job elements and the standards for those elements upon which the rating is based.

c. Supporting documentation for employee ratings of records, as required by agency rating systems or implementing instructions, and which may be filed physically with the rating of record (e.g., productivity and quality control records, records of employee counseling, individual development plans, or other such records as specified in agency issuances) and maintained, for example in a work folder by supervisors/managers at the work site.

d. Records on SES appraisals generated by Performance Review Boards, including statements of witnesses and transcripts of hearings.

e. Written recommendations for awards, removals, demotions, denials of within-grade increases, reassignments, training, pay increases, cash bonuses, or other performance-based actions (e.g., nominations of SES employees for Meritorious or Distinguished Executive), including supporting documentation.

f. Statements made (letter on or appended to the performance rating document) by the employee (e.g., a statement of disagreement with the rating or recommendation), in accordance with agency performance plans and implementing instructions, regarding a rating given and any recommendations made based on them.

**Note 3:**

OPM-000063

When a recommendation by a supervisor/manager or a statement made by the employee regarding the rating issued (or a copy) becomes part of another Governmentwide system or internal agency file (e.g., an SF 52 when the action is effected or when documents or statements of disagreement are placed in a grievance file), that document then becomes subject to that system's notice and appropriate OPM or employing agency Privacy Act requirements, respectively, for the system of records covering that file.

g. Records created by Executive Resource Boards regarding performance of an individual in an executive development program.

h. Records concerning performance during the supervisory or managerial probationary period, the SES appointment probationary period, or the employee's initial period of probation after appointment.

i. Notices of commendations, recommendations for training, such as an Individual Development Plan, and advice and counseling records that are based on work performance.

j. Copies of supervisory ratings used in considering employees for promotion or other position changes originated in conjunction with agency merit promotion programs when specifically authorized for retention in the EPF or work folder.

k. Performance-related material that may be maintained in the work folder to assist the supervisor/manager in accurately assessing employee performance. Such material may include transcripts of employment and training history, documentation of special licenses, certificates, or authorizations necessary in the performance of the employee duties, and other such records that agencies determine to be appropriate for retention in the work folder.

l. Standard Form 7B cards. (While the use of the SF 7B Card system was cancelled effective December 31, 1992, this system notice will cover any of those cards still in existence.)

**Note 4:**

To the extent that performance records covered by this system are maintained in either an EPF, supervisor/manager work folder, or an agency's electronic or microform record system, they are considered covered under this system of records. Further, when copies of records filed in the employee's OPF are maintained as general records related to performance (item k above), those records are to be considered as being covered by this system and not the OPM/GOVT–1 system.

This notice does not cover these records (or copies) when they become part of a grievance file or a 5 CFR parts 432, 752, or 754 file (documents maintained in these files are covered by the OPM/GOVT–3 system of records, while grievance records are covered under an agency-specific system), or when they become part of an appeal or discrimination complaint file as such documents are considered to be part of either the system of appeal records under the control of the Merit Systems Protection Board (MSPB) or discrimination complaints files under the control of the Equal Employment Opportunity Commission (EEOC).

When an agency retains copies of records from this system in another system of records, not covered by this or another OPM, MSPB, or EEOC Government-wide system notice, the agency is solely responsible for responding to any Privacy Act issues raised concerning these documents.

The Office has adopted a position that when supervisors/managers retain personal "supervisory" notes, i.e., information on employees that the agency exercises no control and does not require or specifically describe in its performance system, which remain solely for the personal use of the author and are not provided to any other person, and which are retained or discarded at the author's sole discretion, such notes are not subject to the Privacy Act and are, therefore, not considered part of this system. Should an agency choose to adopt a position that such notes are subject to the Act, that agency is solely responsible for dealing with Privacy Act matters, including the requisite system notice, concerning them.

**Authority for Maintenance of the System:**

Sections 1104, 3321, 4305, and 5405 of title 5, U.S. Code, and Executive Order 12107.

**Purpose:**

These records are maintained to ensure that all appropriate records on an employee's performance are retained and are available (1) To agency officials having a need for the information; (2) to employees; (3) to support actions based on the records; (4) for use by the OPM in connection with its personnel management evaluation role in the executive branch; and (5) to identify individuals for personnel research.

**Routine Uses of Records Maintained in the System, Including Categories of Users and the Purpose of Such Uses:**

a. To disclose information to the Merit Systems Protection Board or the Office of Special Counsel in connection with appeals, special studies of the civil service and other merit systems, review of Office rules and regulations, investigations

of alleged or possible prohibited personnel practices, and other functions as promulgated in 5 U.S.C. chapter 12, or for such other functions as may be authorized by law.

b. To disclose information to the EEOC when requested in connection with investigations into alleged or possible discrimination practices in the Federal sector, examination of Federal Affirmative Action programs, compliance by Federal agencies with the Uniform Guidelines on Employee Selection Procedures, or other functions vested in the Commission.

c. To disclose information to the Federal Labor Relations Authority (including its General Counsel) when requested in connection with the investigation and resolution of allegations of unfair labor practices, in connection with the resolution of exceptions to arbitrator's awards where a question of material fact is raised, and matters before the Federal Service Impasses Panel.

d. To consider and select employees for incentive awards, quality-step increases, merit increases and performance awards, or other pay bonuses, and other honors and to publicize those granted. This may include disclosure to public and private organizations, including news media, which grant or publicize employee awards or honors.

e. To disclose information to an arbitrator to resolve disputes under a negotiated grievance procedure or to officials of labor organizations recognized under 5 U.S.C. chapter 71 when relevant and necessary to their duties of exclusive representation.

f. To disclose to an agency in the executive, legislative, or judicial branch, or to the District of Columbia's government in response to its request, or at the initiation of the agency maintaining the records, information in connection with hiring or retaining of an employee; issuing a security clearance; conducting a security or suitability investigation of an individual; classifying jobs; letting a contract; issuing a license, grant, or other benefits by the requesting agency; or the lawful statutory, administrative, or investigative purposes of the agency to the extent that the information is relevant and necessary to the decision on the matter.

g. To disclose, in response to a request for discovery or for appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding.

h. To disclose information to a congressional office from the record or an individual in response to an inquiry from that congressional office made at the request of the individual.

i. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding.

j. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which the agency is authorized to appear, when:

1. The agency, or any component thereof; or

2. Any employee of the agency in his or her official capacity; or

3. Any employee of the agency in his or her individual capacity where the Department of Justice or the agency has agreed to represent the employee; or

4. The United States, when the agency determines that litigation is likely to affect the agency or any of its components, is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or the agency is deemed by the agency to be relevant and necessary to the litigation, provided, however, that in each case it has been determined that the disclosure is compatible with the purpose for which the records were collected.

k. By the National Archives and Records Administration in records management inspections and its role as Archivist.

l. By the OPM or employing agency to locate individuals for personnel research or survey response and in producing summary descriptive statistics and analytical studies to support the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not contain individual identifiers, in some instances the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

m. To disclose pertinent information to the appropriate Federal, State, or local government agency responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order, where the agency maintaining the record becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

OPM-000065

n. To disclose information to any member of an agency's Performance Review Board or other board or panel when the member is not an official of the employing agency. The information would then be used for approving or recommending performance awards, nominating for meritorious and distinguished executive ranks, and removal, reduction-in-grade, and other personnel actions based on performance.

o. To disclose to Federal, State, local, and professional licensing boards or Boards of Medical Examiners, when such records reflect on the qualifications of individuals seeking to be licensed.

p. To disclose to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

q. To disclose records on former Panama Canal Commission employees to the Republic of Panama for use in employment matters.

**Policies and Practices for Storing, Retrieving, Safeguarding, Retaining and Disposing of Records in the System:**

**Storage:**

Records are maintained in file folders, envelopes, and on magnetic tapes, disks, microfilm, or microfiche.

**Retrievability:**

Records are retrieved by the name and social security number of the individual on whom they are maintained.

**Safeguards:**

Records are maintained in file folders or envelopes, on electronic media, magnetic tape, disks, or microforms and are stored in locked desks, metal filing cabinets, or in a secured room with access limited to those whose official duties require access. Additional safeguarding procedures include the use of sign-out sheets and restrictions on the number of employees able to access electronic records through use of access codes and logs.

**Retention and Disposal:**

Records on former non-SES employees will generally be retained no longer than 1 year after the employee leaves his or her employing agency. Records on former SES employees may be retained up to 5 years under 5 U.S.C. 4314.

a. Summary performance appraisals (and related records as the agency prescribes) on SES appointees are retained for 5 years and ratings of record on other employees for 4 years, except as shown in paragraph b. below, and are disposed of by shredding, burning, erasing of disks, or in accordance with agency procedures regarding destruction of personnel records, including giving them to the individual. When a non-SES employee transfers to another agency or leaves Federal employment, ratings of record and subsequent ratings (4 years old or less) are to be filed on the temporary side of the OPF and forwarded with the OPF.

b. Ratings of unacceptable performance and related documents, pursuant to 5 U.S.C. 4303(d), are destroyed after the employee completes 1 year of acceptable performance from the date of the proposed removal or reduction-in-grade notice. (Destruction to be no later than 30 days after the year is up.)

c. When a career appointee in the SES accepts a Presidential appointment pursuant to 5 U.S.C. 3392(c), the employee's performance folder remains active so long as the employee remains employed under the Presidential appointment and elects to have certain provisions of 5 U.S.C. relating to the Service apply.

d. When an incumbent of the SES transfers to another position in the Service, ratings and plans 5 years old or less shall be forwarded to the gaining agency with the individual's OPF.

e. Some performance-related records (e.g., documents maintained to assist rating officials in appraising performance or recommending remedial actions or to show that the employee is currently licensed or certified) may be destroyed after 1 year.

f. Where any of these documents are needed in connection with administrative or negotiated grievance procedures, or quasi-judicial or judicial proceedings, they may be retained as needed beyond the retention schedules identified above.

g. Generally, agencies retain records on former employees for no longer than 1 year after the employee leaves.

**Note 5:**

When an agency retains an electronic or microform version of any of the above documents, retention of such records longer than shown is permitted (except for those records subject to 5 U.S.C. 4303(d)) for agency use or for historical or

OPM-000066

statistical analysis, but only so long as the record is not used in a determination directly affecting the individual about whom the record pertains (after the manual record has been or should have been destroyed).

**System Manager(s) and Address:**

a. Deputy Associate Director, Center for HR Systems Requirements and Strategies, Room 6H31, U.S. Office of Personnel Management, 1900 E Street, NW., Washington, DC 20415.

b. For current Federal employees, OPM has delegated to the employing agency the Privacy Act responsibilities concerning access, amendment, and disclosure of the record within this system notice.

**Notification Procedure:**

Individuals wishing to inquire whether this system contains information about them should contact their servicing personnel office, supervisor/manager, Performance Review Board office, or other agency designated office maintaining their performance-related records where they are or were employed. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).

b. Social Security number.

c. Position occupied and unit where employed.

**Records Access Procedure:**

Individuals wishing access to their records should contact the appropriate office indicated in the Notification Procedure section where they are or were employed. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).

b. Social security number.

c. Position occupied and unit where employed.

Individuals requesting access to records must also comply with the OPM's Privacy Act regulations on verification of identity and access to records (5 CFR part 297).

**Contesting Record Procedure:**

Individuals wishing to request amendment to their records should contact the appropriate office indicated in the Notification Procedure section where they are or were employed. Individuals must furnish the following information for their records to be located and identified:

a. Full name(s).

b. Social security number.

c. Position occupied and unit where employed.

Individuals requesting amendment must also comply with the OPM's Privacy Act regulations on verification of identity and amendment of records (5 CFR part 297).

**Records Source Categories:**

Records in this system are obtained from:

a. Supervisors/managers.

b. Performance Review Boards.

c. Executive Resource Boards.

d. Other individuals or agency officials.

e. Other agency records.

f. The individual to whom the records pertain.

Ridge, Tennessee. Hermes would be a fluoride-salt cooled, high-temperature reactor that uses solid tri-structural isotropic fuel in pebble form. A notice of receipt and availability of this portion of the application was published in the **Federal Register** on October 29, 2021 (86 FR 60077).

The first part of the Kairos construction permit application consisted of the following information:
• The general information required by 10 CFR 50.33.
• The Preliminary Safety Analysis Report required by 10 CFR 50.34(a).
• Exemption requests to support issuance of a construction permit.
• A request to invoice the filing fee required by 10 CFR 50.30(e) and 10 CFR 170.21.

On October 31, 2021, Kairos filed the second part of its application (ADAMS Package Accession No. ML21306A131) for a construction permit, which consisted of the Environmental Report required by 10 CFR 50.30(f). Submission of the Environmental Report completed the application for a construction permit.

The NRC staff determined that Kairos submitted a two-part application in accordance with 10 CFR 2.101(a)(5) and 10 CFR part 50, and that the application is acceptable for docketing under Docket No. 50–7513. The NRC staff provided Kairos notice of the acceptance and docketing determinations by letter dated November 29, 2021 (ADAMS Accession No. ML21319A354).

The NRC staff will perform a detailed technical review of the construction permit application and document its safety findings in a safety evaluation report. Also, in accordance with 10 CFR part 51, "Environmental Protection Regulations for Domestic Licensing and Related Regulatory Functions," the NRC staff will prepare an environmental impact statement for the proposed action.

Docketing of the application does not preclude the NRC from requesting additional information from the applicant as the review proceeds, nor does it predict whether the Commission will grant or deny the application. The construction permit application will be referred to the Advisory Committee on Reactor Safeguards for review and report consistent with 10 CFR 50.58, "Hearings and report of the Advisory Committee on Reactor Safeguards." If, after holding an evidentiary hearing, the Commission finds that the construction permit application meets the applicable standards of the Atomic Energy Act and the Commission's regulations, and that any required notifications to other agencies and bodies have been made,

the Commission will issue a construction permit, in the form and containing conditions and limitations that the Commission finds appropriate and necessary.

The Commission will announce, in a future **Federal Register** notice, the opportunity to petition for leave to intervene in a proceeding on the construction permit application.

Dated: November 24, 2021.

For the Nuclear Regulatory Commission.

**Benjamin G. Beasley,**

*Senior Project Manager, Advanced Reactor Licensing Branch, Division of Advanced Reactors and Non-Power Production and Utilization Facilities, Office of Nuclear Reactor Regulation.*

[FR Doc. 2021–26119 Filed 11–30–21; 8:45 am]

**BILLING CODE 7590–01–P**

---

## OFFICE OF PERSONNEL MANAGEMENT

### Privacy Act of 1974; System of Records

**AGENCY:** Office of Personnel Management.

**ACTION:** Notice of a modified system of records.

**SUMMARY:** In accordance with the Privacy Act of 1974, the Office of Personnel Management ("OPM"), proposes to modify an OPM government-wide system of records, OPM/GOVT–5, Recruiting, Examining, and Placement Records, primarily to make clear that records collected and generated in the process of onboarding Federal employees but prior to their entry-on-duty date are included in this system of records. In addition, OPM proposes additional administrative changes to reflect the current OPM organization.

**DATES:** Please submit comments on or before January 3, 2022. This modified system of records is effective upon publication.

**ADDRESSES:** You may submit written comments through the Federal Rulemaking Portal: *http://www.regulations.gov*. All submissions received must include the agency name and docket number for this **Federal Register** document. The general policy for comments and other submissions from members of the public is to make these submissions available for public viewing on the internet at *http://www.regulations.gov* as they are received without change, including any personal identifiers or contact information.

**FOR FURTHER INFORMATION CONTACT:** For general questions, please contact: Dianna Saxman, Associate Director, Human Resources Solutions, Office of Personnel Management at *Dianna.Saxman@opm.gov*. For privacy questions, please contact: Kellie Cosgrove Riley, Chief Privacy Officer, Office of Personnel Management at 202–360–6065 or *privacy@opm.gov*.

**SUPPLEMENTARY INFORMATION:** In accordance with the Privacy Act of 1974, 5 U.S.C. 552a, the Office of Personnel Management ("OPM"), proposes to make certain modifications to the OPM/GOVT–5 Recruiting, Examining, and Placement Records system of records pending a comprehensive review and update at a later date. The records in this system of records include all records submitted by an applicant for Federal employment or generated in connection with the application and the onboarding process.

OPM proposes to modify this system of records to add an additional category of records: "m. Records collected or generated in the process of onboarding an applicant selected to fill a vacant position, to include, for example, vaccination records, proof of citizenship, and agency-specific documentation necessary for the onboarding process." This category of records is being added to clarify that records collected or generated in the onboarding process, after applicants have been selected but before they are Federal employees, are included in this system of records. Once an individual completes the onboarding process and is a Federal employee, certain records collected and generated in the onboarding process may be included in other systems of records. For example, proof of vaccination required by Executive Order 14043, Requiring Coronavirus Disease 2019 Vaccination for Federal Employees, may later be included in the OPM/GOVT–10 Employee Medical File Systems Records system of records; and personnel forms completed in the onboarding process may later be included in the OPM/GOVT–1 General Personnel Records system of records.

In addition to modifying this system of records to add an additional category of records, OPM also proposes to modify the description of the system location and identification of the system manager. Both modifications are being made to reflect organizational changes at OPM since the last publication of the OPM/GOVT–5 system of records notice.

OPM has provided a report of this modified system of records to the Committee on Oversight and

OPM-000068

Government Reform of the House of Representatives, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Office of Management and Budget (OMB), pursuant to 5 U.S.C. 552a(r) and OMB Circular A–108, "Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act," dated December 23, 2016. This modified system of records will be included in OPM's inventory of record systems.

**Alexys Stanley,**

*Regulatory Affairs Analyst.*

**SYSTEM NAME AND NUMBER:**

Recruiting, Examining, and Placement Records, OPM/GOVT–5.

**SECURITY CLASSIFICATION:**

Unclassified.

**SYSTEM LOCATION:**

Human Resources Solutions, Office of Personnel Management, 1900 E Street NW, Washington, DC 20415, has government-wide responsibility for the records in this system of records. Individual agencies have responsibility for the records pertaining to their applicants.

**SYSTEM MANAGER(S):**

Associate Director, Human Resources Solutions, U.S. Office of Personnel Management, 1900 E Street NW, Room 6H31, Washington, DC 20415.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

\*    \*    \*    \*    \*

m. Records collected or generated in the process of onboarding an applicant selected to fill a vacant position, to include, for example, vaccination records, proof of citizenship, and agency-specific documentation necessary for the onboarding process.

\*    \*    \*    \*    \*

**HISTORY:**

61 FR 36919 (July 15, 1996); 65 FR 24731 (April 27, 2000); 71 FR 35341 (June 19, 2006); 79 FR 16834 (March 26, 2014); 80 FR 74815 (November 30, 2015).

[FR Doc. 2021–26086 Filed 11–30–21; 8:45 am]

**BILLING CODE 6325–43–P**

## SECURITIES AND EXCHANGE COMMISSION

**[Investment Company Act Release No. 34426]**

### Notice of Applications for Deregistration Under Section 8(f) of the Investment Company Act of 1940

November 26, 2021.

The following is a notice of applications for deregistration under section 8(f) of the Investment Company Act of 1940 for the month of November 2021. A copy of each application may be obtained via the Commission's website by searching for the file number, or for an applicant using the Company name box, at *http://www.sec.gov/search/search.htm* or by calling (202) 551–8090. An order granting each application will be issued unless the SEC orders a hearing. Interested persons may request a hearing on any application by emailing the SEC's Secretary at *Secretarys-Office@sec.gov* and serving the relevant applicant with a copy of the request by email, if an email address is listed for the relevant applicant below, or personally or by mail, if a physical address is listed for the relevant applicant below. Hearing requests should be received by the SEC by 5:30 p.m. on December 21, 2021, and should be accompanied by proof of service on applicants, in the form of an affidavit or, for lawyers, a certificate of service. Pursuant to Rule 0–5 under the Act, hearing requests should state the nature of the writer's interest, any facts bearing upon the desirability of a hearing on the matter, the reason for the request, and the issues contested. Persons who wish to be notified of a hearing may request notification by writing to the Commission's Secretary at *Secretarys-Office@sec.gov.*

**ADDRESSES:** The Commission: *Secretarys-Office@sec.gov.*

**FOR FURTHER INFORMATION CONTACT:** Shawn Davis, Assistant Director, at (202) 551–6413 or Chief Counsel's Office at (202) 551–6821; SEC, Division of Investment Management, Chief Counsel's Office, 100 F Street NE, Washington, DC 20549–8010.

### First Eagle Senior Loan Fund [File No. 811–22874]

*Summary:* Applicant, a closed-end investment company, seeks an order declaring that it has ceased to be an investment company. On July 16, 2021, and September 17, 2021, applicant made liquidating distributions to its shareholders based on net asset value. Expenses of approximately $872,000 incurred in connection with the liquidation were paid by the applicant. Applicant also has retained $7,836,833 for the purpose of paying outstanding payments to service providers.

*Filing Dates:* The application was filed on July 21, 2021, and amended on November 15, 2021.

*Applicant's Address: andrew.morris@feim.com.*

### Gabelli Go Anywhere Trust [File No. 811–23035]

*Summary:* Applicant, a closed-end investment company, seeks an order declaring that it has ceased to be an investment company. On October 28, 2021, applicant made liquidating distributions to its shareholders based on net asset value. Expenses of $21,170 incurred in connection with the liquidation were paid by the applicant. Applicant also has retained $221,497 for the purpose of paying outstanding expenses.

*Filing Date:* The application was filed on November 10, 2021.

*Applicant's Address: Thomas.DeCapo@skadden.com.*

### Sound Point Floating Rate 2023 Target Term Fund [File No. 811–23119]

*Summary:* Applicant, a closed-end investment company, seeks an order declaring that it has ceased to be an investment company. Applicant has never made a public offering of its securities and does not propose to make a public offering or engage in business of any kind.

*Filing Dates:* The application was filed on August 3, 2021, and amended on October 29, 2021.

*Applicant's Address: wruberti@soundpointcap.com, mana.behbin@morganlewis.com.*

For the Commission, by the Division of Investment Management, pursuant to delegated authority.

**J. Matthew DeLesDernier,**

*Assistant Secretary.*

[FR Doc. 2021–26137 Filed 11–30–21; 8:45 am]

**BILLING CODE 8011–01–P**

## DEPARTMENT OF STATE

**[Public Notice: 11598]**

### Designation of Sanaullah Ghafari, Sultan Aziz Azam, and Maulawi Rajab as Specially Designated Global Terrorists

Acting under the authority of and in accordance with section 1a(1)(ii)(B) of E.O. 13224 of September 23, 2001, as amended by E.O. 13268 of July 2, 2002, E.O. 13284 of January 23, 2003, and E.O. 13886 of September 9, 2019, I hereby

OPM-000069

entering the comment submissions into ADAMS.

## II. Further Information

The NUREG provides guidance to a licensee for preparing requests for changes of control and about bankruptcy involving byproduct, source, or special nuclear materials licenses. The NUREG also provides the NRC with criteria for reviewing requests for changes of control and bankruptcy. The purpose of this notice is to provide the public with an opportunity to review and provide comments on draft NUREG–1556, Volume 15, Revision 1, "Consolidated Guidance about Materials Licenses: Guidance about Changes of Control and about Bankruptcy Involving Byproduct, Source, or Special Nuclear Materials Licenses." These comments will be considered in the final version or subsequent revisions.

Dated at Rockville, Maryland, this 19th day of March, 2014.

For the U.S. Nuclear Regulatory Commission.

**John M. Moses,**

*Acting Deputy Director, Division of Materials Safety and State Agreements, Office of Federal and State Materials and Environmental Management Programs.*

[FR Doc. 2014–06721 Filed 3–25–14; 8:45 am]

**BILLING CODE 7590–01–P**

## NUCLEAR REGULATORY COMMISSION

[NRC–2014–0060]

### Response Strategies for Potential Aircraft Threats

**AGENCY:** Nuclear Regulatory Commission.

**ACTION:** Regulatory guide; issuance.

**SUMMARY:** The U.S. Nuclear Regulatory Commission (NRC) is issuing revision 1 to Regulatory Guide (RG) 1.214, "Response Strategies for Potential Aircraft Threats." The revision contains updated references and minor corrections. The revision does not contain substantive changes in the NRC staff's regulatory positions. The guide describes a method that the NRC staff considers acceptable for applicants for, and holders of, nuclear power plant licenses to comply with NRC requirements to develop, implement, and maintain procedures for responding to potential aircraft threats.

**ADDRESSES:** The document will be made available for those individuals who have established a "need-to-know" and possess access permission to Official Use Only-Security Related Information (OUO–SRI). To access and review the

document contact: James Vaughn, telephone: 301–287–3586, email: *james.vaughn@nrc.gov.*

**FOR FURTHER INFORMATION CONTACT:** James Vaughn, telephone: 301–287–3586, email: *james.vaughn@nrc.gov*, or Mekonen Bayssie, telephone: 301–251–7489, email: *mekonen.bayssie@nrc.gov*, U.S. Nuclear Regulatory Commission, Washington, DC 20555–0001.

**SUPPLEMENTARY INFORMATION:**

### I. Introduction

The NRC is issuing a revision to an existing guide in the NRC's "Regulatory Guide" series. Regulatory guides were developed to describe and make available to the public, to the extent possible, information and methods that are acceptable to the NRC staff for implementing specific parts of the agency's regulations, techniques that the staff uses in evaluating specific problems or postulated accidents, and data that the staff needs in its review of applications for permits and licenses. The NRC typically seeks public comment on a draft version of a regulatory guide by announcing its availability for comment in the **Federal Register.** However, as explained in section III.F. of the Handbook for NRC Management Directive 6.6, "Regulatory Guides" (Agencywide Documents Access and Management System Accession No. ML110330475), the NRC may directly issue a final regulatory guide without a draft version or public comment period if the changes to the regulatory guide are non-substantive. Furthermore, RG 1.214 is withheld from public disclosure but is available to those affected licensees and cleared stakeholders who can or have demonstrated a "need-to-know."

The NRC is issuing Revision 1 of RG 1.214 directly as a final regulatory guide because the changes between Revision 0 and Revision 1 are non-substantive. This revision of RG 1.214 incorporates editorial changes, updates the guide to conform to the current format for regulatory guides, and updates references to related guidance for emergency preparedness (EP). These changes are intended to improve clarity of the guidance and alignment with the EP requirements in part 50 of Title 10 of the *Code of Federal Regulations* (10 CFR), Appendix E, and do not alter the staff regulatory guidance.

### II. Backfitting and Issue Finality

Issuance of this final regulatory guide does not constitute backfitting as defined in 10 CFR 50.109 (the Backfit Rule) and is not otherwise inconsistent with the issue finality provisions in 10

CFR part 52. The changes in Revision 1 of RG 1.214 are limited to editorial changes to improve clarity of the guidance and alignment with the EP requirements in 10 CFR part 50, Appendix E. These changes do not fall within the kinds of agency actions that constitute backfitting or are subject to limitations in the issue finality provisions of 10 CFR part 52. Accordingly, the NRC did not address the Backfit Rule or issue finality provisions of 10 CFR part 52.

### III. Congressional Review Act

This action is not a rule as defined in the Congressional Review Act (5 U.S.C. 801–808).

### IV. Submitting Suggestions for Improvement of Regulatory Guides

Revision 1 of RG 1.214 is being issued without an opportunity for comment. However, you may at any time submit suggestions to the NRC for improvement of existing regulatory guides or for the development of new regulatory guides to address new issues. The input received will be considered in future updates and enhancements of the regulatory guide. Please coordinate with James Vaughn from the NRC's Office of Nuclear Security and Incident Response (telephone: 301–287–3686 or email: *james.vaughn@nrc.gov*) regarding the drafting and transmission of such comments in order to protect comments that contain OUO–SRI information.

Dated at Rockville, Maryland, this 19th day of March, 2014.

For the Nuclear Regulatory Commission.

**Thomas H. Boyce,**

*Chief, Regulatory Guide and Generic Issues Branch, Division of Engineering, Office of Nuclear Regulatory Research.*

[FR Doc. 2014–06575 Filed 3–25–14; 8:45 am]

**BILLING CODE 7590–01–P**

## OFFICE OF PERSONNEL MANAGEMENT

### Privacy Act of 1974: Update and Amend System of Records

**AGENCY:** U.S. Office of Personnel Management (OPM).

**ACTION:** Update and amend OPM/GOVT–5, Recruiting, Examining, and Placement Records.

**SUMMARY:** OPM proposes to update and amend OPM/GOVT–5, Recruiting, Examining, and Placement Records contained in its inventory of record systems subject to the Privacy Act of 1974 (5 U.S.C. 552a), as amended. This action is necessary to meet the requirements of the Privacy Act to

OPM-000070

publish in the **Federal Register** notice of the existence and character, as well as any new use or intended new use of records maintained by the agency. 5 U.S.C. 552a(e)(4) and (11).

**DATES:** These changes will become effective without further notice on May 5, 2014, unless we receive comments that result in a contrary determination.

**ADDRESSES:** Send written comments to the Director, Integrated Hiring Solutions, Office of the Chief Information Officer, U.S. Office of Personnel Management, 1900 E Street NW., Room 44690, Washington, DC 20415.

**FOR FURTHER INFORMATION CONTACT:** Paul Craven, Director, Integrated Hiring Solutions, *paul.craven@opm.gov.*

**SUPPLEMENTARY INFORMATION:** The Office of Personnel Management's (OPM) system of record notices subject to the Privacy Act of 1974 (5 U.S.C. 552a), as amended, have been published in the **Federal Register**. The proposed changes consist of the deletion of an OPM office from the System Locations, and the designation of a replacement for the existing System Manager. Both changes reflect the results of an OPM re-organization that eliminated the position previously named as System Manager and the office previously named in the Locations listing.

U.S. Office of Personnel Management.

**Katherine Archuleta,**
*Director.*

**OPM/GOVT–5**

**SYSTEM NAME:**
   Recruiting, Examining, and Placement Records.

**SYSTEM LOCATION:**
   Office of Personnel Management, 1900 E Street NW., Washington, DC 20415, OPM regional and area offices; and personnel or other designated offices of Federal agencies that are authorized to make appointments and to act for the Office by delegated authority.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**
   a. Persons who have applied to the Office or agencies for Federal employment and current and former Federal employees submitting applications for other positions in the Federal service.
   b. Applicants for Federal employment believed or found to be unsuitable for employment on medical grounds.

**CATEGORIES OF RECORDS IN THE SYSTEM:**
   In general, all records in this system contain identifying information

including name, date of birth, Social Security Number, and home address. These records pertain to assembled and unassembled examining procedures and contain information on both competitive examinations and on certain noncompetitive actions, such as determinations of time-in-grade restriction waivers, waiver of qualification requirement determinations, and variations in regulatory requirements in individual cases.

   This system includes such records as:
   a. Applications for employment that contain information on work and education, military service, convictions for offenses against the law, military service, and indications of specialized training or receipt of awards or honors. These records may also include copies of correspondence between the applicant and the Office or agency.
   b. Results of written exams and indications of how information in the application was rated. These records also contain information on the ranking of an applicant, his or her placement on a list of eligibles, what certificates applicant's names appeared on, an agency's request for Office approval of the agency's objection to an eligible's qualifications and the Office's decision in the matter, an agency's request for Office approval for the agency to pass over an eligible and the Office's decision in the matter, and an agency's decision to object/pass over an eligible when the agency has authority to make such decisions under agreement with the Office.
   c. Records regarding the Office's final decision on an agency's decision to object/pass over an eligible for suitability or medical reasons or when the objection/pass over decision applies to a compensable preference eligible with 30 percent or more disability. (Does not include a rating of ineligibility for employment because of a confirmed positive test result under Executive Order 12564.)
   d. Responses to and results of approved personality or similar tests administered by the Office or agency.
   e. Records relating to rating appeals filed with the Office or agency.
   f. Registration sheets, control cards, and related documents regarding Federal employees requesting placement assistance in view of pending or realized displacement because of reduction in force, transfer or discontinuance of function, or reorganization.
   g. Records concerning non-competitive action cases referred to the Office for decision. These files include such records as waiver of time-in-grade

requirements, decisions on superior qualification appointments, temporary appointments outside a register, and employee status determinations. Authority for making decisions on many of these actions has also been delegated to agencies. The records retained by the Office on such actions and copies of such files retained by the agency submitting the request to the Office, along with records that agencies maintain as a result of the Office's delegations of authorities, are considered part of this system of records.
   h. Records retained to support Schedule A appointments of severely physically handicapped individuals, retained both by the Office and agencies acting under the Office delegated authorities, are part of this system.
   i. Agency applicant supply file systems (when the agency retains applications, resumes, and other related records for hard-to-fill or unique positions, for future consideration), along with any pre-employment vouchers obtained in connection with an agency's processing of an application, are included in this system.
   j. Records derived from the Office-developed or agency-developed assessment center exercises.
   k. Case files related to medical suitability determinations and appeals.
   l. Records related to an applicant's examination for use of illegal drugs under provisions of Executive Order 12564. Such records may be retained by the agency (e.g., evidence of confirmed positive test results) or by a contractor laboratory (e.g., the record of the testing of an applicant, whether negative, or confirmed or unconfirmed positive test result).

**NOTE 1:**
   Only Routine Use 'p' identified for this system of records is applicable to records relating to drug testing under Executive Order 12564. Further, such records shall be disclosed only to a very limited number of officials within the agency, generally only to the agency Medical Review Official (MRO), the administrator of the agency Employee Assistance Program, and any supervisory or management official within the employee's agency having authority to take the adverse personnel action against the employee.

**NOTE 2:**
   OPM does not intend that records created by agencies in connection with the agency's Merit Promotion Plan program be included in the term 'Applicant Supply File' as used within this notice. It is OPM's position that

OPM-000071

Merit Promotion Plan records are not a system of records within the meaning of the Privacy Act as such records are usually filed by a vacancy announcement number or some other key that is not a unique personnel identifier. Agencies may choose to consider such records as within the meaning of a system of records as used in the Privacy Act, but if they do so, they are solely responsible for implementing Privacy Act requirements, including establishment and notice of a system of records pertaining to such records.

**NOTE 3:**

To the extent that an agency utilizes an automated medium in connection with maintenance of records in this system, the automated versions of these records are considered covered by this system of records.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

5 U.S.C. 1302, 3109, 3301, 3302, 3304, 3305, 3306, 3307, 309, 3313, 3317, 3318, 3319, 3326, 4103, 4723, 5532, and 5533, and Executive Order 9397.

**PURPOSE(S):**

The records are used in considering individuals who have applied for positions in the Federal service by making determinations of qualifications including medical qualifications, for positions applied for, and to rate and rank applicants applying for the same or similar positions. They are also used to refer candidates to Federal agencies for employment consideration, including appointment, transfer, reinstatement, reassignment, or promotion. Records derived from the Office-developed or agency-developed assessment center exercises may be used to determine training needs of participants. These records may also be used to locate individuals for personnel research.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSE OF SUCH USES:**

**NOTE 4:**

With the exception of Routine Use 'p,' none of the Other Routine Uses identified for this system of records are applicable to records relating to drug testing under Executive Order 12564. Further, such records shall be disclosed only to a very limited number of officials within that agency, generally only to the agency Medical Review Officer (MRO), the administrator of the agency's Employee Assistance Program, and the management official empowered to recommend or take adverse action affecting the individual.

a. To refer applicants, including current and former Federal employees to Federal agencies for consideration for employment, transfer, reassignment, reinstatement, or promotion.

b. With the permission of the applicant, to refer applicants to State and local governments, congressional offices, international organizations, and other public offices for employment consideration.

c. To disclose pertinent information to the appropriate Federal, State, or local agency responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order, when the disclosing agency becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

d. To disclose information to any source from which additional information is requested (to the extent necessary to identify the individual, inform the source of the purposes of the request, and to identify the type of information requested), when necessary to obtain information relevant to an agency decision concerning hiring or retaining an employee, issuing a security clearance, conducting a security or suitability investigation of an individual, classifying positions, letting a contract, or issuing a license, grant or other benefit.

e. To disclose information to a Federal agency, in response to its request, in connection with hiring or retaining an employee, issuing a security clearance, conducting a security or suitability investigation of an individual, classifying positions, letting a contract, or issuing a license, grant, or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision in the matter.

f. To disclose information to the Office of Management and Budget at any stage in the legislative coordination and clearance process in connection with private relief legislation as set forth in OMB Circular No. A–19.

g. To provide information to a congressional office from the record of an individual in response to an inquiry from that congressional office made at the request of that individual.

h. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to a judicial or administrative proceeding.

i. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which the agency is authorized to appear, when:

1. The agency, or any component thereof; or

2. Any employee of the agency in his or her official capacity; or

3. Any employee of the agency in his or her individual capacity where the Department of Justice or the agency has agreed to represent the employee; or

4. The United States, when the agency determines that litigation is likely to affect the agency or any of its components, is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or the agency is deemed by the agency to be relevant and necessary to the litigation, provided, however, that in each case it has been determined that the disclosure is compatible with the purpose for which the records were collected.

j. By the National Archives and Records Administration in records management inspections and its role as Archivist.

k. By the agency maintaining the records or by the Office to locate individuals for personnel research or survey response or in producing summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies. While published statistics and studies do not reveal individual identifiers, in some instances the selection of elements of data included in the study may be structured in such a way as to make the data individually identifiable by inference.

l. To disclose information to the Merit Systems Protection Board or the Office of the Special Counsel in connection with appeals, special studies of the civil service and other merit systems, review of OPM rules and rules and regulations, investigations of alleged or possible prohibited personnel practices, and such other functions; e.g., as prescribed in 5 U.S.C. chapter 12, or as may be authorized by law.

m. To disclose information to the Equal Employment Opportunity Commission when requested in connection with investigations into alleged or possible discrimination practices in the Federal sector, examination of Federal affirmative employment programs, compliance by Federal agencies with the Uniform Guidelines or Employee Selection Procedures, or other functions vested in the Commission.

n. To disclose information to the Federal Labor Relations Authority or its General Counsel when requested in connection with investigations of allegations of unfair labor practices or

OPM-000072

matters before the Federal Service Impasses Panel.

o. To disclose, in response to a request for discovery or for an appearance of a witness, information that is relevant to the subject matter involved in a pending judicial or administrative proceeding.

p. To disclose the results of a drug test of a Federal employee pursuant to an order of a court of competent jurisdiction where required by the United States Government to defend against any challenge against any adverse personnel action.

q. To disclose information to Federal, State, local, and professional licensing boards, Boards of Medical Examiners, or to the Federation of State Medical Boards or a similar non-government entity which maintains records concerning the issuance, retention, or revocation of licenses, certifications, or registration necessary to practice an occupation, profession, or specialty, in order to obtain relevant information to an agency decision concerning the hiring, retention, or termination of an employee or to inform a Federal agency or licensing board or the appropriate non-government entity about the health care practice of a terminated, resigned, or retired health care employee whose professional health care activity so significantly failed to conform to generally accepted standards of professional medical practice as to raise reasonable concern for the health and safety of patients in the private sector or from another Federal agency.

r. To disclose information to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

**POLICIES AND PRACTICES FOR STORING, RETRIEVING, SAFEGUARDING, RETAINING AND DISPOSING OF RECORDS IN THE SYSTEM:**

**STORAGE:**

Records are maintained on magnetic tapes, disk, punched cards, microfiche, cards, lists, and forms.

**RETRIEVABILITY:**

Records are retrieved by the name, date of birth, social security number, and/or identification number assigned to the individual on whom they are maintained.

**SAFEGUARDS:**

Records are maintained in a secured area or automated media with access limited to authorized personnel whose duties require access.

**RETENTION AND DISPOSAL:**

Records in this system are retained for varying lengths of time, ranging from a few months to 5 years, e.g., applicant records that are part of medical determination case files or medical suitability appeal files are retained for 3 years from completion of action on the case. Most records are retained for a period of 1 to 2 years. Some records, such as individual applications, become part of the person's permanent official records when hired, while some records (e.g., non-competitive action case files), are retained for 5 years. Some records are destroyed by shredding or burning while magnetic tapes or disks are erased.

**SYSTEM MANAGER(S) AND ADDRESS:**

Director, Integrated Hiring Solutions, Office of the Chief Information Officer, U.S. Office of Personnel Management, 1900 E Street NW., Room 44690, Washington, DC 20415.

**NOTIFICATION PROCEDURE:**

Individuals wishing to inquire whether this system of records contains information about them should contact the agency or OPM where application was made or examination was taken. Individuals must provide the following information for their records to be located and identified:

a. Name.
b. Date of birth.
c. Social Security Number.
d. Identification number (if known).
e. Approximate date of record.
f. Title of examination or announcement with which concerned.
g. Geographic area in which consideration was requested.

**RECORD ACCESS PROCEDURE:**

Specific materials in this system have been exempted from Privacy Act provisions at 5 U.S.C. (c)(3) and (d), regarding access to records.

The section of this notice titled ''Systems Exempted from Certain Provisions of the Act'' indicates the kind of material exempted and the reasons for exempting them from access. Individuals wishing to request access to their non-exempt records should contact the agency or the OPM where application was made or examination was taken. Individuals must provide the following information for their records to be located and identified:

a. Name.
b. Date of birth.
c. Social Security Number.
d. Identification number (if known).
e. Approximate date of record.
f. Title of examination or announcement with which concerned.
g. Geographic area in which consideration was requested.

Individuals requesting access must also comply with the OPM's Privacy Act

regulations on verification of identity and access to records (5 CFR part 297).

**CONTESTING RECORD PROCEDURE:**

Specific materials in this system have been exempted from Privacy Act provisions at 5 U.S.C. 552a(d), regarding amendment of records. The section of this notice titled 'Systems Exempted from Certain Provisions of the Act' indicates the kinds of material exempted and the reasons for exempting them from amendment. An individual may contact the agency or the Office where the application is filed at any time to update qualifications, education, experience, or other data maintained in the system.

Such regular administrative updating of records should not be requested under the provisions of the Privacy Act. However, individuals wishing to request amendment of other records under the provisions of the Privacy Act should contact the agency or the OPM where the application was made or the examination was taken. Individuals must provide the following information for their records to be located and identified:

a. Name.
b. Date of birth.
c. Social Security Number.
d. Identification number (if known).
e. Approximate date of record.
f. Title of examination or announcement with which concerned.
g. Geographic area in which consideration was requested.

Individuals requesting amendment must also comply with the OPM's Privacy Act regulations on verification of identity and amendment of records (5 CFR part 297).

**NOTE 5:**

In responding to an inquiry or a request for access or amendment, resource specialists may contact the OPM's area office that provides examining and rating assistance for help in processing the request.

**RECORD SOURCE CATEGORIES:**

Information in this system of records comes from the individual to whom it applies or is derived from information the individual supplied, reports from medical personnel on physical qualifications, results of examinations that are made known to applicants, agencies, and OPM records, and vouchers supplied by references or other sources that the applicant lists or that are developed.

**SYSTEMS EXEMPTED FROM CERTAIN PROVISIONS OF THE ACT:**

This system contains investigative materials that are used solely to

OPM-000073

determine the appropriateness of a request for approval of an objection to an eligible's qualifications for Federal civilian employment or vouchers received during the processing of an application. The Privacy Act, at 5 U.S.C. 552a(k)(5), permits an agency to exempt such investigative material from certain provisions of the Act, to the extent that release of the material to the individual whom the information is about would—

a. Reveal the identity of a source who furnished information to the Government under an express promise (granted on or after September 27, 1975) that the identity of the source would be held in confidence; or

b. Reveal the identity of a source who, prior to September 27, 1975, furnished information to the Government under an implied promise that the identity of the source would be held in confidence.

This system contains testing and examination materials used solely to determine individual qualifications for appointment or promotion in the Federal service. The Privacy Act, at 5 U.S.C. 552a(k)(6), permits an agency to exempt all such testing or examination material and information from certain provisions of the Act, when disclosure of the material would compromise the objectivity or fairness of the testing or examination process. OPM has claimed exemptions from the requirements of 5 U.S.C. 552a(d), which relate to access to and amendment of records.

The specific material exempted include, but are not limited to, the following

a. Answer keys.
b. Assessment center exercises.
c. Assessment center exercise reports.
d. Assessor guidance material.
e. Assessment center observation reports.
f. Assessment center summary reports.
g. Other applicant appraisal methods, such as performance tests, work samples and simulations, miniature training and evaluation exercises, structured interviews, and their associated evaluation guides and reports.
h. Item analyses and similar data that contain test keys and item response data.
i. Ratings given for validating examinations.
j. Rating schedules, including crediting plans and scoring formulas for other selection procedures.
k. Rating sheets.
l. Test booklets, including the written instructions for their preparation and automated versions of tests and related selection materials and their complete documentation.
m. Test item files.

n. Test answer sheets.

[FR Doc. 2014–06593 Filed 3–25–14; 8:45 am]
**BILLING CODE 6325–39–P**

---

## POSTAL SERVICE

### Board of Governors; Sunshine Act Meeting

**DATES AND TIMES:** April 8, 2014, at 9:00 a.m.

**PLACE:** Washington, DC.

**STATUS:** Closed.

**MATTERS TO BE CONSIDERED:**

**Tuesday, April 8, 2014 at 9:00 a.m.**

1. Strategic Issues.
2. Financial Matters.
3. Pricing.
4. Personnel Matters and Compensation Issues.
5. Governors' Executive Session— Discussion of prior agenda items and Board Governance.

**CONTACT PERSON FOR MORE INFORMATION:** Julie S. Moore, Secretary of the Board, U.S. Postal Service, 475 L'Enfant Plaza SW., Washington, DC 20260–1000. Telephone (202) 268–4800.

**Julie S. Moore,**
*Secretary.*
[FR Doc. 2014–06862 Filed 3–24–14; 4:15 pm]
**BILLING CODE 7710–12–P**

---

## SECURITIES AND EXCHANGE COMMISSION

[OMB Control No. 3235–0515, SEC File No. 270–456]

### Submission for OMB Review; Comment Request

*Upon Written Request Copies Available From:* Securities and Exchange Commission, Office of Investor Education and Advocacy, Washington, DC 20549–0213.

*Extension:*
Schedule TO.

Notice is hereby given that, pursuant to the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*), the Securities and Exchange Commission ("Commission") has submitted to the Office of Management and Budget the request for extension of the previously approved collection of information discussed below.

Schedule TO (17 CFR 240.14d–100) must be filed by a reporting company that makes a tender offer for its own securities. Also, persons other than the reporting company making a tender offer for equity securities registered under Section 12 of the Exchange Act (15 U.S.C. 78*l*) (which offer, if consummated, would cause that person to own over 5% of that class of the securities) must file a Schedule TO. The purpose of Schedule TO is to improve communications between public companies and investors before companies file registration statements involving tender offer statements. This information is made available to the public. The information provided on Schedule TO is mandatory. Schedule TO takes approximately 43.5 hours per response and is filed by approximately 820 issuers annually. We estimate that 50% of the 43.5 hours per response (21.75 hours) is prepared by the issuer for an annual reporting burden of 17,835 hours (21.75 hours per response × 820 responses).

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid control number.

The public may view the background documentation for this information collection at the following Web site, *www.reginfo.gov* . Comments should be directed to: (i) Desk Officer for the Securities and Exchange Commission, Office of Information and Regulatory Affairs, Office of Management and Budget, Room 10102, New Executive Office Building, Washington, DC 20503, or by sending an email to: *Shagufta_Ahmed@omb.eop.gov;* and (ii) Thomas Bayer, Director/Chief Information Officer, Securities and Exchange Commission, c/o Remi Pavlik-Simon, 100 F Street NE., Washington, DC 20549 or send an email to: *PRA_Mailbox@ sec.gov.* Comments must be submitted to OMB within 30 days of this notice.

Dated: March 20, 2014.

**Kevin M. O'Neill,**
*Deputy Secretary.*
[FR Doc. 2014–06609 Filed 3–25–14; 8:45 am]
**BILLING CODE 8011–01–P**

---

## SECURITIES AND EXCHANGE COMMISSION

### Submission for OMB Review; Comment Request

*Upon Written Request, Copies Available From:* Securities and Exchange Commission, Office of Investor Education and Advocacy, Washington, DC 20549–0213.

*Extension:*
Rule 15b6–1 and Form BDW, SEC File No. 270–17, OMB Control No. 3235–0018.

Notice is hereby given that, pursuant to the Paperwork Reduction Act of 1995

OPM-000074

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN FEDERATION OF
TEACHERS, et al.,

                Plaintiffs,

       v.

SCOTT BESSENT, et al.,

                Defendants.

Case No. 8:25-cv-430-DLB

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Gregory J. Hogan, am currently employed as the Chief Information Officer for the Office of Personnel Management. I am familiar with the claims asserted against OPM in the above-captioned action regarding the granting of access to data systems to employees implementing Executive Order 14,158.

I hereby certify, to the best of my knowledge, that the accompanying documents being added to the administrative record include personnel records of additional DOGE affiliated OPM employees covered by this matter, as well as an updated systems access spreadsheet that reflects administrative access of certain databases at issue as well as whether the individuals actually logged onto each system that is accurate as of the date it was created- March 13, 2025. The records contain all non-deliberative documents and materials directly or indirectly considered regarding the OPM actions challenged in this case.[1] Among these documents and materials, OPM has duly evaluated all predecisional documents before excluding them from the record.

---

[1] Notwithstanding the Court's order to file an administrative record in this case, Defendants maintain that the Amended Complaint does not challenge any final agency action and reserve their

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Gregory J. Hogan*
Gregory J. Hogan

---

right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

2

**Account Creation Audit Between 1/20/25 - 2/12/2025**

| Employee Name | Account Username | System Name | Date Created | Date Removed | Admin Access | Login Yes/No |
|---|---|---|---|---|---|---|
| [OPM-3] | \mcn\app\MGA\Users\[OPM-3] | APP.mcn Domain | 1/20/2025 3:46:12 PM | | | |
| [OPM-3] | [OPM-3]@opm.gov | Azure DevOps | 1/21/2025 | | | |
| [OPM-3] | \mcn\cid\MGA\Users\[OPM-3] | CLD.mcn Domain | 1/20/2025 3:38:26 PM | | | |
| [OPM-3] | [OPM-3]@opm.gov | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/20/2025 | | | |
| [OPM-3] | [OPM-3]@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| [OPM-16] | [OPM-16]@opm.gov | Web Admin | 1/20/2025 | | | |
| [OPM-16] | [OPM-16]@opm.gov | USA Perfrnance - Office of the Director | 1/31/2025 | | | |
| Amanda Scale | \mcn\cid\MGA\Users\Amanda Scale | CLD.mcn Domain | 1/20/2025 3:19 PM | | | |
| Amanda Scales | amanda.scales@opm.gov | Agency Talent Portal | 1/21/2025 | | | |
| Amanda Scales | \mcn\app\MGA\Users\Amanda Scales | APP.mcn Domain | 1/20/2025 3:43:44 PM | | | |
| Amanda Scales | \mcn\cid\MGA\Users\Amanda Scales | CLD.mcn Domain | 1/20/2025 4:10:19 PM | | | |
| Amanda Scales | adscales@opm.gov | OD Reports : New Hire Daily Tracker Power BI - USADATA | 1/31/2025 | | | |
| Amanda Scales | adscales@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMDATA / USADATA] | 2/3/2025 | | | |
| Amanda Scales | amanda.scales@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| Amanda Scales | Amanda.Scales@opm.gov | Web Admin | 1/20/2025 | | | |
| [OPM-9] | [OPM-9]@opm.gov | E3CS | 2/11/2025 | | | |
| [OPM-9] | [OPM-9]@opm.gov | OD Reports : New Hire Daily Tracker Power BI - USADATA | 2/4/2025 | | | |
| [OPM-9] | [OPM-9]@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 2/4/2025 | | | |
| [OPM-9] | [OPM-9]@opm.gov | USA Performance - Office of the Director | 1/31/2025 | | | |
| [OPM-2] | [OPM-2]_opmgov | GitHub Enterprise | 1/28/2025 | | | |
| [OPM-7] | [OPM-7]_opmgov | GitHub Enterprise | 1/20/2025 | | | |
| [OPM-7] | [OPM-7]@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | | | |
| [OPM-3] | [OPM-3]_opmgov | GitHub Enterprise | 1/20/2025 | | | |
| [OPM-3] | [OPM-3]@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | | | |
| [PII] | [PII] | USA Performance - Office of the Director | 1/31/2025 | | | |
| [OPM-7] | [PII] | STAMP | 1/27/2025 | | | |
| [OPM-7] | \mcn\app\MGA\Users\[OPM-7] | APP.mcn Domain | 1/20/2025 3:45:37 PM | | | |
| [OPM-7] | \mcn\cid\MGA\Users\[OPM-7] | CLD.mcn Domain | 1/20/2025 3:37:48 PM | | | |
| [OPM-7] | [OPM-7]@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| [OPM-7] | [OPM-7]@opm.gov | Web Admin | 1/20/2025 | | | |
| Charles Ezell | \mcn\app\MGA\Users\Charles Ezell | APP.mcn Domain | 1/20/2025 4:46:34 PM | | | |
| Charles Ezell | \mcn\cid\MGA\Users\Charles Ezell | CLD.mcn Domain | 1/20/2025 4:41:54 PM | | | |
| Charles Ezell | charles.ezell@opm.gov | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/20/2025 | | | |
| Charles Ezell | charles.ezell@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| Charles Ezell | Charles.Ezell@opm.gov | Web Admin | 1/20/2025 | | | |
| [PII] | [PII] | Postal Reform | 1/27/2025 | | | |
| [PII] | [PII] | DFS | 1/22/2025 | | | |
| [PII] | [PII] | ARS (DCCS) | 2/5/2025 | | | |
| [PII] | [PII] | ARS (AVAS) | 2/6/2025 | | | |
| [PII] | [PII] | ARS (AVAS) | 1/21/2025 | | | |
| [PII] | [PII] | ARS (AVAS) | 1/21/2025 | | | |
| [PII] | [PII] | ARS (AVAS) | 1/21/2025 | | | |
| [PII] | [PII] | ARS (AVAS) | 1/22/2025 | | | |
| [PII] | [PII] | ARS (AVAS) | 1/23/2025 | | | |
| [PII] | [PII] | BFMS (FMCD 2812) | 1/22/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/22/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/22/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/22/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/23/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/23/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/23/2025 | | | |
| [PII] | [PII] | BFMS (FMCD 2812) | 1/23/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/23/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/23/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/24/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/28/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/28/2025 | | | |
| [PII] | (HB Carrier - RACF IDs) | BFMS (FMCD 2812) | 1/28/2025 | | | |
| [PII] | [PII] | ARS (DCS) | 1/31/2025 | | | |
| [PII] | [PII] | ARS (AVAS) | 2/6/2025 | | | |
| [PII] | [PII] | ARS (DCS) | 2/10/2025 | | | |
| [PII] | [PII] | ARS (DCS) | 2/10/2025 | | | |
| [PII] | [PII] | ARS (DCS) | 2/10/2025 | | | |
| [PII] | [PII] | CIITAR | 1/21/2025 | | | |
| [PII] | [PII] | CIITAR | 1/21/2025 | | | |
| [PII] | [PII] | CIITAR | 1/30/2025 | | | |
| [PII] | [PII] | CIITAR | 2/12/2025 | | | |
| [PII] | [PII] | USA Performance - CFO - Budget | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CFO - Budget | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CFO - Budget | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CFO - Budget | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CFO - Chief Financial Officer | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - Chief Technology Officer | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - Chief Technology Officer | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - Hiring Systems | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - HR Solutions IT PMO | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - Recruitment Systems | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - Recruitment Systems | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - Recruitment Systems | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - Systems Capacity | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - Systems Capacity | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - FITBS - Systems Capacity | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - ITS - IT Security Management | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - ITS - Security Operations Center | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - CIO - RM - Resource Management | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - FSEM - Facilities, Security & Emergency Mgmt - Emergency Management | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HCDMM - Human Capital Data Management & Moderniz - Data Support and Analysis | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Actuaries | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Actuaries | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Audit Resolution & Compliance | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Disputed Claims | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Disputed Claims | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Disputed Claims | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - FEHB 3 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Life and Ancillary Benefits | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Operations and Resource Management | 2/7/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare & Insurance - Program Analysis & Development | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - Healthcare and Insurance | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HI - PSIO 1 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HRS - Applied Analytics Branch | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - HRS - Enterprise Leadership Solutions | 1/24/2025 | | | |

OPM-00089

| Employee Name | Account Username | System Name | Date Created | Date Removed | Admin Access | Login Yes/No |
|---|---|---|---|---|---|---|
| [PII] | [PII] | USA Performance - HRS - Federal Classification Center | 1/31/2025 | | | |
| [PII] | [PII] | USA Performance - MSAC - ACE Western | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - MSAC - Merit System Accountability and Compliance | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - OCHCO - Executive Resources | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - OCHCO - Talent Acquisition A | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - OCR - Office of Civil Rights | 1/24/2025 | | | |
| [OPM-4] | [OPM-4]@opm.gov | U.S. Office of Personnel Management | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - Office of Communications | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - Office of Exec Sec & Privacy & Info Management | 1/31/2025 | | | |
| [PII] | [PII] | USA Performance - Office of Exec Sec & Privacy & Info Management | 2/7/2025 | | | |
| [PII] | [PII] | USA Performance - Office of Exec Sec & Privacy & Info Management | 1/24/2025 | | | |
| [PII] | [PII] | STAMP | 1/31/2025 | | | |
| [PII] | [PII] | USA Performance - OGC - General Counsel | 1/31/2025 | | | |
| [OPM-15] | [OPM-15]@opm.gov | USA Performance - Office of the Director | 2/7/2025 | | | |
| [OPM-4] | \mcn\cld\MGA\Users\[OPM-4] | CLD.mcn Domain | 1/28/2025 11:39:49 AM | | | |
| [OPM-12] | [OPM-12]@opm.gov | USA Performance - Office of the Director | 2/7/2025 | | | |
| [OPM-11] | [OPM-11]@opm.gov | USA Performance - Office of the Director | 2/7/2025 | | | |
| [OPM-4] | [OPM-6]@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| [OPM-4] | [OPM-6]@opm.gov | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin | 1/28/2025 | | | |
| [OPM-4] | [OPM-6]@opm.gov | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | | | | |
| [OPM-4] | [OPM-6]@opm.gov | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | | |
| [OPM-4] | [OPM-6]@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/28/2025 | | | |
| [OPM-4] | [OPM-6]@opm.gov | Web Admin | 1/28/2025 | | | |
| [OPM-14] | [OPM-14]@opm.gov | USA Performance - Office of the Director | 2/7/2025 | | | |
| [PII] | [PII] | USA Performance - OGC - Comp, Ben, Prod & Svcs | 1/24/2025 | | | |
| Ezell, Charles E. | Charles.Ezell@opm.gov | STAMP | 1/23/2025 | | | |
| [PII] | [PII] | USA Performance - OGC - Merit Sys & Accountability | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - OIG - Information Sys Audits Grp | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - OSI - Office of Strategy and Innovation (OSI) | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Branch 1 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Branch 1 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Branch 2 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Branch 3 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Branch 3 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Branch 3 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Imaging/Central | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Retirement Benefits | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Retirement Claims 6 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - Retirement Services System Support | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - RIO 10 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - RIO 6 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - RS - RIO 7 | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - SuitEA - Policy & Strategy | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - SuitEA - Policy & Strategy | 1/24/2025 | | | |
| [OPM-5] | \mcn\app\MGA\Users\[OPM-5] | APP.mcn Domain | 1/20/2025 3:44:47 PM | | | |
| [OPM-5] | \mcn\cld\MGA\Users\[OPM-5] | CLD.mcn Domain | 1/20/2025 3:35:33 PM | | | |
| [OPM-5] | [OPM-5]@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| [OPM-5] | [OPM-5]@opm.gov | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin | 1/20/2025 | | | |
| [OPM-5] | [OPM-5]@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| [OPM-5] | [OPM-5]@opm.gov | Web Admin | 1/20/2025 | | | |
| Greg Hogan | \mcn\app\MGA\Users\Greg Hogan | APP.mcn Domain | 1/20/2025 4:5:12 PM | | | |
| Greg Hogan | Greg.Hogan@opm.gov | Azure DevOps | 1/27/2025 | | | |
| [PII] | [PII] | USA Performance - WPI - Central Region | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - WPI - Central Region | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - WPI - FEB - Field Operations | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - WPI - Forecasting and Methods | 1/24/2025 | | | |
| [PII] | [PII] | USA Performance - WPI - Hiring Policy (Staffing) | 2/7/2025 | | | |
| [PII] | [PII] | USA Performance - WPI - Resource Mgmt Grp | 1/23/2025 | | | |
| [PII] | [PII] | USA Performance - WPI - Western Region | 1/24/2025 | | | |
| Greg Hogan | \mcn\cld\MGA\Users\Greg Hogan | CLD.mcn Domain | 1/20/2025 3:46:46 PM | | | |
| [PII] | [PII] | Agency Talent Portal | 1/24/2025 | | | |
| Greg Hogan | Greg.Hogan@opm.gov | ITSP Project Intake app | 1/27/2025 | | | |
| Greg Hogan | Greg.Hogan@opm365.onmicrosoft.com | ITSP Project Intake app | 2/6/2025 | | | |
| Greg Hogan | greg.hogan@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| Greg Hogan | greg.hogan@opm.gov | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin | 1/20/2025 | | | |
| Greg Hogan | greg.hogan@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | | |
| Greg Hogan | Greg.Hogan@opm.gov | Web Admin | 1/20/2025 | | | |
| Hogan, Greg | Greg-Hogan_opmgov | GitHub Enterprise | 1/20/2025 | | | |
| Hogan,Greg | Greg.Hogan@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | | | |
| [OPM-8] | [OPM-8]@opm.gov | OD Reports : New Hire Daily Tracker Power BI - USADATA | 2/2/2025 | | | |
| [OPM-8] | [OPM-8]@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 2/3/2025 | | | |
| [OPM-8] | [OPM-8]@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 2/3/2025 | | | |
| [OPM-5] | [OPM-5]_opmgov | GitHub Enterprise | 1/20/2025 | | | |
| [OPM-5] | [OPM-5]@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | | | |
| [PII] | [PII] | STAMP | 1/31/2025 | | | |
| [PII] | [PII] | CLD.mcn Domain | 1/21/2025 10:22 PM | | | |
| [PII] | [PII] | APP.mcn Domain | 1/22/2025 8:36:39 AM | | | |
| [PII] | [PII] | APP.mcn Domain | 1/22/2025 8:38:57 AM | | | |
| [PII] | [PII] | CLD.mcn Domain | 1/22/2025 8:40:16 AM | | | |
| [PII] | [PII] | CLD.mcn Domain | 1/22/2025 8:41:06 AM | | | |
| [OPM-17] | [OPM-17]@opm.gov | USA Performance - Office of the Director | 1/31/2025 | | | |
| [OPM-6] | [OPM-6]@opm.gov | Agency Talent Portal | 1/31/2025 | | | |
| [OPM-6] | \mcn\cld\MGA\Users\[OPM-6] | CLD.mcn Domain | 1/28/2025 11:39:00 AM | | | |
| [PII] | [PII] | CLD.mcn Domain | 2/12/2025 7:08:50 AM | | | |
| [PII] | [PII] | APP.mcn Domain | 2/12/2025 7:11:04 AM | | | |
| [OPM-6] | [OPM-6]@opm.gov | OD Reports : New Hire Daily Tracker Power BI - USADATA | 1/31/2025 | | | |
| [OPM-6] | [OPM-6]@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| [OPM-6] | [OPM-6]@opm.gov | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBIAdmin | 1/28/2025 | | | |
| [OPM-6] | [OPM-6]@opm.gov | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | | | | |
| [OPM-6] | [OPM-6]@opm.gov | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | | |
| [OPM-6] | [OPM-6]@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/28/2025 | | | |
| [OPM-6] | [OPM-6]@opm.gov | Web Admin | 1/28/2025 | | | |
| [OPM-18] | [OPM-18]@opm.gov | STAMP | 2/3/2025 | | | |
| [OPM-18] | [OPM-18]@opm.gov | USA Performance - Office of the Director | 1/24/2025 | | | |
| [PII] | [PII] | ITSP Cloud Intake app | 1/23/2025 | | | |
| [PII] | [PII] | USA Performance - Office of Communications | 1/31/2025 | | | |
| [OPM-6] | [OPM-6]@opm.gov | Azure DevOps | 1/29/2025 | | | |
| [PII] | [PII] | FOIAXpress | 2/4/2025 | | | |
| [OPM-6] | [OPM-6]@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | | | |
| [OPM-10] | [OPM-10]@opm.gov | USA Performance - Office of the Director | 2/7/2025 | | | |

OPM-00090

| Employee Name | Account Username | System Name | Date Created | Date Removed | Admin Access | Login Yes/No |
|---|---|---|---|---|---|---|
| [PII] | [PII] | GitHub Enterprise | 1/21/2025 | | | |
| [OPM-2] | \mcn\cld\MGA\Users\[OPM-2] | CLD.mcn Domain | 1/28/2025 11:39:25 AM | | | |
| [PII] | [PII] | GitHub Enterprise | 1/31/2025 | | | |
| [OPM-2] | [OPM-2]@opm.gov | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/31/2025 | | | |
| [OPM-2] | [OPM-2]@opm.gov | OPM Data : Connect Platform (Az.opm.entraID.efficiencyorg.admin + Az.cio.entraID.PowerBiAdmin) | 1/28/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/22/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/22/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/22/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/31/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/31/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/21/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/31/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/22/2025 | | | |
| [PII] | [PII] | GitHub Enterprise | 1/22/2025 | | | |
| [OPM-2] | [OPM-2]@opm.gov | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | 1/28/2025 | 2/6/2025 | | |
| [PII] | [PII] | Carrier Connect | 2/7/2025 | | | |
| [PII] | [PII] | Carrier Connect | 1/23/2025 | | | |
| [PII] | [PII] | Carrier Connect | 2/7/2025 | | | |
| [PII] | [PII] | Engagement Tracking System | 2/3/2025 | | | |
| [PII] | [PII] | STAMP | 1/23/2025 | | | |
| [OPM-2] | [OPM-2]@opm.gov | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | | |
| [PII] | [PII] | STAMP | 1/23/2025 | | | |
| [PII] | [PII] | STAMP | 1/24/2025 | | | |
| [OPM-2] | [OPM-2]@opm.gov | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/28/2025 | | | |
| [OPM-2] | [OPM-2]@opm.gov | Web Admin | 1/28/2025 | | | |
| [OPM-2] | [OPM-2]@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | | | |
| Scale, Amanda | adscales@opm.gov | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | | | |
| Scales, Amanda | Amanda-Scales.opmgov | GitHub Enterprise | 1/20/2025 | | | |
| Scales, Amanda | Amanda.Scales@opm.gov | STAMP | 1/31/2025 | | | |
| [PII] | [PII] | STAMP | 2/3/2025 | | | |
| [PII] | [PII] | CLIA Tracking & CS Portal | 1/27/2025 | | | |
| [PII] | [PII] | CLIA Tracking & CS Portal | 1/27/2025 | | | |
| [PII] | [PII] | CLIA Tracking & CS Portal | 1/28/2025 | | | |
| [PII] | [PII] | CLIA Tracking & CS Portal | 1/28/2025 | | | |
| [PII] | [PII] | CXOne | 1/24/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/21/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/21/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/21/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/21/2025 | | | |
| [PII] | [PII] | USA Performance - Office of the Director | 1/31/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/21/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/22/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/22/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/22/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/22/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/23/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/23/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/23/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/23/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/24/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/24/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/24/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/24/2025 | | | |
| [OPM-13] | [OPM-13]@opm.gov | USA Performance - Office of the Director | 1/31/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/27/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/27/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/28/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/28/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/29/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/29/2025 | | | |
| [PII] | [PII] | STAMP | 1/31/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/30/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/31/2025 | | | |
| [PII] | [PII] | Azure DevOps | 1/31/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/3/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/3/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/3/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/4/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/5/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/5/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/7/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/7/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/7/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/11/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/11/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/11/2025 | | | |
| [PII] | [PII] | Azure DevOps | 2/12/2025 | | | |
| [PII] | [PII] | Federal Disputed Claims (FDC) | 2/13/2025 | | | |
| [PII] | [PII] | Federal Disputed Claims (FDC) | 2/10/2025 | | | |
| [PII] | [PII] | ESCS | 1/30/2025 | | | |
| [PII] | [PII] | USA Performance - Office of the Director | 1/31/2025 | | | |
| [PII] | [PII] | ESCS | 2/11/2025 | 2/13/2025 | | |
| [PII] | [PII] | ESCS | 2/14/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | ARS (ORION) - Access for this system is handled by RS | 2/12/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 1/21/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 1/22/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 1/29/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 1/30/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 2/3/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 2/6/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 2/11/2025 | | | |
| [PII] | [PII] | SCRD - Access for this system is handled by RS | 1/21/2025 | | | |

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2025 | 22:07:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" | | |
| 1/20/2025 | 22:07:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5]@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" | | |
| 1/20/2025 | 22:07:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5]@opm.gov | "opm-AllEmailGov-01.Contributor.RBAC" | | |
| 1/20/2025 | 22:07:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "opm-AllEmailGov-p-01.Contributor.RBAC" | | |
| 1/20/2025 | 21:17:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "hrs-usap-np-001.SubContributor" | | |
| 1/20/2025 | 21:16:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 21:15:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "hrs-usap-prd-001.Contributor.RBAC" | | |
| 1/20/2025 | 21:14:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "hrs-usap-np-001.SubContributor" | | |
| 1/20/2025 | 21:12:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/20/2025 | 21:11:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:37:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:37:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:37:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:37:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:37:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usa-np-001.SubContributor" | | |
| 1/20/2025 | 20:36:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "hrs-usa-np-001.SubContributor" | | |
| 1/20/2025 | 20:36:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | "hrs-usa-np-001.SubContributor" | | |
| 1/20/2025 | 20:36:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usa-np-001.SubContributor" | | |
| 1/20/2025 | 20:36:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usa-p-001.Contributor" | | |
| 1/20/2025 | 20:35:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:35:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:35:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:34:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:34:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/20/2025 | 20:33:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/20/2025 | 20:33:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/20/2025 | 20:33:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/20/2025 | 20:33:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/20/2025 | 20:33:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/20/2025 | 20:31:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usa-np-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:30:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "hrs-usa-np-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:30:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usa-np-001.Contributor" | | |
| 1/20/2025 | 20:30:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "hrs-usa-np-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:30:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usa-np-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:28:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usa-prd-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:28:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "hrs-usa-prd-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:27:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "hrs-usa-prd-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:27:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "hrs-usa-prd-001.Contributor.RBAC" | | |
| 1/20/2025 | 20:27:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usa-prd-001.Contributor.RBAC" | | |
| 1/21/2025 | 23:58:32 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 23:56:19 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" | | |
| 1/21/2025 | 23:56:04 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 20:46:33 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 20:44:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "HRS – LAB – WIC Collaboration" | | |
| 1/21/2025 | 19:17:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 19:17:13 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:40:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:39:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:38:55 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:38:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:38:08 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:37:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:36:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:36:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 18:35:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocfo-bms-p.Contributor.RBAC" | | |
| 1/21/2025 | 18:35:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocfo-bms-p.Owner.RBAC" | | |
| 1/21/2025 | 18:33:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocfo-bms-np.Contributor.RBAC" | | |
| 1/21/2025 | 18:32:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocfo-bms-np.Owner.RBAC" | | |
| 1/21/2025 | 18:15:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "CIITAR Application Users" | | |
| 1/21/2025 | 17:41:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "CIITAR Application Users" | | |
| 1/21/2025 | 17:41:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "CIITAR Application Users" | | |
| 1/21/2025 | 16:27:00 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 16:22:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rg-hrs-opf-dev-document-intelligence.RBAC" | | |
| 1/21/2025 | 15:19:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 15:19:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 14:44:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 14:40:03 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 14:34:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-FITBS-HRSITPMO-USAData-Members" | | |
| 1/21/2025 | 14:34:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" | | |
| 1/21/2025 | 14:32:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-FITBS-HRSITPMO-USAData-Members" | | |
| 1/21/2025 | 14:32:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" | | |
| 1/21/2025 | 14:19:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 14:16:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 13:59:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-eopf-helpdesk-footprints-apppay-users" | | |
| 1/21/2025 | 13:59:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-eopf-helpdesk-footprints-apppay-users" | | |
| 1/21/2025 | 13:38:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 13:38:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 13:18:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 13:18:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:59:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:59:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:59:08 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:58:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:57:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:57:18 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:57:11 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:57:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "Az.OPM.LearningConnection.Prod.User" | | |
| 1/21/2025 | 8:56:55 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:56:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:56:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 8:56:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "AZ.OPM.KnowBe4.User" | | |
| 1/21/2025 | 8:55:26 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/21/2025 | 3:20:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "opm-AllEmailGov-p-01.Contributor.RBAC" | | |
| 1/21/2025 | 3:20:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" | | |
| 1/21/2025 | 3:20:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "opm-AllEmailGov-01.Contributor.RBAC" | | |
| 1/21/2025 | 3:02:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" | | |
| 1/21/2025 | 3:01:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" | | |
| 1/21/2025 | 2:35:24 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "opm-AllEmailGov-p-01.Contributor.RBAC" | | |
| 1/21/2025 | 2:35:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "opm-AllEmailGov-p-01.Contributor.RBAC" | | |
| 1/21/2025 | 0:14:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "AZ.Serv-Support-Admin" | | |
| 1/22/2025 | 22:45:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/22/2025 | 22:45:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "GHEC-OPM-OD-Owners" | | |
| 1/22/2025 | 22:45:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/22/2025 | 22:45:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "OPM4-GHEC-User-Read" | | |
| 1/22/2025 | 22:45:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "GHEC-OPM-OD-Owners" | | |
| 1/22/2025 | 22:45:40 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/22/2025 | 22:45:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/22/2025 | 22:45:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "GHEC-OPM-OD-Owners" | | |
| 1/22/2025 | 22:45:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/22/2025 | 22:45:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "GHEC-OPM-OD-Owners" | | |
| 1/22/2025 | 22:00:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" | | |
| 1/22/2025 | 21:59:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" | | |
| 1/22/2025 | 21:52:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "ghec.emu.Enterprise.Owners" | | |
| 1/22/2025 | 21:52:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | "ghec.emu.Enterprise.Owners" | | |
| 1/22/2025 | 21:52:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" | | |

OPM-00092

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 1/22/2025 | 21:52:21 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:21 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-5J@opm.gov | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 21:52:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" |
| 1/22/2025 | 19:29:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.CHCODocRepo.Prod.User" |
| 1/22/2025 | 19:29:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-3J@opm.gov | "Az.OPM.CHCODocRepo.Prod.User" |
| 1/22/2025 | 19:16:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.hcdmm.rio.web.dev.readonly" |
| 1/22/2025 | 18:58:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/22/2025 | 18:36:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Charles.Ezell@opm.gov | "OCIO-STAMP-Users" |
| 1/22/2025 | 17:03:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Security-SOCir-Resources-Team" |
| 1/22/2025 | 17:02:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 17:02:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 17:02:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 17:02:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 17:02:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 17:02:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 17:02:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 17:02:42 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 15:55:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Purview-IRM-Investigators" |
| 1/22/2025 | 15:55:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.rg-cyber-playbooks-p-001.Contributor" |
| 1/22/2025 | 15:54:09 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 15:53:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Purview-IRM-Investigators" |
| 1/22/2025 | 15:53:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Security.Admin" |
| 1/22/2025 | 15:53:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.rg-cyber-playbooks-p-001.Contributor" |
| 1/22/2025 | 15:53:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocio-cyber-p-001.Contributor.RBAC" |
| 1/22/2025 | 15:49:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocio-cyber-p-001.Reader.RBAC" |
| 1/22/2025 | 15:49:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rg-AzLogs-p-001.Contributor.RBAC" |
| 1/22/2025 | 15:49:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.Sentinel.LogApp.Contributor" |
| 1/22/2025 | 15:49:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rg-AzLogs-p-001.Reader" |
| 1/22/2025 | 15:49:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO – Cloud Services" |
| 1/22/2025 | 15:49:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Compliance-Data-Admin" |
| 1/22/2025 | 15:49:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Security-DataProtection-Team" |
| 1/22/2025 | 15:49:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Compliance.Admin" |
| 1/22/2025 | 15:49:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.AAD.GlobalReader" |
| 1/22/2025 | 15:49:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Global.Reader.RBAC" |
| 1/22/2025 | 15:49:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Security.Reader" |
| 1/22/2025 | 15:44:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "WIZ-USAP-Reader" |
| 1/22/2025 | 15:40:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "WIZ-USAP-Reader" |
| 1/22/2025 | 15:40:24 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "WIZ-USAP-Reader" |
| 1/22/2025 | 15:36:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-HI-Members" |
| 1/22/2025 | 15:36:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/22/2025 | 15:34:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/22/2025 | 15:33:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-OPM-APS-PP-Members" |
| 1/22/2025 | 15:32:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-FITBS-HRSITPMO-USALearning-Members" |
| 1/22/2025 | 15:32:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/22/2025 | 15:32:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-OPM-APS-PP-Members" |
| 1/22/2025 | 15:32:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/22/2025 | 15:32:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-OPM-APS-PP-Members" |
| 1/22/2025 | 15:30:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/22/2025 | 15:30:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-OPM-APS-PP-Members" |
| 1/22/2025 | 15:32:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/22/2025 | 14:53:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "iRetireStage" |
| 1/22/2025 | 14:51:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "iRetireProd" |
| 1/22/2025 | 14:26:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-usas-footprints-apppay-users" |
| 1/22/2025 | 14:26:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-usas-footprints-apppay-users" |
| 1/22/2025 | 14:26:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-usas-footprints-apppay-users" |
| 1/22/2025 | 5:07:12 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 5:07:11 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 1:37:55 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 1:09:35 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 1:09:19 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 1:08:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 1:05:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:49:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:47:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:47:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:47:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:47:18 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:45:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:18:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/22/2025 | 0:18:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 22:10:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 21:55:33 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 20:02:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-FITBS-HRSITPMO-USAS-Architects" |
| 1/23/2025 | 19:56:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 19:55:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 19:48:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 19:36:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 19:29:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:18:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Invicti.User" |
| 1/23/2025 | 19:18:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Invicti.User" |
| 1/23/2025 | 19:12:32 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:42 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:42 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:40 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:11:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:10:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:10:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 19:10:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 18:48:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-6J@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 18:47:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-6J@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 18:44:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-6J@opm.gov | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 18:42:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-6J@opm.gov | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 18:23:17 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 18:23:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | ADScales@opm.gov | "cto-digitalservices-np-01.Contributor.RBAC" |
| 1/23/2025 | 17:56:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | ADScales@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 17:55:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | ADScales@opm.gov | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 17:44:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 17:44:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cto-digitalservices-np-01.Owner.RBAC" |
| 1/23/2025 | 17:00:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 16:59:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 16:56:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 16:56:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 16:52:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 16:55:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 16:46:20 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 16:46:03 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 1/23/2025 | 16:38:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cto-digitalservices-np-01.Contributor.RBAC" |
| 1/23/2025 | 16:02:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cto-digitalservices-np-01.Contributor.RBAC" |
| 1/23/2025 | 16:02:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 16:02:21 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 16:02:20 | Core Directory | UserManagement | Update user | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" |
| 1/23/2025 | 16:02:20 | Core Directory | UserManagement | Disable account | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" |
| 1/23/2025 | 15:59:01 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 15:58:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/23/2025 | 15:12:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Security-Operators" |
| 1/23/2025 | 15:12:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Security-Operators" |
| 1/23/2025 | 15:10:09 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 15:09:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:57:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:57:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:56:35 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:55:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:55:35 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:55:08 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:53:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:52:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:51:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:49:31 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:47:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:45:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 14:44:33 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 13:49:21 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 13:34:01 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opmdata-p-001.Reader" |
| 1/23/2025 | 13:30:21 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 13:22:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.ehri" |
| 1/23/2025 | 13:21:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 13:21:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.engineer.hbdp.postal.prd" |
| 1/23/2025 | 13:21:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.engineer.hbdp.postal.prd" |
| 1/23/2025 | 13:19:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.usadata.dev" |
| 1/23/2025 | 13:17:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.usadata.prod" |
| 1/23/2025 | 13:16:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.usadata.dev" |
| 1/23/2025 | 9:24:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 9:23:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 9:22:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 9:20:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 9:18:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/23/2025 | 9:18:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 9:18:01 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 9:17:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 9:17:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 9:16:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 9:16:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 9:16:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/23/2025 | 9:16:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 9:15:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 9:15:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/23/2025 | 9:15:26 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/24/2025 | 22:08:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cto-digitalservices-np-01.Contributor.RBAC" |
| 1/24/2025 | 21:52:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/24/2025 | 21:34:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 1/24/2025 | 21:22:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cto-digitalservices-np-01.Owner.RBAC" |
| 1/24/2025 | 21:10:19 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/24/2025 | 21:10:17 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/24/2025 | 20:58:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/24/2025 | 20:58:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/24/2025 | 18:31:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opf-p-001.Contributor.RBAC" |
| 1/24/2025 | 18:30:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usap-np-001.Reader" |
| 1/24/2025 | 15:51:31 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usap-p-001.Reader" |
| 1/24/2025 | 15:15:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/24/2025 | 15:09:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocio-hcdmm-ai-np.Contributor.RBAC" |
| 1/24/2025 | 15:09:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.CogServices-AI-Contributor-HCDMM" |
| 1/24/2025 | 11:57:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.USAStaffing.MSUdutu.Prod.User" |
| 1/24/2025 | 17:48:09 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/25/2025 | 17:28:07 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/25/2025 | 9:30:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:30:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:30:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:29:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:29:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:29:31 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:28:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:28:24 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:28:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:27:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:27:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:27:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:27:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:27:02 | Core Directory | GroupManagement | Add member to group | [OPM-16]@opm.gov | [OPM-16]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:26:26 | Core Directory | GroupManagement | Add member to group | [OPM-16]@opm.gov | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/25/2025 | 9:25:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/25/2025 | 9:25:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/27/2025 | 22:09:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 22:09:28 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 22:08:21 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 22:06:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 22:05:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 21:06:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/27/2025 | 21:05:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/27/2025 | 20:34:09 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 20:30:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 20:28:21 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 20:25:33 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 20:25:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-bsgportal-appusers" |
| 1/27/2025 | 19:21:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Appio.Cloudability.Admin" |
| 1/27/2025 | 18:40:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/27/2025 | 18:28:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/27/2025 | 18:24:26 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/27/2025 | 18:24:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 18:09:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 18:07:31 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 18:05:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 17:29:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocio-hcdmm-ai-np.DocumentIntelligence" |
| 1/27/2025 | 17:27:04 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 17:26:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 17:09:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.USAStaffing.MS.Prod.User" |
| 1/27/2025 | 16:17:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.USAPerformanceLMS.Prod.User" |
| 1/27/2025 | 15:53:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.USAPerformanceLMS.Prod.User" |
| 1/27/2025 | 15:53:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 15:52:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.hcdmm.rio.web.dev.businesssteward" |
| 1/27/2025 | 15:50:48 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/27/2025 | 14:32:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/27/2025 | 14:27:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-bsgportal-appusers" |
| 1/27/2025 | 14:27:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/27/2025 | 4:09:02 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/28/2025 | 22:34:41 | Core Directory | GroupManagement | Add member to group | Greg.Hogan@opm365.onmicrosoft.com | Greg.Hogan@opm365.onmicrosoft.com | "AZ.Global-Admin" |

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/2025 | 21:57:26 | Core Directory | GroupManagement | Remove member from group | Greg.Hogan@opm365.onmicrosoft.com | | | | |
| 1/28/2025 | 21:21:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opf-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 21:20:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opf-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 21:20:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opf-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 21:20:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opf-p-001.Contributor.RBAC" | | |
| 1/28/2025 | 21:20:07 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opf-p-001.Contributor.RBAC" | | |
| 1/28/2025 | 21:20:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opf-p-001.Contributor.RBAC" | | |
| 1/28/2025 | 21:14:28 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 21:14:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 21:14:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 21:10:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "GitHub-Global-Owner" | | |
| 1/28/2025 | 21:10:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | "GitHub-Global-Owner" | | |
| 1/28/2025 | 21:10:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5]@opm.gov | "GitHub-Global-Owner" | | |
| 1/28/2025 | 21:10:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "GitHub-Global-Owner" | | |
| 1/28/2025 | 21:10:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "GitHub-Global-Owner" | | |
| 1/28/2025 | 21:05:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/28/2025 | 21:05:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "GitHub-Global-Owner" | | |
| 1/28/2025 | 21:05:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/28/2025 | 21:05:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "GitHub-Global-Owner" | | |
| 1/28/2025 | 21:05:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "OPM-GHEC-User-Read" | | |
| 1/28/2025 | 20:53:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm365.onmicrosoft.com | "AZ.Global-Admin" | | |
| 1/28/2025 | 19:58:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.CLOCentral.Prod.User" | | |
| 1/28/2025 | 19:48:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opmdata-qa-001.SubContributor.RBAC" | | |
| 1/28/2025 | 19:48:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opmdata-qa-001.SubContributor.RBAC" | | |
| 1/28/2025 | 19:48:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opmdata-np-001.SubContributor.RBAC" | | |
| 1/28/2025 | 19:47:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-p-001.SubContributor" | | |
| 1/28/2025 | 19:47:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-p-001.SubContributor" | | |
| 1/28/2025 | 19:47:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-p-001.SubContributor" | | |
| 1/28/2025 | 19:45:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-001.Contributor" | | |
| 1/28/2025 | 19:45:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-001.Contributor" | | |
| 1/28/2025 | 19:45:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-001.Contributor" | | |
| 1/28/2025 | 19:40:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-p-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:40:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-p-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:40:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-p-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:39:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-qa-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:39:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-qa-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:39:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-qa-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:38:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-dev-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:38:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-dev-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:38:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usad-dev-001.Contributor.RBAC" | | |
| 1/28/2025 | 19:20:46 | Core Directory | GroupManagement | Add member to group | Greg.Hogan@opm365.onmicrosoft.com | | "AZ.Exchange-Admin" | | |
| 1/28/2025 | 18:51:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Global-Admin" | | |
| 1/28/2025 | 18:27:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 18:27:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 18:27:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 18:15:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 18:15:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 18:15:42 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 16:23:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 16:22:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 16:22:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 16:22:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 16:17:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "ghec.emu.Enterprise.Owners" | | |
| 1/28/2025 | 16:17:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "ghec.emu.Enterprise.Owners" | | |
| 1/28/2025 | 16:17:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" | | |
| 1/28/2025 | 16:17:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "ghec.emu.Enterprise.Owners" | | |
| 1/28/2025 | 16:17:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ghec.emu.Enterprise.Owners" | | |
| 1/28/2025 | 16:17:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "ghec.emu.Enterprise.Owners" | | |
| 1/28/2025 | 16:17:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "ghec.emu.Enterprise.Owners" | | |
| 1/28/2025 | 16:16:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM Amazon Business - CIO" | | |
| 1/28/2025 | 16:13:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "OPM Amazon Business - OCFO" | | |
| 1/28/2025 | 15:58:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 15:44:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/28/2025 | 15:44:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/28/2025 | 15:44:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/28/2025 | 15:44:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.CyberAdmin.UAT" | | |
| 1/28/2025 | 15:43:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-usap-np-001.SubContributor" | | |
| 1/28/2025 | 15:43:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-usap-np-001.SubContributor" | | |
| 1/28/2025 | 15:43:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.CyberAdmin.DEV" | | |
| 1/28/2025 | 15:42:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.CyberAdmin.PERF" | | |
| 1/28/2025 | 15:42:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/28/2025 | 15:42:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.CyberAdmin.SIT" | | |
| 1/28/2025 | 15:42:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-usap-p-001.Contributor" | | |
| 1/28/2025 | 15:41:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/28/2025 | 15:41:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/28/2025 | 15:40:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-usap-np-001.Contributor" | | |
| 1/28/2025 | 15:40:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usao-prd-001.Contributor.RBAC" | | |
| 1/28/2025 | 15:40:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usao-prd-001.Contributor.RBAC" | | |
| 1/28/2025 | 15:39:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-usao-np-001.SubContributor" | | |
| 1/28/2025 | 15:38:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-usao-np-001.SubContributor" | | |
| 1/28/2025 | 15:29:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 15:29:24 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Contributor.RBAC" | | |
| 1/28/2025 | 13:04:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 13:03:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 13:03:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 13:03:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 13:03:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 13:03:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 13:03:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 13:03:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" | | |
| 1/28/2025 | 12:08:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" | | |
| 1/28/2025 | 5:05:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 5:05:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | | | |
| 1/28/2025 | 5:05:57 | Core Directory | UserManagement | Disable account | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" | | |
| 1/28/2025 | 5:05:57 | Core Directory | UserManagement | Update user | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" | | |
| 1/28/2025 | 5:02:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opf-p-001.StorageBlobDataContributor.RBAC" | | |
| 1/28/2025 | 0:30:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-5]@opm.gov | "AZ.Global.Reader.RBAC" | | |
| 1/28/2025 | 0:30:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | "AZ.Global.Reader.RBAC" | | |
| 1/28/2025 | 0:30:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "AZ.AAD.GlobalReader" | | |
| 1/28/2025 | 0:30:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | "AZ.AAD.GlobalReader" | | |
| 1/29/2025 | 23:03:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.DEV" | | |
| 1/29/2025 | 22:34:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" | | |
| 1/29/2025 | 22:34:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" | | |

ADD118

OPM-00095

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 1/29/2025 | 22:34:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:34:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:33:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:33:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:33:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:33:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:33:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 22:32:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.SIT" |
| 1/29/2025 | 21:57:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 21:57:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.UAT" |
| 1/29/2025 | 22:44:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AL.OPM.USAStaffingEMS.Prod.User" |
| 1/29/2025 | 20:31:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/29/2025 | 20:31:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 1/29/2025 | 20:31:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.USAS-dev-dataplane-resources-Team" |
| 1/29/2025 | 20:30:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.USAS-dev-controlplane-resources-Team" |
| 1/29/2025 | 19:51:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Alfabet.Prod" |
| 1/29/2025 | 19:51:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Alfabet.Prod" |
| 1/29/2025 | 19:49:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Alfabet.Test" |
| 1/29/2025 | 19:49:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Alfabet.Test" |
| 1/29/2025 | 19:48:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:48:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Dockerhub.User" |
| 1/29/2025 | 19:40:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Alfabet.Dev" |
| 1/29/2025 | 19:40:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Alfabet.Dev" |
| 1/29/2025 | 19:18:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "AZ.OPM.Alfabet.Dev" |

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 1/29/2025 | 19:18:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | |
| 1/29/2025 | 19:18:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-5]@opm.gov | |
| 1/29/2025 | 19:18:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | |
| 1/29/2025 | 19:18:21 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | |
| 1/29/2025 | 19:18:13 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | |
| 1/29/2025 | 19:18:09 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | |
| 1/29/2025 | 17:43:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Greg.Hogan@opm.gov | |
| 1/29/2025 | 17:30:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:30:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:10:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:10:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:10:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 17:01:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-retsys-np-001.Key.Vault.Secrets.User.RBAC" |
| 1/29/2025 | 15:02:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Prod" |
| 1/29/2025 | 15:02:32 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Prod" |
| 1/29/2025 | 15:02:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Prod" |
| 1/29/2025 | 14:37:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opmhi-np-001.Contributor.RBAC" |
| 1/29/2025 | 14:37:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opmhi-np-001.Contributor.RBAC" |
| 1/29/2025 | 14:36:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opmhi-np-001.Reader.RBAC" |
| 1/29/2025 | 14:36:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opmhi-np-001.Reader.RBAC" |
| 1/29/2025 | 14:22:01 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-clasconnect-apppxy-users" |
| 1/29/2025 | 14:20:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-bsgportal-apppxy-users" |
| 1/29/2025 | 14:20:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-bsgportal-apppxy-users" |
| 1/29/2025 | 14:20:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-bsgportal-apppxy-users" |
| 1/29/2025 | 14:20:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-bsgportal-apppxy-users" |
| 1/29/2025 | 9:50:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:50:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:49:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/29/2025 | 9:49:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-13]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/29/2025 | 9:49:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/29/2025 | 9:49:18 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:49:16 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:48:12 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:48:04 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:48:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-13]@opm.gov | "AZ.OPM.LearningConnection.Prod.User" |
| 1/29/2025 | 9:48:00 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:47:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-17]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/29/2025 | 9:47:09 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:47:06 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-17]@opm.gov | |
| 1/29/2025 | 9:46:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 1/29/2025 | 9:46:17 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:46:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 9:45:29 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/29/2025 | 2:07:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/29/2025 | 2:07:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/30/2025 | 22:05:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 1/30/2025 | 19:14:29 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/30/2025 | 19:13:28 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/30/2025 | 17:07:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "CITAR Application Users" |
| 1/30/2025 | 17:07:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 1/30/2025 | 17:02:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/30/2025 | 16:50:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.CogServices-AI-Contributor-HCDMM" |
| 1/30/2025 | 16:50:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 1/30/2025 | 16:49:01 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocio-hdmm-ai-np.DocumentIntelligence" |
| 1/30/2025 | 16:18:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "opm-AllEmailGov-np-01.Contributor.RBAC" |
| 1/30/2025 | 14:17:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | "opm-AllEmailGov-p-01.Contributor.RBAC" |
| 1/30/2025 | 14:49:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 1/30/2025 | 14:48:07 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/30/2025 | 14:43:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PERF" |
| 1/30/2025 | 14:43:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PERF" |
| 1/30/2025 | 14:43:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PERF" |
| 1/30/2025 | 14:43:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PERF" |
| 1/30/2025 | 14:42:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |

OPM-00097

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 1/30/2025 | 14:42:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:42:07 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.PREPROD" |
| 1/30/2025 | 14:29:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 1/30/2025 | 14:24:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.Admin" |
| 1/30/2025 | 14:24:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.Admin" |
| 1/30/2025 | 14:24:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.Admin" |
| 1/30/2025 | 14:20:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:20:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 14:18:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.PSHB.OPMAdmin.Dev" |
| 1/30/2025 | 1:05:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-4]@opm.gov | "hrs-mgmt-p-001.USAS.AppInsights.Reader" |
| 1/30/2025 | 1:05:24 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-4]@opm.gov | "hrs-mgmt-p-001.USAS.AppInsights.Reader" |
| 1/30/2025 | 1:04:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-4]@opm.gov | "hrs-mgmt-p-001.USAS.AppInsights.Reader" |
| 1/30/2025 | 0:31:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-4]@opm.gov | "AZ.Global.Reader.RBAC" |
| 1/31/2025 | 22:59:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 1/31/2025 | 22:59:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 1/31/2025 | 22:04:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rs-ora-np-01.Contributor" |
| 1/31/2025 | 22:03:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rs-ora-np-01.Owner.RBAC" |
| 1/31/2025 | 22:03:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "!Retiredev" |
| 1/31/2025 | 22:03:21 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "!RetireTest" |
| 1/31/2025 | 22:02:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "!RetireProd" |
| 1/31/2025 | 22:01:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "!RetireStage" |
| 1/31/2025 | 21:19:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 21:18:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 21:17:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 21:15:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 20:57:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 20:56:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 20:17:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-18]@opm.gov | "OCIO-STAMP-Users" |
| 1/31/2025 | 20:17:02 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 20:16:08 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 19:17:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cto-digitalservices-np-01.Contributor.RBAC" |
| 1/31/2025 | 18:05:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 17:54:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-8]@opm.gov | "OCIO-STAMP-Users" |
| 1/31/2025 | 17:50:27 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | "OCIO-STAMP-Users" |
| 1/31/2025 | 17:39:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 17:39:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 17:28:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 17:27:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 17:26:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 16:57:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 16:55:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 16:38:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 16:37:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 16:36:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 16:36:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 14:25:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Architects" |
| 1/31/2025 | 14:24:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Members" |
| 1/31/2025 | 14:23:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Members" |
| 1/31/2025 | 14:23:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-2]@opm.gov | "OPM-GHEC-User-Read" |
| 1/31/2025 | 14:23:13 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OD-Members" |
| 1/31/2025 | 14:23:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-CTO-Members" |
| 1/31/2025 | 14:23:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/31/2025 | 14:23:07 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Architects" |
| 1/31/2025 | 14:22:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Members" |
| 1/31/2025 | 14:22:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Members" |
| 1/31/2025 | 14:22:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-CTO-Members" |
| 1/31/2025 | 14:22:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/31/2025 | 14:22:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-5]@opm.gov | "GHEC-OPM-OD-Members" |
| 1/31/2025 | 14:21:24 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-DevOps" |
| 1/31/2025 | 14:21:31 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-DevOps" |
| 1/31/2025 | 14:21:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-3]@opm.gov | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-DevOps" |
| 1/31/2025 | 14:21:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/31/2025 | 14:20:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Members" |
| 1/31/2025 | 14:20:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-DevOps" |
| 1/31/2025 | 14:20:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-CTO-Members" |
| 1/31/2025 | 14:20:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OPM-GHEC-User-Read" |
| 1/31/2025 | 14:17:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Owners" |
| 1/31/2025 | 14:16:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Owners" |
| 1/31/2025 | 14:16:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-BAS-PAPS-USALearning-Owners" |
| 1/31/2025 | 10:01:37 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-14]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 9:59:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 9:59:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 9:59:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 1/31/2025 | 9:59:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | OPM-10]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 9:56:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 9:55:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |

OPM-00098

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 1/31/2025 | 9:55:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-10]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 1/31/2025 | 9:55:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-14]@opm.gov | "AZ.OPM.LearningConnection.Prod.User" |
| 1/31/2025 | 5:16:13 | Core Directory | UserManagement | Delete user | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/1/2025 | 5:07:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/1/2025 | 5:07:35 | Core Directory | UserManagement | Update user | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/1/2025 | 5:07:35 | Core Directory | UserManagement | Disable account | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" |
| 2/1/2025 | 5:06:57 | Core Directory | UserManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" |
| 2/1/2025 | 5:06:56 | Core Directory | UserManagement | Update user | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/1/2025 | 5:06:55 | Core Directory | UserManagement | Update user | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" |
| 2/1/2025 | 5:06:55 | Core Directory | UserManagement | Disable account | Azure AD Identity Governance - Directory Management | [PII] | "AccountEnabled" |
| 2/2/2025 | 10:09:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/2/2025 | 10:07:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 23:11:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "OCIO-STAMP-Users" |
| 2/3/2025 | 20:06:03 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 20:04:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 20:04:03 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 20:03:11 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 20:02:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 20:02:20 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 20:01:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 19:52:12 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 17:03:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 17:03:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 17:02:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 17:01:59 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/3/2025 | 15:20:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs.usadata.data.stusasprd001.blob.mod" |
| 2/3/2025 | 15:19:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs.usadata.data.stusasnp.blob.mod" |
| 2/3/2025 | 15:18:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs.usadata.d.data.blob.mod" |
| 2/3/2025 | 15:17:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usad-p-001.StorageBlobMod.RBAC" |
| 2/3/2025 | 15:16:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usad-qa-001.StorageBlobMod.RBAC" |
| 2/3/2025 | 15:16:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usad-dev-001.StorageBlobMod.RBAC" |
| 2/3/2025 | 15:11:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.engineer.dtt.postal.prd" |
| 2/3/2025 | 15:11:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.engineer.dtt.postal.prd" |
| 2/3/2025 | 15:11:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.ehvi" |
| 2/3/2025 | 15:09:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.ehvi" |
| 2/3/2025 | 23:18:09 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 23:15:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 23:13:21 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 2/4/2025 | 23:12:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 22:59:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 22:36:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 22:18:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 22:18:33 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 21:57:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 21:37:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 21:36:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.janus.backend.prod.Users" |
| 2/4/2025 | 21:17:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 21:16:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 21:12:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.janus.frontend.prod.Users" |
| 2/4/2025 | 20:03:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usad-qa-001.Contributor.RBAC" |
| 2/4/2025 | 20:02:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usad-dev-001.Contributor.RBAC" |
| 2/4/2025 | 19:58:47 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 19:58:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 19:37:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 19:36:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 19:29:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.SharePoint-Admin" |
| 2/4/2025 | 18:58:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 18:58:01 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 18:55:26 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 18:55:17 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 18:40:06 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 17:40:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 2/4/2025 | 17:40:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 17:39:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 2/4/2025 | 17:35:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "HI – FEDVIP – Carrier Communications" |
| 2/4/2025 | 17:01:19 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 16:59:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | | |
| 2/4/2025 | 15:39:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.engineer.ehri.qa" |
| 2/4/2025 | 14:39:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-15]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 14:38:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-12]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 14:38:25 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-11]@opm.gov | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 14:30:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/4/2025 | 14:29:21 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-12]@opm.gov | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 14:29:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 14:28:07 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 14:25:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-15]@opm.gov | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 14:25:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-11]@opm.gov | "Az.OPM.LearningConnection.Prod.User" |
| 2/4/2025 | 13:48:11 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 13:37:04 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 13:16:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 2/4/2025 | 12:11:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-eopf-helpdesk-footprints-appey-users" |
| 2/4/2025 | 10:19:48 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:19:48 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:19:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:19:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:19:13 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:18:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:18:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:18:40 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:18:25 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:18:11 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:17:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:17:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:17:18 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:17:12 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:17:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:17:03 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:16:55 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:16:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:16:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:16:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:16:28 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:16:16 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:16:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:15:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:15:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:15:49 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:15:20 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:15:16 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/4/2025 | 10:15:12 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 20:59:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rg-ocio-cyber-cprm-ai-np.CogServicesContributor" |
| 2/5/2025 | 20:57:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rg-ocio-cyber-cprm-ai-np.Contributor" |
| 2/5/2025 | 19:22:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usaj-np-001.SubContributor" |
| 2/5/2025 | 19:21:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usaj-np-001.SubContributor" |
| 2/5/2025 | 19:21:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-sfs-np-001.Contributor.RBAC" |

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 2/5/2025 | 19:21:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-sfs-np-001.Contributor.RBAC" |
| 2/5/2025 | 19:07:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-sfs-p-001.Contributor.RBAC" |
| 2/5/2025 | 19:07:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-sfs-p-001.Contributor.RBAC" |
| 2/5/2025 | 19:05:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-p-001.Contributor.RBAC" |
| 2/5/2025 | 19:04:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Contributor.RBAC" |
| 2/5/2025 | 19:03:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usaj-p-001.Contributor" |
| 2/5/2025 | 19:03:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usaj-np-001.Contributor.RBAC" |
| 2/5/2025 | 19:03:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usaj-np-001.Contributor.RBAC" |
| 2/5/2025 | 18:16:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:20 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:19 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:19 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:04 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 18:16:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "PPCOEToolkitUsers" |
| 2/5/2025 | 15:07:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_scuba" |
| 2/5/2025 | 14:15:46 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_scuba" |
| 2/5/2025 | 14:15:45 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_scuba" |
| 2/5/2025 | 14:15:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_scuba" |
| 2/5/2025 | 14:15:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_scuba" |
| 2/5/2025 | 14:14:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_cyhy" |
| 2/5/2025 | 14:14:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_cyhy " |
| 2/5/2025 | 14:14:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_cyhy " |
| 2/5/2025 | 14:14:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:55 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:55 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:49 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_cyhy " |
| 2/5/2025 | 14:14:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_cyhy " |
| 2/5/2025 | 14:14:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "cdm_dbaas_cyhy " |
| 2/5/2025 | 14:14:30 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:25 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:25 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:25 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:25 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:25 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 14:14:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 21:56:32 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/5/2025 | 21:55:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 19:48:28 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 2/6/2025 | 19:39:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/6/2025 | 19:00:00 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 18:58:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 18:45:40 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 18:38:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 17:59:34 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/6/2025 | 17:55:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 2/6/2025 | 12:13:12 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-eopf-helpdesk-footprints-apppay-users" |
| 2/6/2025 | 11:44:29 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 11:43:42 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:29:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:29:01 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:28:48 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:28:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:27:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:27:35 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:27:28 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:27:26 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:27:18 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:27:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:27:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:26:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:25:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:25:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:25:44 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/6/2025 | 10:25:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 21:11:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.B2B-DOJ-Collaborators" |
| 2/7/2025 | 21:11:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.B2B-DOJ-Collaborators" |
| 2/7/2025 | 20:44:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rs-januarz-p-001.Reader" |
| 2/7/2025 | 20:38:48 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.B2B-DOJ-Collaborators" |
| 2/7/2025 | 20:38:16 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.B2B-DOJ-Collaborators" |
| 2/7/2025 | 19:59:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.usadata.prod" |
| 2/7/2025 | 19:59:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.usadata.dev" |
| 2/7/2025 | 19:38:08 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rs-januarz-p-001.Reader" |
| 2/7/2025 | 19:28:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.AD.GlobalReader" |
| 2/7/2025 | 18:10:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.AppUsers" |
| 2/7/2025 | 18:08:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 17:50:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "GHEC-OPM-OCIO-FITBS-HRSITPMO-USAP-DevOps" |
| 2/7/2025 | 15:05:43 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usal-np-001.Owner.RBAC" |
| 2/7/2025 | 15:05:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.usadata.dev" |
| 2/7/2025 | 15:05:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Exchange-Admin" |
| 2/7/2025 | 15:05:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Exchange-Admin" |
| 2/7/2025 | 15:03:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.scientist.usadata" |
| 2/7/2025 | 15:01:14 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.analyst.etn" |
| 2/7/2025 | 14:56:29 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.engineer.dtt.postal.prd" |
| 2/7/2025 | 14:56:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "az.databrx.data.engineer.dtt.postal.prd" |
| 2/7/2025 | 14:05:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | |
| 2/7/2025 | 14:05:45 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | |
| 2/7/2025 | 13:39:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocio-cyber-p-001.Reader.RBAC" |
| 2/7/2025 | 13:39:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rg-AzLogs-p-001.Contributor.RBAC" |
| 2/7/2025 | 13:39:54 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "rg-AzLogs-p-001.Reader" |
| 2/7/2025 | 13:39:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.rg-cyber-playbooks-p-001.Contributor" |
| 2/7/2025 | 13:39:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Purview-IRM-Analysts" |
| 2/7/2025 | 13:39:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Global.Reader.RBAC" |
| 2/7/2025 | 13:39:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Security.Reader" |
| 2/7/2025 | 13:35:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 13:35:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 13:35:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 13:35:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 13:35:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 13:35:50 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/7/2025 | 2:31:26 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opmdata-qa-001.SubContributor.RBAC" |
| 2/7/2025 | 2:31:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-qa-001.SubContributor.RBAC" |
| 2/7/2025 | 2:29:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | "hrs-opmdata-qa-001.Reader.RBAC" |
| 2/7/2025 | 2:28:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | "hrs-opmdata-qa-001.Reader.RBAC" |
| 2/7/2025 | 2:24:17 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | |
| 2/7/2025 | 2:24:16 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | |

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue |
|---|---|---|---|---|---|---|---|
| 2/7/2025 | 2:06:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | |
| 2/7/2025 | 2:06:10 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | |
| 2/7/2025 | 2:04:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | |
| 2/7/2025 | 2:04:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | |
| 2/8/2025 | 23:38:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usai.np-001.FullContributor.RBAC" |
| 2/8/2025 | 11:08:17 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/8/2025 | 10:59:02 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 2/8/2025 | 4:16:07 | Core Directory | UserManagement | Delete user | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/9/2025 | 4:07:58 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/9/2025 | 4:07:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 21:49:55 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 21:48:28 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 21:48:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 21:45:18 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 20:12:35 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 2/10/2025 | 20:12:33 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 2/10/2025 | 20:01:30 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.Intune-Admin" |
| 2/10/2025 | 19:59:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "ocio-itops-p-001.Contributor.RBAC" |
| 2/10/2025 | 18:47:30 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 18:47:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 18:47:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 18:47:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 18:47:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:42 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:42 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:41 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:40 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:35 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:33:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:32:38 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:32:37 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:32:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:32:36 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 17:32:35 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 16:42:40 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.USAStaffingLMS.Prod.User" |
| 2/10/2025 | 16:00:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 2/10/2025 | 15:58:32 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 15:38:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/10/2025 | 15:36:13 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 14:47:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 2/10/2025 | 14:46:57 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 2/10/2025 | 14:46:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 2/10/2025 | 14:46:52 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" |
| 2/10/2025 | 14:40:01 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usai-p-001.Full.Owner.RBAC" |
| 2/10/2025 | 14:39:04 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.USAStaffingLMS.Prod.User" |
| 2/10/2025 | 14:38:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usai-np-001.Full.Owner.RBAC" |
| 2/10/2025 | 14:26:39 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-usaj-p-001.Full.Owner.RBAC" |
| 2/10/2025 | 5:13:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:06:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:06:50 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:06:47 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:06:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:06:05 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:06:04 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:05:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:05:54 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:05:20 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 5:05:19 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 4:09:40 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 4:07:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 4:07:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/10/2025 | 4:07:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:13:08 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:11:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:08:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:08:23 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:07:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:07:39 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:05:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 22:02:22 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 20:50:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "DCIO-STAMP-Users" |
| 2/11/2025 | 20:06:00 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.BMS.Admin.NP" |
| 2/11/2025 | 20:05:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.BMS.Admin.NP" |
| 2/11/2025 | 20:05:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.BMS.Admin.NP" |
| 2/11/2025 | 20:05:55 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.BMS.Admin.NP" |
| 2/11/2025 | 20:05:53 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.BMS.Admin.NP" |
| 2/11/2025 | 20:05:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.BMS.Admin.NP" |
| 2/11/2025 | 16:14:08 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "HRL - LAB – WIC Collaboration" |
| 2/11/2025 | 14:41:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | "DCIO-STAMP-Users" |
| 2/11/2025 | 14:38:51 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Box.SFT.App.Users" |
| 2/11/2025 | 14:24:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/11/2025 | 14:23:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.CLDCentral.Prod.User" |
| 2/12/2025 | 20:10:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 2/12/2025 | 20:08:13 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 20:07:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 20:07:50 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/12/2025 | 20:06:58 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/12/2025 | 20:06:46 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 20:05:15 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 2/12/2025 | 20:05:11 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:49:00 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:45:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:27:13 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:21:08 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:08:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:08:15 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:07:33 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 19:07:14 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 18:08:56 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 18:08:41 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.LearningConnection.Prod.User" |
| 2/12/2025 | 18:07:43 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 18:07:34 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 18:07:24 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 18:06:59 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |
| 2/12/2025 | 18:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 18:05:27 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [PII] | |
| 2/12/2025 | 16:56:22 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "DFS Development" |
| 2/12/2025 | 16:42:18 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "DFS Testing" |
| 2/12/2025 | 16:13:10 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opf-p-001.Reader.RBAC" |
| 2/12/2025 | 16:12:38 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "hrs-opf-np-001.Reader.RBAC" |
| 2/12/2025 | 16:07:11 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" |

OPM-000101

| Date (UTC) | Time | Service | Category | Activity | ActorDisplayName | Target1UserPrincipalName | Target1ModifiedProperty2NewValue | | |
|---|---|---|---|---|---|---|---|---|---|
| 2/12/2025 | 16:05:20 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" | | |
| 2/12/2025 | 15:57:42 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.CLDCentral.Dev.User" | | |
| 2/12/2025 | 15:56:56 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.CLDCentral.Prod.User" | | |
| 2/12/2025 | 15:56:06 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.CLDCentral.Test.User" | | |
| 2/12/2025 | 13:54:44 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "CIITAR Application Users" | | |
| 2/12/2025 | 11:48:36 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "Az.OPM.LearningConnection.Prod.User" | | |
| 2/12/2025 | 11:46:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.KnowBe4.User" | | |
| 2/12/2025 | 0:06:57 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-2]@opm.gov | | | |
| 2/12/2025 | 0:06:53 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | | | |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-6]@opm.gov | | | |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | Amanda.Scales@opm.gov | | | |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-3]@opm.gov | | | |
| 2/12/2025 | 0:06:52 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-5]@opm.gov | | | |
| 2/12/2025 | 0:06:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-4]@opm.gov | | | |
| 2/12/2025 | 0:06:51 | Core Directory | GroupManagement | Remove member from group | Azure AD Identity Governance - Directory Management | [OPM-7]@opm.gov | | | |
| 2/13/2025 | 15:14:05 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-usas-footprints-appgov-users" | | |
| 2/13/2025 | 15:14:03 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "eid-usas-footprints-appgov-users" | | |
| 2/13/2025 | 13:34:23 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" | | |
| 2/13/2025 | 13:34:19 | Core Directory | GroupManagement | Add member to group | Azure AD Identity Governance - Directory Management | [PII] | "AZ.OPM.Apptio.Cloudability.User" | | |

ADD125

| Employee Name | System Name | Date Created | Date Removed | Admin Access (Yes/No?) | Login (Yes/No?) |
|---|---|---|---|---|---|
| Amanda Scales | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 2/3/2025 | | Yes | No |
| Amanda Scales | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | Yes | Yes Last Login 2025-02-28 |
| Amanda Scales | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | N/A | Yes | No |
| Amanda Scales | USA Performance - Office of the Director | 1/31/2025 | N/A | Yes | No |
| Amanda Scales | FEHB - Federal Employees Health Benefits | 2/3/2025 | | Yes | No |
| Amanda Scales | PSHB HBDP - Postal Service Health Benefits Data Platform | 2/3/2025 | | Yes | No |
| Charles Ezell | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/20/2025 | | Yes | No |
| Greg Hogan | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | Yes | No |
| Greg Hogan | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/20/2025 | | Yes | No |
| Greg Hogan | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | N/A | Yes | Yes |
| Greg Hogan | FEHB - Federal Employees Health Benefits | 1/28/2025 | | Yes | No |
| Greg Hogan | PSHB HBDP - Postal Service Health Benefits Data Platform | 1/30/2025 | | Yes | No |
| OPM-10 | USA Performance - Office of the Director | 2/7/2025 | N/A | Yes | No |
| OPM-11 | USA Performance - Office of the Director | 2/7/2025 | N/A | Yes | No |
| OPM-12 | USA Performance - Office of the Director | 2/7/2025 | N/A | Yes | No |
| OPM-13 | USA Performance - Office of the Director | 1/31/2025 | N/A | Yes | No |
| OPM-14 | USA Performance - Office of the Director | 2/7/2025 | N/A | Yes | No |
| OPM-15 | USA Performance - Office of the Director | 2/7/2025 | N/A | Yes | No |
| OPM-16 | USA Performance - Office of the Director | 1/31/2025 | N/A | Yes | No |
| OPM-17 | USA Performance - Office of the Director | 1/31/2025 | N/A | Yes | No |
| OPM-18 | USA Performance - Office of the Director | 1/24/2025 | N/A | Yes | No |
| OPM-2 | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | Yes | No |
| OPM-2 | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/28/2025 | | Yes | No |
| OPM-2 | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/PRD | 1/28/2025 | 2/6/2025 | No | No - never completed User registraion |
| OPM-2 | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | No | No - never completed User registraion |
| OPM-2 | FEHB - Federal Employees Health Benefits | 1/28/2025 | | Yes | No |
| OPM-2 | PSHB HBDP - Postal Service Health Benefits Data Platform | 1/28/2025 | | Yes | No |
| OPM-2h | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | N/A | Yes | No |
| OPM-3 | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/20/2025 | | Yes | No |
| OPM-3 | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | N/A | Yes | No |
| OPM-4 | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | N/A | Yes | No |
| OPM-4 | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | Yes | No |
| OPM-4 | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/28/2025 | | Yes | No |
| OPM-4 | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | 1/28/2025 | 2/6/2025 | No | No - never completed User registraion |
| OPM-4 | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | No | No - never completed User registraion |
| OPM-4 | FEHB - Federal Employees Health Benefits | 1/28/2025 | | Yes | No |
| OPM-4 | PSHB HBDP - Postal Service Health Benefits Data Platform | 1/28/2025 | | Yes | No |
| OPM-5 | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | Yes | No |
| OPM-5 | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/20/2025 | | Yes | No |
| OPM-5 | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | N/A | Yes | No |
| OPM-5 | FEHB - Federal Employees Health Benefits | 1/28/2025 | | Yes | No |
| OPM-5 | PSHB HBDP - Postal Service Health Benefits Data Platform | 1/30/2025 | | Yes | No |
| OPM-6 | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 1/28/2025 | | Yes | Yes |
| OPM-6 | OPM Data : Connect Platform (Az.opm.entralD.efficiencyorg.admin + Az.cio.entralD.PowerBIAdmin) | 1/28/2025 | | Yes | No |
| OPM-6 | OPM Data : Electronic Official Personnel Folder (eOPF) - DEV/TST/QA/TRN/PRD | 1/28/2025 | 2/6/2025 | No | No - never completed User registraion |
| OPM-6 | OPM Data : Enterprise Human Resources Integration (EHRI) - Dev/TST/QA/PRD | 1/28/2025 | 2/6/2025 | No | No - never completed User registraion |
| OPM-6 | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/28/2025 | 2/24/2025 | Yes | Yes Last Login 2025-2-24 |
| OPM-6 | USA Performance - U.S. Office of Personnel Management | 1/28/2025 | N/A | Yes | No |
| OPM-6 | FEHB - Federal Employees Health Benefits | 1/28/2025 | | Yes | No |
| OPM-6 | PSHB HBDP - Postal Service Health Benefits Data Platform | 1/28/2025 | | Yes | No |
| OPM-7 | USA Performance - U.S. Office of Personnel Management | 1/20/2025 | N/A | Yes | No |
| OPM-7 | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 1/20/2025 | | Yes | Yes Last Login 2024-11-07 |
| OPM-8 | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 2/3/2025 | | Yes | No |
| OPM-8 | USA Staffing Core + Admin Portal - DEV/TST/STG/TRN/PRD | 2/3/2025 | | Yes | Yes Last Login 2025-02-23 |
| OPM-8 | USA Performance - Office of the Director | 1/31/2025 | N/A | Yes | No |
| OPM-8 | FEHB - Federal Employees Health Benefits | 2/3/2025 | | Yes | No |
| OPM-8 | PSHB HBDP - Postal Service Health Benefits Data Platform | 2/3/2025 | | Yes | No |
| OPM-9 | OPM Data : Azure Databricks Admin + NP / PRD Azure Subscriptions [OPMData / USADATA] | 2/4/2025 | | Yes | No |
| OPM-9 | USA Performance - Office of the Director | 1/31/2025 | N/A | Yes | No |
| OPM-9 | FEHB - Federal Employees Health Benefits | 2/4/2025 | | Yes | No |
| OPM-9 | PSHB HBDP - Postal Service Health Benefits Data Platform | 2/3/2025 | | Yes | No |

| | |
|---|---|
| **From:** | Quinn, Quadrina L. |
| **To:** | Scales, Amanda D. ;    **OPM-5**    Hogan, Greg;    **OPM-7**    **OPM-3**    Ezell, Charles E. |
| **Cc:** | Walicek, Wayne; Fordham, Marshall T.; Price, MC; Curtis, Teresa A. |
| **Subject:** | USAJOBS admin accounts |
| **Date:** | Monday, January 20, 2025 6:41:52 PM |
| **Attachments:** | image001.png |

Hi all,

We have created administrator accounts with super user permissions for the USAJOBS admin systems below. The Web Admin system utilizes OPM single-sign-on (EntraID) to automatically log you in. In Agency Talent Portal you can use PIV or login.gov to authenticate into the system. Please let me know if you have any questions or issues with accessing these sites!


USAJOBS Web Admin
https://webadmin.usajobs.gov (production)
https://webadmin.uat.usajobs.gov (user acceptance testing environment)
https://webadmin.test.usajobs.gov (test environment)
https://webadmin.dev.usajobs.gov (development environment)

USAJOBS Agency Talent Portal
https://agencyportal.usajobs.gov/ (production)
https://agencyportal.uat.usajobs.gov (user acceptance testing environment)
https://agencyportal.test.usajobs.gov (test environment)
https://agencyportal.dev.usajobs.gov (development environment)


Thanks,
**Quadrina Quinn**
Supervisory IT Specialist
U.S. Office of Personnel Management
Office of the Chief Information Officer
c: (202) ███████
███████@opm.gov
OPM.gov



Follow us on LinkedIn | Twitter | YouTube

| From: | Quinn, Quadrina L. |
|---|---|
| To: | **OPM-6**    **OPM-2**    **OPM-4** |
| Cc: | Walicek, Wayne; Curtis, Teresa A.; Price, MC; Fordham, Marshall T.; Sarazine, Luke W.; Scales, Amanda |
| Subject: | Access to USAJOBS |
| Date: | Tuesday, January 28, 2025 4:29:25 PM |
| Attachments: | image001.png |

Hi all,

The requested access, permissions and documentation are below. Please let us know if you have any questions or issues!

• Code read and write permissions
  • Code read and write permissions will be granted via GitHub. The USAJOBS repositories can be located here. If you have any issues please contact Christopher Inman
• Deploy ability Octopus deploy
  • Deploy ability in Octopus Deploy – If you have any issues please contact Christopher Inman.
• Monitoring dashboards (e.g. displaying success rates, volume of traffic)
  • USAJ Production Azure Application Insights Dashboard
  • USAJ UAT Azure Application Insights
  • USAJ Test Azure Application Insights
  • USAJ DEV Azure Application Insights
• Documentation (e.g. test and deploy instructions, system diagrams)
  • USAJOBS code repository readme
  • USAJOBS infrastructure readme
  • USAJOBS system diagram
• The on-call rotation for the system
  • Tony Dalton - 202-███-████ (Devops/system administration)
  • James Moon - 478-███-████ (DBA)
• Names of all engineers deeply familiar with the system
  • Keith Lawrence – Systems Architect
  • Saleim Abushanab – Lead Developer
  • Jacob Riley – Lead Developer
  • Wayne Kaye – Lead Developer
  • Marshall Fordham – Supervisor
  • Quadrina Quinn – Supervisor
  • Luke Sarazine – Supervisor
• Ability to access the system as a regular user
  • USAJOBS.gov accounts will need to be self-registered.
• Ability to access the system as an admin user.
  • USAJOBS Web Admin accounts created with super user permissions. The Web Admin system utilizes OPM single-sign-on (EntraID) to automatically log you in
  • USAJOB Agency Talent Portal account invites sent. You can use PIV or login.gov to authenticate into the system.

Thanks,

OPM-000105

ADD128

**Quadrina Quinn**
Supervisory IT Specialist
U.S. Office of Personnel Management
Office of the Chief Information Officer
c: (202) ████
████ @opm.gov
OPM.gov



Follow us on LinkedIn | Twitter | YouTube

OPM-000106

| | |
|---|---|
| **From:** | Curtis, Teresa A. |
| **To:** | Hurst, Corey D.; Price, MC |
| **Cc:** | Walicek, Wayne; Corum, Brice M.; DesCombes, Daniel; Parham, Lee; Sarazine, Luke W. |
| **Subject:** | Re: urgent request from political tech staff |
| **Date:** | Thursday, January 30, 2025 10:28:47 AM |
| **Attachments:** | Outlook-t4jdpy0h.png |

Yes -  The request was from the Acting Director to MC on Monday January 20th to add these people to the system as admins.


Teresa Curtis
Deputy Associate Chief Information Officer
U.S. Office of Personnel Management
Office of the Chief Information Officer, Federal Information Technology Business Solutions
c: (816) ███████
███████ @opm.gov
OPM.gov

---

**From:** Hurst, Corey D. < ███████ @opm.gov>
**Sent:** Thursday, January 30, 2025 8:37 AM
**To:** Price, MC < ███████ @opm.gov>; Curtis, Teresa A. < ███████ @opm.gov>
**Cc:** Walicek, Wayne < ███████ @opm.gov>; Corum, Brice M. < ███████ @opm.gov>; DesCombes, Daniel < ███████ @opm.gov>; Parham, Lee < ███████ @opm.gov>; Sarazine, Luke W. < ███████ @opm.gov>
**Subject:** Re: urgent request from political tech staff

Good Morning MC/Teresa,

I can't seem to find the first request for the 6 individuals that we granted this access for. I'm thinking it was due to the 911-esque call we had that evening. Can you please confirm guidance/approval for the access for these folks from 1/20/25, for documentation purposes?

Individuals from the Political Team:

      amanda.scales@opm.gov

      OPM-5 @opm.gov

      greg.hogan@opm.gov

      OPM-7 @opm.gov

      OPM-3 @opm.gov

      charles.ezell@opm.gov

Thank you,

**Corey Hurst**
Supervisory IT Specialist
U.S. Office of Personnel Management
OCIO – HR Solutions IT PMO – USA Staffing
Office (Teams): 202-936-2745
Cell: 478-██████
██████ @opm.gov
OPM.gov



Follow us on LinkedIn | Twitter | YouTube

---

**From:** Price, MC <██████@opm.gov>
**Sent:** Tuesday, January 28, 2025 9:07 AM
**To:** Meck, Aaron R. ██████@opm.gov>; Boles, Jason R ██████@opm.gov>; Burke, Paul T. ██████@opm.gov>; Corum, Brice M. ██████@opm.gov>; Curtis, Teresa A. ██████@opm.gov>; Davis, Leslie B. <██████@opm.gov>; Decker, DJ <██████@opm.gov>; DesCombes, Daniel <██████@opm.gov>; Eavenson, Keith W. <██████@opm.gov>; Ezell, Phillip A. <██████@opm.gov>; Fordham, Marshall T. <██████@opm.gov>; Foster, Ozie L. <██████@opm.gov>; Hurst, Corey D. <██████@opm.gov>; Inman, Christopher M. <██████@opm.gov>; Leski, David R. <██████@opm.gov>; Mathews, Brian C. ██████@opm.gov>; Meck, Aaron R. <██████@opm.gov>; Micko, Robert J. <██████@opm.gov>; Parham, Lee <██████@opm.gov>; Price, MC <██████@opm.gov>; Quinn, Quadrina L. <██████@opm.gov>; Raval, Divya <██████@opm.gov>; Sarazine, Luke W. <██████@opm.gov>; Shelton, Angela K. ██████@opm.gov>; Walicek, Wayne ██████@opm.gov>; Williams, Melanie ██████@opm.gov>; Williamson, Kim H. ██████@opm.gov>; Papp, David ██████@opm.gov>; Williams, Melanie ██████@opm.gov>
**Subject:** urgent request from political tech staff

Quadrina, Brice, Corey, Daniel, Ozie, Dave, Luke, Paul, others as needed.

We have already given several of the political devs/engineers comprehensive access to USAJOBS and USA Staffing, and local admin, Enterprise Github licenses, etc.  Now we have 3 more individuals with the same requirement.  We'll start with USAJOBS, USA Staffing, and eOPF/EHRI.  USAP will be next, so might as well go ahead there. I will give them the leads to work with for these three and they will most likely reach out to discuss the bullets below (the how to's, along with the access).

The need to have access today, so please work through all the wickets, and Luke/Quadrina/Marshall, Brice/Daniel, Ozie, send them an intro message letting them know (please copy me).

OPM-6    @opm.gov
OPM-2    @opm.gov

**OPM-4**            @opm.gov

• Code read and write permissions
• Deploy ability Octopus deploy
• Monitoring dashboards (e.g. displaying success rates, volume of traffic)
• Documentation (e.g. test and deploy instructions, system diagrams)
• The on-call rotation for the system
• Names of all engineers deeply familiar with the system
• Names of all product/project managers deeply familiar with the system
• Ability to access the system as a regular user (e.g. hiring manager and onboarding user
    for USA Staffing)
• Ability to access the system as an admin user

OPM-000109

ADD132

| From: | Price, MC |
|---|---|
| To: | Hurst, Corey D.; Curtis, Teresa A. |
| Cc: | Walicek, Wayne; Corum, Brice M.; DesCombes, Daniel |
| Subject: | RE: USA Staffing Access Request -  OPM-8   @opm.gov |
| Date: | Monday, February 3, 2025 5:40:30 PM |
| Attachments: | image001.png |
| | image002.png |

Approved.

**From:** Hurst, Corey D. <████████@opm.gov>
**Sent:** Monday, February 3, 2025 5:32 PM
**To:** Price, MC <████████@opm.gov>; Curtis, Teresa A. <████████@opm.gov>
**Cc:** Walicek, Wayne <████████@opm.gov>; Corum, Brice M. <████████@opm.gov>; DesCombes, Daniel <████████@opm.gov>
**Subject:** USA Staffing Access Request -   OPM-8   @opm.gov
**Importance:** High

MC,

Please see below for the access request from Amanda Scales.



Please let me know as soon as you can if this is approved or not. I will be ready to take action once approval is received.

**Corey Hurst**

Supervisory IT Specialist

U.S. Office of Personnel Management

OCIO – HR Solutions IT PMO – USA Staffing

Office (Teams): 202-936-2745

Cell: 478█████

████████@opm.gov

OPM.gov

U.S. Office of Personnel Management

Follow us on LinkedIn | Twitter | YouTube

OPM-000110

ADD133

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) OPM-7 | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 01/20/2025 |
|---|---|---|---|---|

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5–A. Code 171 | 5–B. Nature of Action EXC APPT NTE    07/18/2025 | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code H2L | 5–D. Legal Authority REG 304.103. | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | | | | 15. TO: Position Title and Number EXPERT PD: 6A39743 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan ED | 17. Occ. Code 0301 | 18. Grade or Level 00 | 19.Step or Rate 00 | 20. Total Salary/Award $0 | 21. Pay Basis WC |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay $0 | 20B. Locality Adj. $0 | 20C. Adj. Basic Pay $0 | 20D. Other Pay $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization OPM OFC OF THE DIRECTOR WASHINGTON DC |
|---|---|

**EMPLOYEE DATA**

| 23. Veterans Preference 1 | 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other 2 - 5 Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30%+ | 24. Tenure 0 | 0 - None   2 - Conditional 1 - Permanent   3 - Indefinite | 25. Agency Use TG | 26. Veterans Preference for RIF YES  X  NO |
|---|---|---|---|---|---|
| 27. FEGLI A0 | | 28. Annuitant Indicator 9    NOT APPLICABLE | | | 29. Pay Rate Determinant 0 |
| 30. Retirement Plan 4 | | 31. Service Comp. Date (Leave) 01/20/2025 | 32. Work Schedule F    FULL TIME | | 33. Part–Time Hours Per Biweekly Pay Period |

**POSITION DATA**

| 34. Position Occupied 2 | 1 - Competitive Service   3 - SES General 2 - Excepted Service   4 - SES Career Reserved | 35. FLSA Category E | E - Exempt N - Nonexempt | 36. Appropriation Code 41AA0 | 37. Bargaining Unit Status 8888 |
|---|---|---|---|---|---|
| 38. Duty Station Code 11-0010-001 | | 39. Duty Station (City – County – State or Overseas Location) WASHINGTON  DISTRICT OF COLUMBIA  DC | | | |

| 40. Agency Data 10001 | 41. | 42. 0000 | 43. 33.94 | 44. CRITICAL-SENSITIVE (CS)/HIGH R |
|---|---|---|---|---|

45. Remarks
APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025
REASON FOR TEMPORARY APPOINTMENT:    TO PROVIDE A HIGH LEVEL OF EXPERTISE RELATIVE TO ISSUES WHICH HAVE A
SIGNIFICANT IMPACT ON THE FORMULATION OF AGENCY GOALS AND OBJECTIVES TO THE OPM DIRECTOR.
CREDITABLE MILITARY SERVICE: NONE
PREVIOUS RETIREMENT COVERAGE:  NEVER COVERED

| 46. Employing Department or Agency OPM | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code OM00 | 48. Personnel Office ID 1000 | 49. Approval Date 01/30/2025 | CARMEN GARCIA-WHITESIDE CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
OPM-000114
NSN 7540-01-333-6238

# APPOINTMENT AFFIDAVITS

Expert                                                01/20/2025
*(Position to which Appointed)*                       *(Date Appointed)*

Office of Personnel Managemer  Office of the Director       Washington, D.C.
*(Department or Agency)*        *(Bureau or Division)*       *(Place of Employment)*

**OPM-7**

I,                                                    , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

   I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

   I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

   I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.   **OPM-7**

Subscribed and sworn (or affirmed) before me this 20 day of ___January___ , 20 25

at ___Washington DC___
         *(City)*            *(State)*

                                        _____
           (SEAL)                             *(Signature of Officer)*

Commission expires_____          ___Acting Director___
*(If by a Notary Public, the date of his/her Commission should be shown)*    *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management                                    Standard Form 61
The Guide to Processing Personnel Actions          NSN 7540-00-634-4015    Revised August 2002
                                                                       Previous editions usable
                                                                       OPM-000112

ADD135

**Acceptance of Uncompensated Services**

I understand that I may be employed with the United States Office of Personnel Management (OPM) under the authority of 5 U.S.C. § 3109.  Under certain circumstances, OPM may use this authority to employ experts or consultants with or without pay, provided that such personnel agree in advance in writing to waive any claims for compensation for those services.

I desire to offer my services to OPM.  Accordingly, I agree to being appointed as an uncompensated employee of OPM; I understand that I will not receive any pay or any other form of compensation from OPM, the federal Government, or any other source for the services I render to OPM.

In addition, I hereby waive any and all claims I may have in the future against OPM and/or the federal Government on account of the services I render to OPM.

OPM-7

Signed:

Printed Name of Appointee:     OPM-7     _____

Date:  _____January 20, 2025_____

OPM-000113

ADD136

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) OPM-8 | | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 01/20/2025 |
|---|---|---|---|---|---|

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5–A. Code **I46** | 5–B. Nature of Action **SES NONCAREER APPT** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code **V4L** | 5–D. Legal Authority **5 U.S.C. 3394(A).** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code **AWM** | 5–F. Legal Authority **OPM MEMO DTD 1-20-2025** | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number **SENIOR ADVISOR TO THE DIRECTOR** PD: 6A37370 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan **ES** | 17. Occ. Code **0301** | 18. Grade or Level **00** | 19. Step or Rate **00** | 20. Total Salary/Award **$195,200.00** | 21. Pay Basis **PA** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay **$195,200.00** | 20B. Locality Adj. **$0** | 20C. Adj. Basic Pay **$195,200.00** | 20D. Other Pay **$0** | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization **OPM** **OFC OF THE DIRECTOR** **WASHINGTON DC** |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference 1 - None   3 - 10-Point-Disabilty   5 - 10-Point-Other 2 - 5 Point   4 - 10-Point-Compensable   6 - 10-Point-Compensable 30% **1** | 24. Tenure 0 - None   2 - Conditional 1 - Permanent   3 - Indefinite **0** | 25. Agency Use **MK** | 26. Veterans Preference for RIF YES **X** NO |
|---|---|---|---|
| 27. FEGLI **B0** | 28. Annuitant Indicator **9    NOT APPLICABLE** | | 29. Pay Rate Determinant **0** |
| 30. Retirement Plan **KF** | 31. Service Comp. Date (Leave) **01/20/2025** | 32. Work Schedule **F    FULL TIME** | 33. Part–Time Hours Per Biweekly Pay Period |

### POSITION DATA

| 34. Position Occupied 1 - Competitive Service   3 - SES General 2 - Exempted Service   4 - SES Career Reserved **3** | 35. FLSA Category E - Exempt N - Nonexempt **E** | 36. Appropriation Code **41AA0** | 37. Bargaining Unit Status **8888** |
|---|---|---|---|
| 38. Duty Station Code **11-0010-001** | 39. Duty Station (City – County – State or Overseas Location) **WASHINGTON  DISTRICT OF COLUMBIA  DC** | | |

| 40. Agency Data **10001** | 41. | 42. **0000** | 43. **33.94** | 44. **CRITICAL-SENSITIVE (CS)/HIGH R** |
|---|---|---|---|---|

45. Remarks
VETERAN PREFERENCE IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.
APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025.
EMPLOYEE SUBJECT TO POST-EMPLOYMENT RESTRICTIONS UNDER 18 U.S.C. 207(C).
THE EMPLOYEE OCCUPIES A POSITION SUBJECT TO THE PAY FREEZE FOR CERTAIN SENIOR POLITICAL OFFICIALS.
  NOTWITHSTANDING OTHERWISE APPLICABLE PAY STATUTES AND REGULATIONS, PAY MAY BE SET AND ADJUSTED ONLY IN
  ACCORDANCE WITH APPLICABLE PROVISIONS OF THE PAY FREEZE STATUTE.
TENURE AS USED FOR 5 U.S.C. 3502 IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.
CREDITABLE MILITARY SERVICE: 0000
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE, OR FERS-FRAE.
UPON APPOINTMENT TO THIS POSITION, APPOINTEE RECEIVED AND SIGNED THE ETHICS PLEDGE.  MEMBER RECEIVED
FINANCIAL DISCLOSURE MEMORANDUM AND SF-278 WHICH IS TO BE COMPLETED AND RETURN WITHIN 30 DAYS OF
APPOINTMENT

| 46. Employing Department or Agency **OPM** | 50. Signature/Authentication and Title of Approving Official **ELECTRONICALLY SIGNED BY:** |
|---|---|
| 47. Agency Code **OM00** | 48. Personnel Office ID **1000** | 49. Approval Date **01/27/2025** | **CARMEN GARCIA-WHITESIDE** **CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR** |

5–Part 50–316

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Edition OPM-000114 Usable After 6/30/93
NSN 7540–01–333–6238

ADD137

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) OPM-8 | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date 01/20/2025 |
|---|---|---|---|---|

| **FIRST ACTION** | | | **SECOND ACTION** | |
|---|---|---|---|---|
| 5–A. Code I46 | 5–B. Nature of Action SES NONCAREER APPT | | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code V4L | 5–D. Legal Authority 5 U.S.C. 3394(A). | | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code AWM | 5–F. Legal Authority OPM MEMO DTD 1-20-2025 | | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | | | | | 15. TO: Position Title and Number SENIOR ADVISOR TO THE DIRECTOR PD: 6A37370 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan ES | 17. Occ. Code 0301 | 18. Grade or Level 00 | 19. Step or Rate 00 | 20. Total Salary/Award $195,200.00 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay $195,200.00 | 20B. Locality Adj. $0 | 20C. Adj. Basic Pay $195,200.00 | 20D. Other Pay $0 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization OPM OFC OF THE DIRECTOR WASHINGTON DC |
|---|---|

**EMPLOYEE DATA**

| 23. Veterans Preference 1 - None  3 - 10-Point-Disabil.  5 - 10-Point/Other 2 - 5 Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable 30% 1 | 24. Tenure 0 - None  2 - Conditional 1 - Permanent  3 - Indefinite 0 | 25. Agency Use MK | 26. Veterans Preference for RIF YES  X  NO |
|---|---|---|---|
| 27. FEGLI B0 | 28. Annuitant Indicator 9  NOT APPLICABLE | | 29. Pay Rate Determinant 0 |
| 30. Retirement Plan KF | 31. Service Comp. Date (Leave) 01/20/2025 | 32. Work Schedule F  FULL TIME | 33. Part–Time Hours Per Biweekly Pay Period |

**POSITION DATA**

| 34. Position Occupied 1 - Competitive Service  3 - SES General 2 - Exempted Service  4 - SES Career Reserved 3 | 35. FLSA Category E - Exempt  N - Nonexempt E | 36. Appropriation Code 41AA0 | 37. Bargaining Unit Status 8888 |
|---|---|---|---|
| 38. Duty Station Code 11-0010-001 | 39. Duty Station (City – County – State or Overseas Location) WASHINGTON DISTRICT OF COLUMBIA DC | | |

| 40. Agency Data 10001 | 41. | 42. 0000 | 43. 33.94 | 44. CRITICAL-SENSITIVE (CS)/HIGH R |
|---|---|---|---|---|

45. Remarks
VETERAN PREFERENCE IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.
APPOINTMENT AFFIDAVIT EXECUTED 01-20-2025.
EMPLOYEE SUBJECT TO POST-EMPLOYMENT RESTRICTIONS UNDER 18 U.S.C. 207(C).
THE EMPLOYEE OCCUPIES A POSITION SUBJECT TO THE PAY FREEZE FOR CERTAIN SENIOR POLITICAL OFFICIALS.
  NOTWITHSTANDING OTHERWISE APPLICABLE PAY STATUTES AND REGULATIONS, PAY MAY BE SET AND ADJUSTED ONLY IN
  ACCORDANCE WITH APPLICABLE PROVISIONS OF THE PAY FREEZE STATUTE.
TENURE AS USED FOR 5 U.S.C. 3502 IS NOT APPLICABLE TO THE SENIOR EXECUTIVE SERVICE.
CREDITABLE MILITARY SERVICE: 0000
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE, OR FERS-FRAE.
UPON APPOINTMENT TO THIS POSITION, APPOINTEE RECEIVED AND SIGNED THE ETHICS PLEDGE.  MEMBER RECEIVED
FINANCIAL DISCLOSURE MEMORANDUM AND SF-278 WHICH IS TO BE COMPLETED AND RETURN WITHIN 30 DAYS OF
APPOINTMENT

| 46. Employing Department or Agency OPM | 50. Signature/Authentication and Title of Approving Official ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code OM00 | 48. Personnel Office ID 1000 | 49. Approval Date 01/27/2025 | CARMEN GARCIA-WHITESIDE CHIEF HUMAN CAPITAL OFFICER AND DIRECTOR OF OPM HR |

| 5–Part 50–316 | 2 - OPF Copy - Long-Term Record - DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93 NSN 7540–01–333–6238 |
|---|---|---|

OPM-000115

# APPOINTMENT AFFIDAVITS

Senior Advisor to the Director

(Position to which Appointed)

01/20/2025

(Date Appointed)

Office of Personnel Management

(Department or Agency)

Office of the Director

(Bureau or Division)

Washington, DC, United States

(Place of Employment)

OPM-8

I, _____ , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

OPM-8

(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this **20** day of _January_ , **2025**

at _Washington_                    _DC_
        (City)                     (State)

(Signature of Officer)

(SEAL)

Commission expires _____
(If by a Notary Public, the date of his/her Commission should be shown)

Acting Director
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

EOD:OM00  USA Staffing

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable
OPM-000116

ADD139



Privacy Impact Assessment for

# Government-Wide Email System (GWES)

February 28, 2025

Contact Point
Riccardo Biasini
Senior Advisor to the Director
Office of the Director

Reviewing Official
Greg Hogan
Chief Information Officer

OPM Form 5003
OPM-000117



## Legal Requirements for Privacy Impact Assessment

Longstanding Office of Management and Budget (OMB) and Office of Personnel Management (OPM) guidance explains that Privacy Impact Assessments (PIAs) are not required for IT systems or projects that collect, maintain, or disseminate information solely about federal government employees. For example, th**e OMB guidance states that "[n]o PIA is required** . . . for government-run websites, IT systems or collections of information to the extent that they do not collect or maintain information in identifiable **form about members of the general public."** M-03-22, OMB Guidance for Implementing the Privacy Provisions of the E-Government Act of 2002, Attachment A(II)(B)(3) (Sept. 26, 2003); *see also id.* Attachment **A(II)(B)(1) ("The E**-Government Act requires agencies to conduct a PIA before: 1. developing or procuring IT systems or projects that collect, maintain or disseminate information in identifiable form from or about members of the public, or 2. initiating, consistent with the Paperwork Reduction Act, a new electronic collection of information in identifiable form for 10 or more persons (excluding agencies, instrumentalities or employees **of the federal government).");** OPM Privacy Impact Assessment (PIA) Guide, at 2 (Apr. 22, 2010) (stating that a PIA is required for **"an IT system or** project that collects, maintains, or disseminates information in identifiable **form from or about members of the public"**); *id.* at 3.

The Government-Wide Email System (GWES) collects, maintains, and disseminates information about federal government employees. Therefore, no PIA is required. OPM has nevertheless chosen to conduct this PIA in its discretion.

## Abstract

OPM has a variety of personnel management functions, including executing, administering, and enforcing the civil service system. In order to carry out these duties, OPM internally developed the GWES to enable widespread,



rapid email communication with federal government employees. The GWES is designed to maintain the names and government email addresses of federal government employees, as well as emails sent from the system and responses to those emails.

## Overview

To execute its authorized role with respect to personnel matters and fulfill its duty to enforce the civil service laws, OPM has developed a system to send government-wide emails to federal government employees and receive responses. This system increases efficiency and transparency by allowing fast and widespread communication with the federal workforce OPM has been tasked with overseeing.

The GWES system operates entirely on government computers and in Microsoft applications procured in the normal course. OPM uses this system to communicate with federal employees, in a capacity within its statutory authority. The GWES is designed to collect, maintain, and use the (1) names of federal employees, (2) their government email addresses, and (3) email messages and responses, which may include additional information about the employee provided by that employee. The GWES blocks responses from emails that do not have government domains.

The information in the GWES is accessible by a limited number of individuals within OPM who have a need for the information in the performance of their duties, overseen by the Chief Information Officer.

The GWES is built largely upon employee email contact information found in the Enterprise Human Resources Integration (EHRI) and Official Personnel Folder (OPF) record systems. Additional email contact data is collected from the employing agencies of federal workers. OPM applies filters to these various sources to remove erroneous domains before emails are sent. The GWES is subject to existing and approved OPM security plans and the data is



stored in secure Microsoft applications and on government computers requiring PIV access.

# Section 1.0. Authorities and Other Requirements

1.1. What specific legal authorities and/or agreements permit and define the collection of information by the project in question?

The President may delegate **"authority for personnel management functions"** to the Director of OPM. 5 U.S.C. § 1104(a)(1). OPM has been delegated **authority to "exercise and provide leadership in** personnel matters," among other functions. Executive Order 9830 § 01.2(b). The Director also has the duty to **"execut[e], administer[], and enforce[e] … the civil** service rules and regulations of the President and the Office and the laws governing the civil **service."** 5 U.S.C. § 1103(a)(5). Other relevant authorities include: 5 U.S.C. §§ 301, 2951, 3301, 4302, 6504, 8347, and 8461. These authorities permit OPM to maintain and request information regarding federal employees. The President may also, from time to time, direct OPM to collect information or communicate with the federal workforce on particular subject matters.

1.2. What Privacy Act System of Records Notice(s) (SORN(s)) apply to the information?

Email systems are not generally subject to the Privacy Act of 1974. However, to the extent the GWES contain records subject to the Privacy Act, or information stored on secure government computers, the information in this system is covered by various OPM SORNs, including but not limited to OPM GOVT-1, GOVT-2, Central-21, and Internal-21 SORNs.

1.3. Has a system security plan been completed for the information system(s) supporting the project?

The GWES is located within Microsoft applications and on secure government computers. These Microsoft Applications have been granted an Authorization to Operate (ATO) that includes an approved system security plan. The



government computers storing the data are subject to standard security requirements, including limited PIV access.

## 1.4. Does a records retention schedule approved by the National Archives and Records Administration (NARA) exist?

Depending on the nature and type of record within the GWES, various NARA-approved records schedules may apply. Item 040 (DAA-GRS-2017-0007-0004) covers any eOPF records and item 080 (DAA-GRS2017-0007-0012) covers other personnel contact information. Email records are governed by GRS 6.1, Capstone E-mail Retention.

## 1.5. If the information is covered by the Paperwork Reduction Act (PRA), provide the OMB Control number and the agency number for the collection.  If there are multiple forms, include a list in an appendix.

Information contained in the GWES is not subject to the PRA because it is not collected from the public.

# Section 2.0. Characterization of the Information

## 2.1. Identify the information the project collects, uses, disseminates, or maintains.

The GWES is designed to collect, maintain, and use the names and government email addresses of federal government employees. The GWES also maintains emails sent to those addresses, and collects and maintains responses to those emails. Specifically, the GWES contains the following:

- Employee Contact Data: The GWES is designed to collect, maintain, and use the names and government email addresses of federal government employees. Other identifying information is not used.

- Employee Response Data: After an email is sent using Employee Contact Data, the GWES stores that email and may collect and maintain responses. In some circumstances, responses may also be



sent directly to or redistributed to employing agencies or other agencies consistent with applicable restrictions on the particular data at issue and using authorized means of transmission.

## 2.2. What are the sources of the information and how is the information collected for the project?

The Employee Contact Data is compiled using the EHRI and OPF record systems. Additionally, some email contact data is collected from the employing agencies of federal workers. The system applies filters to remove erroneous domains before emails are sent.

The Employee Response Data is sent by federal government employees to OPM by email.

## 2.3. Does the project use information from commercial sources or publicly available data?  If so, explain why and how this information is used.

No, although many names and email addresses of federal government employees are publicly available.

## 2.4. Discuss how accuracy of the data is ensured.

The Employee Contact Data comes from the EHRI and OPF systems, which are subject to their own accuracy measures as outlined in their respective PIAs, as well as directly from the employing agencies.

The Employee Response Data comes directly from employees through their secure government email addresses. OPM anticipates that the responses will **cover information within employees' personal kn**owledge or information provided to them in the course of their official duties.

## 2.5. Privacy Impact Analysis: Related to Characterization of the Information

Privacy Risk: There is a risk that erroneous email addresses have been collected.



**Mitigation:** This risk has been mitigated by compiling the Employee Contact Data through the EHRI and OPF systems, and directly from the employing agencies. The GWES uses email addresses with government domains and uses a filtering mechanism to remove contact data erroneously captured before emails are sent.

**Privacy Risk:** There is a risk that the Employee Response Data will be erroneous.

**Mitigation:** Because OPM uses the GWES to send **emails to employees'** official government email addresses, OPM has a high degree of confidence that the Employee Response Data will represent actual employee responses. Additionally, employees have the ability to correct any erroneous responses by working with the human capital officer or manager in their employing agency.

# Section 3.0. Uses of the Information

## 3.1. Describe how and why the project uses the information.

The GWES enables OPM to communicate directly and quickly with federal government employees and help OPM fulfill its statutory and delegated duties to lead and oversee personnel management functions in the federal workforce. OPM may also further communicate employee responses to **employing agencies to facilitate those agencies' own personnel mana**gement, or other agencies as appropriate to facilitate government-wide workforce initiatives.

## 3.2. Does the project use technology to conduct electronic searches, queries, or analyses in an electronic database to discover or locate a predictive pattern or an anomaly? If so, state how OPM plans to use such results.

OPM employees programmatically evaluate responses to verify the quality of the system and analyze the substance of the Employee Response Data. OPM



anticipates enhancing and refining its response analyses over time. OPM may also query specific responses or emails to evaluate them as needed. Responses may be used to assist in making personnel decisions and to inform broader workplace initiatives.

**3.3. Are there other programs or offices with assigned roles and responsibilities within the system?**
No.

**3.4. Privacy Impact Analysis: Related to the Uses of Information**
Privacy Risk: There is a risk that the GWES information may be accessed by unauthorized users or by authorized users for an unauthorized purpose.

Mitigation: This risk is mitigated by restricting disclosure to a limited number of individuals who have a need to know the GWES information. The data is stored in secure Microsoft applications, and on secure government computers requiring a PIV card to access.

# Section 4.0. Notice

4.1. How does the project provide individuals notice prior to the collection of information? If notice is not provided, explain why not. The names and government email addresses of federal government employees are already housed in OPM systems or provided by employing agencies and, in any event, do not contain substantive information about employees. As a result, there is no reason to provide advance notice for the collection of Employee Contact Data. Employees are provided notice of collection of the Employee Response Data in the emails disseminated using the GWES. Employees provide the data themselves in response to the email. This PIA also serves as a public resource explaining the purpose of the GWES, applicable SORNs, and other privacy-related information.



4.2. What opportunities are available for individuals to consent to uses, decline to provide information, or opt out of the project?

Individual federal government employees can decline to provide information by not responding to the email. The consequences for failure to provide the requested information will vary depending on the particular email at issue.

4.3. Privacy Impact Analysis: Related to Notice

Privacy Risk: There is a risk that individuals will not know their information is being collected, maintained, and distributed through the GWES.

Mitigation: This risk is mitigated by the publication of this PIA and through various statements provided to government employees explaining the information collection at issue.

## Section 5.0. Data Retention by the Project

5.1. Explain how long and for what reason the information is retained.

The records in the GWES are maintained according to the retention schedules identified in Section 1.4.

5.2. Privacy Impact Analysis: Related to Retention

Privacy Risk: There is a risk that the GWES information will be retained for longer than is necessary.

Mitigation: The risk is mitigated because OPM can delete all the GWES information, consistent with applicable retention schedules.



# Section 6.0. Information Sharing

**6.1. Is information shared outside of OPM as part of the normal agency operations? If so, identify the organization(s) and how the information is accessed and how it is to be used.**

OPM anticipates regularly sharing GWES information relating to particular employees with their employing agency. In certain situations, data may also be shared with other agencies. Any data sharing will be undertaken consistent with applicable laws and policies, including pursuant to routine uses of applicable SORNs or employee consent. Data will be shared via authorized systems hosted either by OPM or the receiving agency.

**6.2. Describe how the external sharing noted in 6.1 is compatible with the SORN noted in 1.2.**

To the extent that GWES information is shared outside of OPM, it is shared consistent with applicable provisions of the Privacy Act, including through the routine uses of pertinent SORNs. The principal personnel SORN, GOVT-1, is owned by OPM but information may be accessed by employing agencies as needed.

**6.3. Does the project place limitations on re-dissemination?**

Government agencies that receive GWES information are generally subject to both the government-wide SORNs referenced in Section 1.2 as well as their own SORNs. Their use or disclosure of the information may occur only as consistent with applicable legal limitations.

**6.4. Describe how the project maintains a record of any disclosures outside of OPM.**

OPM keeps a record of distributions to the employing agencies in Microsoft applications. All actions taken by a user in Microsoft systems are logged, monitored, and accessed by those with a need to know for the performance of their official duties.



6.5. Privacy Impact Analysis: Related to Information Sharing

Privacy Risk: There is a risk that GWES information will be shared outside of OPM without authorization.

Mitigation: This risk is mitigated by limiting access to the GWES and disseminating GWES information only as consistent with relevant SORNs or as otherwise permitted by applicable law.

# Section 7.0. Redress

7.1. What are the procedures that allow individuals to access their information?

The federal government employees in the GWES have access to their own individual information. Employees will have a copy of any email that is sent, as well as their response. In addition, access procedures are outlined in each relevant SORN referenced in 1.2.

7.2. What procedures are in place to allow the subject individual to correct inaccurate or erroneous information?

If the Employee Response Data is erroneous, any federal government employee covered by the GWES may inform the human capital officer or a manager in their employing agency, who can work with the employee and OPM as necessary to correct the problem.

7.3. How does the project notify individuals about the procedures for correcting their information?

Emails sent through the GWES, or related guidance disseminated through agency human capital officers or managers, may inform individual federal employees of the procedures for correcting erroneous information through their employing agency. Also, employees may follow the publicly accessible access and amendment procedures outlined in the relevant SORNs referenced in 1.2.



7.4. Privacy Impact Analysis: Related to Redress

Privacy Risk: There is a risk that federal government employees will not have information regarding how to amend erroneous information.

Mitigation: Lodging the primary corrective mechanism in the human capital officer or manager at the employing agency gives each employee intuitive and easy access to the corrective mechanism. Also, each SORN has clear access and amendment procedures that employees may follow.

## Section 8.0. Auditing and Accountability

8.1. How does the project ensure that the information is used in accordance with stated practices in the PIA?

GWES information **is captured by OPM's au**diting tools and retained in an auditing archive. The Office of the Chief Information Security Officer reviews for suspicious or unusual activity and suspected violations, and appropriate action is taken as necessary.

8.2. Describe what privacy training is provided to users either generally or specifically relevant to the project.

OPM employees are required to take IT Security and Privacy Awareness training on an annual basis, and agree to **OPM's Rules of Behavior** before accessing the system.

8.3. What procedures are in place to determine which users may access the information and how does the project determine who has access?

Only a limited number of OPM employees with a need to know will have access to the full extent of the GWES data. No employee has access unless specifically authorized by the system owner and the authorizing official. Data sharing outside OPM is permitted only insofar as consistent with applicable law and as described above.



8.4. How does the project review and approve information sharing agreements, MOUs, new uses of the information, and new access to the system by organizations within OPM and outside?

Any changes in GWES access, uses, sharing agreements, or Memoranda of Understanding (MOUs) would need to be reviewed and approved by the system owner in coordination with the Office of the Chief Information Officer, as consistent with applicable law.


## Responsible Officials

Office of the Chief Information Officer

Office of the Director


## Approval Signature


*Signed copy on file with the Chief Information Officer*

Greg Hogan
Chief Information Officer

# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

AMERICAN FEDERATION OF
TEACHERS, et al.,

               Plaintiffs,

     v.

SCOTT BESSENT, et al.,

               Defendants.

Case No. 8:25-cv-430-DLB

**CERTIFICATION OF ADMINISTRATIVE RECORD**

      I, Daniel Katz, am currently employed as the Chief of Staff of the U.S. Department of the

Treasury.  I am familiar with the claims asserted against Treasury in the above-captioned action

regarding the granting of access to systems maintained by the Bureau of the Fiscal Service (BFS)

to employees implementing Executive Order 14,158.

      I hereby certify, to the best of my knowledge, that the accompanying administrative record

is complete and contains all non-deliberative documents and materials directly or indirectly

considered regarding the Treasury actions challenged in this case.[1]  Among these documents and

materials, Treasury has duly evaluated all predecisional documents before excluding them from

the record.

---

    [1] Notwithstanding the Court's order to file an administrative record in this case, Defendants maintain that the Amended Complaint does not challenge any final agency action and reserve their right to argue in further proceedings in this case, including in any subsequent appeal, that the Administrative Procedure Act does not provide for review.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Daniel Katz
Chief of Staff
U.S. Department of the Treasury

2

# Table of Contents

**Tab 1. HUMAN RESOURCES**.................................................................................................

  1A. Krause Delegation of FAS ........................................................................................

    1A1. Fiscal Assistant Secretary ..............................................................................1

    1A2. Approved Delegation of Duties of Fiscal Assistant Secretary ......................2

  1B. Onboarding ...............................................................................................................

    1B1. Marko Elez SF50 ............................................................................................4

    1B2. Expert Consultant Hire Package – Tom Krause ...........................................6

    1B3. Expert Consultant Hire Package – Tom Krause Corrected .........................14

    1B4. Marko Elez Position Description ..................................................................22

    1B5. Oath ..............................................................................................................24

**Tab 2.  SECURITY CLEARANCE** ........................................................................................

  2A Elez ...........................................................................................................................

    2A1. Marko Elez OSP Tracker Records ...............................................................25

    2A2. Interim Approval Marko Elez .......................................................................26

    2A3. Interim Approval to EOD ..............................................................................27

    2A4. Prevetting Checklist – Marko Elez ..............................................................28

    2A5. Rules of Behavior ........................................................................................30

    2A6. Fiscal Service Security RoB Internal ..........................................................31

    2A7. SF312 Mark Elez .........................................................................................33

  2B. Krause ....................................................................................................................

    2B1. Final Adjudication Approval ........................................................................39

    2B2. Tom Krause 4414 ........................................................................................40

    2B3. Tom Krause OSP Tracker Records .............................................................44

    2B4.  Prevetting checklist – Tom Krause ............................................................45

    2B5. SF-312 Tom Krause ....................................................................................50

**Tab 3. ENGAGEMENT PLAN**..............................................................................................

  1. Agenda for BFS Payment Process ..........................................................................56

  2. Fiscal Service Payment Processing Engagement Plan ...........................................57

  3. Preliminary Work Plan .............................................................................................60

**Tab 4.  BFS SYSTEMS ACCESS REQUEST** ......................................................................

  1. IT Check In Follow Up .............................................................................................61

2. Access Request Changes ................................................................... 62

**Tab 5.  USAID PAYMENT** .........................................................................

1. Confirmation to Proceed ................................................................. 63

2. Additional Accounts Identified ....................................................... 66

**Tab 6.  SORNs** .............................................................................................

1. 85 FR 11776 ..................................................................................... 69

| Tab | Beginning Bates Number | Title |
|---|---|---|
| **Tab 1: Human Resources** | | |
| **Tab 1A_Krause Delegation of FAS** | | |
| 1A1 | 25-cv-00430_DMD_UST_0001 | Fiscal Assistant Secretary |
| 1A2 | 25-cv-00430_DMD_UST_0002 | Approved Delegation of Duties of Fiscal Assistant Secretary |
| **Tab 1B_Onboarding** | | |
| 1B1 | 25-cv-00430-DMD_UST_0004 | Marko Elez SF50 |
| 1B2 | 25-cv-00430-DMD_UST_0006 | Expert Consultant Hire Package – Tom Krause |
| 1B3 | 25-cv-00430-DMD_UST_0014 | Expert Consultant Hire Package – Tom Krause Corrected |
| 1B4 | 25-cv-00430-DMD_UST_0022 | Marko Elez Position Description |
| 1B5 | 25-cv-00430-DMD_UST_0024 | Oath |
| **Tab 2: Security Clearance** | | |
| **Tab 2A_Elez** | | |
| 2A1 | 25-cv-00430-DMD_UST_0025 | Marko Elez OSP Tracker Records |
| 2A2 | 25-cv-00430-DMD_UST_0026 | Interim Approval Marko Elez |
| 2A3 | 25-cv-00430-DMD_UST_0027 | Interim Approval to EOD |
| 2A4 | 25-cv-00430-DMD_UST_0028 | Prevetting Checklist – Marko Elez |
| 2A5 | 25-cv-00430-DMD_UST_0030 | Rules of Behavior |
| 2A6 | 25-cv-00430-DMD_UST_0031 | Fiscal Service Security RoB Internal |
| 2A7 | 25-cv-00430-DMD_UST_0033 | SF312 Mark Elez |
| **Tab 2B_Krause** | | |
| 2B1 | 25-cv-00430-DMD-UST_0039 | Final Adjudication Approval |
| 2B2 | 25-cv-00430-DMD-UST_0040 | Tom Krause 4414 |
| 2B3 | 25-cv-00430-DMD-UST_0044 | Tom Krause OSP Tracker Records |
| 2B4 | 25-cv-00430-DMD-UST_0045 | Prevetting checklist – Tom Krause |
| 2B5 | 25-cv-00430-DMD-UST_0050 | SF-312 Tom Krause |
| **Tab 3: Engagement Plan** | | |
| 1 | 25-cv-00430-DMD_UST_0056 | Agenda for BFS Payment Process |
| 2 | 25-cv-00430-DMD_UST_0057 | Fiscal Service Payment Processing Engagement Plan |
| 3 | 25-cv-00430-DMD_UST_0060 | Preliminary Work Plan |
| **Tab 4: BFS Systems Access Request** | | |
| 1 | 25-cv-00430-DMD_UST_0061 | IT Check In Follow Up |
| 2 | 25-cv-00430-DMD_UST_0062 | Access Request Changes |
| **Tab 5: USAID Payment** | | |
| 1 | 25-cv-00430-DMD_UST_0063 | Confirmation to Proceed |
| 2 | 25-cv-00430-DMD_UST_0066 | Additional Accounts Identified |
| **Tab 6: SORNs** | | |
| 1 | 25-cv-00430-DMD_UST_0069 | 85 FR 11776 |

| | |
|---|---|
| **From:** | Katz, Daniel |
| **To:** | Garber, Matthew; Gribben, Timothy E.; Miskell, Renata |
| **Cc:** | Krause, Tom; Froman, Eric; Pilkerton, Christopher |
| **Subject:** | Fiscal Assistant Secretary |
| **Date:** | Friday, February 7, 2025 8:38:40 AM |

Hi Team-

I wanted to let you know that Secretary Bessent has delegated the duties of the Fiscal Assistant Secretary to Tom Krause. As you know, Tom brings more than 20 years of experience leading, building and positioning software and technology companies for value and long-term success. Mr. Krause previously served as an executive officer of Broadcom Inc., both as Chief Financial Officer and most recently responsible for forming and leading the Broadcom Software Group as President. He began his career in technology with Robertson Stephens and Technology Crossover Ventures followed by business and corporate development leadership roles in the semiconductor industry. Tom is a graduate of Princeton University, where he majored in Economics.

The Secretary is excited about the decades of executive leadership that Tom brings to the role, as well as his deep expertise in building and managing complex organizations across multiple sectors.  I know that Tom is very much looking forward to working with all of you and appreciates all of your efforts to advance Treasury's mission. Tom will be in touch with you shortly to share his vision and action plan for the organization.

I want to express thanks and appreciation to Matt for his leadership of the Office of the Fiscal Assistant Secretary over the last two and a half weeks. He will resume his role as Deputy Assistant Secretary for Fiscal Operations & Policy, and will continue to be an essential leader for the Department. I would also appreciate if you could communicate Tom's new duties out to your teams.

Best, Dan

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

February 5, 2025

**ACTION MEMORANDUM FOR SECRETARY BESSENT**

**FROM:**     Brian Sonfield, Acting General Counsel

**SUBJECT:**     Proposed Delegation of Duties of Fiscal Assistant Secretary

**RECOMMENDATION:**

That you sign the attached document delegating the duties of the Fiscal Assistant Secretary to Thomas Krause.

_____ Approve          _____ Disapprove          _____ Let's Discuss

**DECISION DEADLINE**

**Date:**     ASAP
**Rationale:**     Needed to meet administration priorities.

**BACKGROUND**

Delegating the duties of the Fiscal Assistant Secretary position to Thomas Krause will enable him to more effectively undertake his current work assignment.

**ATTACHMENT**

1.  Delegation of Authority for Signature.

Final Document
Digitally signed by Final Document
Date: 2025.02.05 18:02:34 -05'00'
25-cv-00430_DMD_UST_0002

ADD160

DELEGATION OF AUTHORITY

By virtue of my authorities, including 31 U.S.C. § 321(b) and (c), I hereby delegate all authorities and responsibilities of the Fiscal Assistant Secretary to Thomas Krause, reporting directly to me. This delegation shall remain in effect until a Fiscal Assistant Secretary is appointed or Mr. Krause ends his employment with Treasury, unless sooner rescinded.

2/5/2025
_____
Date

Scott K. H. Bessent

25-cv-00430_DMD_UST_0003

ADD161

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle)<br>ELEZ, MARKO | 2. Social Security Number | 3. Date of Birth | 4. Effective Date<br>01-21-2025 |
|---|---|---|---|

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code<br>171 | 5-B. Nature of Action<br>EXC APPT NTE  05/20/25 | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code<br>Y9K | 5-D. Legal Authority<br>SCH C 213.3302 (A) | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number<br>SPECIAL ADVISOR (IT&M)<br><br>66893097  C00424 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan<br>GS | 17. Occ. Code<br>0301 | 18. Grade or Level<br>11 | 19. Step or Rate<br>01 | 20. Total Salary<br>$84,601.00 | 21. Pay Basis<br>PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | | | | | | | |

| 12A. Basic Pay<br>.00 | 12B. Locality Adj.<br>.00 | 12C. Adj. Basic Pay<br>.00 | 12D. Other Pay<br>.00 | 20A. Basic Pay<br>$63,163.00 | 20B. Locality Adj.<br>$21,438.00 | 20C. Adj. Basic Pay<br>$84,601.00 | 20D. Other Pay<br>.00 |
|---|---|---|---|---|---|---|---|

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization<br>DEPARTMENTAL OFFICES<br><br>OFFICE OF THE CHIEF OF STAFF<br><br><br>TR 910300000000000000   PP 01 2025 |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 - None       3 - 10 Point/Disability    5 - 10 Point/Other<br>2 - 5 Point    4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | 0 | 0 - None      2 - Conditional<br>1 - Permanent  3 - Indefinite | YES | X | NO |

| 27. FEGLI<br>A0 | INELIGIBLE-EXCLUDED BY LAW OR REG | 28. Annuitant Indicator<br>9 | NOT APPLICABLE | 29. Pay Rate Determinant<br>0 |
|---|---|---|---|---|

| 30. Retirement Plan | 31. Service Comp. Date (Leave)<br>01-21-2025 | 32. Work Schedule<br>F | FULL TIME | 33. Part-Time Hours Per Biweekly<br>Pay Period |
|---|---|---|---|---|

## POSITION DATA

| 34. Position Occupied<br>2 | 1 - Competitive Service  3 - SES General<br>2 - Excepted Service    4 - SES Career Reserved | 35. FLSA Category<br>E | E - Exempt<br>N - Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status<br>8888 |
|---|---|---|---|---|---|

| 38. Duty Station Code<br>11-0010-001 | 39. Duty Station      (City-County-State or Overseas Location)<br>WASHINGTON   DIST OF COLUMBIA   DC |
|---|---|

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**
INDIVIDUAL APPOINTMENTS UNDER THIS AUTHORITY MAY BE MADE FOR 120 DAYS
WITH ONE EXTENSION OF AN ADDITIONAL 120 DAYS.
EXCEPTED APPOINTMENT NOT TO EXCEED 05/20/2025.
POSITION IS AT THE FULL PERFORMANCE LEVEL OR BAND.
APPOINTMENT AFFIDAVIT EXECUTED 01/21/2025.
REASON FOR TEMPORARY APPOINTMENT: ADMINISTRATIVE NEED.
OPF MAINTAINED BY BUREAU OF THE FISCAL SERVICE, 200 THIRD STREET
PARKERSBURG, WV 26106
CREDITABLE MILITARY SERVICE: 00YRS. 00MOS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.

| 46. Employing Department or Agency<br>DEPARTMENT OF THE TREASURY | 50. Signature/Authentication and Title of Approving Official<br>ELECTRONICALLY SIGNED BY:<br>MICHAEL J. WENZLER |
|---|---|
| 47. Agency Code<br>TR 91 | 48. Personnel Office ID<br>2731 | 49. Approval Date<br>01-23-2025 | HUMAN RESOURCES OFFICER |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

**1 - Employee Copy - Keep for Future Reference**

25-cv-00430_DMD_UST_0004

ADD162

NOTICE — NOT APPLICABLE

**This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

**The Action**
- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**
- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your Interim Geographic Adjustment, or beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It servers as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purposes.

**Block 24 - Tenure**
- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference for RIF**
- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**

| | |
|---|---|
| - FICA | -Social Security System |
| - CS | -Civil Service Retirement System |
| - CS-Spec | -Civil Service Retirement System for law enforcement and firefighter personnel |
| - FS | -Foreign Service Retirement and Disability System |
| -FERS | -Federal Employees' Retirement System |
| -FERS Reserve Tech | -Federal Employees' Retirement System for National Guard Reserve Technicians |
| -FERS ATC | -Federal Employees' Retirement System for Air Traffic Controllers |
| -FERS Spec | -Federal Employees' Retirement System for law enforcement and firefighter personnel |
| -FSPS | -Foreign Service Pension System |

**Block 31 - Service Computation Date (Leave)**
- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period
- Your earnings and leave statement or your time and attendance card will show the rate at which you earn leave and your current unused leave balance.

**Block 32 - Work Schedule**
- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
- Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
- Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
- On-call employees work during periods of heavy workload and are in pay status for a t least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**
- Indicates the number of hours a part-time employees is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**
- Identifies the employment system under which you are serving - the Competitive Service, the Excepted service, or the Senior Executive Service (SES).
- The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you leave Federal service.

**Block 35 - FLSA Category**
- Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

**Block 37 - Bargaining Unit Status**
- Identifies a bargaining unit to which you belong; whether or not you are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Blocks 38 and 39 - Duty Station**
- Identifies the city, county and state or the overseas location, where you actually work.

OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
-Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.
- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**

 DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

# EXPERT and CONSULTANT REQUIRED FORMS CHECKLIST
## Appointed under 5 USC 3109, 5 CFR 304 only.

**Check all attachments included with packet.**

☑Request form
☑Certification Form
☑Financial Disclosure
☑Compensation Waiver Form (if unpaid)
☑Resume
☑Summary of Duties

*After HR receives the packet from the requesting office, please send the approved packet to Ethics @ Ethics@treasury.gov.

Michael J. Wenzler  Digitally signed by Michael J. Wenzler
Date: 2025.02.03 14:50:18 -05'00'

2/3/2025

Signature of Appointing Authority or Designee                    Date



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## EXPERT and CONSULTANT REQUEST FORM
### Appointed under 5 USC 3109 only

| 1. NAME OF PERSON: (Last, first, middle initial) | 2. TOTAL PERIOD FOR WHICH APPOINTMENT IS REQUESTED: (List dates from beginning month/day/year to ending month/day/year) |
|---|---|
| Krause Jr., Thomas, Harry | 02/09/2025 - 4/10/2025 |
| 3. MAILING ADDRESS | 4. APPROXIMATE NUMBER OF DAYS IN CALENDAR YEAR PERSON IS EXPECTED TO PERFORM SERVICES DURING THIS PERIOD. |
| ██████████ | 60 days |

5. TYPE OF APPOINTMENT: (Appointment vs Re-appointment), (Expert vs Consultant). (Full-time, Part-time, Intermittent), (Hourly basis vs Daily basis)

**Appointment, Consultant, Intermittent, Hourly (Unpaid)**

6A. STATE THE BASE SALARY (EXCLUDING LOCALITY PAY). IF UNPAID, CIRCLE BELOW AND COMPLETE WAIVER ON PAGE 3 OF 3:

6B. WILL COST OF LIVING ADJUSTMENTS BE AUTHORIZED?

 **6C. UNPAID**

7. EXPLAIN IN FULL THE SERVICES TO BE PERFORMED:
The Senior Advisor for Technology and Modernization plays a pivotal role in advancing the Treasury's technology infrastructure, financial management systems, and cybersecurity initiatives. This position leads IT modernization efforts by implementing emerging technologies such as AI, blockchain, and cloud computing while ensuring compliance with federal IT policies. Additionally, the advisor oversees the modernization of legacy systems, integrating real-time analytics, automation, and enhanced data-sharing capabilities across agencies. In collaboration with the Chief Information Officer (CIO), they strengthen cybersecurity protocols to protect critical financial systems and mitigate risks. Furthermore, the role fosters public-private partnerships with financial institutions, technology firms, and regulatory agencies to drive innovation in digital payments, blockchain applications, and AI-driven fiscal management, ensuring Treasury's financial operations remain secure, efficient, and technologically advanced.

7A. EXPLAIN WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE TRANSACTION OF BUSINESS ON BEHALF OF THE GOVERNMENT WITH ANY PROFIT OR NON-PROFIT ORGANIZATION:

The Senior Advisor for Technology and Modernization will not be assigned any duties that will involve the incumbent in the transaction of business on behalf of the government with any profit or non-profit organizations.

7B. SPECIFY WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE RENDERING OF ADVICE TO THE GOVERNMENT WHICH WILL HAVE DIRECT AND PREDICTABLE EFFECT ON THE INTERESTS OF ANY PROFIT OR NON-PROFIT ORGANIZATION:

The Senior Advisor for Technology and Modernization will provide critical recommendations that shape government technology and financial management strategies, directly influencing profit and non-profit organizations involved in financial services, technology procurement, cybersecurity, payment processing, and regulatory compliance. Through policy guidance, modernization efforts, and strategic partnerships, this role will have a direct and predictable effect on private-sector and non-profit entities that interact with the Department of the Treasury.

8. JUSTIFICATION FOR OBTAINING OR EXTENDING THIS PERSON'S SERVICES: (Please include special qualifications of the nominee which relate specifically to the services to be performed.)

The appointment of Thomas Harry Krause, Jr. as the Senior Advisor for Technology and Modernization is essential to advancing the Department of the Treasury's efforts in modernizing financial systems, enhancing cybersecurity, and improving the operational efficiency of its bureaus. Given the Treasury's increasing reliance on emerging technologies to enhance fiscal management, payment systems, and data security, Mr. Krause's extensive expertise and proven leadership make him exceptionally well-suited for this role.

9A. TOTAL NUMBER OF DAYS ALREADY EMPLOYED THE ABOVE PERSON AS AN EXPERT OR CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:

0 (zero) days

9B. TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., PAID THE ABOVE PERSON AS AN EXPERT /CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:

$0.00

10. PROPOSED TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., ESTIMATES PAYING THE ABOVE PERSON AS AN EXPERT OR CONSULTANT ON THIS APPOINTMENT:

$0.00



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## CERTIFICATION
### EXPERT/CONSULTANT APPOINTMENT

In approving the appointment of this consultant/expert, I have considered the requirements of law, Office of Personnel Management, and Departmental Offices (DO) policies and instructions.  More specifically, I certify that:

1. The services of this individual are essential for effective program management.

2. The duties to be performed are those of *(check one)*

   ☑ a consultant, i.e., they are purely advisory in nature and will not include the performance of supervision of operating functions.

   ☐ an expert, i.e., they require a high level of expertise not available in the regular workforce.

3. The individual is qualified to *(check one)*

   ☑ provide advisory services views, opinions, alternatives, or recommendations on a temporary and/or intermittent basis on issues, problems, or questions presented by a federal official as a consultant as that term is defined in 5 CFR 304.102.

   ☐ serve as an expert with skills superior to those of others in the same profession, occupation, or activity to perform work on a temporary and/or intermittent basis assigned by a federal official as that term is defined in 5 CFR. 304.103(a)(2).

4. The appointment is appropriately designated as *(check one)*

   ☑ intermittent (the individual will work occasionally and irregularly).

   ☐ Full-time or part-time (the individual will work on a regular basis for a temporary period)

5. The appropriate appointment authority is being used.

6. The proposed pay rate is commensurate with the work to be performed and qualifications of the proposed appointee; and

7. The record of appointment has been clearly documented to show the services to be performed and the special qualifications of the appointee which relate specifically to those services

| Date | Signature (Supervisor/Program Manager) Authorized to Obtain the Consultant's/Expert's Services |
|---|---|
| 2/3/2025 | Michael J. Wenzler  Digitally signed by Michael J. Wenzler  Date: 2025.02.03 14.53.08 -05'00' |
| Date | Signature (Appointing Official) |

25-cv-00430_DMD_UST_0008



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

**WAIVER OF COMPENSATION**

I understand my service to the Government of the United States as an expert or consultant for the
Departmental Offices, Office of the Chief of Staff is provided without compensation.

I agree to release the Government of the United States from any claims or demands for
compensation for services performed under this appointment.

_____     **1/27/2025**
Signature of Proposed Appointee          _____
                                         Date

*Office Use Only*

*Date Received:* **1/27/2025** _____

*Office Human Resources Authorized Signatory:* _____
                                          *Director (or Designee)*

25-cv-00430_DMD_UST_0009

## Contact

www.linkedin.com/in/thomas-h-krause (LinkedIn)

# Tom Krause

CEO, Cloud Software Group
Fort Lauderdale, Florida, United States

## Summary

Fueled by a decades-long passion for technology and finance, my career has been focused on driving product and business process innovation that builds both sustainable growth for the businesses I lead and value for the customers and partners we serve.

Currently, I serve as Chief Executive Officer at Cloud Software Group, which provides more than 100 million users around the world with mission critical enterprise software at scale. Comprised of the Citrix, NetScaler, TIBCO, IBI, Jaspersoft, ShareFile, and XenServer business units, Cloud Software Group helps the world's largest organizations adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments.

Prior to joining Cloud Software Group, I served as president of Broadcom Software Group, where I led six software divisions, worked with a team of more than 6,000 employees and managed $5 billion+ in revenue. I previously served as Chief Financial Officer of Broadcom, after joining the company as VP Corporate Development in 2012.

------

## Experience

**Cloud Software Group**
Chief Executive Officer
September 2022 - Present (2 years 4 months)
Fort Lauderdale, Florida, United States

More than 100 million users around the globe rely on Cloud Software Group to help them adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments. We enable our customers to evolve, compete and succeed leveraging our software franchises for and across data, automation, insight and collaboration.

Broadcom Software
6 years 8 months

President, Broadcom Software Group
December 2020 - September 2022 (1 year 10 months)
San Francisco Bay Area

Broadcom Software: Business-critical software solutions that modernize, optimize, and protect the world's most complex hybrid environments.

Managed Broadcom's six software divisions as well as software sales, customer support and software operations. Included a team of more than 6,000 employees with $5 billion+ in revenue.

Chief Financial Officer
October 2016 - December 2020 (4 years 3 months)
San Jose, California, United States

Broadcom Inc: A global technology leader in semiconductor and infrastructure software solutions.

Responsible for overseeing all financial functions, mergers and acquisitions, information technology, human resources and investor relations

Acting Chief Financial Officer
March 2016 - October 2016 (8 months)
San Jose, California, United States

VP Corporate Development
February 2016 - October 2016 (9 months)
San Jose, California, United States

Avago Technologies
VP Corporate Development
January 2012 - January 2016 (4 years 1 month)

Avago Technologies: Leading designer, developer, and global supplier of a broad range of analog and digital semiconductor connectivity solutions.

Krause Consulting Group
Managing Partner
2010 - 2012 (2 years)
Palo Alto, California, United States

Independent financial advisory firm for various technology companies.

ADD169

Techwell
VP Business Development
2004 - 2010 (6 years)
San Jose, California, United States

Fabless semiconductor company that designed and sold mixed-signal video
solutions for the security surveillance and automotive infotainment markets.
Acquired by Intersil in 2010.

TCV
Associate
2002 - 2004 (2 years)
Palo Alto, California, United States

Leading venture capital firm providing capital to growth-stage, private, and
public companies in the technology industry.

Robertson Stephens
Investment Banking Analyst
2000 - 2002 (2 years)
San Francisco

---

## Education

Princeton University
Bachelor of Arts - BA, Economics · (1996 - 2000)

ADD170

Senior Advisor (Technology and Modernization) to the Chief of Staff
FLSA: Exempt
GS-15

The Senior Advisor for Technology and Modernization shall work closely with the Chief of Staff, the Under Secretary for Domestic Finance, and the Office of Fiscal Assistant Secretary and Fiscal Service to lead on the development, execution, and management of the information technology and technological modernization efforts and programs for the Department of the Treasury and the internal management of the Department and its bureaus – including the Bureau of the Fiscal Service (see additional detail below) – as it relates to technology.

The incumbent requires access to Special Sensitive/SCI information in the execution of his duties and Special Sensitive security clearance in order to work on matters related to Department of the Treasury critical infrastructure.

The Senior Advisor will work very closely with the Office of Fiscal Assistant Secretary and Fiscal Service – and in particular the Office of the Commissioner – to execute Fiscal's mission of promoting the financial integrity and operational efficiency of the federal government through exceptional accounting, financing, collections, payments, and shared services. The Senior Advisor shall focus on key issues for Fiscal, including but not limited to (1) Operational Resiliency; (2) Advancing Governmentwide Payment Integrity; (3) Critical Modernization Programs; (4) Improving the Payment Experience; and (5) TreasuryDirect User Credential Costs. The Senior Advisor shall work closely with key internal, external, and interagency stakeholders to execute Fiscal's mission.

III. SUPERVISION AND GUIDANCE

Reports to the Chief of Staff who provides general direction. The Chief of Staff defines the role of the Senior Advisor for IT and Modernization, delegates sufficient authority to permit enactment of this role, communicates relevant policy information, and evaluates performance in terms of effectiveness in the attainment of objectives.

 DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

*CORRECTED 2/10/2025*

# EXPERT and CONSULTANT REQUIRED FORMS CHECKLIST
## Appointed under 5 USC 3109, 5 CFR 304 only.

**Check all attachments included with packet.**

☑Request form
☑Certification Form
☑Financial Disclosure
☑Compensation Waiver Form (if unpaid)
☑Resume
☑Summary of Duties

\*After HR receives the packet from the requesting office, please send the approved packet to Ethics @ Ethics@treasury.gov.

Michael J. Wenzler  Digitally signed by Michael J. Wenzler
Date: 2025.02.10 14:03:34 -05'00'      02/10/2025
_____        _____
Signature of Appointing Authority or Designee        Date

25-cv-00430_DMD_UST_0014

ADD172



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## EXPERT and CONSULTANT REQUEST FORM
### Appointed under 5 USC 3109 only

| 1. NAME OF PERSON: (Last, first, middle initial)<br><br>Krause Jr., Thomas, Harry | 2. TOTAL PERIOD FOR WHICH APPOINTMENT IS REQUESTED:<br>(List dates from beginning month/day/year to ending month/day/year)<br><br>01/23/2025 - 03/24/2025 |
|---|---|
| 3. MAILING ADDRESS<br><br>███████████ | 4. APPROXIMATE NUMBER OF DAYS IN CALENDAR YEAR PERSON IS EXPECTED TO PERFORM SERVICES DURING THIS PERIOD.<br><br>60 days |

**5. TYPE OF APPOINTMENT:** *(Appointment vs /Re-appointment), (Expert vs Consultant), (Full-time, Part-time, Intermittent), Hourly basis vs Daily basis)*

Appointment, Consultant, Intermittent, Hourly (Unpaid)

**6A. STATE THE BASE SALARY (EXCLUDING LOCALITY PAY). IF UNPAID, CIRCLE BELOW AND COMPLETE WAIVER ON PAGE 3 OF 3:**

**6B. WILL COST OF LIVING ADJUSTMENTS BE AUTHORIZED?**



**7. EXPLAIN IN FULL THE SERVICES TO BE PERFORMED:**
The Senior Advisor for Technology and Modernization plays a pivotal role in advancing the Treasury's technology infrastructure, financial management systems, and cybersecurity initiatives. This position leads IT modernization efforts by implementing emerging technologies such as AI, blockchain, and cloud computing while ensuring compliance with federal IT policies. Additionally, the advisor oversees the modernization of legacy systems, integrating real-time analytics, automation, and enhanced data-sharing capabilities across agencies. In collaboration with the Chief Information Officer (CIO), they strengthen cybersecurity protocols to protect critical financial systems and mitigate risks. Furthermore, the role fosters public-private partnerships with financial institutions, technology firms, and regulatory agencies to drive innovation in digital payments, blockchain applications, and AI-driven fiscal management, ensuring Treasury's financial operations remain secure, efficient, and technologically advanced.

**7A. EXPLAIN WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE TRANSACTION OF BUSINESS ON BEHALF OF THE GOVERNMENT WITH ANY PROFIT OR NON-PROFIT ORGANIZATION:**

The Senior Advisor for Technology and Modernization will not be assigned any duties that will involve the incumbent in the transaction of business on behalf of the government with any profit or non-profit organizations.

**7B. SPECIFY WHAT DUTIES WILL BE ASSIGNED THAT WILL INVOLVE THE PERSON IN THE RENDERING OF ADVICE TO THE GOVERNMENT WHICH WILL HAVE DIRECT AND PREDICTABLE EFFECT ON THE INTERESTS OF ANY PROFIT OR NON-PROFIT ORGANIZATION:**

The Senior Advisor for Technology and Modernization will provide critical recommendations that shape government technology and financial management strategies, directly influencing profit and non-profit organizations involved in financial services, technology procurement, cybersecurity, payment processing, and regulatory compliance. Through policy guidance, modernization efforts, and strategic partnerships, this role will have a direct and predictable effect on private-sector and non-profit entities that interact with the Department of the Treasury.

**8. JUSTIFICATION FOR OBTAINING OR EXTENDING THIS PERSON'S SERVICES:** *(Please include special qualifications of the nominee which relate specifically to the services to be performed.)*

The appointment of Thomas Harry Krause, Jr. as the Senior Advisor for Technology and Modernization is essential to advancing the Department of the Treasury's efforts in modernizing financial systems, enhancing cybersecurity, and improving the operational efficiency of its bureaus. Given the Treasury's increasing reliance on emerging technologies to enhance fiscal management, payment systems, and data security, Mr. Krause's extensive expertise and proven leadership make him exceptionally well-suited for this role.

**9A. TOTAL NUMBER OF DAYS ALREADY EMPLOYED THE ABOVE PERSON AS AN EXPERT OR CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:**

0 (zero) days

**9B. TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., PAID THE ABOVE PERSON AS AN EXPERT /CONSULTANT TO PERFORM SUBSTANTIALLY THE SAME DUTIES:**

$0.00

**10. PROPOSED TOTAL AMOUNT OF FUNDS, EXCLUDING PAYMENTS FOR TRAVEL AND RELATED EXPENSES, I.E., LODGINGS/MEALS, ETC., ESTIMATES PAYING THE ABOVE PERSON AS AN EXPERT OR CONSULTANT ON THIS APPOINTMENT:**

$0.00



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

## CERTIFICATION
### EXPERT/CONSULTANT APPOINTMENT

In approving the appointment of this consultant/expert, I have considered the requirements of law, Office of Personnel Management, and Departmental Offices (DO) policies and instructions.  More specifically, I certify that:

1.   The services of this individual are essential for effective program management.

2.   The duties to be performed are those of *(check one)*

   ☑ a consultant, i.e., they are purely advisory in nature and will not include the performance of supervision of operating functions.

   ☐ an expert, i.e., they require a high level of expertise not available in the regular workforce.

3.   The individual is qualified to *(check one)*

   ☑ provide advisory services views, opinions, alternatives, or recommendations on a temporary and/or intermittent basis on issues, problems, or questions presented by a federal official as a consultant as that term is defined in 5 CFR 304.102.

   ☐ serve as an expert with skills superior to those of others in the same profession, occupation, or activity to perform work on a temporary and/or intermittent basis assigned by a federal official as that term is defined in 5 CFR. 304.103(a)(2).

4.   The appointment is appropriately designated as *(check one)*

   ☑ intermittent (the individual will work occasionally and irregularly).

   ☐ Full-time or part-time (the individual will work on a regular basis for a temporary period)

5.   The appropriate appointment authority is being used.

6.   The proposed pay rate is commensurate with the work to be performed and qualifications of the proposed appointee; and

7.    The record of appointment has been clearly documented to show the services to be performed and the special qualifications of the appointee which relate specifically to those services.

| Date | Signature (Supervisor/Program Manager) Authorized to Obtain the Consultant's/Expert's Services |
|---|---|
| 02/10/2025 | Michael J. Wenzler  Digitally signed by Michael J. Wenzler  Date: 2025.02.10 14:02:36 -05'00' |
| Date | Signature (Appointing Official) |



DEPARTMENT OF THE TREASURY
DEPARTMENTAL OFFICES
OFFICE OF HUMAN RESOURCES

**WAIVER OF COMPENSATION**

I understand my service to the Government of the United States as an expert or consultant for the Departmental Offices, Office of the Chief of Staff is provided without compensation.

I agree to release the Government of the United States from any claims or demands for compensation for services performed under this appointment.

_____        1/27/2025
Signature of Proposed Appointee                 Date

*Office Use Only*

*Date Received:* 1/27/2025 _____

*Office Human Resources Authorized Signatory:* _____
                                    *Director (or Designee)*

25-cv-00430_DMD_UST_0017

ADD175

Contact

www.linkedin.com/in/thomas-h-krause (LinkedIn)

# Tom Krause

CEO, Cloud Software Group

Fort Lauderdale, Florida, United States

## Summary

Fueled by a decades-long passion for technology and finance, my career has been focused on driving product and business process innovation that builds both sustainable growth for the businesses I lead and value for the customers and partners we serve.

Currently, I serve as Chief Executive Officer at Cloud Software Group, which provides more than 100 million users around the world with mission critical enterprise software at scale. Comprised of the Citrix, NetScaler, TIBCO, IBI, Jaspersoft, ShareFile, and XenServer business units, Cloud Software Group helps the world's largest organizations adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments.

Prior to joining Cloud Software Group, I served as president of Broadcom Software Group, where I led six software divisions, worked with a team of more than 6,000 employees and managed $5 billion+ in revenue. I previously served as Chief Financial Officer of Broadcom, after joining the company as VP Corporate Development in 2012.

———

## Experience

Cloud Software Group

Chief Executive Officer

September 2022 - Present (2 years 4 months)

Fort Lauderdale, Florida, United States

More than 100 million users around the globe rely on Cloud Software Group to help them adapt, transform, and meet the challenges facing every modern enterprise across private, public, managed and sovereign cloud environments. We enable our customers to evolve, compete and succeed leveraging our software franchises for and across data, automation, insight and collaboration.

25-cv-00430_DMD_UST_0018

ADD176

Broadcom Software

6 years 8 months

President, Broadcom Software Group
December 2020 - September 2022 (1 year 10 months)
San Francisco Bay Area

Broadcom Software: Business-critical software solutions that modernize,
optimize, and protect the world's most complex hybrid environments.

Managed Broadcom's six software divisions as well as software sales,
customer support and software operations. Included a team of more than
6,000 employees with $5 billion+ in revenue.

Chief Financial Officer
October 2016 - December 2020 (4 years 3 months)
San Jose, California, United States

Broadcom Inc: A global technology leader in semiconductor and infrastructure
software solutions.

Responsible for overseeing all financial functions, mergers and acquisitions,
information technology, human resources and investor relations

Acting Chief Financial Officer
March 2016 - October 2016 (8 months)
San Jose, California, United States

VP Corporate Development
February 2016 - October 2016 (9 months)
San Jose, California, United States

Avago Technologies
VP Corporate Development
January 2012 - January 2016 (4 years 1 month)

Avago Technologies: Leading designer, developer, and global supplier of a
broad range of analog and digital semiconductor connectivity solutions.

Krause Consulting Group
Managing Partner
2010 - 2012 (2 years)
Palo Alto, California, United States

Independent financial advisory firm for various technology companies.

Techwell
VP Business Development
2004 - 2010 (6 years)
San Jose, California, United States

Fabless semiconductor company that designed and sold mixed-signal video solutions for the security surveillance and automotive infotainment markets. Acquired by Intersil in 2010.

TCV
Associate
2002 - 2004 (2 years)
Palo Alto, California, United States

Leading venture capital firm providing capital to growth-stage, private, and public companies in the technology industry.

Robertson Stephens
Investment Banking Analyst
2000 - 2002 (2 years)
San Francisco

―――――

## Education

Princeton University
Bachelor of Arts - BA, Economics · (1996 - 2000)

25-cv-00430_DMD_UST_0020

ADD178

Senior Advisor (Technology and Modernization) to the Chief of Staff
FLSA: Exempt
GS-15

The Senior Advisor for Technology and Modernization shall work closely with the Chief of Staff, the Under Secretary for Domestic Finance, and the Office of Fiscal Assistant Secretary and Fiscal Service to lead on the development, execution, and management of the information technology and technological modernization efforts and programs for the Department of the Treasury and the internal management of the Department and its bureaus – including the Bureau of the Fiscal Service (see additional detail below) – as it relates to technology.

The incumbent requires access to Special Sensitive/SCI information in the execution of his duties and Special Sensitive security clearance in order to work on matters related to Department of the Treasury critical infrastructure.

The Senior Advisor will work very closely with the Office of Fiscal Assistant Secretary and Fiscal Service – and in particular the Office of the Commissioner – to execute Fiscal's mission of promoting the financial integrity and operational efficiency of the federal government through exceptional accounting, financing, collections, payments, and shared services. The Senior Advisor shall focus on key issues for Fiscal, including but not limited to (1) Operational Resiliency; (2) Advancing Governmentwide Payment Integrity; (3) Critical Modernization Programs; (4) Improving the Payment Experience; and (5) TreasuryDirect User Credential Costs. The Senior Advisor shall work closely with key internal, external, and interagency stakeholders to execute Fiscal's mission.

III. SUPERVISION AND GUIDANCE

Reports to the Chief of Staff who provides general direction. The Chief of Staff defines the role of the Senior Advisor for IT and Modernization, delegates sufficient authority to permit enactment of this role, communicates relevant policy information, and evaluates performance in terms of effectiveness in the attainment of objectives.

| Official Title | | | |
|---|---|---|---|
| Special Advisor (IT&M) | | | |

| Organizational Title | | | |
|---|---|---|---|
| | | | |

| PD #<br>C00424 | Date Classified<br>01/15/2025 | As of<br>01/15/2025 | |
|---|---|---|---|
| Pay Plan<br>GS | Series<br>0301 | Grade<br>11 | Target Grade<br>11 |
| Manager Level<br>8-All Other Positions | Bargaining Unit Code<br>8888 | FLSA<br>Exempt | LEO Position |
| Medical Check Required<br>No | Position Sensitivity<br>4N-Special Sensitive | Cyber Code<br>Primary: 000 1st: 000 2nd: 000 | |

| Sub-Agency/POI Combinations |
|---|
| 91 - 2731 |

| Career Ladder PD(s) |
|---|
| |

| Major Duties |
|---|

Special Advisor (Information Technology and Modernization)        FLSA: Exempt

GS-301-11

I. INTRODUCTION

The primary purpose of this position is to serve in a close and confidential capacity to the Chief of Staff's Senior Advisor for Information Technology and Modernization. The Special Advisor is responsible for advising the Chief of Staff's Senior Advisor for Information Technology and Modernization on engineering, software, hardware, systems, and other technology matters.

The incumbent of this position requested for Schedule C exception will not be able to adequately perform his/her duties without being privy to the critical information technology hardware and software infrastructure of Treasury Department. The incumbent will be exposed to conversations, dialogues, and other kinds of sensitive information, some of which concern controversial and sensitive issues. The incumbent performs a variety of confidential assignments requiring analysis and evaluation of programs and activities of importance to the Senior Advisor for Information Technology and Modernization.  Consequently, the incumbent is required to be familiar with the policies of the Administration and to maintain the confidentiality of all materials. The working relationship between the incumbent and the Chief of Staff and the Chief of Staff's Senior Advisor for Information Technology and Modernization is of a confidential nature required by Schedule C exception. The incumbent requires access to Special Sensitive/SCI information in the execution of his duties and Special Sensitive security clearance in order to work on matters related to Department of the Treasury critical infrastructure.

II. DUTIES AND RESPONSILITIES

Conducts special and confidential studies on a variety of strategies and issues related to Treasury's information technology.  Reviews and furnishes the Chief of Staff's Senior Advisor for Information Technology and Modernization with recommendations regarding Treasury's critical software infrastructure.

Identifies, analyzes, and makes recommendations to strengthen Treasury's hardware and software.

The Special Advisor shall work closely with the engineers in the Bureau of Fiscal Service on Information Technology matters to execute Fiscal's mission of promoting the financial integrity and operational efficiency of the federal government through exceptional accounting, financing, collections, payments, and shared services. The Special Advisor shall assist on key issues for Fiscal, including but not limited to (1) Operational Resiliency; (2) Advancing Governmentwide Payment Integrity; (3) Critical Modernization Programs; (4) Improving the Payment Experience; and (5) TreasuryDirect User Credential Costs.

III. SUPERVISION AND GUIDANCE RECEIVED

The incumbent reports to the Chief of Staff's Senior Advisor for Information Technology and Modernization. Instructions given with assignments are general and indicate objectives to be attained.  The incumbent determines ways to attain desired results.  Analyses and reports must be comprehensive and sound enough to require minimal review before completion.  Completed work is reviewed to ensure adherence to the modernization and information technology objectives of the Treasury Department.

25-cv-00430_DMD_UST_0023

# APPOINTMENT AFFIDAVITS

Senior Advisor (Technology and Modernization)
_____
(Position to which Appointed)

01/23/2025
_____
(Date Appointed)

Treasury, Departmental Offices
_____
(Department or Agency)

Office of the Chief of Staff
_____
(Bureau or Division)

Washington, DC, United States
_____
(Place of Employment)

I,    Thomas  Harry  Krause,  Jr
_____ , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which  I am about to enter. So help me God.

## B.  AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C.  AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration  for or in expectation or hope of receiving assistance in securing this appointment.

Electronically Signed by Thomas H Krause Jr
_____
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this ____day of  _____ ,  2_____

at  _____        _____
          (City)                                    (State)

_____
(Signature of Officer)

(SEAL)

Commission expires _____        _____
(If by a Notary Public, the date of his/her Commission should be shown)          (Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

EOD:TR91  USA Staffing

Standard Form 61
Revised August 2002
NSN 7540-00-634-4015    Previous editions not usable

25-cv-00430_DMD_UST_0024

ADD182

| ☰ OSP Tracker Status | ☰ Start Date ▼ | ☰ End Date | ☰ Total Business Days | ☰ Duration |
|---|---|---|---|---|
| Pending ISP | 01-19-2025 | | | 26 |
| EOD Determination Made | 01-19-2025 | 01-19-2025 | | 0 |
| eApp Received | 01-19-2025 | 01-19-2025 | | 0 |
| Pending eApp | 01-18-2025 | 01-19-2025 | | 0 |
| Pending Fingerprint SAC | 01-17-2025 | 01-18-2025 | | 1 |
| Package Under Review | 01-17-2025 | 01-17-2025 | | 0 |

| | |
|---|---|
| **From:** | Security Support |
| **To:** | Elez, Marko |
| **Cc:** | Security Support |
| **Subject:** | Interim Approval | Elez, Marko | P4P Entry date: January 21st, 2025 |
| **Date:** | Wednesday, January 22, 2025 9:53:09 AM |
| **Attachments:** | Initial Collateral Security Training.pdf |

Good morning, Marko,

You have been approved for an ***Interim Secret*** clearance.

Please have review the attached Initial Security Training PowerPoint presentation. Also review the SEAD 3 presentation and the SEAD 3 Interactive Module links to the Security Executive Agent Directive 3 (SEAD 3) reporting requirements provided above. A frequently asked questions section is provided here.

**Once finished, please "reply all" to this email stating you have successfully reviewed the presentation and links.**

Please provide a day and time you will be available to come to **Main Treasury, Room B-16** (basement) to sign your Standard Form (SF) 312, Classified Nondisclosure Agreement.


Very Respectfully,

Justin R. Schwartz
Security Specialist
U.S. Department of the Treasury | Office of Intelligence & Analysis
Desk: ▮▮▮▮▮▮ | Cell: ▮▮▮▮▮▮ | VoIP ▮▮▮▮▮

Your new Security & Counterintelligence portal is available for use!

https://treasury.servicenowservices.com/sentry

| | |
|---|---|
| **From:** | Personnel Security Team |
| **To:** | Iraheta, Oscar; Satcher, Eva |
| **Cc:** | SecurityPrograms; Security Support; Mencl, Kari; Dague, Jaimie |
| **Subject:** | Interim Approval to EOD [Elez, Marko, Federal Employee, Initial-New Hire] |
| **Date:** | Sunday, January 19, 2025 1:35:12 PM |

Greetings,

Marko Elez has been granted <u>interim</u> approval to Enter On Duty (EOD) into a 4N - Special Sensitive position. Final approval is contingent on a completed background investigation and a favorable adjudication.

If a collateral security briefing is required, Marko Elez will be contacted by ██████████ @treasury.gov once the EOD date is established to schedule the briefing.

Thank you,

Office of Security Programs
Office of Intelligence and Analysis
U.S. Department of the Treasury

Unsubscribe | Notification Preferences
Ref:MSG5492798_p2hkRQklRuFRxGY3QmlW



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

**To**:          Marko Elez

**From**:      Brian Halliden
             Attorney-Advisor, General Law, Ethics & Regulation

**Date**:      January 16, 2025

**Subject**:   Vetting Checklist[1]

Please respond to the questions below.  Indent your response as a sub-bullet or change the text color to signal your response.

1. Do you (as applicable, or your spouse, minor child, or general partner) hold significant financial investments in the financial services industry (e.g., J.P. Morgan Chase common stock or stock in a sector fund concentrating in the financial industry)?  Also, do you (as applicable, or your spouse, minor child, or general partner) hold investments in companies that contract with the government?
   ○ If yes, is there a willingness/ability to divest if necessary?

   No

2. Do you currently hold any investments that restrict your ability to divest of the holding (e.g., hedge funds, private equity holdings, stock options, other plans that do not allow divestiture or trust arrangements that cannot be exited)?

I hold ███████████ common stock and ████████████ RSUs.

3. Do you (or your spouse or minor child) currently own or are you invested in any financial business or business that you would be unable or unwilling to divest?

   No

4. Were you employed by or a consultant to a financial services entity the past year?

   No

---

[1] PLEASE NOTE:  This checklist contains broad parameters that may be used as one helpful tool in an initial vetting process.  If a potential candidate answers "yes" to any of these questions, it does <u>NOT</u> necessarily mean they have unalterable conflicts and cannot be hired to work for Treasury.  It only means that an ethics official should be consulted concerning the possibility of a conflict.

5. Does your current employment, or did your employment within the last year, result in the representation of any financial services firms?

No

6. (If applicable) Does your spouse and/or dependent child work for a financial institution; a financial services firm; or represent clients who do?

No

7. Does any other member of your household (adult children, significant other, and housemates) work for a company in the financial sector or represent clients in the financial sector (e.g., as a lawyer or accountant for J.P. Morgan Chase)?

No member of my household. However, 

8. Do any close relatives work for a company that contracts with the financial sector or represent clients in the financial sector?

No

9. Are you currently seeking a business, contractual, or other financial relationship (other than a routine commercial transaction) with an entity in the financial sector?

No

10. Are you currently the party to any book contract or teaching or speaking agreement?

No

11. Are you an active participant in any organization that has significant involvement with the financial sector?

No

12. Are you a member of the board of directors of any organization?

No

25-cv-00430_DMD_UST_0029

ADD187

**From:** ▮▮▮▮▮▮▮▮▮▮
**To:** Marko Elez
**Cc:** ▮avid J. Am▮rose
**Subject:** ▮ules of ▮e▮avior
**Date:** Wednesday, ▮e▮ruary 5, 2025 ▮:10:15 PM
**Attachments:** ▮iscal_Service_Security▮▮o▮Internal_2025▮01▮2▮.pdf

---

Marko,

In issuing you the fiscal laptop we missed having you sign the Fiscal Service rules of behavior. Could you sign this and return this back to us.

Very Respectfully,

▮▮▮▮▮▮▮▮

Deputy Assistant Commissioner, Enterprise IT ▮perations
Information ▮ Security Services
▮ureau of the Fiscal Service
Desk ▮▮▮▮▮▮▮▮
Cell : ▮▮▮▮▮▮

**Fiscal Service**                                         <u>**Security Rules of Behavior**</u>
**January 27, 2025**

**SUBJECT:**
The Bureau of the Fiscal Service (Fiscal Service) Security Rules of Behavior (Rules of Behavior)

**PURPOSE:**
The Rules of Behavior define responsibilities and procedures for the secure use of Fiscal Service data, equipment, information technology (IT) systems, and facilities.  By reading and signing the Rules of Behavior, Users (defined below) acknowledge their responsibility for complying with the Rules of Behavior.

**SCOPE:**
The Rules of Behavior apply to Users (not public users) who access or maintain any Fiscal Service data, equipment, IT systems, or facilities, regardless of location (e.g., whether you are at your regular duty station or a remote work location).  Users are individuals who have access to Fiscal Service data, equipment, IT systems or facilities for the purpose of performing work on behalf of Fiscal Service.  Examples of Users include, but are not limited to, Fiscal Service employees and employees of contractors, sub-contractors, and agents.  At Fiscal Service's discretion, certain individuals who have access to Fiscal Service data, equipment, IT systems, or facilities may not be considered Users under this definition and as such may not be required to sign these Rules of Behavior.  In addition to the rules and requirements contained within this document, Users should note that other federal laws and regulations apply when accessing Fiscal Service resources (e.g., licensing agreements and copyright laws), but are considered outside the scope of this document.

**Users SHALL:**

<u>Follow these rules regarding Fiscal Service facilities:</u>
- Use facilities properly and follow laws, regulations, and policies governing the use and entrance to such facilities.
- Do not threaten any person or organization.
- Do not commit acts of violence against any person, organization, equipment, or facility.
- Do not bring prohibited items (e.g., weapons) into a Fiscal Service facility.
- Do not use another person's access credential to enter a Fiscal Service facility or secured room.

<u>Follow these rules regarding Fiscal Service data, equipment, and IT systems:</u>
- Use Fiscal Service data, equipment, and IT systems properly and follow laws, regulations, and policies governing the use of such resources (Base Line Security Requirements, (BLSRs), Treasury Information Technology Security Program (TD-P 85-01), the Treasury Security Manual (TD-P 15-71), and Fiscal Service Policies).
- Protect Fiscal Service data, equipment and IT systems from loss, theft, damage, and unauthorized use or disclosure.
- Secure mobile media (paper and digital) based on the sensitivity of the information contained.
- Use appropriate sensitivity markings on mobile media (paper and digital).
- Promptly report any known or suspected security breaches or threats, including lost, stolen, or improper/suspicious use of Fiscal Service data, equipment, IT systems, or facilities to the IT Service Desk at 304-480-7777.
- Do not attempt to circumvent any security or privacy controls.
- Logoff, lock, or secure workstation/laptop to prevent unauthorized access to Fiscal Service IT systems or services.

1

ADD189

**Fiscal Service**                                    **Security Rules of Behavior**
**January 27, 2025**

- Do not read, alter, insert, copy, or delete any Fiscal Service data except in accordance with assigned job responsibilities, guidance, policies, or regulations.  The ability to access data does not equate to the authority to access data.  In particular, Users must not browse or search Fiscal Service data except in the performance of authorized duties.
- Do not reveal any data processed or stored by Fiscal Service except as required by job responsibilities and within established procedures.
- Do not remotely access Fiscal Service IT systems unless authorized to do so, such as an approved telework agreement authorizing remote access over the bureau's VPN software.
- Do not transport or use Fiscal Service data or equipment outside of the United States or US Territories without written approval from the CSO or CISO.
- Do not connect Fiscal Service equipment to or access a Fiscal Service IT system from a foreign network without written approval from the CSO or CISO.
- Do not install or use unauthorized software or cloud services on Fiscal Service equipment.
- Take reasonable precautions to prevent unauthorized individuals from viewing screen contents or printed documents.
- Do not open e-mail attachments, or click links, from unknown or suspicious sources.
- Be responsible for all activities associated with your assigned user IDs, passwords, access tokens, identification badges, Personal Identity Verification (PIV) cards, or other official identification device or method used to gain access to Fiscal Service data, equipment, IT systems, or facilities.
- Protect passwords and other access credentials from improper disclosure.
- Do not share passwords with anyone else or use another person's password or other access credential such as, but not limited to, someone else's PIV card.
- Use only equipment and software provided by Fiscal Service or that has been approved for use by Fiscal Service's CIO or designee to conduct Fiscal Service business.
- Provide non-work contact information to the bureau to facilitate emergency communications.
- Comply with Fiscal Service social media policy, including restrictions on publishing Fiscal Service information to social media and public websites.

**ACCEPTANCE:**

I have read the Fiscal Service Security Rules of Behavior and fully understand the security requirements.  I further understand that violation of these rules may be grounds for legal and/or administrative action by the Fiscal Service and may result in actions up to and including disciplinary action, termination of access, termination of employment, contract termination, and/or prosecution under federal law.

User's Name: _____ (printed)

User's Signature: _____ (signature)

Date: _____

## CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

| AN AGREEMENT BETWEEN | MARKO ELEZ | AND THE UNITED STATES |
| --- | --- | --- |

*(Name of Individual - Printed or typed)*

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 13526, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in sections 1.1, 1.2, 1.3 and 1.4(e) of Executive Order 13526, or under any other Executive order or statute that requires protection for such information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of information or last granting me a security clearance that such disclosure is permitted. I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of sections 641, 793, 794, 798, *952 and 1924, title 18, United States Code; *the provisions of section 783(b), title 50, United States Code; and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of classified information not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law. I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information. If I do not return such materials upon request, I understand that this may be a violation of sections 793 and/or 1924, title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

*(Continue on reverse.)*

NSN 7540-01-280-5499
Previous edition not usable.

STANDARD FORM 312 (Rev. 7-2013)
Prescribed by ODNI
32 CFR PART 2001.80  E.O. 13526

25-cv-00430_DMD_UST_0033

11. These restrictions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by Executive Order No. 13526 (75 Fed. Reg. 707), or any successor thereto section 7211 of title 5, United States Code (governing disclosures to Congress); section 1034 of title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); section 2302(b) (8) of title 5, United States Code, as amended by the Whistleblower Protection Act of 1989 (governing disclosures of illegality, waste, fraud , abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that could expose confidential Government agents); sections 7(c) and 8H of the Inspector General Act of 1978 (5 U.S.C. App.) (relating to disclosures to an inspector general, the inspectors general of the Intelligence Community. and Congress); section 103H(g)(3) of the National Security Act of 1947 (50 U.S.C. 403-3h(g)(3) (relating to disclosures to the inspector general of the Intelligence Community); sections 17(d)(5) and 17(e)(3) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 403g(d)(5) and 403g(e)(3)) (relating to disclosures to the Inspector General of the Central Intelligence Agency and Congress); and the statutes which protect against disclosure that may compromise the national security, including sections 641, 793, 794, 798, *952 and 1924 of title 18, United States Code, and *section 4 (b) of the Subversive Activities Control Act of 1950 (50 U.S.C. section 783(b)). The definitions, requirements, obligations, rights, sanctions, and liabilities created by said Executive Order and listed statutes are incorporated into this agreement and are controlling.

12. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this agreement and its implementing regulation (32 CFR Part 2001 , section 2001 .80(d)(2) ) so that I may read them at this time, if I so choose.

**\* NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.**

| SIGN████████ | DATE 1/22/25 | SOCIAL SECURITY NUMBER *(See Notice below)* ████ |
|---|---|---|

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE: NAME, ADDRESS, AND, IF APPLICABLE, FEDERAL SUPPLY CODE NUMBER) *(Type or print)*
DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC

| WITNESS | ACCEPTANCE |
|---|---|
| THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED, | THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT. |
| ████████ DATE 1/22/25 | SIGNA████████ DATE 1/22/25 |
| DEPARTMENT OF TREASURY 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC | NAME AND ADDRESS *(Type or print)* DEPARTMENT OF TREASURY 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC |

**SECURITY DEBRIEFING ACKNOWLEDGEMENT**

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|
| NAME OF WITNESS *(Type or print)* | SIGNATURE OF WITNESS |

**NOTICE:** The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Number (SSN) is Public Law 104-134 (April 26, 1996). Your SSN will be used to identify you precisely when it is necessary to certify that you have access to the information indicated above or to determine that your access to the information indicated has been terminated. Furnishing your Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent you being granted access to classified information.

STANDARD FORM 312 BACK (Rev. 7-2013)

25-cv-00430_DMD_UST_0034

# Department of the Treasury
## Contact Reporting Requirement Acknowledgment

Department of the Treasury and bureau employees are required to report <u>all contacts</u> with individuals of <u>any nationality</u>, either within or outside the scope of the employees' official activities, in which:

 *(1) Illegal or unauthorized access is sought to classified or otherwise sensitive information and technology.*

 *(2) The employee is concerned that he/she may be the target of actual or attempted exploitation by a foreign entity.*

 *(3) The employee has contact with known or suspected foreign intelligence officers from any country.*

The focus is on reporting questionable contacts by individuals of any nationality regardless of the status of relations between his or her foreign country (or third-country nationals) and the United States.

These reporting requirements are NOT intended to infringe upon the rights of Treasury/bureau employees' free association, but to reinforce their responsibility for safeguarding classified and sensitive information and technology.

By signing this form, the employee is acknowledging that he or she has been briefed on the Treasury Department contact reporting requirements and conditions warranting reporting. Contact reports may be submitted in person and/or in writing to their Treasury/bureau security office. That office shall evaluate the employee's report and notify Treasury's Office of Counterintelligence for appropriate counterintelligence information purposes.

Employee Name   *Marko Elez*

Signature ▆▆▆▆▆▆▆▆▆   Date   1/22/25

The completed form will be filed in the individual's Treasury/bureau security file and a copy thereof may be provided to the individual.

TD F 15-03.4 (7/11)

1

25-cv-00430_DMD_UST_0035

ADD193

25-cv-00430_DMD_UST_0036

ADD194

Department of the Treasury
**SECURITY ORIENTATION ACKNOWLEDGMENT**

| Name of Attendee | Last, | First, | Middle Initial *(Type or print in ink)* |
|---|---|---|---|
| | Elez | Marko | |

| Date of Briefing | | | |
|---|---|---|---|
| 1/22/25 | [X] Initial | [ ] Refresher | |

This security orientation program highlights the requirements and procedures prescribed by Executive Order for safeguarding classified national security information and applicable Treasury regulations for sensitive but unclassified information. Briefing programs on handling classified information are required of all U.S. Government agencies and departments that originate or process such information. This form documents subject areas presented to the above-named individual including, but not necessarily limited to:

General background information: classification categories (Top Secret, Secret and Confidential); original and derivative classification; classification authority; identification and markings; downgrading and declassification; safeguarding and storage; general restrictions on access; Need-to-Know; dissemination, accountability and transmittal; reproduction; destruction; security violations; loss and/or possible compromise and sensitive but unclassified information.

This form may be supplemented to include office or/bureau-specific security requirements and procedures under "remarks".

**REMARKS:**

ACKNOWLEDGMENT:   I hereby acknowledge that I have been provided a security orientation program in the areas identified above. I understand that it is my responsibility to become familiar with Treasury security requirements and procedures for safeguarding both classified national security and sensitive but unclassified information.

| Signature of Attendee | Office and Location | Date |
|---|---|---|
| [redacted] | OO | 1/22/25 |
| Signature of Briefing Official | | Date |
| [redacted] | OIA | 1/22/2025 |

TD F 15-05.1 (Rev. 06/05) Previous editions obsolete.

25-cv-00430_DMD_UST_0037

25-cv-00430_DMD_UST_0038

ADD196

| From: | Personnel Security Team |
|---|---|
| To: | Iraheta, Oscar ██████@gmail.com; Satcher, Eva |
| Cc: | SecurityPrograms; Security Support; Mencl, Kari; Dague, Jaimie; Macey, Christopher |
| Subject: | Final Adjudication Approval [Krause, Thomas, Federal Employee, Initial-New Hire] |
| Date: | Tuesday, January 21, 2025 12:00:27 PM |

Greetings,

Your background investigation has been favorably adjudicated for 4N - Special Sensitive/4 - SCI Intel Community Directive 704 pursuant to the Department of the Treasury Security Manual, Treasury Directive P 15-71, Chapter II, Personnel Security Investigations for Federal Employees, Contractors, Subcontractors, Experts, Consultants and Paid / Unpaid Interns.

On 01-21-2025, you were found eligible for employment by the Department of the Treasury. Should you require additional security briefings, you will be contacted by ██████████ @treasury.gov, otherwise there is no further action required on your part.

Thank you,

Office of Security Programs
Office of Intelligence and Analysis
U.S. Department of the Treasury

Unsubscribe | Notification Preferences
Ref:MSG5499350_MSU2SCm0vLSskInPT1Hl

## CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

AN AGREEMENT BETWEEN _____ Thomas Harry Krause Jr, _____ AND THE UNITED STATES

*(Name of Individual - Printed or typed)*

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 13526, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in sections 1.1, 1.2, 1.3 and 1.4(e) of Executive Order 13526, or under any other Executive order or statute that requires protection for such information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of information or last granting me a security clearance that such disclosure is permitted. I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of sections 641, 793, 794, 798, *952 and 1924, title 18, United States Code; *the provisions of section 783(b), title 50, United States Code; and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of classified information not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law. I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information. If I do not return such materials upon request, I understand that this may be a violation of sections 793 and/or 1924, title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

*(Continue on reverse.)*

NSN 7540-01-280-5499
Previous edition not usable.

STANDARD FORM 312 (Rev. 7-2013)
Prescribed by ODNI
32 CFR PART 2001.80  E.O. 13526

25-cv-00430_DMD_UST_0040

11. These restrictions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by Executive Order No. 13526 (75 Fed. Reg. 707), or any successor thereto section 7211 of title 5, United States Code (governing disclosures to Congress); section 1034 of title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); section 2302(b) (8) of title 5, United States Code, as amended by the Whistleblower Protection Act of 1989 (governing disclosures of illegality, waste, fraud , abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that could expose confidential Government agents); sections 7(c) and 8H of the Inspector General Act of 1978 (5 U.S.C. App.) (relating to disclosures to an inspector general, the inspectors general of the Intelligence Community, and Congress); section 103H(g)(3) of the National Security Act of 1947 (50 U.S.C. 403-3h(g)(3) (relating to disclosures to the inspector general of the Intelligence Community); sections 17(d)(5) and 17(e)(3) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 403g(d)(5) and 403g(e)(3)) (relating to disclosures to the Inspector General of the Central Intelligence Agency and Congress); and the statutes which protect against disclosure that may compromise the national security, including sections 641, 793, 794, 798, *952 and 1924 of title 18, United States Code, and *section 4 (b) of the Subversive Activities Control Act of 1950 (50 U.S.C. section 783(b)). The definitions, requirements, obligations, rights, sanctions, and liabilities created by said Executive Order and listed statutes are incorporated into this agreement and are controlling.

12. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this agreement and its implementing regulation (32 CFR Part 2001 , section 2001 .80(d)(2) ) so that I may read them at this time, if I so choose.

* NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.

| SIGNATURE | DATE 1/22/25 | SOCIAL SECURITY NUMBER (See Notice below) |
|---|---|---|

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE: NAME, ADDRESS, AND, IF APPLICABLE, FEDERAL SUPPLY CODE NUMBER) (Type or print)
DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC

| WITNESS | ACCEPTANCE |
|---|---|
| THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED. | THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT. |
| SIGNATURE ███████ DATE 1/22/25 | SIGNATURE ███████ DATE 1/22/25 |
| NAME AND ADDRESS (Type or print) DEPARTMENT OF TREASURY 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC | NAME AND ADDRESS (Type or print) DEPARTMENT OF TREASURY 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC |

## SECURITY DEBRIEFING ACKNOWLEDGEMENT

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|

| NAME OF WITNESS (Type or print) | SIGNATURE OF WITNESS |
|---|---|

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Number (SSN) is Public Law 104-134 (April 26, 1996). Your SSN will be used to identify you precisely when it is necessary to certify that you have access to the information indicated above or to determine that your access to the information indicated has been terminated. Furnishing your Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent you being granted access to classified information.

STANDARD FORM 312 BACK (Rev. 7-2013)

25-cv-00430_DMD_UST_0041

Print Form

Apply appropriate classification level and any control markings (if applicable) when filled in.

# (U) SENSITIVE COMPARTMENTED INFORMATION NONDISCLOSURE AGREEMENT

An Agreement between _____ Thomas  Harry  Krause Jr. _____ and the United States.

*(Name – Printed or Typed)*

1. (U) Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to information or material protected within Special Access Programs, hereinafter referred to in this Agreement as Sensitive Compartmented Information (SCI). I have been advised that SCI involves or derives from intelligence sources or methods and is classified or is in process of a classification determination under the standards of Executive Order 13526 or other Executive order or statute. I understand and accept that by being granted access to SCI, special confidence and trust shall be placed in me by the United States Government.

2. (U) I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of SCI, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information or material have been approved for access to it, and I understand these procedures. I understand that I may be required to sign subsequent agreements upon being granted access to different categories of SCI. I further understand that all my obligations under this agreement continue to exist whether or not I am required to sign such subsequent agreements.

3. (U) I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of SCI by me could cause irreparable injury to the United States or be used to advantage by a foreign nation. I hereby agree that I will never divulge anything marked as SCI or that I know to be SCI to anyone who is not authorized to receive it without prior written authorization from the United States Government department or agency (hereinafter Department or Agency) that last authorized my access to SCI. I understand that it is my responsibility to consult with appropriate management authorities in the Department or Agency that last authorized my access to SCI, whether or not I am still employed by or associated with that Department or Agency or a contractor thereof, in order to ensure that I know whether information or material within my knowledge or control that I have reason to believe might be, or related to or derived from SCI, is considered by such Department or Agency to be SCI. I further understand that I am also obligated by law and regulation not to disclose any classified information or material in an unauthorized fashion.

4. (U) In consideration of being granted access to SCI and of being assigned or retained in a position of special confidence and trust requiring access to SCI, I hereby agree to submit for security review by the Department or Agency that last authorized my access to such information or material, any writing or other preparation in any form, including a work of fiction, that contains or purports to contain any SCI or description of activities that produce or relate to SCI or that I have reason to believe are derived from SCI, that I contemplate disclosing to any person not authorized to have access to SCI or that I have prepared for public disclosure. I understand and agree that my obligation to submit such preparations for review applies during the course of my access to SCI and thereafter, and I agree to make any required submissions prior to discussing the preparation with, or showing it to, anyone who is not authorized to have access to SCI. I further agree that I will not disclose the contents of such preparation with, or show it to, anyone who is not authorized to have access to SCI until I have received written authorization from the Department or Agency that last authorized my access to SCI that such disclosure is permitted.

5. (U) I understand that the purpose of the review described in paragraph 4 is to give the United States a reasonable opportunity to determine whether the preparation submitted pursuant to paragraph 4 sets forth any SCI. I further understand that the Department or Agency to which I have made a submission will act upon it, coordinating within the Intelligence Community when appropriate, and make a response to me within a reasonable time, not to exceed 30 working days from date of receipt.

6. (U) I have been advised that any breach of this Agreement may result in my termination of my access to SCI and removal from a position of special confidence and trust requiring such access, as well as the termination of my employment or other relationships with any Department or Agency that provides me with access to SCI. In addition, I have been advised that any unauthorized disclosure of SCI by me may constitute violations of United States criminal laws, including provisions of Sections 793, 794, 798, and 952, Title 18, United States Code, and of Section 783(b), Title 50, United States Code. Nothing in this agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

7. (U) I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement. I have been advised that the action can be brought against me in any of the several appropriate United States District Courts where the United States Government may elect to file the action. Court costs and reasonable attorney's fees incurred by the United States Government may be assessed against me if I lose such action.

8. (U) I understand that all information to which I may obtain access by signing this Agreement is now and will remain the property of the United States Government unless and until otherwise determined by an appropriate official or final ruling of a court of law. Subject to such determination, I do not now, nor will I ever, possess any right, interest, title, or claim whatsoever to such information. I agree that I shall return all materials that may have come into my possession or for which I am responsible because of such access, upon demand by an authorized representative of the United States Government or upon the conclusion of my employment or other relationship with the United States Government entity providing me access to such materials. If I do not return such materials upon request, I understand this may be a violation of Section 793, Title 18, United States Code.

9. (U) Unless and until I am released in writing by an authorized representative of the Department or Agency that last provided me with access to SCI, I understand that all conditions and obligations imposed on me by this Agreement apply during the time I am granted access to SCI, and at all times thereafter.

10. (U) Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect. This Agreement concerns SCI and does not set forth such other

**FORM 4414** (Rev. 12-2013)

CL: _____
DECL ON: _____
DRV FROM: _____

Page 1 of 2

25-cv-00430_DMD_UST_0042

ADD200

Apply appropriate classification level and any control markings (if applicable) when filled in.

conditions and obligations not related to SCI as may now or hereafter pertain to my employment by or assignment or relationship with the Department or Agency.

11. (U) I have read this Agreement carefully and my questions, if any, have been answered to my satisfaction. I acknowledge that the briefing officer has made available Sections 793, 794, 798 and 952 of Title 18, United States Code, and Section 783(b) of Title 50, United States Code, and Executive Order 13526, as amended, so that I may read them at this time, if I so choose.

12. (U) I hereby assign to the United States Government all rights, title and interest, and all royalties, remunerations, and emoluments that have resulted, will result, or may result from any disclosure, publication, or revelation not consistent with the terms of this Agreement.

13. (U) These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

14. (U) These restrictions are consistent with and do not supersede conflict with or otherwise alter the employee obligations rights or liabilities created by Executive Order13526; or any successor thereto, Section 7211 of Title 5, United States Code (governing disclosures to Congress); Section 1034 of Title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosures to Congress by members of the Military); Section 2302(b)(8) of Title 5, United States Code, as amended by the Whistleblower Protection Act (governing disclosure of illegality, waste, fraud, abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that could expose confidential Government agents), sections 7(c) and 8H of the Inspector General Act of 1978 (5 U.S.C. App.) (relating to disclosures to an inspector general, the inspectors general of the Intelligence Community; and Congress); section 103H(g)(3) of the National Security Act of 1947 (50 U.S.C. 403–3h(g)(3) (relating to disclosures to the inspector general of the Intelligence Community); sections 17(d)(5) and 17(e)(3) of the CIA Act of 1949 (50 U.S.C. 403q(d)(5) and 403q(e)(3)) (relating to disclosures to the Inspector General of the Central Intelligence Agency and Congress): and the statutes which protect agent disclosure which may compromise the national security, including Section 641, 793, 794, 798, and 952 of Title 18, United States Code, and Section 4(b) of the Subversive Activities Control Act of 1950 (50 U.S.C. Section 783(b)). The definitions, requirements, obligations, rights, sanctions and liabilities created by said Executive Order and listed statutes are incorporated into this Agreement and are controlling.

15. (U) This Agreement shall be interpreted under and in conformance with the law of the United States.

16. (U) I make this Agreement without any mental reservation or purpose of evasion.

_____     1/23/25
             Signature                                        Date

The execution of this Agreement was witnessed by the undersigned who accepted it on behalf of the United States Government as a prior condition of access to Sensitive Co[...]

WITNESS and ACCEPTANCE:  ██████████████████     1/23/2025
                                          Signature                              Date

| SECURITY BRIEFING / DEBRIEFING ACKNOWLEDGMENT | | | | |
|---|---|---|---|---|
| SI | TK | SI-G | HCS-P | KLM-R |
| | | (Special Access Programs by Initials Only) | | |
| | | Thomas  Harry  Krause Jr. | | DO |
| SSN (See Notice Below) | | Printed or Typed Name | | Organization |

| BRIEF          Date 1/23/25 | DEBRIEF          Date_____ |
|---|---|
| I hereby acknowledge that I was briefed on the above SCI Special Access Program(s): | Having been reminded of my continuing obligation to comply with the terms of this Agreement, I hereby acknowledge that I was debriefed on the above SCI Special Access Program(s): |
| _____ Signature of Individual Briefed | _____ Signature of Individual Briefed |

██████████████ e above date was in accordance with relevant SCI procedures.

_____          ██████████ SSN (See notice below)
             Officer
                                   O1A
                                        Organization (Name and Address)

(U) NOTICE: The Privacy Act, 5 U.S.C. 522a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Account Number (SSN) is Executive Order 9397, as amended. Your SSN will be used to identify you precisely when it is necessary to 1) certify that you have access to the information indicated above, 2) determine that your access to the information has terminated, or 3) certify that you have witnessed a briefing or debriefing. Although disclosure of your SSN is not mandatory, your failure to do so may impede such certifications or determinations.

FORM 4414 (Rev. 12-2013)                                      Page 2 of 2

25-cv-00430_DMD_UST_0043

ADD201

| OSP Tracker Status | Start Date ▼ | End Date | Total Business Days | Duration |
|---|---|---|---|---|
| Closed | 02-24-2025 | | | 3 |
| Pending EOD Determination | 02-24-2025 | 02-24-2025 | | 0 |
| Adjudication - Favorable | 01-21-2025 | 01-21-2025 | | 0 |
| Closed | 01-21-2025 | 02-24-2025 | | 23 |
| Pending Adjudication Review | 01-21-2025 | 01-21-2025 | | 0 |
| Conducting Security Check | 01-18-2025 | 01-21-2025 | | 0 |
| Package Under Review | 01-17-2025 | 01-18-2025 | | 1 |

| OSP Tracker Status | Start Date ▼ | End Date | Total Business Days | Duration |
|---|---|---|---|---|
| Conducting Security Check | 02-11-2025 | 02-11-2025 | | 0 |
| EOD Re-affirmed for New Position | 02-11-2025 | 02-11-2025 | | 0 |
| Package Under Review | 02-11-2025 | 02-11-2025 | | 0 |
| Closed | 02-11-2025 | | | 11 |

### DEPARTMENT OF THE TREASURY
#### WASHINGTON, D.C.

**To**:        Tom Krause
              ████████@gmail.com

**From**:      ████████████

**Date**:      1/10/25

**Subject**:   Potential Hire Vetting Checklist[1]

---

Please respond to the questions below.  Indent your response as a sub-bullet or change the text color to signal your response.

1. Do you (as applicable, or your spouse, minor child, or general partner) hold significant financial investments in the financial services industry (e.g., J.P. Morgan Chase common stock or stock in a sector fund concentrating in the financial industry); or in the software sector?  Also, do you (as applicable, or your spouse, minor child, or general partner) hold investments in companies that contract with the government?
   o  If yes, is there a willingness/ability to divest if necessary

   Attached is a list of my equity holdings based on GICS classifications for Financials (includes banks, capital markets firms, consumer finance, insurance, and asset managers), Software, and Aerospace & Defense (which is the closest approximation among the GICS classifications for "companies that contract with the government").  I would be willing and able to divest any of these holdings if necessary.

   I also have a ████ commitment as a Limited Partner (LP) in GTM Fund, a software venture capital fund, but have no control or discretion over it.  It would be a challenge to divest myself of that commitment.

   Finally, I have stock options in my current employer, Cloud Software Group (www.cloud.com), which sells products to commercial and government users.

   Note that these investments are held by me directly or in trust where I am either grantor, trustee, or beneficiary.

2. Do you currently hold any investments that restrict your ability to divest of the holding (e.g., hedge funds, private equity holdings, stock options, other plans that do not allow divestiture or trust arrangements that cannot be exited)?

---

[1] PLEASE NOTE:  This checklist contains broad parameters that may be used as one helpful tool in an initial vetting process.  If a potential candidate answers "yes" to any of these questions, it does <u>NOT</u> necessarily mean they have unalterable conflicts and cannot be hired to work for Treasury.  It only means that an ethics official should be consulted concerning the possibility of a conflict.

In addition to GTM Fund and my stock options in Cloud Software Group described above, I am a minority shareholder or LP – with no control or discretion – in the following private investments which would also be challenging to divest:

Private Equity
- ███ commitment to Vista Capital Solution Fund LP (Private Credit Fund)
- ███ investment in KKR Private Equity Conglomerate LLC (Private Equity)

Private Credit
- ███ investment in Blackstone Private Credit (Private Credit Fund)
- ███ investment in Apollo Debt Solutions (Private Credit Fund)

Private Real Estate
- ███ investment in Blackstone Private Real Estate Investment Trust
- ███ commitment to Bridge Workforce and Affordable Housing II
- ███ investment in Starwood Private Real Estate Investment Trust

Hedge Funds
- ███ investment in Millennium
- ███ investment in Schonfeld Fundamental Equity
- ███ investment in The Children's Investment Fund

Note that these investments are held by me directly or in trust where I am either grantor, trustee, or beneficiary.

3. Do you (or your spouse or minor child) currently own or are you invested in any financial business or business that you would be unable or unwilling to divest?

See responses above.

4. Were you employed by or a consultant to a financial services entity the past year?

I have a consulting contract with Elliott Investment Management – an alternative investment manager – to provide advice regarding software/technology investments.

5. Does your current employment, or did your employment within the last year, result in the representation of any financial services firms?

No

6. (If applicable) Does your spouse and/or dependent child work for a financial institution; a financial services firm; or represent clients who do?

No

2

7. Does any other member of your household (adult children, significant other, and housemates) work for a company in the financial sector or represent clients in the financial sector (e.g., as a lawyer or accountant for J.P. Morgan Chase)?

   No

8. Do any close relatives work for a company that contracts with the financial sector or represent clients in the financial sector?

   No

9. Are you currently seeking a business, contractual, or other financial relationship (other than a routine commercial transaction) with an entity in the financial sector?

   No

10. Are you currently the party to any book contract or teaching or speaking agreement?

    No

11. Are you an active participant in any organization that has significant involvement with the financial sector?

    No

12. Are you a member of the board of directors of any organization?

    Yes.  In addition to being CEO of Cloud Software Group, I am a member of the company's board of directors.

25-cv-00430_DMD_UST_0047

ADD205

**Portfolio Holdings**
As of: 01/10/2025

**GICS Sector: Financials**
**GICS Industry: Software**
**GICS Industry: Aerospace & Defense**

| Symbol | Name | Country | GICS Sector | GICS Industry | Value ($) |
|---|---|---|---|---|---|
| **GICS Sector: Financials** | | | | | |
| BLK | BlackRock Inc | United States of America | Financials | Capital Markets | |
| BRKB | Berkshire Hathaway Inc | United States of America | Financials | Financial Services | |
| AIG | American International Group Inc | United States of America | Financials | Insurance | |
| JPM | JPMorgan Chase & Co | United States of America | Financials | Banks | |
| AON | Aon PLC | Ireland; Republic of | Financials | Insurance | |
| BAC | Bank of America Corp | United States of America | Financials | Banks | |
| AMP | Ameriprise Financial Inc | United States of America | Financials | Capital Markets | |
| COF | Capital One Financial Corp | United States of America | Financials | Consumer Finance | |
| V | Visa Inc | United States of America | Financials | Financial Services | |
| MA | Mastercard Inc | United States of America | Financials | Financial Services | |
| PGR | Progressive Corp | United States of America | Financials | Insurance | |
| GS | Goldman Sachs Group Inc | United States of America | Financials | Capital Markets | |
| PNC | PNC Financial Services Group Inc | United States of America | Financials | Banks | |
| USB | US Bancorp | United States of America | Financials | Banks | |
| BX | Blackstone Inc | United States of America | Financials | Capital Markets | |
| AJG | Arthur J. Gallagher & Co. | United States of America | Financials | Insurance | |
| MUFG | Mitsubishi UFJ Financial Group Inc | Japan | Financials | Banks | |
| MCO | Moody's Corp | United States of America | Financials | Capital Markets | |
| ICE | Intercontinental Exchange Inc | United States of America | Financials | Capital Markets | |
| AXP | American Express Co | United States of America | Financials | Consumer Finance | |
| CFR | Cullen/Frost Bankers Inc | United States of America | Financials | Banks | |
| CBOE | Cboe Global Markets Inc | United States of America | Financials | Capital Markets | |
| TRV | Travelers Companies Inc | United States of America | Financials | Insurance | |
| CBSH | Commerce Bancshares Inc | United States of America | Financials | Banks | |
| SPGI | S&P Global Inc | United States of America | Financials | Capital Markets | |
| MS | Morgan Stanley | United States of America | Financials | Capital Markets | |
| AFL | Aflac Inc | United States of America | Financials | Insurance | |
| BRO | Brown & Brown Inc | United States of America | Financials | Insurance | |
| RJF | Raymond James Financial Inc | United States of America | Financials | Capital Markets | |
| WFC | Wells Fargo & Co | United States of America | Financials | Banks | |
| CMWAY | Commonwealth Bank of Australia | Australia | Financials | Banks | |
| HSBC | HSBC Holdings PLC | United Kingdom | Financials | Banks | |
| UNCRY | UniCredit SpA | Italy | Financials | Banks | |
| MURGY | Muenchener Rueckversicherungs-Gesellschaft in Muenchen AG | Germany | Financials | Insurance | |
| ISNPY | Intesa Sanpaolo SpA | Italy | Financials | Banks | |
| SAN | Banco Santander SA | Spain | Financials | Banks | |
| UBS | UBS Group AG | Switzerland | Financials | Capital Markets | |
| TGOPY | 3i Group PLC | United Kingdom | Financials | Capital Markets | |
| MFG | Mizuho Financial Group Inc | Japan | Financials | Banks | |
| AXAHY | AXA SA | France | Financials | Insurance | |
| TKOMY | Tokio Marine Holdings Inc | Japan | Financials | Insurance | |
| SCHW | Charles Schwab Corp | United States of America | Financials | Capital Markets | |
| NABZY | National Australia Bank Ltd | Australia | Financials | Banks | |
| DBSDY | DBS Group Holdings Ltd | Singapore | Financials | Banks | |
| BBVA | Banco Bilbao Vizcaya Argentaria SA | Spain | Financials | Banks | |
| ING | ING Groep NV | Netherlands | Financials | Banks | |
| AAGIY | AIA Group Ltd | Hong Kong | Financials | Insurance | |
| ANZGY | ANZ Group Holdings Ltd | Australia | Financials | Banks | |
| ALIZY | Allianz SE | Germany | Financials | Insurance | |
| MQBKY | Macquarie Group Ltd | Australia | Financials | Capital Markets | |
| DB | Deutsche Bank AG | Germany | Financials | Capital Markets | |
| EBKDY | Erste Group Bank AG | Austria | Financials | Banks | |
| NRDBY | Nordea Bank Abp | Finland | Financials | Banks | |
| MSADY | MS&AD Insurance Group Holdings Inc | Japan | Financials | Insurance | |
| IX | ORIX Corp | Japan | Financials | Financial Services | |
| HVRRY | Hannover Rueck SE | Germany | Financials | Insurance | |
| SCBFY | Standard Chartered PLC | United Kingdom | Financials | Banks | |
| SWDBY | Swedbank AB | Sweden | Financials | Banks | |
| ZURVY | Zurich Insurance Group AG | Switzerland | Financials | Insurance | |
| ADYEY | Adyen NV | Netherlands | Financials | Financial Services | |
| JBAXY | Julius Baer Gruppe AG | Switzerland | Financials | Capital Markets | |
| SVNLY | Svenska Handelsbanken AB | Sweden | Financials | Banks | |
| SMFG | Sumitomo Mitsui Financial Group Inc | Japan | Financials | Banks | |
| JPXGY | Japan Exchange Group Inc | Japan | Financials | Capital Markets | |
| DNBBY | Dnb Bank ASA | Norway | Financials | Banks | |
| KBCSY | Kbc Groep NV | Belgium | Financials | Banks | |
| MDIBY | Mediobanca Banca di Credito Finanziario SpA | Italy | Financials | Banks | |
| MMC | Marsh & McLennan Companies Inc | United States of America | Financials | Insurance | |

25-cv-00430_DMD_UST_0048

ADD206

**Portfolio Holdings**
As of: 01/10/2025

**GICS Sector: Financials**
**GICS Industry: Software**
**GICS Industry: Aerospace & Defense**

| Symbol | Name | Country | GICS Sector | GICS Industry | Value ($) |
|--------|------|---------|-------------|---------------|-----------|
| **GICS Industry: Software** | | | | | |
| MSFT | Microsoft Corp | United States of America | Information Technology | Software | |
| ORCL | Oracle Corp | United States of America | Information Technology | Software | |
| INTU | Intuit Inc | United States of America | Information Technology | Software | |
| ADBE | Adobe Inc | United States of America | Information Technology | Software | |
| CRM | Salesforce Inc | United States of America | Information Technology | Software | |
| ANSS | ANSYS Inc | United States of America | Information Technology | Software | |
| NOW | ServiceNow Inc | United States of America | Information Technology | Software | |
| SAP | SAP SE | Germany | Information Technology | Software | |
| ROP | Roper Technologies Inc | United States of America | Information Technology | Software | |
| PANW | Palo Alto Networks Inc | United States of America | Information Technology | Software | |
| ADSK | Autodesk Inc | United States of America | Information Technology | Software | |
| **GICS Industry: Aerospace & Defense** | | | | | |
| GE | General Electric Co | United States of America | Industrials | Aerospace & Defense | |
| GD | General Dynamics Corp | United States of America | Industrials | Aerospace & Defense | |
| LMT | Lockheed Martin Corp | United States of America | Industrials | Aerospace & Defense | |
| TDG | TransDigm Group Inc | United States of America | Industrials | Aerospace & Defense | |
| BA | Boeing Co | United States of America | Industrials | Aerospace & Defense | |
| NOC | Northrop Grumman Corp | United States of America | Industrials | Aerospace & Defense | |
| RTX | RTX Corp | United States of America | Industrials | Aerospace & Defense | |

25-cv-00430_DMD_UST_0049

ADD207

## CLASSIFIED INFORMATION NONDISCLOSURE AGREEMENT

| AN AGREEMENT BETWEEN | Thomas Harry Krause Jr. | AND THE UNITED STATES |
|---|---|---|

*(Name of Individual - Printed or typed)*

1. Intending to be legally bound, I hereby accept the obligations contained in this Agreement in consideration of my being granted access to classified information. As used in this Agreement, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 13526, or under any other Executive order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in sections 1.1, 1.2, 1.3 and 1.4(e) of Executive Order 13526, or under any other Executive order or statute that requires protection for such information in the interest of national security. I understand and accept that by being granted access to classified information, special confidence and trust shall be placed in me by the United States Government.

2. I hereby acknowledge that I have received a security indoctrination concerning the nature and protection of classified information, including the procedures to be followed in ascertaining whether other persons to whom I contemplate disclosing this information have been approved for access to it, and that I understand these procedures.

3. I have been advised that the unauthorized disclosure, unauthorized retention, or negligent handling of classified information by me could cause damage or irreparable injury to the United States or could be used to advantage by a foreign nation. I hereby agree that I will never divulge classified information to anyone unless: (a) I have officially verified that the recipient has been properly authorized by the United States Government to receive it; or (b) I have been given prior written notice of authorization from the United States Government Department or Agency (hereinafter Department or Agency) responsible for the classification of information or last granting me a security clearance that such disclosure is permitted. I understand that if I am uncertain about the classification status of information, I am required to confirm from an authorized official that the information is unclassified before I may disclose it, except to a person as provided in (a) or (b), above. I further understand that I am obligated to comply with laws and regulations that prohibit the unauthorized disclosure of classified information.

4. I have been advised that any breach of this Agreement may result in the termination of any security clearances I hold; removal from any position of special confidence and trust requiring such clearances; or termination of my employment or other relationships with the Departments or Agencies that granted my security clearance or clearances. In addition, I have been advised that any unauthorized disclosure of classified information by me may constitute a violation, or violations, of United States criminal laws, including the provisions of sections 641, 793, 794, 798, *952 and 1924, title 18, United States Code; *the provisions of section 783(b), title 50, United States Code; and the provisions of the Intelligence Identities Protection Act of 1982. I recognize that nothing in this Agreement constitutes a waiver by the United States of the right to prosecute me for any statutory violation.

5. I hereby assign to the United States Government all royalties, remunerations, and emoluments that have resulted, will result or may result from any disclosure, publication, or revelation of classified information not consistent with the terms of this Agreement.

6. I understand that the United States Government may seek any remedy available to it to enforce this Agreement including, but not limited to, application for a court order prohibiting disclosure of information in breach of this Agreement.

7. I understand that all classified information to which I have access or may obtain access by signing this Agreement is now and will remain the property of, or under the control of the United States Government unless and until otherwise determined by an authorized official or final ruling of a court of law. I agree that I shall return all classified materials which have, or may come into my possession or for which I am responsible because of such access: (a) upon demand by an authorized representative of the United States Government; (b) upon the conclusion of my employment or other relationship with the Department or Agency that last granted me a security clearance or that provided me access to classified information; or (c) upon the conclusion of my employment or other relationship that requires access to classified information. If I do not return such materials upon request, I understand that this may be a violation of sections 793 and/or 1924, title 18, United States Code, a United States criminal law.

8. Unless and until I am released in writing by an authorized representative of the United States Government, I understand that all conditions and obligations imposed upon me by this Agreement apply during the time I am granted access to classified information, and at all times thereafter.

9. Each provision of this Agreement is severable. If a court should find any provision of this Agreement to be unenforceable, all other provisions of this Agreement shall remain in full force and effect.

10. These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.

*(Continue on reverse.)*

NSN 7540-01-280-5499
Previous edition not usable.

STANDARD FORM 312 (Rev. 7-2013)
Prescribed by ODNI
32 CFR PART 2001.80  E.O. 13526

25-cv-00430_DMD_UST_0050

11. These restrictions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by Executive Order No. 13526 (75 Fed. Reg. 707), or any successor thereto section 7211 of title 5, United States Code (governing disclosures to Congress); section 1034 of title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosure to Congress by members of the military); section 2302(b) (8) of title 5, United States Code, as amended by the Whistleblower Protection Act of 1989 (governing disclosures of illegality, waste, fraud , abuse or public health or safety threats); the Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that could expose confidential Government agents); sections 7(c) and 8H of the Inspector General Act of 1978 (5 U.S.C. App.) (relating to disclosures to an inspector general, the inspectors general of the Intelligence Community, and Congress); section 103H(g)(3) of the National Security Act of 1947 (50 U.S.C. 403-3h(g)(3) (relating to disclosures to the inspector general of the Intelligence Community); sections 17(d)(5) and 17(e)(3) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 403q(d)(5) and 403q(e)(3)) (relating to disclosures to the Inspector General of the Central Intelligence Agency and Congress); and the statutes which protect against disclosure that may compromise the national security, including sections 641, 793, 794, 798, *952 and 1924 of title 18, United States Code, and *section 4 (b) of the Subversive Activities Control Act of 1950 (50 U.S.C. section 783(b)). The definitions, requirements, obligations, rights, sanctions, and liabilities created by said Executive Order and listed statutes are incorporated into this agreement and are controlling.

12. I have read this Agreement carefully and my questions, if any, have been answered. I acknowledge that the briefing officer has made available to me the Executive Order and statutes referenced in this agreement and its implementing regulation (32 CFR Part 2001 , section 2001 .80(d)(2) ) so that I may read them at this time, if I so choose.

**\* NOT APPLICABLE TO NON-GOVERNMENT PERSONNEL SIGNING THIS AGREEMENT.**

| SIGNATURE | DATE 1/22/25 | SOCIAL SECURITY NUMBER *(See Notice below)* |
|---|---|---|

ORGANIZATION (IF CONTRACTOR, LICENSEE, GRANTEE OR AGENT, PROVIDE: NAME, ADDRESS, AND, IF APPLICABLE, FEDERAL SUPPLY CODE NUMBER) *(Type or print)*
DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON, DC

| WITNESS | ACCEPTANCE |
|---|---|
| **THE EXECUTION OF THIS AGREEMENT WAS WITNESSED BY THE UNDERSIGNED.** | **THE UNDERSIGNED ACCEPTED THIS AGREEMENT ON BEHALF OF THE UNITED STATES GOVERNMENT.** |
| SIGNATURE | DATE 1/22/25 | SIGNATURE | DATE 1/22/25 |
| NAME AND ADDRESS *(Type or print)* | NAME AND ADDRESS *(Type or print)* |
| DEPARTMENT OF TREASURY 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC | DEPARTMENT OF TREASURY 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC |

**SECURITY DEBRIEFING ACKNOWLEDGEMENT**

I reaffirm that the provisions of the espionage laws, other federal criminal laws and executive orders applicable to the safeguarding of classified information have been made available to me; that I have returned all classified information in my custody; that I will not communicate or transmit classified information to any unauthorized person or organization; that I will promptly report to the Federal Bureau of Investigation any attempt by an unauthorized person to solicit classified information, and that I (have) (have not) (strike out inappropriate word or words) received a security debriefing.

| SIGNATURE OF EMPLOYEE | DATE |
|---|---|

| NAME OF WITNESS *(Type or print)* | SIGNATURE OF WITNESS |
|---|---|

NOTICE: The Privacy Act, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that authority for soliciting your Social Security Number (SSN) is Public Law 104-134 (April 26, 1996). Your SSN will be used to identify you precisely when it is necessary to certify that you have access to the information indicated above or to determine that your access to the information indicated has been terminated. Furnishing your Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent you being granted access to classified information.

STANDARD FORM 312 BACK (Rev. 7-2013)

25-cv-00430_DMD_UST_0051

# Department of the Treasury
# Contact Reporting Requirement Acknowledgment

Department of the Treasury and bureau employees are required to report <u>all contacts</u> with individuals of <u>any nationality,</u> either within or outside the scope of the employees' official activities, in which:

    *(1)  Illegal or unauthorized access is sought to classified or otherwise sensitive information and technology.*

    *(2)  The employee is concerned that he/she may be the target of actual or attempted exploitation by a foreign entity.*

    *(3)  The employee has contact with known or suspected foreign intelligence officers from any country.*

The focus is on reporting questionable contacts by individuals of any nationality regardless of the status of relations between his or her foreign country (or third-country nationals) and the United States.

These reporting requirements are NOT intended to infringe upon the rights of Treasury/bureau employees' free association, but to reinforce their responsibility for safeguarding classified and sensitive information and technology.

By signing this form, the employee is acknowledging that he or she has been briefed on the Treasury Department contact reporting requirements and conditions warranting reporting. Contact reports may be submitted in person and/or in writing to their Treasury/bureau security office. That office shall evaluate the employee's report and notify Treasury's Office of Counterintelligence for appropriate counterintelligence information purposes.

Employee Name  Thomas Harry Krause  *Jr.*

Signature _____  Date  1/22/25

The completed form will be filed in the individual's Treasury/bureau security file and a copy thereof may be provided to the individual.

TD F 15-03.4 (7/11)

1

25-cv-00430_DMD_UST_0052

25-cv-00430_DMD_UST_0053

ADD211

Department of the Treasury
**SECURITY ORIENTATION ACKNOWLEDGMENT**

| Name of Attendee | Last, | First, | Middle Initial *(Type or print in ink)* |
|---|---|---|---|
| Krause | | Thomas | H |

| Date of Briefing | | ☒ Initial | ☐ Refresher |
|---|---|---|---|
| 1/22/25 | | | |

This security orientation program highlights the requirements and procedures prescribed by Executive Order for safeguarding classified national security information and applicable Treasury regulations for sensitive but unclassified information. Briefing programs on handling classified information are required of all U.S. Government agencies and departments that originate or process such information.    This form documents subject areas presented to the above-named individual including, but not necessarily limited to:

General background information: classification categories (Top Secret, Secret and Confidential); original and derivative classification; classification authority; identification and markings; downgrading and declassification; safeguarding and storage; general restrictions on access; Need-to-Know; dissemination, accountability and transmittal; reproduction; destruction; security violations; loss and/or possible compromise and sensitive but unclassified information.

This form may be supplemented to include office or/bureau-specific security requirements and procedures under "remarks".

| REMARKS: |
|---|
| |

ACKNOWLEDGMENT:   I hereby acknowledge that I have been provided a security orientation program in the areas identified above. I understand that it is my responsibility to become familiar with Treasury security requirements and procedures for safeguarding both classified national security and sensitive but unclassified information.

| Signature of Attendee | Office and Location | Date |
|---|---|---|
| | Main Treasury | 1/22/25 |

| Signature of Briefing Official | | Date |
|---|---|---|
| ██████████ OIA | | 1/22/2025 |

TD F 15-05.1 (Rev. 06/05) Previous editions obsolete.

25-cv-00430_DMD_UST_0054

25-cv-00430_DMD_UST_0055

ADD213

 **Bureau of the Fiscal Service |** Payment Process Engagement - Kansas City Site Visit
January 2025

| MEETING | Payment Process Engagement – Kansas City Site Visit |
|---|---|
| DATE/TIME | Tuesday January 28 – Thursday January 30, 2025 |
| LOCATION | **Fiscal Service Kansas City:** 4241 NE 34th Street Kansas City, MO 64117<br>**Point of Contact:** Joe Gioeli, ███████ |
| PARTICIPANTS | Fiscal Service, Federal Reserve, SAIC, and Treasury organization personnel are participating. Final list of names to be added next week. |
| PURPOSE | As part of the ongoing Payment Process Engagement, conduct in-person technical and user deep dive sessions with applicable support teams. This agenda is designed to provide some general structure so that we can plan accordingly but can and will be **adjusted as needed** to ensure we address questions and associated conversations. |

| TIME | TOPIC | PARTICIPANTS(S) | NOTES |
|---|---|---|---|
| *Monday January 27, 2025– All Times CT* | | | |
| *Travel to Kansas City* | | | |
| *Tuesday January 28, 2025 – All Times CT* | | | |
| 9:00am CT | **Arrive at Fiscal Service KC facility** | | Call Joe Gioeli upon arrival (Backup: Susan Robinson) |
| 9:05am – 9:30am | **Tom & Joe Daily Sync (Tom)**<br>**IT Appointment for BFS GFE (Marko)** | Fiscal Service, Treasury | |
| 9:30am-10:00am | **Meet and Greet with BFS Payments team** | Fiscal Service, Treasury | |
| 10:00am-10:30am | **Tour of Check Printing Operations** | Fiscal Service, Treasury | |
| 10:30am-12:00pm | **SPS Deep Dive and Demo** | Fiscal Service, Treasury, SAIC | |
| 12:00pm-1:00pm | *Lunch Break (to be ordered in; please use supplied Order Form)* | | |
| 1:00pm-2:30pm | **PAM Deep Dive and Demo** | Fiscal Service, Treasury | |
| 2:30pm-3:30pm | **ASAP Deep Dive and Demo** | Fiscal Service, Treasury | |
| 3:30pm-4:00pm | **Next Steps & Closing** | Fiscal Service, Treasury | |
| *Wednesday, January 29, 2025 – All Times CT* | | | |
| 9:00am CT | **Arrive at Fiscal Service KC facility** | | Call Joe Gioeli upon arrival (Backup: Susan Robinson) |
| 9:05am-9:30am | **Meet and Greet with FRB leadership team** | Fiscal Service, Treasury, FRB | |
| 9:30am-10:30am | **PAM Product Team** – technical discussion | Fiscal Service, Treasury, FRB | |
| 10:30am-10:45am | *Break* | | |
| 10:45am-11:45am | **ASAP Product Team –** technical discussion | Fiscal Service, Treasury, FRB | |
| 11:45am-12:00pm | **Next Steps & Closing** | Fiscal Service, Treasury, FRB | |
| 12:00pm-1:30pm | *Lunch Break* | | |
| 1:30pm-3:30pm | **Additional Follow ups/Discussions as needed;** Plan for Thursday if needed | Fiscal Service, Treasury | |
| 3:30pm-4:00pm | **Next Steps & Closing** | Fiscal Service, Treasury | |
| *Thursday, January 30, 2025 – All Times CT* | | | |
| *Buffer for any remaining necessary conversations* | | | |

25-cv-00430_DMD_UST_0056

 **US Department of the Treasury | Fiscal Service |** Payment Process Engagement Plan
January 24, 2025

Fiscal Service is supporting the USDS/DOGE team during their 4–6-week engagement to understand payment processes and opportunities to advance payment integrity and fraud reduction goals.

Given the Fiscal Service's authorities and role in enabling federal government financial operations, we must engage in a way that is secure and minimizes the likelihood of disruptions to ensure daily operations occur seamlessly.  This is especially critical for those operations that support the facilitation of the 2025 tax season and the Debt Issuance Suspension Period. Disruptive impacts to technical operations, especially to payment systems such as the Payment Automation Manager (PAM) and Secure Payment System (SPS), could have catastrophic consequences that can range from debilitating U.S. economic security (and necessitating increases to the debt ceiling and defaults on U.S. Government financial obligations), endangering U.S. interests abroad, jeopardizing the delivery of lifeline payments to millions of constituents, and delaying or denying access to thousands of federal agency assets which would all erode public confidence. As such, ensuring operational excellence and resiliency remains the top priority for the Fiscal Service.

So that we can streamline communication, ensure clarity and alignment, and achieve the most optimal outcome for all parties, we have outlined our expectations for the duration of this engagement below.

## ENGAGEMENT SCOPE

**Objective**: Gain insight on money-in/money-out through the Fiscal Service payment systems while identifying efficiencies in the overall payment flow

**Timeframe:** 4-6 weeks

**Focus Area**: Payment Processing, to include Payment Automation Manager (PAM), Secure Payment System (SPS), and Automated Standard Application for Payments (ASAP)

**Deliverable**: Report to the Secretary of the Treasury outlining recommendations for greater efficiencies and potential improvements to the existing payment processes and associated technology and policies in support of payment integrity and fraud prevention.

**Key Points of Contact:**
- **Treasury Department**: Matt Garber, PDO Fiscal Assistant Secretary
- **Bureau of the Fiscal Service:** Joe Gioeli, Deputy Commissioner for Transformation and Modernization

## ENGAGEMENT PROCESS

- **Central Management and Coordination with Treasury**: Matt Garber will serve as the Departmental executive point of contact to provide policy insights, and oversight/guidance of the Fiscal Service engagement. Joe Gioeli will serve as the main point of contact for information related to Fiscal Service systems, organizational structure, and business processes.  Together, they will ensure Fiscal Service is being responsive within the bounds

25-cv-00430_DMD_UST_0057



of the law, Treasury policy, and Fiscal Service security protocols. All requests will be prioritized, actioned as quickly as feasible, and centrally managed and tracked accordingly. Preferably, requests should be sent via email to joseph.gioeli@fiscal.treasury.gov.

- **Status Meetings**: A meeting cadence will be established for the duration of the effort for a minimum of at least once per week and will include Tom Krause, Matt Garber, Joe Gioeli and other relevant stakeholder parties to ensure requests are being addressed. Additionally, a daily standup will be established between Tom Krause and Joe Gioeli to ensure alignment on the prioritization of activities, share status, and to discuss mitigation of any challenges that arise. The frequency of this meeting series can be adjusted based on need.

- **Access to and Management of Pertinent Artifacts**: Access will be granted to pertinent artifacts via a shared folder hosted on the Treasury Enterprise Content Manager (ECM) and permissioned to only necessary individuals. Proper handling of artifacts consistent with their labelling is required. Code will be shared and controlled via an alternate method.

- **Access to and Management of In Scope Systems and Data**: Fiscal Service will provision and issue the designated technical team member with a Fiscal Service laptop (i.e., government furnished equipment (GFE)) during Day 1 (i.e., January 28) of the Week 2 Site Visit to Kansas City. This will accelerate your ability to obtain access to the in-scope systems and code repositories you are seeking while also providing the Fiscal Service with a greater level of assurance that our risk posture is being managed in accordance with our established security protocols and existing control architecture.

- **Adherence to Fiscal Service Security Control Requirements**: To adhere to the Fiscal Service's established security protocols and existing control architecture, below are our required actions (including those already completed as of 1/24/2025).

  1) *Vetting*: Fiscal Service confirmed with the Treasury Department Security office the (2) individuals requesting access have been properly vetted with signed Nondisclosure Agreements (NDAs) and confirmed their access to Treasury and Fiscal Service information.

  2) *Use of FS GFE*: USDS/DOGE confirmed that only (1) individual (i.e., the designated technical team member) requires access to Fiscal Service systems and data at this time. This designated individual will be provisioned to a Fiscal Service provided workstation. The Fiscal Service GFE must be connected to the Fiscal Service VPN network at all times while work is performed with this engagement.

  3) *Data Handling*: Fiscal Service will provide USDS/DOGE safeguarding and handling instructions of Fiscal Service data for the duration of this engagement. USDS/DOGE confirmed Fiscal Service data will not leave the workstation during this engagement and will only be reviewed by cleared and authorized Treasury personnel.

  4) *System Access*: USDS/DOGE will be provided access to in scope payment systems source code via a secure code repository. USDS/DOGE will be provided Development access to the in scope payment systems. Any recommended changes to the payments source code will be appropriately tested by security and change management controls per Fiscal Service processes and procedures.



**US Department of the Treasury | Fiscal Service |** Payment Process Engagement Plan
January 24, 2025

5) ***Payment Processing User Access***: USDS/DOGE requested to be granted "over the shoulder" access to monitor Fiscal Service personnel conducting payment processing roles, which was approved by Fiscal Service on 1/23/25. Any additional system level access (i.e. application end user access and sysadmin privileged access) will be provisioned according to Fiscal Service processes and procedures.

6) ***Attestation***: USDS/DOGE agreed to provide Fiscal Service an attestation statement (template to be provided by the Fiscal Service) at the end of the engagement that confirms:

    a. The provided Fiscal Service information has been properly destroyed.

    b. Confirmation that no known suspicious or unauthorized access to Fiscal Service provided GFE and data occurred during this engagement.

- **Review of Recommendations**: Fiscal Service will be provided the report deliverable, have the opportunity to clarify any technical or process inaccuracies, and provide any necessary policy feedback or context before finalization.

## ENGAGEMENT TIMELINE AND KEY ACTIVITIES

| Week 1<br>*Jan 21-24* | Week 2<br>*Jan 27-31* | Week 3<br>*Feb 3-7* | Week 4<br>*Feb 10-14* | Weeks 5-6<br>*Feb 17-28* |
|---|---|---|---|---|
| ✓ Introductory Meetings<br>✓ Establish Status Meeting(s)<br>✓ Establish shared folder on Treasury ECM | *Meetings in Kansas City, MO*<br>• Issue FS laptop to designated technical team member (1/28)<br>• Conduct technical deep dives and user deep dives | • Address follow-ups identified during deep dives as needed/feasible<br>• Develop report deliverable<br>*(Engagement team)* | • Continue development of report deliverable<br>• Address questions as needed/feasible<br>• Conduct review of recommendations<br>• Complete Attestation activities | • Submit final report |

25-cv-00430_DMD_UST_0059

**ADD217**

**Preliminary Work Plan for IT Accesses**

GAO has found inconsistent reporting, lack of traceability, and need for improved controls with the Treasury's Cash Accounting Reporting System (CARS). (Link and summary below.) Mandating agencies (via Certifying Officers – COs) to use TAS / BETC for all payments at the time of payment certification as well as requiring COs to provide a short plain English reason why the payment is being requested would dramatically:

1) improve financial reporting auditability, accuracy and transparency
2) reduce the risk of improper payments
3) ensure all payments are supported by an appropriation, receipt, or other fund account

For background, TAS (Treasury Account Symbol) / BETC (Business Event Type Code) ([Account Symbol (also known as the Treasury Account Symbol or TAS) | TFX: Treasury Financial Experience](#)) is used to classify financial transactions across all federal government agencies and is the backbone for CARS (Central Accounting Reporting System) [Central Accounting Reporting System](#).  Today, Treasury has three primary payments systems (PAM, ASAP, ITS.gov) that support payments on behalf of ~250 agencies. These payment systems (as well all other payment systems not managed by Treasury) feed into CARS. PAM is the most widely used. Within PAM, there are two types of payments (Type A and Type B). Type A is for high value, low volume and typically uses Fedwire. Type B is lower value, higher volume payments and typically uses ACH. We understand (but have not verified) that COs are required to input the TAS / BETC for every payment except for Type B payments in PAM. As a result, a significant percentage of payments are re-classified by agency CFO organizations in CARS well AFTER payments have been certified and processed. In fact, CARS operators use "default" accounts because they cannot tie many of the payments that BFS processes to an appropriation, receipt, or other fund account at the time of the payment.

System access as well as on-going discussions with subject matter experts are critical to understanding and verifying how these payment and accounting systems work.  Without this, common sense recommendations such as this one as well as detailed plans to implement these recommendations are not possible. My discussions with both the disbursement team in Kansas City as well as the CARS team in Parkersburg, WV suggest this mandate would be widely welcomed by the operating teams at BFS. I would also submit that OMB and the White House would strongly support this mandate. The mandate would require a code change to PAM whereby a submitted payment file would be sent back to the CO prior to processing if the TAS/BETC and the reason for payment are not filled out. Based on initial discussions with the PAM technical team (from the FED KC office), this is a very modest code change and can be executed quickly.

| | |
|---|---|
| **From:** | Katz, Daniel |
| **To:** | Garber, Matthew; Krause, Tom; York, John; Pilkerton, Christopher; Froman, Eric; Sonfield, Brian; Briskin, Michael; Sessions, William; Arcadi, Antony; Gioeli III, Joseph; Elez, Marko; Robinson, Vona S. |
| **Cc:** | Marko Elez; Cheng, Lillian L. |
| **Subject:** | RE: IT Check In Follow Up |
| **Date:** | Monday, February 3, 2025 6:42:53 PM |

Great, thanks for the update Matt.

Dan Katz
M: ███████████

---

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Monday, February 3, 2025 4:18 PM
**To:** Katz, Daniel <Daniel.Katz@treasury.gov>; Krause, Tom <Thomas.Krause@treasury.gov>; York, John <John.York@treasury.gov>; Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>; Froman, Eric <Eric.Froman@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>; Briskin, Michael <Michael.Briskin@treasury.gov>; Sessions, William <William.Sessions@treasury.gov>; Arcadi, Antony <Tony.arcadi@Treasury.gov>; Gioeli III, Joseph <joseph.gioeli@fiscal.treasury.gov>; Elez, Marko <Marko.Elez@treasury.gov>; Robinson, Vona S. <Susan.Robinson@fiscal.treasury.gov>
**Cc:** Marko Elez <marko.elez@fiscal.treasury.gov>; Cheng, Lillian L. <lillian.cheng@fiscal.treasury.gov>
**Subject:** IT Check In Follow Up

Thanks everyone for getting together this afternoon.  Attached is the spreadsheet we reviewed with the access levels updated based on our conversation.

For the items that Fiscal can implement independently we will get moving immediately, and Marko should see read-only soon.

For the items the Fed needs to implement we're working with the lawyers on the language now. Good conversations with our counterparts, so I do not currently expect any issues, although it may be tomorrow before it's finalized.

Thanks,

Matt

| SYSTEM | ORIGINAL ACCESS REQUEST | ACCESS GRANTED AS OF FEB. 1 | RECOMMENDED CHANGE(S) TO CURRENT (FEB 1) ACCESS LEVELS | MITIGATION(S) AND/OR ADDITIONAL CONTROL(S) | Implementor |
|---|---|---|---|---|---|
| PAM | PAM Source Code | Full access in cordoned off (i.e., not production) repository | No recommended change | Requires joint deployment for all environments with the Fiscal Service/Federal Reserve | Completed |
| | PAM Production Database Administrator | Read-only access in production | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change | Fiscal Service |
| | ~~PAM Production Developer~~ | ~~None~~ | ~~Revisit with Disbursing and Debt Management (DDM)~~ | ~~Implement and adhere to Fiscal Service's recommended change~~ | N/A |
| | PAM Production Driver | None *(approvals in process: submitted required forms to DDM)* | Grant Read-Only access | Implement and adhere to Fiscal Service's recommended change | Fiscal Service |
| | Access to PAM file system | Read-only access | No recommended change | | Fiscal Service |
| SPS | SPS Source Code | Full access in cordoned off (i.e., not production) repository | No recommended change | Requires joint deployment for all environments with the Fiscal Service/Federal Reserve | Completed |
| | SPS Production Database Administrator | Read-only access in production | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change | Fiscal Service |
| | SPS Production Administrator (UI SPSAdmin) | None *(approvals in process: submitted required forms to DDM)* | ISS will work with the SPS team to detemine appropriate level of access (e.g., read-only) | Implement and adhere to Fiscal Service's recommended change(s) | Fiscal Service |
| ASAP | ASAP Source Code | Full access in cordoned off (i.e., not production) repository | No recommended change | Requires joint deployment for all environments with the Fiscal Service/Federal Reserve | Completed |
| | ASAP Database Administrator | None | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change(s) | Federal Reserve |
| CARS | CARS Database Administrator | None *(approvals in process: submitted request for Read-Only to Federal Reserve)* | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change(s) | Federal Reserve |
| | CARS SysAdmin | Will need to better understand objective | Revisit with Fiscal Accounting | Consider CARS Auditor Role | Fiscal Service |
| ITS.gov | ITS.gov Operator | None | Revisit with Disbursing and Debt Management (DDM) | Identifying more appropriate read-only role | Fiscal Service |
| | ITS.gov Database Administrator | None | Read-only access in production with specific time windows to avoid production outages (would jointly work database changes through lower environments). | Implement and adhere to Fiscal Service's recommended change | Federal Reserve |

25-cv-00430_DMD_UST_0062

| | |
|---|---|
| **From:** | Matthew.Garber2@treasury.gov |
| **To:** | Timothy E. Gribben |
| **Cc:** | Matthew J. Miller; Susan Robinson; Lillian Cheng; Joseph Gioeli III; Nathaniel Reboja |
| **Subject:** | Confirmation to Proceed |
| **Date:** | Sunday, January 26, 2025 5:42:08 PM |

<div style="background:#1569C7;color:white;text-align:center;">This message was sent securely using Zix®</div>

Tim,

Please consider this note your approval/direction to move forward with the process outlined below.

Thanks to the DDM and ISS teams for actioning against the request over the weekend.

Matt

---

**From:** Katz, Daniel <Daniel.Katz@treasury.gov>
**Sent:** Sunday, January 26, 2025 6:34 PM
**To:** Garber, Matthew <Matthew.Garber2@treasury.gov>

Thanks Matt for actioning this so quickly. The below process looks good and appropriate to me. ▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

Appreciate the work over the weekend as well.

Dan Katz
▮▮▮▮▮▮

---

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Sunday, January 26, 2025 4:31:02 PM
**To:** Katz, Daniel <Daniel.Katz@treasury.gov>

Dan,

We've successfully set up the technical and process adjustments at Fiscal to support this request within the appropriate bounds.  A reminder of the process we discussed and will execute against beginning Monday:

- **Fiscal will intercept USAID payments files prior to ingestion into our PAM/SPS systems** *(this is in place now and can begin immediately)*
    - We developed a process to intercept the file, and additional flags to ensure we catch all USAID payment requests through our systems
    - Fiscal will manually pull an unredacted and unmodified copy to share with State officials
    - Individual ITS payment requests will be flagged and shared for review as needed

- o NOTE: Fiscal will not provide any preliminary review or determination on the payments, and will not edit or modify the file at any point in this process
- **Fiscal will deliver the USAID payment file to the designated State officials for review**
  - o Fiscal has set up a secure portal where the designated officials will be able to access the files *(this will have encryption and MFA, and has completed third party pen testing)*
  - o We developed a user guide and instructions to support State officials in using the portal
    - We can provide additional technical support as needed
  - o We will deliver the file once-a-day according to the normal USAID payment schedule
- **State officials will review and provide a determination to Fiscal on whether or not to release the file into our normal payment processes**
  - o We will provide a template for State officials to provide the determination back to Fiscal
  - o Files that are determined by State as able to move forward will be released by Fiscal into PAM/SPS or ITS systems
  - o Files that are determined by State as unable to move forward will be returned to USAID for correction
    - *State will work directly with USAID to provide any necessary corrections prior to resubmission.*
- **Payment files that are cleared by State and released into our normal payment processes will continue to be certified by USAID certifying officers prior to payment**


While we will begin intercepting the USAID files prior to ingestion immediately on Monday, we will not transmit files to State until **we receive confirmation from the appropriate security officers (likely in the CIO office) that:**

- o the individuals at State accessing and reviewing the information have the appropriate clearances, etc
- o the necessary data security methods are in place at State and those standards have been communicated and agreed to by the individuals accessing the files
- o NOTE: We are still working to connect with the appropriate IT/Security/Technical individuals at State, which we believe will happen as soon as Monday morning.

Additional note:

- As mentioned, these files are mixed and contain a variety of payments.  We recommend State ensures they can review these files and provide a determination same-day to avoid any unintended downstream issues.


Please confirm we are still good to execute this plan beginning Monday.  Happy to hop on a call if needed.

Thanks,

Matt

| | |
|---|---|
| **From:** | Marko.Elez@treasury.gov |
| **To:** | Marko Elez |
| **Subject:** | Fw: 4 Additional Accounts Identified for State Review |
| **Date:** | Friday, January 31, 2025 12:15:38 PM |

**This message was sent securely using Zix®**

---

**From:** Krause, Tom
**Sent:** Friday, January 31, 2025 11:14:30 AM
**To:** Elez, Marko ; Robinson, Vona S.
**Subject:** Fw: 4 Additional Accounts Identified for State Review

---

**From:** Katz, Daniel
**Sent:** Thursday, January 30, 2025 9:12 AM
**To:** Krause, Tom ; Garber, Matthew ; Froman, Eric ; Sonfield, Brian
**Cc:** Pilkerton, Christopher
**Subject:** RE: 4 Additional Accounts Identified for State Review
Given the below analysis, the Secretary is comfortable proceeding as proposed. Thank you.
Dan Katz
M: ███████████

---

**From:** Krause, Tom
**Sent:** Thursday, January 30, 2025 8:22 AM
**To:** Garber, Matthew ; Froman, Eric ; Katz, Daniel ; Sonfield, Brian
**Cc:** Pilkerton, Christopher
**Subject:** Re: 4 Additional Accounts Identified for State Review
Ok. We will proceed on preparing these pending Dan's confirmation from the Secretary.

---

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Wednesday, January 29, 2025 8:31 PM
**To:** Krause, Tom <Thomas.Krause@treasury.gov>; Froman, Eric <Eric.Froman@treasury.gov>; Katz,
Daniel <Daniel.Katz@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

████████████████████████████████████████████

Thanks

---

**From:** Krause, Tom <Thomas.Krause@treasury.gov>
**Date:** January 29, 2025 at 9:22:17 PM EST
**To:** Garber, Matthew <Matthew.Garber2@treasury.gov>, Froman, Eric

25-cv-00430_DMD_UST_0066

<Eric.Froman@treasury.gov>, Katz, Daniel <Daniel.Katz@treasury.gov>, Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

Matt -

███████████████████████████████████████████████████████████
████████████████████████████████████████████

---

**From:** Garber, Matthew <Matthew.Garber2@treasury.gov>
**Sent:** Wednesday, January 29, 2025 8:16 PM
**To:** Froman, Eric <Eric.Froman@treasury.gov>; Krause, Tom <Thomas.Krause@treasury.gov>; Katz, Daniel <Daniel.Katz@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

█████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████

The team will have a better understanding of the file set up in the morning.

---

**From:** Froman, Eric <Eric.Froman@treasury.gov>
**Date:** January 29, 2025 at 9:05:10 PM EST
**To:** Krause, Tom <Thomas.Krause@treasury.gov>, Katz, Daniel <Daniel.Katz@treasury.gov>, Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>, Garber, Matthew <Matthew.Garber2@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

███████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████.
Adding Matt for thoughts on any operational issues.

---

**From:** Krause, Tom <Thomas.Krause@treasury.gov>
**Sent:** Wednesday, January 29, 2025 7:57 PM
**To:** Froman, Eric <Eric.Froman@treasury.gov>; Katz, Daniel <Daniel.Katz@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

Correct. Same process.

---

**From:** Froman, Eric <Eric.Froman@treasury.gov>
**Sent:** Wednesday, January 29, 2025 6:39 PM

**To:** Katz, Daniel <Daniel.Katz@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Krause, Tom <Thomas.Krause@treasury.gov>; Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** Re: 4 Additional Accounts Identified for State Review

We're still assuming that the paying agencies would give us the relevant instructions before they certify the payment, right? That is, this would be part of the early stages of the payment process?

---

**From:** Katz, Daniel <Daniel.Katz@treasury.gov>
**Sent:** Wednesday, January 29, 2025 6:39:18 PM
**To:** Froman, Eric <Eric.Froman@treasury.gov>; Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Krause, Tom <Thomas.Krause@treasury.gov>; Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>
**Subject:** FW: 4 Additional Accounts Identified for State Review

Hi Eric and Brian –

See below from Tom. He is proposing to utilize the same process we have put together with the State Department with respect to USAID payments that may be implicated by the Foreign Aid EO for four additional accounts, as explained below. ███████████████████████████████████ ████████████████████████████████████████████████████████████████

Thank you.
Dan Katz
M: ████████████

---

**From:** Krause, Tom <Thomas.Krause@treasury.gov>
**Sent:** Wednesday, January 29, 2025 6:17 PM
**To:** Katz, Daniel <Daniel.Katz@treasury.gov>
**Subject:** 4 Additional Accounts Identified for State Review

Dan –

There are 4 additional accounts where I would like to implement the same process we used for USAID here at BFS. These four have been identified as being subject to the foreign aid EO. In these 4 cases, we would send any payment requests across our three main systems to our State designee(s) for sign off before putting through for processing. This will ensure we are not making payments that directly violate the EO. I would like Secretary Bessent's go ahead to proceed on these four. I can call with additional info.

Regards,
Tom

Millennium Challenge Corporation (About MCC)
Agency ID: ████
TAS: ██████
HHS – Refugee and Entrant Assistance, Admin for Children and Families (2 subaccounts in HHS)
Agency ID: ████
TAS: ██████████
HHS – Gifts and Donations Office of Refugee Resettlement, Admin for Children and Families
Agency ID: ████
TAS: ██████

*85 FR 11776*

Vol. 85, No. 039, Thursday, February 27, 2020

Notices

**Reporter**
85 FR 11776 *

*Federal Register   >   2020   >   February   >   Thursday, February 27, 2020
>   Notices   >   Bureau of the Fiscal Service, Department of the Treasury.*

**Title: Privacy Act of 1974; System of Records**

**Action:**                Notice of Systems of Records.

**Agency**

Bureau of the Fiscal Service, Department of the Treasury.

**Synopsis**

**SUMMARY:** In accordance with the requirements of the Privacy Act of 1974, the Department of the Treasury, Bureau of the Fiscal Service is publishing its inventory of Privacy Act systems of records.

**Text**

 **[\*11776]**

**SUPPLEMENTARY INFORMATION:**

In accordance with the Privacy Act of 1974, *5 U.S.C. 552a*, and the Office of Management and Budget (OMB), Circular No. A-108, the Department of the Treasury, Bureau of the Fiscal Service has completed a review of its Privacy Act systems of records notices to identify changes that will more accurately describe these records and is publishing an inventory of them.

On October 7, 2012, the Secretary of the Treasury issued Treasury Order 136-01, establishing within the Department of the Treasury ("Department") the Bureau of the Fiscal Service ("Fiscal Service"). The new bureau consolidated the bureaus formerly known as the Financial Management Service ("FMS") and the Bureau of the Public Debt ("BPD"). Treasury Order 136-01 was published in the **Federal Register** on May 24, 2013 (*78 FR 31629*). Fiscal Service

is consolidating both legacy bureau's systems of records into a new set of SORNs under the Fiscal Service name.[1]

In some instances, FMS and BPD's SORNs have been renumbered. In other cases, parts of the legacy bureaus' SORNs were combined into one or more SORNs. No SORN was rescinded in its entirety.

Fiscal Service's SORNs are derived as follows:

Systems of records notice .001 (Administrative Records) is derived from FMS system of records notice .001 (Administrative Records) and BPD system of records notice .001 (Human Resources and Administrative Records).

System of records notice .002 (Payment Records) is derived from FMS system of records notice .002 (Payment Records—Treasury/FMS).

System of records notice .003 (Claims and Inquiry Records on Treasury Checks, and International Claimants) is derived from FMS system of records notice .003 (Claims and Inquiry Records on Treasury Checks, and International Claimants).

System of records notice .004 (Education and Training Records) is derived from BPD system of records notice .001 (Human Resources and Administrative Records) and FMS system of records notice .004 (Education and Training Records).

System of records notice .005 (Fiscal Service Personnel Records) is derived from BPD system of records notice .001 (Human Resources and Administrative Records) and FMS system of records notice .005 (FMS Personnel Records).

System of records notice .006 (Employee Assistance Records) is derived from BPD system of records notice .005 (Employee Assistance Records).

System of records notice .007 (Direct Deposit Enrollment Records) is derived from FMS system of records notice .006 (Direct Deposit Enrollment Records).

System of records notice .008 (Mailing List Records) is derived from FMS system of records notice .008 (Mailing List Records—Treasury/FMS).

System of records notice .009 (Delegations and Designations of Authority for Disbursing Functions) is derived from FMS system of records notice .010 (Records of Accountable Offices' Authority with Treasury).

---

[1]    BPD last published its systems of records in their entirety on August 17, 2011, at **76 FR 51128**. FMS last published its systems of records in their entirety on October 15, 2012, at *77 FR 62602*. Since consolidation, Fiscal Service published two additional systems of records: (1) Do Not Pay Payment Verification Records, published on December 9, 2013, at *78 FR 73923*; and (2) OneVoice Customer Relationship Management, published on September 19, 2014, at **79 FR 56433**.

System of records notice .010 (Pre-complaint Counseling and Complaint Activities) is derived from FMS system of records notice .012 (Pre-Complaint Counseling and Complaint Activities).

System of records notice .011 (Gifts to the United States) is derived from FMS system of records notice .013 (Gifts to the United States).

System of records notice .012 (Debt Collection Operations System) is derived from FMS system of records notice .014 (Debt Collection Operations System).

System of records notice .013 (Collections Records) is derived from FMS system of records notice .017 (Collections Records).

System of records notice .014 (United States Securities and Access) is derived from BPD systems of records notices .002 (United States Savings-Type Securities), .003 (United States Securities (Other than Savings-Type Securities)), and .008 (Retail Treasury Securities Access Application).

System of records notice .015 (Physical Access Control System) is derived from BPD system of records notice .004 (Controlled Access Security System).

System of records notice .016 (Health Unit Records) is derived from BPD system of records notice .006 (Health Service Program Records).

System of records notice .017 (Do Not Pay Payment Verification Records) is derived from Fiscal Service system of records notice .023 (Do Not Pay Payment Verification Records—Department of the Treasury/Bureau of the Fiscal Service).

System of records notice .018 (OneVoice Customer Relationship Management) is derived from Fiscal Service system of records notice .024 (OneVoice Customer Relationship Management—Department of the Treasury/Bureau of the Fiscal Service).

System of records notice .019 (Gifts to Reduce the Public Debt) is derived from BPD system of records notice .007 (Gifts to Reduce the Public Debt).

System of records notice .020 (U.S. Treasury Securities Fraud Information System) is derived from BPD system of records notice .009 (U.S. Treasury Securities Fraud Information System).

Fiscal Service is adding one routine use to all of the systems of records to share information with other federal agencies or federal entities as required by OMB Memorandum 17-12, "Preparing for and Responding to a Breach of Personally Identifiable Information," dated January 3, 2017, to assist Treasury/Fiscal Service in responding to a suspected or confirmed breach or prevent, minimize, or remedy the risk of harm to the requesters, Treasury/Fiscal Service, the Federal Government, or national security.

Fiscal Service also slightly expanded the scope of SORN .003 (Claims and Inquiry Records on Treasury Checks, and International Claimants) to cover payments that will be made pursuant to the Guam World War II Loyalty Recognition Act, *Public Law 114-328*, Title XVII. This change is consistent with the purpose of the SORN and many other payments made pursuant to similar statutes and requirements. **[*11777]**

In addition to the changes noted above, this notice updates some of the system of records notices, changes references in the systems of records notices, and makes other administrative changes to reflect the consolidation into the Fiscal Service, such as updating the procedures for gaining access to, or contesting the contents of, records in these systems of records.

This notice covers all systems of records adopted by the Fiscal Service as of February 27, 2020. The system notices are reprinted in their entirety following the Table of Contents.

**Ryan Law,**

*Deputy Assistant Secretary for Privacy, Transparency, & Records.*

## Table of Contents

Fiscal Service

TREASURY/Fiscal Service .001—Administrative Records

TREASURY/Fiscal Service .002—Payment Records

TREASURY/Fiscal Service .003—Claims and Inquiry Records on Treasury Checks, and International Claimants

TREASURY/Fiscal Service .004—Education and Training Records

TREASURY/Fiscal Service .005—Fiscal Service Personnel Records

TREASURY/Fiscal Service .006—Employee Assistance Records

TREASURY/Fiscal Service .007—Direct Deposit Enrollment Records

TREASURY/Fiscal Service .008—Mailing List Records

TREASURY/Fiscal Service .009—Delegations and Designations of Authority for Disbursing Functions

TREASURY/Fiscal Service .010—Pre-complaint Counseling and Complaint Activities

TREASURY/Fiscal Service .011—Gifts to the United States

TREASURY/Fiscal Service .012—Debt Collection Operations System

25-cv-00430_DMD_UST_0072

TREASURY/Fiscal Service .013—Collections Records

TREASURY/Fiscal Service .014—United States Securities and Access

TREASURY/Fiscal Service .015—Physical Access Control System

TREASURY/Fiscal Service .016—Health Unit Records

TREASURY/Fiscal Service .017—Do Not Pay Payment Verification Records

TREASURY/Fiscal Service .018—OneVoice Customer Relationship Management

TREASURY/Fiscal Service .019—Gifts to Reduce the Public Debt

TREASURY/Fiscal Service .020—U.S. Treasury Securities Fraud Information System

**Treasury/Fiscal Service .001**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .001—Administrative Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**SYSTEM MANAGER(S):**

(1) For Retiree Mailing Records: Legislative and Public Affairs, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785; and

(2) For all other records: Assistant Commissioner, Office of Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*5 U.S.C. 301*; *40 U.S.C. 581*.

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained about Fiscal Service employees, their relocating family members, contract vendors, retirees and other individuals if: (1) The Fiscal Service has incurred obligations on their behalf; (2) the individual has requested mailings from Fiscal Service or other Treasury publications; (3) the individual has a parking permit issued by the Fiscal Service; (4) the individual has been involved in a motor vehicle accident that may involve the Fiscal Service; (5) the individual has engaged in certain transactions in connection with their employment with the Fiscal Service or (6) the individual is a vendor to the Fiscal Service.

The information contained in the records assists Fiscal Service in properly tracking its use of appropriated and non-appropriated funding to acquire goods and services received from contractors and other federal agencies, as well as non-payroll related reimbursements to employees. Fiscal Service maintains these records to ensure that financial records pertaining to procurement, financial management and relocation are maintained accurately. For those receiving mailings, information contained in the records assists Fiscal Service in establishing and maintaining a robust relationship with its customers, as well as maintaining its commitment to actively engage employees, even those who have retired from the Civil Service.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Fiscal Service employees (including current and former employees), family members of relocating Fiscal Service employees, contractors, vendors, sellers/purchasers associated with

25-cv-00430_DMD_UST_0074

residential transactions involving certain relocating Fiscal Service employees, and individuals requesting various Treasury publications.

## CATEGORIES OF RECORDS IN THE SYSTEM:

(1) Motor vehicle accident reports and parking permits;

(2) Procurement records relating to: (a) Contractors/vendors that are individuals; and (b) government purchase cardholders. These records may include, for example, the name, Social Security number and credit card number for employees who hold Government-use cards, as well as procurement integrity certificates;

(3) Financial management records that relate to government travel, vendor accounts, other employee reimbursements, interagency transactions, employee pay records, vendor registration data, purchase card accounts and transactions, and program payment agreements;

(4) Relocation records that relate to employee relocation travel authorizations, reimbursements, and related vendor invoices;

(5) Retiree mailing records that contain the name and address furnished by Fiscal Service retirees that request mailings of newsletters and other special mailings; and

(6) Distribution Lists of Individuals Requesting Various Treasury Publications.

## RECORD SOURCE CATEGORIES:

Information in this system of records is provided by Fiscal Service personnel, contractors/vendors or individuals requesting Treasury publications.

## ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) General Services Administration for driver's permits, parking permits, accident reports, and credentials;

(2) Government Accountability Office or Fiscal Service contractors for servicing the public on Treasury publications and managing subscriptions to the appropriate publications;

(3) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation **[*11778]** or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(4) The Office of Personnel Management, the Merit Systems Protection Board, the Equal Employment Opportunity Commission, and the Federal Labor Relations Authority upon authorized request;

(5) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(6) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(7) Foreign governments in accordance with formal or informal international agreements;

(8) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(9) Contractors for the purpose of processing personnel and administrative records;

(10) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(11) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(12) Federal agencies, state agencies, and local agencies for tax purposes;

(13) Private creditors for the purpose of garnishing wages of an employee if a debt has been reduced to a judgment;

(14) Authorized federal and non-federal entities for use in approved computer matching efforts, limited to those data elements considered necessary in making a determination of eligibility under particular benefit programs administered by those agencies or entities, to improve program integrity, and to collect debts and other monies owed to those agencies or entities or to the Fiscal Service;

(15) Other federal agencies to effect salary or administrative offset for the purpose of collecting a debt, except that addresses obtained from the Internal Revenue Service shall not be disclosed to other agencies;

(16) Next-of-kin, voluntary guardians, and other representative or successor in interest of a deceased or incapacitated employee or former employee;

(17) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906;

(18) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm; and

(19) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Records may be retrieved by name, Social Security number, other assigned identifier, and Treasury publication.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## DISCLOSURE TO CONSUMER REPORTING AGENCIES:

In accordance with section (b)(12) of the Privacy Act of 1974, as amended (*5 U.S.C. 552a(b)(12)*), disclosures may be made from this system of records to "consumer reporting agencies" [2]          in accordance with section 3711(e) of title 31. The purpose of the disclosure is to aid in the collection of outstanding debts owed to the Federal Government. After the prerequisites of *31 U.S.C. 3711* have been followed, the Fiscal Service may disclose information necessary to establish the identity of the individual responsible for the claim, including name, address, and taxpayer identification number; the amount, status, and history of the claim; and the agency or program under which the claim arose.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

---

[2]          "Consumer reporting agency" is defined in *31 U.S.C. 3701(a)(3)*.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record **[*11779]** pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .001—Human Resources and Administrative Records and on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .001—Administrative Records.

**Treasury/Fiscal Service .002**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .002—Payment Records

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Kansas City Regional Financial Center, Bureau of the Fiscal Service, U.S. Department of the Treasury, 4241 NE 34th Street, Kansas City, MO 64117; Bureau of the Fiscal Service, 320 Avery Street, Parkersburg, WV 26106-1328. Records are also located throughout the United States at Federal Reserve Banks and financial institutions acting as Treasury's fiscal and financial agents. The addresses of the fiscal and financial agents may be obtained from the system manager below.

**SYSTEM MANAGER(S):**

Chief Disbursing Officer, Assistant Commissioner, Payment Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*5 U.S.C. 301*; *31 U.S.C. 321*, 3301, 3321, 3321 note, 3325, 3327, 3328, 3332, 3334, 3720.

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected from federal government entities that are requesting disbursement of domestic and international payments to their recipients and is used to facilitate such payments.

The information will also be used for collateral purposes related to the processing of disbursements, such as collection of statistical information on operations, development of

25-cv-00430_DMD_UST_0081

computer systems, investigation of unauthorized or fraudulent activity, and the collection of debts arising out of such activity.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

Individuals who are the intended or actual recipients of payments disbursed by the United States Government.

## CATEGORIES OF RECORDS IN THE SYSTEM:

Payment records showing a payee's name, Social Security number, employer identification number, or other agency identification or account number; date and location of birth, physical and/or electronic mailing address; telephone numbers; payment amount; date of issuance; trace number or other payment identification number, such as Treasury check number and symbol; financial institution information, including the routing number of his or her financial institution and the payee's account number at the financial institution; and vendor contract and/or purchase order number.

## RECORD SOURCE CATEGORIES:

Information in this system is provided by: Federal departments and agencies responsible for certifying, disbursing, and collecting federal payments; Treasury or Fiscal Service-designated fiscal and financial agents of the United States that process payments and collections; and commercial database vendors. Each of these record sources may include information obtained from individuals.

## ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) The banking industry for payment verification;

(2) Federal investigative agencies, Departments and agencies for whom payments are made, and payees;

(3) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(4) A federal, state, or local agency maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(5) A court, magistrate, mediator, or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(6) Foreign governments in accordance with formal or informal international agreements;

(7) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(8) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(9) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(10) Federal creditor agencies, their employees, or their agents for the purpose of facilitating or conducting federal administrative offset, federal tax refund offset, federal salary offset, or for any other authorized debt collection purpose;

(11) Any state, territory or commonwealth of the United States, or the District of Columbia to assist in the collection of state, commonwealth, territory or District of Columbia claims pursuant to a reciprocal agreement between Fiscal Service and the state, commonwealth, territory or the District of Columbia, or pursuant to federal law that authorizes the offset of federal payments to collect delinquent obligations owed to the state, commonwealth, territory, or the District of Columbia;

(12) The Defense Manpower Data Center and the United States Postal Service and other federal agencies through authorized computer matching programs for the purpose of identifying and locating individuals who are delinquent in their repayment of debts owed to the Department or other federal agencies in order to collect those debts through salary offset and administrative **[*11780]** offset, or by the use of other debt collection tools;

(13) A contractor of the Fiscal Service for the purpose of performing routine payment processing services, subject to the same limitations applicable to Fiscal Service officers and employees under the Privacy Act;

(14) A fiscal or financial agent of the Fiscal Service, its employees, agents, and contractors, or to a contractor of the Fiscal Service, for the purpose of ensuring the efficient administration of payment processing services, subject to the same or equivalent limitations applicable to Fiscal Service officers and employees under the Privacy Act;

(15) To appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems,

25-cv-00430_DMD_UST_0084

programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(16) To another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(17) (a) a federal or state agency, its employees, agents (including contractors of its agents) or contractors; (b) a fiscal or financial agent designated by the Fiscal Service or other Department of the Treasury bureau or office, including employees, agents or contractors of such agent; or (c) a contractor of the Fiscal Service, for the purpose of identifying, preventing, or recouping improper payments to an applicant for, or recipient of, federal funds, including funds disbursed by a state in a state-administered, federally-funded program; disclosure may be made to conduct computerized comparisons for this purpose;

(18) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity; and

(19) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of 4 U.S.C. 2904 and 2906.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS IN THE SYSTEM:**

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Records may be retrieved by name, Social Security number, employer identification number, agency-supplied identifier, date of payment, or trace number, or other payment identifying information, such as check number.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR, Part 1, Subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (_77 FR 62602_) as the Department of the Treasury, Financial Management Service .002—Payment Records.

**Treasury/Fiscal Service .003**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .003—Claims and Inquiry Records on Treasury Checks, and International Claimants.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Kansas City Regional Financial Center, Bureau of the Fiscal Service, U.S. Department of the Treasury, 4241 NE 34th Street, Kansas City, MO 64117; Bureau of the Fiscal Service, 320 Avery Street, Parkersburg, WV 26106-1328. Records are also located throughout the United States at Federal Reserve Banks and financial institutions acting as Treasury's fiscal and financial agents. The addresses of the fiscal and financial agents may be obtained from the system manager below.

## SYSTEM MANAGER(S):

Chief Disbursing Officer, Assistant Commissioner, Payment Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E,", Landover, MD 20785.

## AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

*5 U.S.C. 301*; Treasury check claims—*15 U.S.C. 771* with delegation of authority from Comptroller General of the United States; International claims—*50 U.S.C. 2012*; *22 U.S.C. 1627*, 1641, 1642; *Public Law 114-328*.

## PURPOSE(S) OF THE SYSTEM:

To be the system of record for all checks issued by the U.S. Department of the Treasury and claims against these checks, including:

(1) Claims where the payee has verified they were not the endorser of **[*11781]** the check therefore resulting in potential fraud;

(2) Claims of non-entitlement (reclamations) by agencies;

(3) Claims of non-receipt by payees;

25-cv-00430_DMD_UST_0088

(4) Expired checks, *i.e.,* limited pay cancellations; and

(5) Claims for benefits under the War Claims Act, the International Claims Settlement Act of 1949, and the Guam World War II Loyalty Recognition Act.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

(1) Payees and holders of Treasury checks; and

(2) Claimants awarded benefits under the War Claims Act, the International Claims Settlement Act of 1949, and the Guam World War II Loyalty Recognition Act.

## CATEGORIES OF RECORDS IN THE SYSTEM:

(1) Treasury check claim files; and

(2) Awards for claims for losses sustained by individuals.

## RECORD SOURCE CATEGORIES:

Information in this system of records is provided by:

(1) Individual payees of Treasury checks, endorsers of Treasury checks, investigative agencies, contesting claimants;

(2) Federal program agencies and other federal entities; and

(3) Awards certified to Treasury for payment by Foreign Claims Settlement Commission.

25-cv-00430_DMD_UST_0089

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**


In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:


(1) Endorsers concerning checks for which there is liability, federal agencies, state and local law enforcement agencies, General Accountability Office, congressional offices and media assistance offices on behalf of payee claimants;


(2) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation of or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;


(3) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;


(4) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;


(5) Foreign governments in accordance with formal or informal international agreements;

(6) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(7) The news media and the public, with the approval of the Chief Privacy Officer in consultation with counsel, when there exists a legitimate public interest in the disclosure of the information, when disclosure is necessary to preserve confidence in the integrity of the Fiscal Service, or when disclosure is necessary to demonstrate the accountability of Fiscal Service's officers, employees, or individuals covered by the system, except to the extent the Chief Privacy Officer determines that release of the specific information in the context of a particular issue would constitute an unwarranted invasion of personal privacy;

(8) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(9) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(10) The public when attempts by Fiscal Service to locate the claimant have been unsuccessful. This information is limited to the claimant's name, city, and state of last known address, and the amount owed to the claimant. (This routine use does not apply to the Iran Claims Program or the Holocaust Survivors Claims Program or other claims programs that statutorily prohibit disclosure of claimant information);

(11) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906;

(12) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in

connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(13) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach; and

(14) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records may be retrieved by:

(1) Name of payee and check number and symbol;

(2) Social Security number; and

(3) Name of claimant or alphanumeric reference to claim number.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the [*11782] Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on Oct. 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .003—Claims and Inquiry Records on Treasury Checks, and International Claimants.

**Treasury/Fiscal Service .004**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .004—Education and Training Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 320 Avery Street, Parkersburg, WV 26106-1328.

**SYSTEM MANAGER(S):**

Assistant Commissioner, Office of Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

## AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

*5 U.S.C. 301*; *31 U.S.C. 321*; 31 U.S.C. chapter 33; *31 U.S.C. 3720*.

## PURPOSE(S) OF THE SYSTEM:

Information in this system of records is collected and maintained about Government employees and other individuals who participate in Fiscal Service's education and training program. The information contained in the records will assist Fiscal Service in properly tracking individual training and accurately account for training revenue and expenditures generated through the Fiscal Service's training programs (for example, Integrated Talent Management (ITM)). For Fiscal Service personnel, the records contained in Fiscal Service's training records will also assist managers' active participation in their employees' learning plans. Fiscal Service maintains the information necessary to ensure that Fiscal Service keeps accurate records related to classes, including a training participant's training and enrollment status, class completion information, and learning history. Fiscal Service also maintains the records to ensure that financial records pertaining to a training participant's payment for training fees are maintained accurately. Fiscal Service's training records will report financial information to the Internal Revenue Service and Office of Personnel Management. Finally, the information contained in the covered records will be used for collateral purposes related to the training processes, such as the collection of statistical information on training programs, development of computer systems, investigation of unauthorized or fraudulent activity related to submission of information to Fiscal Service for training program purposes and the collection of debts arising out of such activity.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

Government employees (including separated employees, in certain cases) and other individuals who access and apply for Fiscal Service training services.

25-cv-00430_DMD_UST_0095

**CATEGORIES OF RECORDS IN THE SYSTEM:**

(1) Personal Profile—Account Record;

(2) Transcript Record;

(3) Enrollment Status Record;

(4) My Plan Record;

(5) Assessment Performance Results Record;

(6) Managerial Approval/Disapproval Status Record;

(7) Class Roster Record;

(8) Class Evaluation Record;

(9) Payment Record; and

(10) Statistical Reports—retrievable by names: (a) Learning History, (b) Class Enrollment Report, (c) Class Payment/Billing Report, (d) Status of Training Report, (e) Ad Hoc Training Report, and (f) Other Similar Files or Registers.

**RECORD SOURCE CATEGORIES:**

Information in this system is provided by the individual on whom the record is maintained; the individual's employer; and other governmental agency or educational institutions.

25-cv-00430_DMD_UST_0096

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(2) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(3) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(4) Federal agencies, financial institutions, and contractors for the purpose of performing fiscal services, including, but not limited to, processing payments, investigating and rectifying possible erroneous reporting information, testing and enhancing related computer systems, creating and reviewing statistics to improve the quality of services provided, or conducting debt collection services;

(5) Federal agencies, their agents and contractors for the purposes of facilitating the collection of receipts, **[*11783]** determining the acceptable method of collection, the accounting of such receipts, and the implementation of programs related to the receipts being collected as well as status of their personnel training, statistical training information;

(6) Financial institutions, including banks and credit unions, and credit card companies for the purpose of collections and/or investigating the accuracy of information required to complete transactions using electronic methods and for administrative purposes, such as resolving questions about a transaction;

(7) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(8) Foreign governments in accordance with formal or informal international agreements;

(9) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(10) Federal agencies, their agents and contractors, credit bureaus, and employers of individuals who owe delinquent debt when the debt arises from the unauthorized use of electronic payment methods. The information will be used for the purpose of collecting such debt through offset, administrative wage garnishment, referral to private collection agencies, litigation, reporting the debt to credit bureaus, or for any other authorized debt collection purpose;

(11) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906;

(12) To appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(13) To another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach; and

(14) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Electronic training data can be retrieved by class name and/or organization name and participant name. Electronic financial data can be retrieved by name, organization and payment information (*e.g.,* credit card, Standard Form 182).

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

**RECORD ACCESS PROCEDURES:**

Individuals requesting information under the Privacy Act must follow procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .001—Human Resources and Administrative Records and on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .004—Education and Training Records.

**Treasury/Fiscal Service .005**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .005—Fiscal Service Personnel Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, locations at: 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785; 200 Third Street, Parkersburg, WV 26106-1328; 320 Avery Street, Parkersburg, WV 26106-1328; 4241 NE 34th Street, Kansas City, MO 64117-3120; 13000 Townsend Road, Philadelphia, PA 19154; and Fiscal Service offices in Austin, TX 78714 and Birmingham, AL. Copies of some documents have been duplicated for maintenance by supervisors for employees or programs under their supervision. These duplicates are also covered by this system of records.

**SYSTEM MANAGER(S):**

(1) For personnel records: Assistant Commissioner, Office of Management, Bureau of the Fiscal Service, 3201 **[*11784]** Pennsy Drive, Warehouse "E", Landover, MD 20785; and

(2) For personnel security records: Assistant Commissioner, Office of Information and Security Services, Bureau of the Fiscal Service, 320 Avery Street, Parkersburg, WV 26106-1328.

## AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

*5 U.S.C. 301*; U.S. Office of Personnel Management, Guide to Personnel Recordkeeping (Operating Manual).

## PURPOSE(S) OF THE SYSTEM:

The information contained in these records assists Fiscal Service in: (1) Maintaining current and historical personnel records and preparing individual administrative transactions relating to classification; assignment; career development; evaluation; promotion, compensation, separation and retirement; making decisions on the rights, benefits, entitlements and the utilization of individuals; providing a data source for the production of reports, statistical surveys, rosters, documentation, and studies required for the orderly personnel administration within Treasury; (2) maintaining employment history; (3) providing investigatory information for determinations concerning whether an individual is suitable or fit for Government employment; eligible for logical and physical access to Treasury controlled facilities and information systems; eligible to hold sensitive positions (including but not limited to eligibility for access to classified information); fit to perform work for or on behalf of the U.S. Government as a contractor; qualified to perform contractor services for the U.S. Government; or loyal to the United States; (4) ensuring that Fiscal Service is upholding the highest standards of integrity, loyalty, conduct, and security among its employees and contract personnel; (5) to help streamline and make the adjudicative process more efficient; and (6) to otherwise conform with applicable legal, regulatory and policy authorities.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

25-cv-00430_DMD_UST_0102

Fiscal Service employees (including current and separated employees), family members of Fiscal Service employees, and applicants for Fiscal Service employment.

## CATEGORIES OF RECORDS IN THE SYSTEM:

(1) Human Resources Records: Records covered under the National Archives and Records Administration ("NARA")'s General Records Schedule, 2.0 Human Resources, which relate to the supervision over and management of federal civilian employees, including the disposition of Official Personnel Folders and other records relating to civilian personnel; and

(2) Personnel Security Records: Records covered under the NARA General Records Schedule 2.1 Employee Acquisition Records, and 5.6 Security Records that relate to initial and recurring background investigations of Fiscal Service employee and contractors, as well as the issuance of PIV-enabled identification cards (*i.e.,* credentials).

## RECORD SOURCE CATEGORIES:

Information in this system of records is provided by applicant Notification of Personnel Action Forms (SF-50), job application/resume (completed by applicant), payroll actions references, educational institutions, the subject of the record, authorized representatives, supervisor, employers, medical personnel, other employees, other federal, state, or local agencies, and commercial entities.

## ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b),* records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or

license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(2) The Office of Personnel Management, the Merit Systems Protection Board, the Equal Employment Opportunity Commission, and the Federal Labor Relations Authority upon authorized request;

(3) Other federal, state, or local agencies, such as a state employment compensation board or housing administration agency, so that the agency may adjudicate an individual's eligibility for a benefit, or liability in such matters as child support;

(4) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(5) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(6) Foreign governments in accordance with formal or informal international agreements;

(7) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(8) Contractors for the purpose of processing personnel and administrative records;

(9) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(10) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(11) Consumer reporting agencies, private creditors and debt collection agencies, including mailing addresses obtained from the Internal Revenue Service to obtain credit reports;

(12) Federal agencies and to state and local agencies for tax purposes;

(13) Private creditors for the purpose of garnishing wages of an employee if a debt has been reduced to a judgment;

(14) Authorized federal and non-federal entities for use in approved computer matching efforts, limited to those data elements considered necessary in making a determination of eligibility under particular benefit programs administered by those agencies or entities, to improve program integrity, and to collect debts and other monies owed to those agencies or entities or to the Fiscal Service;

(15) Other federal agencies to effect salary or administrative offset for the purpose of collecting a debt, except that addresses obtained from the Internal Revenue Service shall not be disclosed to other agencies;

(16) Next-of-kin, voluntary guardians, and other representative or successor in interest of a deceased or incapacitated employee or former employee;

(17) Representatives of the National Archives and Records Administration ("NARA") who are conducting records **[*11785]** management inspections under authority of _44 U.S.C. 2904_ and 2906;

(18) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(19) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(20) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach; and

(21) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

**DISCLOSURE TO CONSUMER REPORTING AGENCIES:**

In accordance with section (b)(12) of the Privacy Act of 1974, as amended (*5 U.S.C. 552a(b)(12)*), disclosures may be made from this system of records to "consumer reporting agencies" [3]     in accordance with section 3711(e) of title 31." The purpose of the disclosure is to aid in the collection of outstanding debts owed to the Federal Government. After the prerequisites of *31 U.S.C. 3711* have been followed, the Fiscal Service may disclose information necessary to establish the identity of the individual responsible for the claim,

---

[3]     "Consumer reporting agency" is defined in *31 U.S.C. 3701(a)(3)*.

including name, address, and taxpayer identification number; the amount, status, and history of the claim; and the agency or program under which the claim arose.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

By name, Social Security number or other assigned identifier.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

## HISTORY:

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .001—Human Resources and Administrative Records and on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .005—FMS Personnel Records.

**Treasury/Fiscal Service .006**

## SYSTEM NAME AND NUMBER:

Department of the Treasury, Bureau of the Fiscal Service .006—Employee Assistance Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

This system covers Fiscal Service employee assistance records that are maintained by another federal, state, local government, or contractor under an agreement with the Fiscal Service directly or through another entity to provide the Employee Assistance Program (EAP) functions. The address of the other agency or contractor may be obtained from the system manager below.

**SYSTEM MANAGER(S):**

Assistant Commissioner, Office of Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*5 U.S.C. 301*, 7361, 7362, 7904; *44 U.S.C. 3101*.

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained to provide a history and record of the employee's or his/her family member's counseling session.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Fiscal Service employees and former employees who have been counseled, either by self-referral or supervisory-referral, regarding alcohol or drug abuse, emotional health, or other personal problems. Where applicable, this system also covers family members of Fiscal Service employees when the family member uses the services of the EAP.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

This system contains records of each employee and, in some cases, family **[*11786]** members of the employee who have used the EAP for an alcohol, drug, emotional, or personal problem. Examples of information that may be found in each record are: The individual's name; Social Security number; date of birth; grade; job title; home address; telephone numbers; supervisor's name and telephone number; assessment of problem; and referrals to treatment facilities and outcomes.

**RECORD SOURCE CATEGORIES:**

Information in this system of records comes from the individual to whom it applies, the supervisor of the individual if the individual was referred by a supervisor, or the contractor's staff member who records the counseling session.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) An entity under contract with the Fiscal Service for the purpose of providing the EAP function;

25-cv-00430_DMD_UST_0110

(2) Medical personnel to the extent necessary to meet a bona fide medical emergency in accordance with the Confidentiality of Alcohol and Drug Abuse Patient Records regulations (42 CFR part 2);

(3) Contractors and consultants, and their employees, contractors or other personnel for the purpose of conducting scientific research, management audits, financial audits, or program evaluation, provided individual identifiers are not disclosed in any manner, in accordance with the Confidentiality of Alcohol and Drug Abuse Patient Records regulations (42 CFR part 2);

(4) The Department of Justice or other appropriate federal agency in defending claims against the United States when the records are not covered by the Confidentiality of Alcohol and Drug Abuse Patient Records regulations at 42 CFR part 2;

(5) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(6) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(7) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(8) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in

connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(9) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach; and

(10) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

These records are retrieved by the name and Social Security number or other assigned identifier of the individual on whom they are maintained.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

When Fiscal Service contracts with an entity for the purpose of providing the EAP functions, the contractor shall be required to maintain Privacy Act of 1974, as amended, safeguards with respect to such records.

**RECORD ACCESS PROCEDURES:**

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .005—Employee Assistance Records. **[*11787]**

**Treasury/Fiscal Service .007**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .007—Direct Deposit Enrollment Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Federal Reserve Bank of Dallas, acting in its capacity as Treasury's fiscal agent, 2200 North Pearl Street, Dallas, TX 75201.

**SYSTEM MANAGER(S):**

Chief Disbursing Officer, Assistant Commissioner, Payment Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*5 U.S.C. 301*; *31 U.S.C. 321*; 31 U.S.C. chapter 33; *31 U.S.C. 3332*.

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained about individuals who wish to enroll in the Direct Deposit program in order to receive federal payments directly to a bank account or other similar type of account via electronic funds transfer, rather than by paper check.

The records are used to process Direct Deposit enrollment applications that may be received directly by Fiscal Service, its fiscal agents, and/or contractors. The records are collected and maintained to guarantee that Direct Deposit enrollment applications are processed properly to ensure that a recipient's federal payment will be disbursed to the correct account. Without the appropriate information, Fiscal Service, its fiscal agents and contractors, would not be able to process the Direct Deposit enrollment application as requested by the individual authorizing the Direct Deposit.

The information will also be used for collateral purposes related to the processing of Direct Deposit enrollments, such as collection of statistical information on operations, development of computer systems, investigation of unauthorized or fraudulent activity, and the collection of debts arising out of such activity.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Individuals who enroll with the Fiscal Service to receive federal payments from the Federal Government via an electronic funds transfer program known as "Direct Deposit."

**CATEGORIES OF RECORDS IN THE SYSTEM:**

25-cv-00430_DMD_UST_0115

The records may contain identifying information, such as: An individual's name(s), Social Security number, home address, home and work telephone number, and personal email address (home and work); date of birth; bank account(s) and other types of accounts to which payments are made, such as the individual's bank account number and the financial institution routing and transit number; information about an individual's payments received from the United States, including the type of payment received and the federal agency responsible for authorizing the payment; information related to the cancellation or suspension of an individual's Direct Express® debit card [4]               by Fiscal Service's financial agent; and information provided by an individual regarding a hardship due to a remote geographic location or about his or her inability to manage a bank account or prepaid debit card due to mental impairment.

**RECORD SOURCE CATEGORIES:**

Information in this system is provided by the individual on whom the record is maintained (or by his or her authorized representative), other persons who electronically authorize payments from the Federal Government, federal agencies responsible for authorizing payments, federal agencies responsible for disbursing payments, Treasury financial agents, Treasury fiscal agents that process Direct Deposit enrollment applications, and contractors.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

---

[4]         Direct Express® is a registered service mark of the Bureau of the Fiscal Service, U.S. Department of the Treasury.

25-cv-00430_DMD_UST_0116

(2) A federal, state, or local agency, maintaining civil, criminal, or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(3) Foreign governments in accordance with formal or informal international agreements;

(4) Authorized federal and non-federal entities for use in approved computer matching efforts, limited to those data elements considered necessary in making a determination of eligibility under particular benefit programs administered by those agencies or entities, to improve program integrity, and to collect debts and other monies owed to those agencies or entities or to the Fiscal Service;

(5) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(6) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(7) Fiscal agents, financial agents, financial institutions, and contractors for the purposes of: (a) Processing Direct Deposit enrollment applications, including, but not limited to, processing Direct Deposit enrollment forms and implementing programs related to Direct Deposit; investigating and rectifying possible erroneous information; creating and reviewing statistics to improve the quality of services provided; conducting debt collection services for debts arising from Direct Deposit activities; or developing, testing and enhancing computer systems; and (b) processing waivers from the requirement to receive payments electronically, including, but not limited to, processing automatic waivers and applications for waivers, as well as implementing the waivers; investigating and rectifying possible erroneous information or fraud; creating and reviewing statistics to improve the quality of services provided; or developing, testing and enhancing computer systems;

25-cv-00430_DMD_UST_0117

(8) Federal agencies, their agents, and contractors for the purposes of facilitating the processing of Direct Deposit enrollment applications and the implementation of programs related to Direct Deposit; [*11788]

(9) Federal agencies, their agents and contractors, credit bureaus, and employers of individuals who owe delinquent debt for the purpose of garnishing wages, only when the debt arises from the unauthorized or improper use of the Direct Deposit program. The information will be used for the purpose of collecting such debt through offset, administrative wage garnishment, referral to private collection agencies, litigation, reporting the debt to credit bureaus, or for any other authorized debt collection purpose;

(10) Financial institutions, including banks and credit unions, for the purpose of disbursing payments and/or investigating the accuracy of information required to complete transactions using Direct Deposit and for administrative purposes, such as resolving questions about a transaction;

(11) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906;

(12) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(13) Federal agencies, state agencies, and local agencies for tax purposes;

(14) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

25-cv-00430_DMD_UST_0118

(15) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(16) Consumer reporting agencies, as defined by the Fair Credit Reporting Act, 5 U.S.C. 1681(f), to encourage repayment of a delinquent debt; and

(17) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records are retrieved by name, Social Security number, telephone number, transaction identification number, or other alpha/numeric identifying information.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .006—Direct Deposit Enrollment Records.

**Treasury/Fiscal Service .008**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .008—Mailing List Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785, or its fiscal or financial agents at various locations. The addresses of the fiscal or financial agents may be obtained by contacting the System Manager below.

**SYSTEM MANAGER(S):**

Chief Disbursing Officer, Assistant Commissioner, Payment Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

5 U.S.C. 301; 31 U.S.C. 321; 31 U.S.C. chapter 33; 31 U.S.C. 3332; Title XII of the Dodd-Frank Wall Street Reform and Consumer Protection Act (*Pub. L. 111-203*, Jul. 21, 2010).

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained about low to moderate income individuals, who are more likely to be unbanked or under-banked, and who could potentially receive federal tax refund payments. The records are used to send letters to individuals informing them of the benefits of electronic payments and Treasury-recommended account options for receiving payments electronically. Without the information, Fiscal Service and its fiscal or financial agents and contractors would not be able to directly  **[*11789]** notify prospective payment recipients about the benefits of electronic payments and the Treasury-recommended account options for the receipt of federal payments electronically.

The information will also be used to study the effectiveness of offering account options to individuals for the purpose of receiving federal payments. To study program efficacy, Fiscal Service may use its mailing list records to collect aggregate statistical information on the success and benefits of direct mail and the use of commercial database providers.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Low- to moderate-income individuals, who are more likely to be unbanked or underbanked, who could potentially receive federal tax refund payments, and whose names and addresses are included on mailing lists purchased from commercial providers.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

The records may contain identifying information, such as an individual's name(s) and address.

**RECORD SOURCE CATEGORIES:**

Information in this system is provided by commercial database providers based on publicly available information.

## ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) The U.S. Department of Justice ("DOJ") for its use in providing legal advice to the Department or in representing the Department in a proceeding before a court, adjudicative body, or other administrative body before which the Department is authorized to appear, where the use of such information by the DOJ is deemed by the Department to be relevant and necessary to the litigation, and such proceeding names as a party or interests: (a) The Department or any component thereof; (b) any employee of the Department in his or her official capacity; (c) any employee of the Department in his or her individual capacity where DOJ has agreed to represent the employee; or (d) the United States, where the Department determines that litigation is likely to affect the Department or any of its components;

(2) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(3) Fiscal agents, financial agents, and contractors for the purpose of mailing information to individuals about the benefits of electronic federal payments and Treasury-recommended account options for receipt of federal payments electronically, including, but not limited to, processing direct mail or performing other marketing functions; and creating and reviewing statistics to improve the quality of services provided;

(4) Federal agencies, their agents and contractors for the purposes of implementing and studying options for encouraging current and prospective federal payment recipients to receive their federal payments electronically;

(5) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906;

(6) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(7) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violations or enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(8) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(9) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(10) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

25-cv-00430_DMD_UST_0124

(11) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach; and

(12) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Records are retrieved by name, address, or other alpha/numeric identifying information.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including **[*11790]** the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

## HISTORY:

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .008—Mailing List Records.

**Treasury/Fiscal Service .009**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .009—Delegations and Designations of Authority for Disbursing Functions

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Kansas City Regional Financial Center, Bureau of the Fiscal Service, U.S. Department of the Treasury, 4241 NE 34th Street, Kansas City, MO 64117.

**SYSTEM MANAGER(S):**

Chief Disbursing Officer, Assistant Commissioner, Payment Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*5 U.S.C. 301*; *31 U.S.C. 3321*, 3325.

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained from federal agencies that are requesting disbursement of domestic and international payments to its recipients. The information is collected and maintained to ensure that only properly authorized Federal Government personnel are able to engage in the process of disbursing a payment.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Heads of Agencies, Certifying Officers, designated agents, and other federal employees designated to perform specific disbursement-related functions.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

Records are maintained on the designation or removal of individuals to act in a specified capacity pursuant to a proper authorization.

**RECORD SOURCE CATEGORIES:**

Information in this system of records is provided by government departments and agencies requiring services of the Department for issuance and payment of Treasury checks.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Banking institutions, Federal Reserve Banks, and government agencies for verification of information on authority of individuals to determine propriety of actions taken by such individuals;

(2) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(3) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(4) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(5) Foreign governments in accordance with formal or informal international agreements;

(6) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(7) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(8) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(9) Contractors for the purpose of processing personnel and administrative records;

(10) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(11) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach; **[*11791]**

(12) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906; and

(13) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Records may be retrieved by name.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

**RECORD ACCESS PROCEDURES:**

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .010—Records of Accountable Officers' Authority With Treasury.

**Treasury/Fiscal Service .010**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .010—Pre-complaint Counseling and Complaint Activities.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 200 Third Street, Parkersburg, WV 26106-1328.

**SYSTEM MANAGER(S):**

Director, Equal Employment Opportunity & Diversity, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

5 U.S.C. 7154; 42 U.S.C. 200e-16; Executive Order 11478; and 5 CFR part 713.

**PURPOSE(S) OF THE SYSTEM:**

The system is used for the investigation of complaints of discrimination on the basis of race, color, national origin, sex, age, retaliation/reprisal and disability. In addition, the system contains case files developed in investigating complaints and in reviewing actions within Fiscal Service to determine if it conducted programs and activities in compliance with the federal laws. The system also contains annual and bi-annual statistical data submitted to and used by the Fiscal Service.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Employees seeking services of EEO Counselors.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

Monthly pre-complaint activity reports from all Fiscal Service facilities.

25-cv-00430_DMD_UST_0133

**RECORD SOURCE CATEGORIES:**

Information in this system of records is provided by monthly submissions by financial centers and headquarters.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(2) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(3) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(4) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(5) Appropriate federal, state, local, or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations

and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(6) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(7) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a **[*11792]** result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(8) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(9) Contractors for the purpose of processing personnel and administrative records; and

(10) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

25-cv-00430_DMD_UST_0135

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records may be retrieved by employee name and date of receipt.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

## HISTORY:

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .012—Pre-complaint Counseling and Complaint Activities.

**Treasury/Fiscal Service .011**

## SYSTEM NAME AND NUMBER:

Department of the Treasury, Bureau of the Fiscal Service .011—Gifts to the United States

## SECURITY CLASSIFICATION:

Information in this system is not classified.

## SYSTEM LOCATION:

Bureau of the Fiscal Service, U.S. Department of the Treasury, 200 Third Street, Parkersburg, WV 26106-1328.

## SYSTEM MANAGER(S):

Director, Reporting and Analysis Division, Reporting and Analysis Branch 2, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328.

## AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

*31 U.S.C. 3113*.

## PURPOSE(S) OF THE SYSTEM:

Information in this system of records is collected and maintained to document donors' gifts to the United States Government.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

Donors of inter vivos and testamentary gifts to the United States.

## CATEGORIES OF RECORDS IN THE SYSTEM:

Correspondence, copies of wills and court proceedings, and other material related to gifts to the United States.

25-cv-00430_DMD_UST_0138

**RECORD SOURCE CATEGORIES:**

Information in this system of records is provided by individuals, executors, administrators and other involved persons.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Fiscal agents, financial agents, financial institutions, and contractors for the purpose of performing fiscal or financial services, including, but not limited to, processing payments, investigating and rectifying possible erroneous reporting information, creating and reviewing statistics to improve the quality of services provided, or developing, testing and enhancing computer systems;

(2) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(3) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this **[*11793]** system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

25-cv-00430_DMD_UST_0139

(4) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(5) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906;

(6) The news media and the public, with the approval of the Chief Privacy Officer in consultation with counsel, when there exists a legitimate public interest in the disclosure of the information, when disclosure is necessary to preserve confidence in the integrity of the Fiscal Service, or when disclosure is necessary to demonstrate the accountability of the Fiscal Service's officers, employees, or individuals covered by the system, except to the extent the Chief Privacy Officer determines that release of the specific information in the context of a particular issue would constitute an unwarranted invasion of personal privacy;

(7) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(8) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(9) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

25-cv-00430_DMD_UST_0140

(10) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(11) Authorized federal and non-federal entities for use in approved computer matching efforts, limited to those data elements considered necessary in making a determination of eligibility under particular benefit programs administered by those agencies or entities, to improve program integrity, and to collect debts and other monies owed to those agencies or entities or to the Fiscal Service; and

(12) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records may be retrieved by name of donor.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

**RECORD ACCESS PROCEDURES:**

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .013—Gifts to the United States.

**Treasury/Fiscal Service .012**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .012—Debt Collection Operations System.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Records are located throughout the United States at Bureau of the Fiscal Service operations centers, Federal Records Centers, Federal Reserve Banks acting as Treasury's fiscal agents, and financial institutions acting as Treasury's financial agents. Addresses may be obtained from system managers.

**SYSTEM MANAGER(S):**

System Manager, Debt Management Services, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

Federal Claims Collection Act of 1966 (*Pub. L. 89-508*), as amended by the Debt Collection Act of 1982 (*Pub. L. 97-365*, as amended); Deficit Reduction Act of 1984 (*Pub. L. 98-369*, as amended); Debt Collection Improvement Act of 1996 (*Pub. L. 104-134*, sec. 31001); Taxpayer Relief Act of 1997 (*Pub. L. 105-34*); Internal Revenue Service Restructuring and Reform Act of 1998 (*Pub. L. 105-206*); Improper Payments Information Act of 2002 (*Pub. L. 107-300*); Recovery Audit Act of 2002 (*Pub. L. 107-107*; Section 831; 115 Stat. 1186); Improper Payments Elimination and **[*11794]** Recovery Act of 2010 (*Pub. L. 111-204*); Improper Payments Elimination and Recovery Improvement Act of 2012 (*Pub. L. 112-248*); *26 U.S.C. 6402*; *26 U.S.C. 6331*; 31 U.S.C. chapter 37 (Claims), subchapter I (General) and subchapter II (Claims of the U.S. Government); *31 U.S.C. 3321* note.

## PURPOSE(S) OF THE SYSTEM:

The purpose of this system is to maintain records about individuals who owe current receivable(s) or delinquent debt(s) to the United States or to any person for whom the United States is authorized by statute to collect for the benefit of such person, through one or more of its departments or agencies, or to states, including past due support enforced by states. The information contained in the records is maintained for the purpose of taking action to facilitate the collection or resolution of the debt(s) using various methods, including, but not limited to, requesting repayment of the debt orally or in writing; offset or levy of federal or state payments; administrative wage garnishment; referral to collection agencies or for litigation; or other collection or resolution methods authorized or required by law. The information is also maintained for the purpose of providing collection information about the debt to the agency collecting the debt, so that debtors can access information to resolve their debt, and to provide statistical information on debt collection operations. The information is also maintained for the purpose of testing and developing enhancements to: The computer systems which contain the records; and operations or business processes used to collect or resolve debts. The information is also maintained for the purpose of data analysis related to improving government-wide efforts to resolve and/or collect current receivables and delinquent debts owed to federal and/or state agencies. The information is also maintained for the purpose of resolving delinquent debts owed by debtors who are ineligible for federally funded programs until the delinquency is resolved, or for identifying, preventing, or recouping improper payments to individuals who owe obligations to federal and/or state agencies.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

25-cv-00430_DMD_UST_0144

Individuals who may owe current receivables or delinquent debts (collectively "debts") to: (a) The United States, through one or more of its departments and agencies; or (b) states, territories or commonwealths of the United States, or the District of Columbia (hereinafter collectively referred to as "States").

## CATEGORIES OF RECORDS IN THE SYSTEM:

Debt records containing information about the debtor(s), the type of debt, the governmental entity to which the debt is owed, and the debt collection tools utilized to collect the debt. The records may contain identifying information, such as: (a) Debtor name(s) and taxpayer identifying number(s) (*i.e.,* Social Security number or employer identification number); (b) debtor contact information, such as work and home address, email address, or work, home or cellular telephone numbers; (c) contact information for the debtor's authorized third party representative(s); (d) information concerning the financial status of the debtor and his/her household, including income, assets, liabilities or other financial burdens, and any other resources from which the debt may be recovered; and (e) name of employer or employer contact information. Debts may include taxes, loans, assessments, fines, fees, penalties, overpayments, advances, extensions of credit from sales of goods or services, or other amounts of money or property owed to, or collected by, the Federal Government or a State, including past due support which is being enforced by a State.

The records also may contain information about: (a) The debt, such as the original amount of the debt, the debt account number, the date the debt originated, the amount of the delinquency or default, the date of delinquency or default, basis for the debt, amounts accrued for interest, penalties, and administrative costs, proof of debt documentation, or payments on the account; (b) actions taken to collect or resolve the debt, such as copies of demand letters or invoices, information prepared for the purpose of referring the debt to private collection agencies or the United States Department of Justice, recordings of telephone calls and computer activity related to the collection and resolution of debt, collectors' notes regarding telephone or other communications related to the collection or resolution of the debt, copies of administrative wage garnishment orders, due process notices, hearing requests, and hearing decisions, payment or compromise agreements; (c) other relevant information, including orders for military service, prison records, bankruptcy notices, medical records, or other correspondence with the debtor; and (d) the referring or governmental agency that is collecting or owed the debt, such as name, telephone number, and address of the agency contact.

25-cv-00430_DMD_UST_0145

ADD303

**RECORD SOURCE CATEGORIES:**

Information in this system is provided by: The individual on whom the record is maintained; Federal and state agencies to which the debt is owed; Federal agencies and other entities that employ the individual or have information concerning the individual's employment or financial resources; Federal and State agencies issuing payments; collection agencies; locator and asset search companies, credit bureaus, and other database vendors; Federal, State or local agencies furnishing identifying information and/or debtor address information; and/or public documents.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(2) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(3) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(4) Any federal agency, State or local agency, or their agents or contractors, including private collection agencies:

(a) To facilitate the collection of debts through the use of any combination of various debt collection methods required or authorized by law, including, but not limited to:

(i) Request for repayment by telephone or in writing;

(ii) Negotiation of voluntary repayment or compromise agreements; **[*11795]**

(iii) Offset or levy of Federal or State payments, which may include the disclosure of information contained in the records for the purpose of providing the debtor with appropriate notice or to otherwise comply with prerequisites, to facilitate voluntary repayment in lieu of offset or levy, to provide information to the debtor to understand what happened to the payment, or to otherwise effectuate the offset or levy process;

(iv) Referral of debts to private collection agencies, to Treasury-designated debt collection centers, or for litigation;

(v) Administrative and court-ordered wage garnishment;

(vi) Debt sales;

(vii) Publication of names and identities of delinquent debtors in the media or other appropriate places; or

(viii) Any other debt collection method authorized by law;

(b) To conduct computerized comparisons to locate Federal or State payments to be made to debtors;

(c) To conduct computerized comparisons to locate employers of, or obtain taxpayer identifying numbers or other information about, an individual for debt collection purposes;

(d) To collect a debt owed to the United States through the offset of payments made by States;

(e) To account or report on the status of debts for which such entity has a legitimate use for the information in the performance of official duties;

(f) For the purpose of denying Federal financial assistance in the form of a loan or loan insurance or guaranty to an individual who owes delinquent debt to the United States or who owes delinquent child support that has been referred to Fiscal Service for collection by administrative offset;

(g) To develop, enhance and/or test database, matching, communications, or other computerized systems which facilitate debt collection processes;

(h) To conduct data analysis which facilitates processes related to the collection or resolution of debts owed to Federal and/or State agencies; or

(i) For any other appropriate debt collection purpose.

(5) The Department of Defense, the U.S. Postal Service, or other Federal agency for the purpose of conducting an authorized computer matching program in compliance with the Privacy Act of 1974, as amended, to identify and locate individuals receiving Federal payments including, but not limited to, salaries, wages, or benefits, which may include the disclosure of information contained in the record(s) for the purpose of requesting voluntary repayment or implementing Federal employee salary offset or other offset procedures;

(6) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(7) The Department of Justice or other federal agency:

(a) When requested in connection with a legal proceeding, including a pending or threatened legal proceeding; or

(b) To obtain concurrence in a decision to compromise, suspend, or terminate collection action on a debt;

(8) The Internal Revenue Service in connection with reporting income from the cancellation of a debt;

(9) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(10) Any individual or other entity who receives federal or state payments as a joint payee with a debtor for the purpose of providing notice of, and information about, offsets from such federal payments;

(11) Any individual or entity:

(a) To facilitate the collection and/or resolution of debts using any combination of various debt collection methods required or authorized by law, including, but not limited to:

(i) Performing administrative and court-ordered wage garnishment;

(ii) Reporting information to commercial or consumer credit bureaus;

(iii) Conducting asset searches or locating debtors;

(iv) Publishing names and identities of delinquent debtors in the media or other appropriate places; or

(v) Selling debts;

(b) For the purpose of denying federal financial assistance in the form of a loan or loan insurance or guaranty to an individual who owes delinquent debt to the United States or who owes delinquent child support that has been referred to the Fiscal Service for collection by administrative offset; or

(c) For any other appropriate debt collection purpose;

(12) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(13) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

25-cv-00430_DMD_UST_0150

ADD308

(14)(a) A Federal or State agency, its employees, agents (including contractors of its agents) or contractors; (b) fiscal or financial agent designated by the Fiscal Service or other Department of the Treasury bureau or office, including employees, agents or contractors of such agent; or (c) contractor of the Fiscal Service, for the purpose of identifying, preventing, or recouping improper payments to an applicant for, or recipient of, Federal funds, including funds disbursed by a state in a state-administered, Federally funded program; disclosure may be made to conduct computerized comparisons for this purpose;

(15) Consumer reporting agencies (as defined by the Fair Credit Reporting Act, 5 U.S.C. 1681(f)) in accordance with *5 U.S.C. 552a(b)(12)* and *31 U.S.C. 3711(e)*, to encourage repayment of a delinquent debt; and

(16) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically, or on paper in secure facilities in a locked drawer behind a locked door. **[*11796]**

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records may be retrieved by various combinations of identifiers, including but not limited to name, taxpayer identifying number (*i.e.,* Social Security number or employer identification number), debt account number, offset trace number, payment trace number, telephone number or address.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .014—Debt Collection Operations System.

**Treasury/Fiscal Service .013**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .013—Collections Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785. Records are also located throughout the United States at Federal Reserve Banks and financial institutions acting as Treasury's fiscal and financial agents. The addresses of the fiscal and financial agents may be obtained from the system manager below.

**SYSTEM MANAGER(S):**

Assistant Commissioner, Revenue Collections Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

## AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

*5 U.S.C. 301*; *31 U.S.C. 321*; 31 U.S.C. chapter 33; *31 U.S.C. 3720*.

## PURPOSE(S) OF THE SYSTEM:

Information in this system of records is collected and maintained about individuals who electronically authorize payments to the Federal Government. The information contained in the records is maintained for the purpose of facilitating the collection and reporting of receipts from the public to the Federal Government and to minimize the financial risk to the Government and the public of unauthorized use of electronic payment methods. Examples of payment mechanisms authorized electronically include Automated Clearing House (ACH), check conversion, wire transfers, credit and debit cards, or stored value cards. Individuals may authorize payments using paper check conversion or internet-based systems through programs such as "Pay.gov" and "Electronic Federal Taxpayer Payment System" or directly through their financial institution. The information also is maintained to:

(a) Provide collections information to the federal agency collecting the public receipts;

(b) Authenticate the identity of individuals who electronically authorize payments to the Federal Government;

(c) Verify the payment history and eligibility of individuals to electronically authorize payments to the Federal Government;

(d) Provide statistical information on collections operations;

(e) Test and develop enhancements to the computer systems that contain the records; and

(f) Collect debts owed to the Federal Government from individuals when the debt arises from the unauthorized use of electronic payment methods.

Fiscal Service's use of the information contained in the records is necessary to process financial transactions while protecting the government and the public from financial risks that could be associated with electronic transactions. The records are collected and maintained to authenticate payers and their ability to pay, process payments through banking networks, and resolve after-the-fact accounting and reconciliation questions.

In addition, the information contained in the covered records will be used for other purposes related to the processing of financial transactions, such as collection of statistical information on operations, development of computer systems, investigation of unauthorized or fraudulent activity related to electronic transactions, and the collection of debts arising out of such activity.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

Individuals who electronically authorize payments to the Federal Government through the use of communication networks, such as the internet, via means such as ACH, check conversion, wire transfer, credit/debit cards, and/or stored value card.

## CATEGORIES OF RECORDS IN THE SYSTEM:

Collections records containing information about individuals who electronically authorize payments to the Federal Government to the extent such records are covered by the Privacy Act of 1974, as amended. The records may contain identifying information, such as: An individual's name(s), taxpayer identifying number (*i.e.,* Social Security number or employer identification number), home address, home telephone number, and email addresses (personal and work); an individual's employer's name, address, telephone number, and email address; an individual's date of birth and driver's license number; information about an individual's bank account(s) and other types of accounts from which payments **[*11797]** are made, such as financial institution routing and account number; credit and debit card numbers; information about an individual's payments made to or from the United States (or to other entities such as

private contractors for the Federal Government), including the amount, date, status of payments, payment settlement history, and tracking numbers used to locate payment information; user name and password assigned to an individual; other information used to identify and/or authenticate the user of an electronic system to authorize and make payments, such as a unique question and answer chosen by an individual; and information concerning the authority of an individual to use an electronic system (access status) and the individual's historical use of the electronic system. The records also may contain information about the governmental agency to which payment is made and information required by such agency as authorized or required by law.

The information contained in the records covered by Fiscal Service's system of records is necessary to process financial transactions while protecting the government and the public from financial risks that could be associated with electronic transactions. It is noted that the system covers records obtained in connection with various mechanisms that either are used currently or may be used in the future for electronic financial transactions. Not every transaction will require the maintenance of all of the information listed in this section. The categories of records cover the broad spectrum of information that might be connected to various types of transactions.

**RECORD SOURCE CATEGORIES:**

Information in this system is provided by the individual on whom the record is maintained (or by his or her authorized representative), other persons who electronically authorize payments to the Federal Government, federal agencies responsible for collecting receipts, federal agencies responsible for disbursing and issuing federal payments, Treasury fiscal and financial agents that process collections, and commercial database vendors.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(2) Commercial database vendors for the purposes of authenticating the identity of individuals who electronically authorize payments to the Federal Government, to obtain information on such individuals' payment or check writing history, and for administrative purposes, such as resolving a question about a transaction. For purposes of this notice, the term "commercial database vendors" means vendors who maintain and disclose information from consumer credit, check verification, and address databases;

(3) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(4) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(5) Fiscal agents, financial agents, financial institutions, and contractors for the purpose of performing fiscal or financial services, including, but not limited to, processing payments, investigating and rectifying possible erroneous reporting information, creating and reviewing statistics to improve the quality of services provided, conducting debt collection services, or developing, testing and enhancing computer systems;

(6) Federal agencies, state agencies, and local agencies for tax purposes;

(7) Federal agencies, their agents and contractors, credit bureaus, and employers of individuals who owe delinquent debt for the purpose of garnishing wages only when the debt arises from the unauthorized use of electronic payment methods. The information will be used for the purpose of collecting such debt through offset, administrative wage garnishment, referral to

25-cv-00430_DMD_UST_0157

ADD315

private collection agencies, litigation, reporting the debt to credit bureaus, or for any other authorized debt collection purpose;

(8) Financial institutions, including banks and credit unions, and credit card companies for the purpose of collections and/or investigating the accuracy of information required to complete transactions using electronic methods and for administrative purposes, such as resolving questions about a transaction;

(9) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(10) Authorized federal and non-federal entities for use in approved computer matching efforts, limited to those data elements considered necessary in making a determination of eligibility under particular benefit programs administered by those agencies or entities, to improve program integrity, and to collect debts and other monies owed to those agencies or entities or to the Fiscal Service;

(11) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(12) A federal, State, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(13) Foreign governments in accordance with formal or informal international agreements;

(14) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems,

25-cv-00430_DMD_UST_0158

ADD316

programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(15) Another Federal agency or Federal entity, when the Department of **[\*11798]** the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(16) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906; and

(17) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## DISCLOSURE TO CONSUMER REPORTING AGENCIES:

Debt information concerning a government claim against a debtor when the debt arises from the unauthorized use of electronic payment methods is also furnished, in accordance with *5 U.S.C. 552a(b)(12)* and *31 U.S.C. 3711(e)*, to consumer reporting agencies, as defined by the Fair Credit Reporting Act, 5 U.S.C. 1681(f), to encourage repayment of a delinquent debt.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Records may be retrieved by account number (such as financial institution account number or credit card account number), name (including an authentication credential, *e.g.,* a user name), Social Security number, transaction identification number, or other alpha/numeric identifying information.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

**RECORD ACCESS PROCEDURES:**

Individuals requesting information under the Privacy Act must comply with the rules of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

## HISTORY:

Notice of this system of records was last published in full in the **Federal Register** on October 15, 2012 (*77 FR 62602*) as the Department of the Treasury, Financial Management Service .017—Collections Records.

## Treasury/Fiscal Service .014

## SYSTEM NAME AND NUMBER:

Department of the Treasury, Bureau of the Fiscal Service .014—United States Securities and Access.

## SECURITY CLASSIFICATION:

Information in this system is not classified.

25-cv-00430_DMD_UST_0161

## SYSTEM LOCATION:

Bureau of the Fiscal Service, U.S. Department of the Treasury, 200 Third Street, Parkersburg, WV 26106-1328; Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785; the Federal Reserve Bank of Minneapolis, 90 Hennepin Avenue, Minneapolis, MN 55401; and the Federal Reserve Bank of New York, East Rutherford Operations Center, 100 Orchard Street, East Rutherford, NJ 07073.

## SYSTEM MANAGER(S):

Assistant Commissioner, Retail Securities Services, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328. For Federal Housing Administration (FHA) Debentures: Assistant Commissioner, Office of Fiscal Accounting Operations, 200 Third Street, Parkersburg, WV 26106-1328.

## AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

*5 U.S.C. 301*; *31 U.S.C. 3101, et seq.*

## PURPOSE(S) OF THE SYSTEM:

Information in this system of records is collected and used to identify and maintain all account and ownership data, both paper and electronic (internet based), on past and current purchases of Treasury securities. This includes, for example, U.S. Treasury bonds, notes, and bills; adjusted service bonds; armed forces leave bonds; and Federal Housing Administration debentures as well as savings-type securities including savings bonds, savings notes, definitive accrual, current income, and retirement-type savings securities. Information on transactions related to the inquiry and servicing of these Treasury securities is also collected and maintained. The collection of information allows Fiscal Service and its agents to issue and process Treasury securities, make payments, identify owners and their accounts, and other customer service related transactions.

25-cv-00430_DMD_UST_0162

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Present and former owners of, subscribers to, claimants to, persons entitled to, and inquirers concerning United States savings-type securities and interest on securities, for example, United States savings bonds, savings notes, retirement plan bonds, and individual retirement bonds.

Present and former owners of, subscribers to, claimants to, persons entitled to, and inquirers concerning United States Treasury securities (except savings-type securities) and interest on securities and such securities for which the Treasury acts as agents, for example, Treasury bonds, notes, and bills; adjusted service bonds; armed forces leave bonds; and Federal Housing Administration debentures.

Individuals who provide information to create an account for the purchase of United States Treasury securities and  **[*11799]** savings-type securities through the internet.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

(1) Issuance: Records relating to registration, issuance, and correspondence in connection with issuance of United States Treasury securities and savings-type securities;

(2) Holdings: Records of accounts for the purchase of United States securities. These records may include ownership and interest activity on registered or recorded United States Treasury securities and savings-type securities;

(3) Transactions (redemptions, payments, reissues, transfers, and exchanges): Records which include securities transaction requests;

(4) Claims: Records including correspondence concerning lost, stolen, destroyed, or mutilated United States Treasury securities and savings-type securities; and

(5) Inquiries: Records of correspondence with individuals who have requested information concerning United States Treasury securities and savings-type securities.

All of the above categories of records include records of FHA debentures in the Fiscal Accounting securities accounting system.

All of the above categories of records include or may include the following types of personal information:

(1) Personal identifiers (name, including previous name used; Social Security number; date of birth; physical and electronic addresses; telephone, fax, and pager numbers); and

(2) Authentication aids (personal identification number, password, account number, shared-secret identifier, digitized signature, or other unique identifier).

**RECORD SOURCE CATEGORIES:**

Information on records in this system is furnished by the individuals or their authorized representatives as listed in "Categories of Individuals" and issuing agents for securities, is generated within the system itself, or, with their authorization, is derived from other systems of records.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Agents or contractors of the Department for the purpose of administering the public debt of the United States;

(2) Next-of-kin, voluntary guardian, legal representative or successor in interest of a deceased or incapacitated owner of securities and others entitled to the reissue, distribution, or payment for the purpose of assuring equitable and lawful disposition of securities and interest;

(3) Any owner of United States Treasury securities or savings-type securities registered to two or more owners; or to the beneficiary of such securities registered in beneficiary form if acceptable proof of death of the owner is submitted;

(4) Federal agencies, state agencies, and local agencies for tax purposes;

(5) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(6) Foreign governments in accordance with formal or informal international agreements;

(7) The Department of Veterans Affairs and selected veterans' publications for the purpose of locating owners or other persons entitled to undeliverable bonds held in safekeeping by the Department;

(8) The Department of Veterans Affairs when it relates to the holdings of Armed Forces Leave Bonds, to facilitate the redemption or disposition of these securities;

(9) Other federal agencies to effect salary or administrative offset for the purpose of collecting debts;

(10) A consumer-reporting agency, including mailing addresses obtained from the Internal Revenue Service, to obtain credit reports;

(11) A debt collection agency, including mailing addresses obtained from the Internal Revenue Service, for debt collection services;

(12) Contractors conducting Treasury-sponsored surveys, polls, or statistical analyses relating to the marketing or administration of the public debt of the United States;

(13) Appropriate federal, state, local, or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(14) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(15) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(16) Other federal agencies, through computer matching, information on individuals owing debts to the Fiscal Service for the purpose of determining whether the debtor is a federal employee or retiree receiving payments that may be used to collect the debt through administrative or salary offset;

(17) Requesting federal agencies, through computer matching under approved agreements limiting the information to that which is relevant in making a determination of eligibility for federal benefits administered by those agencies, information on holdings of United States Treasury securities and savings-type securities;

(18) Other federal agencies through computer matching, information on individuals with whom the Fiscal Service has lost contact, for the purpose of utilizing letter forwarding services

to advise these individuals that they should contact the Fiscal Service about returned payments and/or matured, unredeemed securities;

(19) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(20) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably **[*11800]** necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(21) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity;

(22) "Consumer reporting agencies" [5] to aid in the collection of outstanding debts owed to the Federal Government. After the prerequisites of *31 U.S.C. 3711* have been followed, the Fiscal Service may disclose information necessary to establish the identity of the individual responsible for the claim, including name, address, and taxpayer identification number; the amount, status, and history of the claim; and the agency or program under which the claim arose; and

(23) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906.

---

[5]    "Consumer reporting agency" is defined in *31 U.S.C. 3701(a)(3)*.

25-cv-00430_DMD_UST_0167

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Information can be retrieved alphabetically by name, address, and period of time the security was issued, by bond serial numbers, other assigned identifier, or, in some cases, numerically by taxpayer identification number. In the case of securities, except Series G savings bonds registered in more than one name, information relating to those securities can be retrieved only by the names, or, in some cases, by the taxpayer identification number of the registrants, primarily the registered owners or first-named co-owners. In the case of gift bonds inscribed with the taxpayer identification number of the purchaser, bonds are retrieved under that number or by bond serial number.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

25-cv-00430_DMD_UST_0168

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

### Appendix of Treasury Retail Securities sites:

This appendix lists the mailing addresses and telephone number of the places that individuals may contact to inquire about their securities accounts maintained in Treasury Direct or the Legacy Holding System. The toll-free telephone number 1-844-284-2676 is used to reach all the locations. Customers may also view information on the TreasuryDirect website at *www.TreasuryDirect.gov*.

For Series EE and Series I Bonds:

Treasury Retail Securities Services Site, P.O. Box 214, Minneapolis, MN 55480-0214.

For Series HH and Series H Bonds:

Treasury Retail Securities Services Site, P.O. Box 2186, Minneapolis, MN 55480-2816.

For all other Series:

Treasury Retail Securities Services Site, P.O. Box 9150, Minneapolis, MN 55480-9150.

For TreasuryDirect:

Treasury Retail Securities Site, P.O. Box 7015, Minneapolis, MN 55480-9150.

For Legacy Holding System:

Retail Securities Services, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328.

For FHA Debentures:

Fiscal Accounting Office, Special Investments Branch, Bureau of the Fiscal Service, P.O. Box 396, 200 Third Street, Parkersburg, WV 26106-1328.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .002—United States Savings-Type Securities, Department of the Treasury, Bureau of the Public Debt .003—United States Securities (Other than Savings-Type Securities) and Department of the Treasury, Bureau of the Public Debt .008—Retail Treasury Securities Access Application.

**Treasury/Fiscal Service .015**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .015—Physical Access Control System.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

All Bureau of the Fiscal Service, U.S. Department of the Treasury, locations.

**SYSTEM MANAGER(S):**

Assistant Commissioner, Information and Security Services, Bureau of the Fiscal Service, 320 Avery Street, Parkersburg, WV 26106-1328.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*31 U.S.C. 321*; 41 CFR 101-20.103.

## PURPOSE(S) OF THE SYSTEM:

Information in this system of records is collected and maintained to allow the Fiscal Service to control and verify access to all Fiscal Service facilities. **[*11801]**

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

All Fiscal Service employees, employees of contractors or service companies, and visitors.

## CATEGORIES OF RECORDS IN THE SYSTEM:

Every individual with access to Fiscal Service facilities controlled by the Physical Access Control System ("PACS") has a personal record stored in the PACS database. This record contains the individual's full legal name, date of birth, height, weight, eye/hair color, digital color photograph, federal agency smart credential number, and their door access profile. When an access card is presented at a reader, a record of the access is created on the PACS database. This record contains the individual's name, date/time, door/location scanned, and whether the access was granted or denied.

## RECORD SOURCE CATEGORIES:

Information in this system of records is provided by the individual concerned, his/her supervisor, or an official of the individual's firm or agency.

## ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Appropriate federal, state, local, or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(2) A federal, state, or local agency maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(3) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(4) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(5) Unions recognized as exclusive bargaining representatives under 5 U.S.C. Chapter 71, arbitrators, and other parties responsible for the administration of the federal labor-management program if needed in the performance of their authorized duties;

(6) Contractors for the purpose of processing personnel and administrative records;

(7) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(8) The Office of Personnel Management, the Merit System Protection Board, the Equal Employment Opportunity Commission, and the Federal Labor Relations Authority upon authorized request;

(9) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(10) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(11) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906; and

(12) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

85 FR 11776, *11801

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

Information on individuals can be retrieved by name or card number or other assigned identifier such as biometric or biographic information.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

**RECORD ACCESS PROCEDURES:**

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must **[*11802]** follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM:**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .004— Controlled Access Security System.

**Treasury/Fiscal Service .016**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .016—Health Unit Records

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 200 Third Street, Parkersburg, WV 26106-1328; Bureau of the Fiscal Service, U.S. Department of the Treasury, 320 Avery Street, Parkersburg, WV 26106-1328; and Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

## SYSTEM MANAGER(S):

Assistant Commissioner, Office of Management, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

## AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

*5 U.S.C. 7901*; *29 U.S.C. 2613*.

## PURPOSE(S) OF THE SYSTEM:

Information in this system of records is collected and maintained to document an individual's utilization on a voluntary basis of health services provided under the Federal Employee Health Services Program at the health unit at the Fiscal Service and to document employees' requests for Family Medical Leave Act ("FMLA") leave in Parkersburg, West Virginia or Hyattsville, Maryland. Data is necessary to ensure: Proper evaluation, diagnosis, treatment, and referral to maintain continuity of care; a medical history of care received by the individual; planning for further care of the individual; a means of communication among health care members who contribute to the individual's care; a legal document of health care rendered; and is a tool for evaluating the quality of health care rendered; and for assessing employees' requests for FMLA leave.

## CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

(1) Fiscal Service employees who receive services under the Federal Employee Health Services Program from the Fiscal Service health units in Parkersburg, West Virginia or Hyattsville,

MD, or who submit medical documentation in support of their requests for sick leave or leave under the FMLA;

(2) Federal employees of other organizations who receive services under the Federal Employee Health Services Program from the Fiscal Service health units in Parkersburg, West Virginia or Hyattsville, Maryland; and

(3) Non-federal individuals working in or visiting the buildings, who may receive emergency treatment from the Fiscal Service health unit in Parkersburg, West Virginia or Hyattsville, Maryland.

## CATEGORIES OF RECORDS IN THE SYSTEM:

This system is comprised of records developed as a result of an individual's utilization of services provided under the Federal Employee Health Services Program or provided in support of employees' requests for FMLA leave. These records contain information such as: Examination, diagnostic, assessment and treatment data; laboratory findings; nutrition and dietetic files; nursing notes; immunization records; CPR training; first aider: Names, Social Security number, date of birth, addresses, and telephone numbers of individual; name, address, and telephone number of individual's physician; name, address, and telephone number of hospital; name, address, and telephone number of emergency contact; and information obtained from the individual's physician(s); medical documents related to employees' requests for FMLA leave, and record of requested accesses by any Fiscal Service employee (other than health unit personnel) who has an official need for the information.

*Note:* This system does not cover records related to counseling for drug, alcohol, or other problems covered by the system of records notice Treasury/Fiscal Service .006—Employee Assistance Records. Medical records relating to a condition of employment or an on-the-job occurrence are covered by the Office of Personnel Management's system of records notice OPM/GOVT-10—Employee Medical File System Records.

## RECORD SOURCE CATEGORIES:

25-cv-00430_DMD_UST_0178

Information in this system of records comes from the individual to whom it applies; laboratory reports and test results; health unit physicians, nurses, and other medical technicians who have examined, tested, or treated the individual; the individual's personal physician; other federal employee health units; and other federal agencies.

## ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Medical personnel under a contract agreement with the Fiscal Service;

(2) A federal, state, or local public health service agency as required by applicable law, concerning individuals who have contracted certain communicable diseases or conditions. Such information is used to prevent further outbreak of the disease or condition;

(3) Appropriate federal, state, or local agencies responsible for investigation of an accident, disease, medical condition, or injury as required by pertinent legal authority;

(4) A federal agency responsible for administering benefits programs in connection with a claim for benefits filed by an employee;

(5) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(6) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(7) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such **[*11803]** agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(8) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(9) Fiscal Service employees who have a need to know the information in order to assess employees' requests for FMLA leave;

(10) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906;

(11) Contractors for the purpose of processing personnel and administrative records; and

(12) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

These records are retrieved by the name or other assigned identifier of the individual to whom they pertain.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in a secured database. Medical personnel under a contract agreement who have access to these records are required to maintain adequate safeguards with respect to such records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

25-cv-00430_DMD_UST_0181

**NOTIFICATION PROCEDURES:**

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**EXEMPTIONS PROMULGATED FOR THE SYSTEM**

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .006— Health Service Program Records.

**Treasury/Fiscal Service .017**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .017—Do Not Pay Payment Verification Records.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785. Records are also located throughout the United States at Fiscal Service operations centers, Federal Records Centers, Federal Reserve Banks acting as Treasury's fiscal agents, and financial institutions acting as Treasury's financial agents. The specific address for each of the aforementioned locations may be obtained upon request.

**SYSTEM MANAGER(S):**

Director, Do Not Pay Business Center, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

Improper Payments Elimination and Recovery Improvement Act of 2012, *31 U.S.C. 3321* note, *Public Law 112-248*; the Improper Payments Elimination and Recovery Act of 2010, *Public Law 111-204*; E.O. 13520 (Reducing Improper Payments and Eliminating Waste in Federal Programs), *74 FR 62201*; OMB Memorandum M-12-11 (Reducing Improper Payment through the "Do Not Pay List", April 12, 2012; OMB Memorandum M-13-20 (Protecting Privacy while Reducing Improper Payments with the Do Not Pay Initiative); Presidential Memorandum on Enhancing Payment Accuracy through a "Do Not Pay List" (June 18, 2010).

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained to assist federal agencies in verifying that individuals are eligible to receive federal payments by allowing the Department of the Treasury/Fiscal Service to collect, maintain, analyze, and disclose records that will assist federal agencies in identifying, preventing, and recovering payment error, waste, fraud, and abuse within federal spending, as required by the Improper Payments Elimination and Recovery Improvement Act.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

(1) Individuals who have applied for or are receiving payments (including contract, grant, benefit or loan payments) disbursed by any federal agency, its agents or contractors;

(2) Individuals declared ineligible to participate in federal procurement programs or to receive certain federal loans, assistance, and/or benefits as a result of an exclusion or disqualification action;

(3) Individuals declared ineligible to participate in federal health care programs or to receive federal assistance and/or benefits as a result of an exclusion action;

(4) Individuals who are barred from entering the United States;

(5) Individuals in bankruptcy proceedings or individuals who have declared bankruptcy;

(6) Individuals who are, or have been, incarcerated and/or imprisoned;

(7) Individuals who are in default or delinquent status on loans, judgment debt, or rural development and farm services programs provided through federal agencies responsible for administering federally-funded programs;

(8) Individuals who owe non-tax debts to the United States; **[*11804]**

(9) Individuals who owe debts to states, where the state has submitted the debt to the Fiscal Service for offset; and

(10) Individuals conducting, or attempting to conduct, transactions at or through a financial institution where the financial institution has identified, knows, suspects, or has reason to suspect that: (a) The transaction involves funds originating from illegal activities; (b) the purpose of the transaction is to hide or disguise funds or assets, or attempt to hide or disguise funds or assets, originating from illegal activities as part of a plan to violate or evade any law or regulation or to avoid any transaction reporting requirement under federal law; or (c) the transaction is illegal in nature or is not the type of transaction in which the particular

25-cv-00430_DMD_UST_0184

individual would normally be expected to engage, and the financial institution knows of no reasonable explanation for the transaction after examining the available facts, including the background and possible purpose of the transaction.

## CATEGORIES OF RECORDS IN THE SYSTEM:

The records in this system contain information that will assist federal agencies to identify and prevent payment error, waste, fraud, and abuse within federal spending. The records contain information about intended or actual payees or recipients of federal payments, including information about financial assets, including income, wages, and bank accounts into which payments are made, and other information to assist federal agencies in making eligibility determinations regarding applicants for and recipients of payments from the Federal Government.

The records may contain the following information:

(1) Name(s), including aliases and surnames;

(2) State and federal taxpayer identification number (TIN), Social Security number (SSN), employer identification number (EIN), individual taxpayer identification number (ITIN), taxpayer identification number for pending U.S. adoptions (ATIN), and preparer taxpayer identification number (PTIN));

(3) Date of birth;

(4) Home and work address;

(5) Driver's license information and other information about licenses issued to an individual by a governmental entity;

(6) Home, work, and mobile telephone numbers;

(7) Personal and work email addresses;

(8) Income;

(9) Employer information;

(10) Assets and bank account information, including account number and financial institution routing and transit number;

(11) Other types of accounts to which payments are made, including account numbers and identifiers (*e.g.,* financial institution routing number, account number, credit card number, and information related to pre-paid debit cards);

(12) Tracking numbers used to locate payment information;

(13) Loan information, such as borrower identification ("ID") number and ID type, case number, agency code, and type code;

(14) Incarceration information, such as inmate status code, date of conviction, date of confinement, and release date;

(15) Information about legal judgments;

(16) Data Universal Numbering System ("DUNS") numbers;

(17) Information about non-tax debts owed to the United States; and

(18) Information about debts owed to state agencies.

**RECORD SOURCE CATEGORIES:**

Information in this system is provided by the individual (or an authorized representative) to whom the record pertains, federal agencies that authorize payments or issue payments with federal funds, Treasury fiscal and financial agents who work with data in this system, and commercial database vendors. The system may contain information about an individual from more than one source, and this information may vary, depending on the source that provided it.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows: [6]

(1) (a) A federal agency, its employees, agents (including contractors of its agents) or contractors; (b) a fiscal or financial agent designated by the Fiscal Service, its predecessors, or other Department bureau or office, including employees, agents or contractors of such agent; or (c) a Fiscal Service contractor, for the purpose of identifying, preventing, or recouping improper payments to an applicant for, or recipient of, federal funds;

(2) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(3) (a) a federal agency, its employees, agents (including contractors of its agents) or contractors; (b) a fiscal or financial agent designated by the Fiscal Service, its predecessors, or other Department bureau or office, including employees, agents or contractors of such agent;

---

[6]      This system contains records that are collected by the Fiscal Service and other federal agencies. Notwithstanding the routine uses listed in this system of records, Federal law may further limit how records may be used, and the Fiscal Service may agree to additional limits on disclosure for some data through a written agreement with the entity that supplied the information. As such, the routine uses listed in this system of records may not apply to every data set in the system. To identify which routine uses apply to specific data sets, visit *https://fiscal.treasury.gov/dnp/privacy-program.html.*

25-cv-00430_DMD_UST_0187

ADD345

or (c) a Fiscal Service contractor, to initiate an investigation, or during the course of an investigation, and to the extent necessary, obtain information supporting an investigation pertinent to the elimination of systemic fraud, waste, and abuse within federal programs;

(4) (a) a federal agency, its employees, agents (including contractors of its agents) or contractors; (b) a fiscal or financial agent designated by the Fiscal Service, its predecessors, or other Department bureau or office, including employees, agents or contractors of such agent; or (c) a Fiscal Service contractor for the purpose of validating eligibility for an award through a federal program;

(5) (a) a federal agency, its employees, agents (including contractors of its agents) or contractors; (b) a fiscal or financial agent designated by the Fiscal Service, its predecessors, or other Department bureau or office, including employees, agents or contractors of such agent; or (c) a Fiscal Service contractor to check or improve the quality and accuracy of system records;

(6) Financial institutions and their servicers in order to: (a) verify the proper routing and delivery of any federal payment; (b) verify the identity of any recipient or intended recipient of a federal payment; or (c) investigate or pursue recovery of any improper payment;

(7) Foreign governments in accordance with formal or informal international agreements;

(8) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper **[*11805]** and consistent with the official duties of the person making the disclosure;

(9) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

25-cv-00430_DMD_UST_0188

(10) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(11) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(12) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(13) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906; and

(14) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records may be retrieved by identifiers, including, but not limited to, exact name, partial name, SSN, TIN, EIN, DUNS numbers, or a combination of these elements.

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

The Fiscal Service may agree to additional safeguards for some data through a written agreement with the entity supplying the data. Information on additional safeguards can be found at *https://donotpay.treas.gov.*

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

## HISTORY:

Notice of this system of records was last published in full in the **Federal Register** on December 9, 2013 (*78 FR 73923*) as the Department of the Treasury, Bureau of the Fiscal Service .023—Do Not Pay Payment Verification Records.

**Treasury/Fiscal Service .018**

## SYSTEM NAME AND NUMBER:

Department of the Treasury, Bureau of the Fiscal Service .018—OneVoice Customer Relationship Management.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785. Records are also located throughout the United States at data centers operated by Fiscal Service service providers.

**SYSTEM MANAGER(S):**

Director, Office of Agency Outreach, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*5 U.S.C. 301*.

**PURPOSES(S) OF THE SYSTEM:**

The purpose of this system of records is to establish a customer relationship management ("CRM") tool within the Fiscal Service. An enterprise-wide CRM tool is necessary to strategically promote, share, and guide the organization in developing processes for marketing, messaging, outreach, engagement and consistent product and service implementations. In addition, this system will increase transparency; improve outreach, communications, and collaboration efforts with our customers and vendors; and employ sound, repeatable methodologies.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Sole proprietors and other entities, which provide goods and/or services to the Fiscal Service ("Vendors"); and individuals representing agencies that purchase goods and/or services through the Fiscal Service ("Clients"). **[*11806]**

**CATEGORIES OF RECORDS IN THE SYSTEM:**

(1) Client's or Vendor's name;

(2) Agency or organization identifier (if applicable);

(3) Position information (title and expertise area);

(4) Phone and fax numbers;

(5) Email addresses; and

(6) Physical work address.

**RECORD SOURCE CATEGORIES:**

Records are obtained directly from clients and vendors and added to the system by authorized Fiscal Service employees, contractors, and fiscal or financial agents.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) A federal, state, or local agency, maintaining civil, criminal, or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(2) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(3) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(4) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(5) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

25-cv-00430_DMD_UST_0194

(6) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under the authority of *44 U.S.C. 2904* and 2906;

(7) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(8) Foreign governments in accordance with formal or informal international agreements; and

(9) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records may be retrieved by name, address, or other alpha/numeric identifying information.

## POLICIES AND PROCEDURES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, which are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

**HISTORY:**

Notice of this system of records was last published in full in the **Federal Register** on September 19, 2014 (*79 FR 56433*) as the Department of the Treasury, Bureau of the Fiscal Service .024—OneVoice Customer Relationship Management.

**Treasury/Fiscal Service .019**

**SYSTEM NAME AND NUMBER:**

Department of the Treasury, Bureau of the Fiscal Service .019—Gifts to Reduce the Public Debt.

**SECURITY CLASSIFICATION:**

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 200 Third Street, Parkersburg, WV 26106-1328. **[*11807]**

**SYSTEM MANAGER(S):**

Assistant Commissioner, Office of Retail Securities Services, Division of Securities Accounting, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM:**

*31 U.S.C. 3113*.

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained to document donors' gifts to reduce the public debt. They provide a record of correspondence between Fiscal Service and the donor, information concerning any legal matters, and a record of depositing the gift and accounting for it.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Donors of gifts to reduce the public debt.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

Correspondence; copies of checks, money orders, or other payments; copies of wills and other legal documents; and other material related to gifts to reduce the public debt by the Bureau of the Fiscal Service.

Note: This system of records does not cover gifts sent to other agencies, such as gifts sent with one's federal income tax return to the Internal Revenue Service. It also does not include records pertaining to gifts of tangible property, nor does it include any other gifts to the United States.

**RECORD SOURCE CATEGORIES:**

Information in this system of records comes from the individual to whom it applies, executors, administrators, and other involved persons.

25-cv-00430_DMD_UST_0198

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:**

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) Appropriate federal, state, local, or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(2) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(3) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(4) Agents or contractors of the Department for the purpose of administering the public debt of the United States;

(5) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(6) The Internal Revenue Service for the purpose of confirming whether a tax-deductible event has occurred;

(7) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(8) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach;

(9) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(10) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906; and

(11) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

**POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:**

These records are retrieved by the name of the donor, amount of gift, type of gift, date of gift, Social Security number of donor, if provided, control number, check number, state code, or other assigned identifier.

**POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:**

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, that are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

**RECORD ACCESS PROCEDURES:**

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

**CONTESTING RECORD PROCEDURES:**

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in **[*11808]** the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

None.

## HISTORY:

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .007—Gifts to Reduce the Public Debt.

**Treasury/Fiscal Service .020**

## SYSTEM NAME AND NUMBER:

Department of the Treasury, Bureau of the Fiscal Service .020—U.S. Treasury Securities Fraud Information System.

## SECURITY CLASSIFICATION:

Information in this system is not classified.

**SYSTEM LOCATION:**

Bureau of the Fiscal Service, U.S. Department of the Treasury, 200 Third Street, Parkersburg, WV 26106-1328; Bureau of the Fiscal Service, U.S. Department of the Treasury, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785. This system also covers the Fiscal Service records that are maintained by contractor(s) under agreement. The system manager maintains the system location of these records. The addresses of the contractor(s) may be obtained from the system manager below.

**SYSTEM MANAGER(S):**

(1) Assistant Commissioner, Office of Information Technology, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328;

(2) Assistant Commissioner, Retail Securities Services, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328; and

(3) Office of the Chief Counsel, Bureau of the Fiscal Service, 200 Third Street, Parkersburg, WV 26106-1328.

**AUTHORITY FOR MAINTENANCE OF THE SYSTEM**

*31 U.S.C. 321(a)(5)*, *31 U.S.C. 333*, *31 U.S.C. 3101, et seq.* *31 U.S.C. 5318*, and *5 U.S.C. 301*.

**PURPOSE(S) OF THE SYSTEM:**

Information in this system of records is collected and maintained to: (1) Identify and monitor fraudulent and suspicious activity related to Treasury securities, other U.S. obligations, and fictitious instruments; (2) ensure that the Fiscal Service provides a timely and appropriate notification of a possible violation of law to law enforcement and regulatory agencies; (3)

protect the Government and individuals from fraud and loss; (4) prevent the misuse of Treasury names and symbols on fraudulent instruments; and (5) compile summary reports that conform with the spirit of the USA Patriot Act's anti-terrorism financing provisions and the Bank Secrecy Act's anti-money laundering provisions, and submit the reports to the Financial Crimes Enforcement Network.

**CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:**

Individuals under investigation or who make inquiries or report fraudulent or suspicious activities related to Treasury securities and other U.S. obligations.

**CATEGORIES OF RECORDS IN THE SYSTEM:**

The types of personal information collected/used by this system are necessary to ensure the accurate identification of individuals who report or make fraudulent transactions involving Treasury securities, other U.S. obligations, and fictitious instruments. The types of personal information potentially could include the following:

(1) Personal identifiers (name, including previous name used, and aliases; Social Security number; tax identification number; physical and electronic addresses; telephone, fax, and pager numbers); and

(2) Authentication aids (personal identification number, password, account number, credit card number, shared-secret identifier, digitized signature, or other unique identifier).

Supporting records may contain correspondence between the Fiscal Service and the entity or individual suspected of fraud or individual submitting a complaint or inquiry, correspondence between the Fiscal Service and the Department, or correspondence between the Fiscal Service and law enforcement, regulatory bodies, or other third parties.

**RECORD SOURCE CATEGORIES:**

85 FR 11776, *11808

Information in this system of records is exempt from the Privacy Act provision that requires that record source categories be reported. (See "Exemptions Promulgated for the System," below.)

## ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

In addition to those disclosures generally permitted under the Privacy Act of 1974, *5 U.S.C. 552a(b)*, records and/or information or portions thereof maintained as part of this system may be disclosed outside Treasury as a routine use pursuant to *5 U.S.C. 552a(b)(3)* as follows to:

(1) A congressional office in response to an inquiry made at the request of the individual to whom the record pertains;

(2) Appropriate federal, state, local or foreign agencies responsible for investigating or prosecuting a violation or for enforcing or implementing a statute, rule, regulation, order, or license, when a record, either on its face or in conjunction with other information, indicates a violation or potential violation of law, which includes criminal, civil, or regulatory violations and such disclosure is proper and consistent with the official duties of the person making the disclosure;

(3) A federal, state, or local agency, maintaining civil, criminal or other relevant enforcement information or other pertinent information, which has requested information relevant to or necessary to the requesting agency's or the bureau's hiring or retention of an individual, or issuance of a security clearance, suitability determination, license, contract, grant, or other benefit;

(4) A court, magistrate, mediator or administrative tribunal in the course of presenting evidence, including disclosures to opposing counsel or witnesses in the course of civil discovery, litigation, or settlement negotiations, in response to a subpoena, or in connection with criminal law proceedings;

(5) Third parties during the course of an investigation to the extent necessary to obtain information pertinent to the investigation;

(6) Agents or contractors who have been engaged to assist the Fiscal Service in the performance of a service related to this system of records and who need to have access to the records in order to perform the activity;

(7) Appropriate agencies, entities, and person when (1) the Department of the Treasury and/or Fiscal Service suspects or has confirmed that there has been a breach of the system of records; (2) the Department of the Treasury and/or Fiscal Service has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the Department of the Treasury and/or Fiscal Service (including its information systems, programs, and operations), the Federal **[\*11809]** Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the Department of the Treasury's and/or Fiscal Service's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm;

(8) Another Federal agency or Federal entity, when the Department of the Treasury and/or Fiscal Service determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach; and

(9) Representatives of the National Archives and Records Administration ("NARA") who are conducting records management inspections under authority of *44 U.S.C. 2904* and 2906.

## POLICIES AND PRACTICES FOR STORAGE OF RECORDS:

Records in this system are stored electronically or on paper in secure facilities in a locked drawer behind a locked door.

## POLICIES AND PRACTICES FOR RETRIEVAL OF RECORDS:

Records may be retrieved by (name, alias name, Social Security number, tax identification number, account number, or other unique identifier).

## POLICIES AND PRACTICES FOR RETENTION AND DISPOSAL OF RECORDS:

All data maintained by this Fiscal Service system of records are retained and destroyed in accordance with the Fiscal Service File Plan. All records schedules and categories within the Fiscal Service File Plan are approved by NARA.

## ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:

These records are maintained in controlled access areas. Identification cards are verified to ensure that only authorized personnel are present. Electronic records are protected by restricted access procedures, including the use of passwords and sign-on protocols, that are periodically changed. Only employees whose official duties require access are allowed to view, administer, and control these records. Copies of records maintained on a computer have the same limited access as paper records.

## RECORD ACCESS PROCEDURES:

Individuals requesting information under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## CONTESTING RECORD PROCEDURES:

Individuals seeking to contest and/or amend records under the Privacy Act must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

25-cv-00430_DMD_UST_0207

## NOTIFICATION PROCEDURES:

Individuals seeking to be notified if this system of record contains a record pertaining to himself or herself must follow the procedures set forth in the regulations of the U.S. Department of the Treasury published in 31 CFR part 1, subpart C, Appendix G.

## EXEMPTIONS PROMULGATED FOR THE SYSTEM:

Records maintained in this system have been designated as exempt from *5 U.S.C. 552a(c)(3)*, (d)(1), (2), (3), and (4), (e)(1), (e)(4)(G), (H), and (I), and (f) pursuant to *5 U.S.C. 552a(k)(2)*. See *31 CFR 1.36*.[7]

## HISTORY:

Notice of this system of records was last published in full in the **Federal Register** on August 17, 2011 (*76 FR 51128*) as the Department of the Treasury, Bureau of the Public Debt .009—U.S. Treasury Securities Fraud Information System.

[FR Doc. 2020-03969 Filed 2-26-20; 8:45 am]

BILLING CODE 4810-35-P

## Dates

---

**DATES:** Submit comments on or before March 30, 2020. The new routine uses will be applicable on March 30, 2020 unless Treasury receives comments and determines that changes to the system of records notice are necessary.

## Contacts

---

---

[7]        As noted in the Supplementary Information section, this SORN is the successor to BPD SORN .009 (U.S. Treasuries Securities Fraud Information System). Therefore, references to BPD .009 in 31 CFR part 1 should be construed as a reference to this SORN.

25-cv-00430_DMD_UST_0208

**ADDRESSES:** David J. Ambrose, Chief Security Officer/Chief Privacy Officer, Bureau of the Fiscal Service, 3201 Pennsy Drive, Warehouse "E", Landover, MD 20785.

**FOR FURTHER INFORMATION CONTACT:** David J. Ambrose, Chief Security Officer/Chief Privacy Officer, Bureau of the Fiscal Service, 202-874-6488.

FEDERAL REGISTER

---

End of Document