# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | American Federation of Teacher v. Bessent, No. 25-1282 |
| **Originating No. & Caption** | American Federation of Teachers v. Bessent, No. 25-cv-430 |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1292(a)(1) | | |
| Time allowed for filing in Court of Appeals | 60 days, per FRAP 4(a)(1)(B) | | |
| Date of entry of order or judgment appealed | March 24, 2025 | | |
| Date notice of appeal or petition for review filed | March 24, 2025 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ○ Yes | ◉ No |
| If appeal is not from final judgment, why is order appealable? | | | |
| Interlocutory appeal authorized under 1292(a)(1) becuase appeal is from a decision granting a preliminary injunction. | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | AFSCME v. SSA, 25-1291 (4th Cir.) | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ⦿ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| Nature of Case (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs challenge under the APA decisions by three agency defendants to grant certain employees access to government systems containing records with personally identifiable information.  The district court issued a preliminary injunction restricting those employees from accessing those systems on the basis that the decisions to allow them access violate the Privacy Act. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| The issues on appeal include: (1) Whether plaintiffs have standing to bring their claims; (2) whether plaintiffs have identified "final agency action" for purposes of triggering APA review; (3) whether APA is available to seek injunctive relief notwithstanding the Privacy Act's comprehensive remedial scheme and (4) whether the challenged agency action violates the Privacy Act. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: See attachment 1<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: See attachment 1<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s Jack Starcher         **Date:** 4/7/2025

**Counsel for:** Defendants-Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:                                Date:

**Attachment 1**

**Adverse Parties**

American Federation of Teachers, International Association of Machinists and Aerospace Workers, National Active and Retired Federal Employees, National Federation of Federal Employees, Donald Martinez, Jason Cain, Clifford Grambo, Thomas Fant, Christopher Purdy, Kristofer Goldsmith, and International Federation of Professional & Technical Engineers are represented by:

Mark Hanna
David Jacob Rodwin
MURPHY ANDERSON, PLLC
1401 K Street NW
Washington, DC 20005
202-223-2620
mhanna@murphypllc.com

Xiaonan April Hu
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-5369
202-220-1123
april.hu@mto.com

John. L. Schwab III, Esq.
MUNGER, TOLLES & OLSON
350 South Grand Avenue
Los Angeles, CA 90071-0000
213-683-9216
john.schwab@mto.com

**Appellants**

Scott Bessent, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management, Linda McMahon, in her official capacity as the Secretary of Education, United States Department of Personnel Management, and United States Department of Education are represented by:

Yaakov M. Roth
Eric Dean McArthur, Esq.
Mark R. Freeman
Gerard Joseph Sinzdak
Jack Starcher
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-514-8877
john.e.starcher@usdoj.gov