FILED: April 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1282
(8:25-cv-00430-DLB)

AMERICAN FEDERATION OF TEACHERS; INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS; NATIONAL ACTIVE AND RETIRED FEDERAL EMPLOYEES; NATIONAL FEDERATION OF FEDERAL EMPLOYEES; DONALD MARTINEZ; JASON CAIN; CLIFFORD GRAMBO; THOMAS FANT; CHRISTOPHER PURDY; KRISTOFER GOLDSMITH; INTERNATIONAL FEDERATION OF PROFESSIONAL & TECHNICAL ENGINEERS,

    Plaintiffs – Appellees,

  v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES EZELL, in his official capacity as the Acting Director of the Office of Personnel Management; LINDA MCMAHON, in her official capacity as the Secretary of Education; UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants – Appellants.

ORDER

  The Court, having granted the motion for stay pending appeal, hereby orders the following briefing schedule.

  Appellants shall file their opening brief no later than 5:00 p.m. on April 14, 2025.

  Appellees shall file their response brief no later than 5:00 p.m. on April 21, 2025.

Appellants' reply brief shall be due no later than 5:00 p.m. on April 25, 2025. The Court will hear oral argument in Richmond at 3:00 p.m. on May 5, 2025.

 Entered at the direction of Judge King with the concurrence of Judge Agee and Judge Richardson.

            For the Court

            /s/ Nwamaka Anowi, Clerk