# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1282   Date of Oral Argument: 05/05/25

Caption: American Federation of Teacher, et al., v. Scott Bessent, et al.

Attorney Arguing: Jack Starcher

Arguing on Behalf of (party name):
Defendants-Appellants Scott Bessent, et al.

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Jack Starcher
Phone Number (day of argument): 202-514-8877

Principal Argument Time: 15         Rebuttal Argument Time (if any): 5
(for appellants and appellees)       (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:              Rebuttal Argument Time (if any):
(for appellants and appellees)       (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:        Select one of the following:  ☐ Order allowing argument time
                                                    ☐ Court-Appointed Amicus

Signature: /s/ Jack Starcher          Date: 04/14/25