# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 14, 2025

_____

DOCKET CORRECTION NOTICE

_____

No.   25-1282,   <u>American Federation of Teachers v. Scott Bessent</u>
                 8:25-cv-00430-DLB

TO:
United States Department of Education
Scott Bessent
United States Office of Personnel Management
United States Department of the Treasury
Charles Ezell
Linda McMahon

JOINT APPENDIX CORRECTION DUE:  April 17, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. **Arrangements may be made with the clerk for return of paper copies for correction, if applicable.** The time for filing the next brief is unaffected by this notice.

[ XX ] Appendix volume exceeds 1 1/2 " or 700 pages. Please split the appendix into 2 volumes with cover pages designating "volume I" and "volume II". Please send 4 required paper copies of the corrected joint appendix.

Rachel Phillips, Deputy Clerk
804-916-2702