

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7515
Washington, DC 20530

Tel: (202) 514-8877

May 6, 2025

Nwamaka Anowi
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

      Re:    *American Federation of Teachers, et al. v. Scotte Bessent, et al.*, No. 25-1282

Dear Ms. Anowi:

      The government writes to clarify a representation made during oral argument in this case yesterday afternoon. At the close of the government's rebuttal, in response to a question suggesting that the bond amount ordered by the district court was small, counsel for the government stated that—while the government did not challenge the amount of the bond below or on appeal—he "believe[d]" the government had asked for significantly higher bond "probably." Oral Argument Recording at 59:54-1:00:15, available at https://www.youtube.com/live/h1h0DlhleCQ. To clarify, the government did not ask for a higher bond below. The government requested a "substantial" bond to account for the disruptive injunction that plaintiffs sought. *See* JA201. But in response to a question from the district court during the preliminary injunction hearing asking whether a $10,000 bond would be sufficient, the government affirmatively represented that $10,000 would qualify as "substantial." JA201-JA202. As the government made clear during oral argument before this Court, none of the government's arguments about the district court's erroneous balancing of the harms turn on the amount of the bond issued.

                                              Sincerely,
                                              /s/ *Jack Starcher*
                                              Jack Starcher

cc:     All counsel by ECF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2025, I electronically filed the foregoing letter with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

                                                    /s/ *Jack Starcher*
                                                    Jack Starcher