FILED: April 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1282
(8:25-cv-00430-DLB)

_____

AMERICAN FEDERATION OF TEACHERS; INTERNATIONAL
ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS;
NATIONAL ACTIVE AND RETIRED FEDERAL EMPLOYEES; NATIONAL
FEDERATION OF FEDERAL EMPLOYEES; DONALD MARTINEZ, c/o
Murphy Anderson PLLC; JASON CAIN, c/o Murphy Anderson PLLC;
CLIFFORD GRAMBO, c/o Murphy Anderson PLLC; THOMAS FANT, c/o
Murphy Anderson PLLC; CHRISTOPHER PURDY, c/o Murphy Anderson
PLLC; KRISTOFER GOLDSMITH, c/o Murphy Anderson PLLC;
INTERNATIONAL FEDERATION OF PROFESSIONAL & TECHNICAL
ENGINEERS

             Plaintiffs - Appellees

v.

SCOTT BESSENT, in his official capacity as Secretary of the Treasury; UNITED
STATES DEPARTMENT OF THE TREASURY; CHARLES EZELL, in his
official capacity as the Acting Director of the Office of Personnel Management;
LINDA MCMAHON, in her official capacity as the Secretary of Education;
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; UNITED
STATES DEPARTMENT OF EDUCATION

             Defendants - Appellants

_____

M A N D A T E

_____

The judgment of this court, entered August 12, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*